Austin R. Nimocks
TX Bar No. 24002695
Special Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
Austin.Nimocks@texasattorneygeneral.gov
*Attorney for Plaintiffs State of Texas; State of Wisconsin; State of Nebraska; Commonwealth of Kentucky, by and through Governor Matthew G. Bevin; and State of Kansas*

Luke W. Goodrich
DC Bar No. 977736 (admission to N.D. Tex. pending)
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
(202) 955-0095
(202) 955-0090
lgoodrich@becketfund.org
*Counsel for Plaintiffs Christian Medical & Dental Associations, Franciscan Alliance, Inc., Specialty Physicians of Illinois, LLC*