IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALTY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS;<br><br>- and -<br><br>STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; and STATE OF KANSAS,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　*Defendants*. | Civ. Action No. _____ |

**PLAINTIFFS' NOTICE OF RELATED CASE**

Pursuant to LR 3.3, Plaintiffs respectfully notify the Court that, to the best of Plaintiffs' knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the following identified case arises from a common nucleus of operative fact(s):

- *Texas et al v. United States et al*
- United States District Court, Northern District of Texas, Wichita Falls Division
- Civil Action No. 7:16-cv-00054-O
- Presiding Judge: Reed O'Connor
- Case Status: Pending

Respectfully submitted this the 23rd day of August, 2016.

| | |
|---|---|
| /s/ Luke W. Goodrich<br>Luke W. Goodrich<br>DC Bar No. 977736<br>(N.D. Tex. admission pending)<br>The Becket Fund for Religious Liberty<br>1200 New Hampshire Ave. NW<br>Suite 700<br>Washington, DC 20036<br>(202) 955-0095<br>(202) 955-0090<br>lgoodrich@becketfund.org<br><br>*Counsel for Plaintiffs Christian Medical & Dental Associations, Franciscan Alliance, Inc., Specialty Physicians of Illinois, LLC* | KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY STARR<br>Deputy First Assistant Attorney General<br><br>PRERAK SHAH<br>Senior Counsel to the Attorney General<br><br>ANDREW D. LEONIE<br>Associate Deputy Attorney General for Special Litigation<br><br>AUSTIN R. NIMOCKS<br>Associate Deputy Attorney General for Special Litigation<br><br>/s/ Austin R. Nimocks<br>AUSTIN R. NIMOCKS<br>Texas Bar No. 24002695<br>Austin.Nimocks@texasattorneygeneral.gov<br><br>MICHAEL C. TOTH<br>Senior Counsel for Special Litigation<br><br>Special Litigation Division<br>P.O. Box 12548, Mail Code 009<br>Austin, Texas 78711-2548<br>(512) 936-1414<br><br>*ATTORNEYS FOR PLAINTIFFS STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; and STATE OF KANSAS* |