# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Wichita Falls Division*

Franciscan Alliance, et al.
Plaintiff

v.                                                  7:16-cv-00108-O
                                                    Civil Action No.

Sylvia Burwell, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Franciscan Alliance, Inc.; Specialty Physicians of Illinois, LLC; Christian Medical & Dental Associations; State of Texas; State of Wisconsin; State of Nebraska; Commonwealth of Kentucky, by and through Governor Matthew G. Bevin; and State of Kansas.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

State of Texas; State of Wisconsin; State of Nebraska; Commonwealth of Kentucky, by and through Governor Matthew G. Bevin; State of Kansas; Christian Medical & Dental Associations; Franciscan Alliance, Inc.; Specialty Physicians of Illinois, LLC; the Becket Fund for Religious Liberty; U.S. Department of Health and Human Services; Sylvia Burwell, Secretary of the U.S. Department of Health and Human Services

| | |
|---|---|
| Date: | 08/23/2016 |
| Signature: | s/ Austin R. Nimocks |
| Print Name: | Austin R. Nimocks |
| Bar Number: | Tex. Bar No. 24002695 |
| Address: | P.O. Box 12548, Mail Code 009 |
| City, State, Zip: | Austin, Texas 78711-2548 |
| Telephone: | (512) 463-2100 |
| Fax: | (512) 475-2994 |
| E-Mail: | Austin.Nimocks@texasattorney |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons