**CAUSE NO. 7:16-CV-00108-O**

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE INC., ET AL, | § | |
| **PLAINTIFF** | § | |
| | § | IN THE US DISTRICT COURT, NORTHERN |
| VS. | § | DISTRICT OF TEXAS |
| | § | |
| SYLVIA BURWELL, ET AL, | § | |
| **DEFENDANT** | § | |
| | § | |

**RETURN OF SERVICE**

**ON Wednesday, August 24, 2016 AT 01:52 PM** - SUMMONS IN A CIVIL ACTION, COMPLAINT, PLAINTIFF'S NOTICE OF RELATED CASE **CAME TO HAND.**

**ON Tuesday, August 30, 2016 AT 11:40 AM, I, GARY DEAN, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, BY DELIVERING TO MIKIA J. TURNER, AUTHORIZED REPRESENTATIVE TO ACCEPT SERVICE, 200 INDEPENDENCE AVENUE, S.W., WASHINGTON, DISTRICT OF COLUMBIA COUNTY, DC 20201.

My name is GARY DEAN. My address is 4626 WISCONSIN AVENUE NW #300, WASHINGTON, DC 20016, USA. My date of birth is March 17, 1955. I am over the age of 18, and have no interest in this case. I am authorized to serve process within the state of DC. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in DISTRICT OF COLUMBIA County, DC, on Tuesday, August 30, 2016.

**/S/ GARY DEAN**

DocID: P238771_2

7:16-CV-00108-O