IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALITY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS;<br><br>- and -<br><br>STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; and STATE OF KANSAS;<br><br>   *Plaintiffs*,<br> v.<br><br>SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>   *Defendants*,<br><br> - and -<br><br>RIVER CITY GENDER ALLIANCE, on behalf of its members; and AMERICAN CIVIL LIBERTIES UNION of TEXAS, on behalf of its members;<br><br>   *Defendant-Intervenors*. | Civ. Action No. 7:16-cv-00108-O |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF
RIVER CITY GENDER ALLIANCE AND THE ACLU OF TEXAS**

Before the Court is the Motion to Intervene of River City Gender Alliance and the

ACLU of Texas ("Movants"). The motion is meritorious and should be GRANTED.

It is therefore ORDERED that Movants' Motion to Intervene is GRANTED.

It is further ORDERED that Movants shall be granted leave to intervene under Federal Rule of Civil Procedure 24.

It is further ORDERED that Movants shall be permitted to file, within seven days of the date of this order, their answer in intervention.

SIGNED on this _____ day of _____, 2016.

_____
HONORABLE JUDGE REED O'CONNOR
UNITED STATES DISTRICT JUDGE