## CAUSE NO. 7:16-CV-00108-O

| | |
|---|---|
| FRANCISCAN ALLIANCE INC., ET AL, § | |
| **PLAINTIFF** § | |
| § | IN THE US DISTRICT COURT, NORTHERN |
| VS. § | DISTRICT OF TEXAS |
| § | |
| SYLVIA BURWELL, ET AL, § | |
| **DEFENDANT** § | |
| § | |

## RETURN OF SERVICE

**ON Monday, September 26, 2016 AT 10:27 AM** - SUMMONS IN A CIVIL ACTION, COMPLAINT, COVER LETTER **CAME TO HAND.**

**ON Monday, September 26, 2016 AT 01:35 PM, I, CAROL THARP, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, C/O CIVIL PROCESS CLERK FOR JOHN R. PARKER ACTING US ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, BY DELIVERING TO JAKENZI LEWIS, LEGAL ASSISTANT, AUTHORIZED TO ACCEPT SERVICE, 1100 COMMERCE, 3RD FLOOR, DALLAS, DALLAS COUNTY, TX 75242.

My name is CAROL THARP. My address is 1201 Louisiana, Suite 370, Houston, TX 77002, USA. I am a private process server authorized by and through the Supreme Court of Texas (SCH 01222, Expires Sunday, April 30, 2017). My date of birth is July 24, 1946. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Tarrant County, Texas on Monday, September 26, 2016.


**/S/ CAROL THARP**


DocID: P239555_2

716cv00108O