IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC. et al., § § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. 7:16-cv-000108-O |
| SYLVIA BURWELL, Secretary of the § United States Department of Health and § Human Services; and UNITED STATES § DEPARTMENT OF HEALTH AND § HUMAN SERVICES, §§ § | |
| Defendants. § § | |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time to Respond to Motion to Intervene (ECF No. 12), filed October 3, 2016. Plaintiffs seek to extend their deadline to respond to the Motion to Intervene (ECF No. 7) from October 7, 2016 to 14 days after Defendants file their response to Plaintiffs' Complaint. The Certificate of Conference indicates that Defendants are unopposed to the motion, but the putative intervenors are opposed to the extension. *See* ECF No. 12. The Court finds that expedited briefing is necessary in order to resolve Defendants' Motion. *See* L.R. 7.1.

Accordingly, it is **ORDERED** that counsel for the putative intervenors, James Esseks and Rebecca Robertson, file briefing explaining why they are opposed to Plaintiffs' Motion on or before **October 7, 2016.** Should Plaintiffs find it necessary to reply, they must do so on or before **October 10, 2016.**

1

**SO ORDERED** on this **5th day** of **October, 2016.**

_[signature: Reed O'Connor]_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**