**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-cv-00108 |

**DEFENDANTS' RESPONSE TO MOTION TO INTERVENE
OF RIVER CITY GENDER ALLIANCE AND ACLU OF TEXAS**

Defendants, Sylvia Burwell, in her official capacity as Secretary of the United States Department of Health and Human Services, and the Department of Health and Human Services, hereby respond to the Motion to Intervene of River City Gender Alliance and ACLU of Texas (Sept. 16, 2016), ECF No. 7. *See* Mem. of Law in Supp. of Mot. to Intervene (Sept. 16, 2016), ECF No. 8. River City Gender Alliance and the ACLU of Texas seek to intervene as defendants of right under Federal Rule of Civil Procedure 24(a) or, in the alternative, permissibly under Federal Rule of Civil Procedure 24(b). *See id.* at 1, 25. Defendants oppose intervention as-of-right under Rule 24(a) because defendants can adequately defend plaintiffs' claims in this case. Defendants take no position on permissive intervention under Rule 24(b).

Dated:   October 7, 2016

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
    General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

/s/ *Adam Grogg*
ADAM GROGG (New York Bar)
EMILY BROOKE NESTLER (D.C. Bar
   No. 973886)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 514-2395
fax: (202) 616-8470
email: adam.a.grogg@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2016, I electronically filed a copy of the foregoing.

Notice of this filing will be sent via email to all parties by operation of the Court's electronic

filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Adam Grogg*
ADAM GROGG