# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-cv-00108 |

## DEFENDANTS' MOTION FOR EXPEDITED TELEPHONIC STATUS CONFERENCE

Defendants respectfully request that the Court schedule a telephonic status conference as soon as practicable to determine a schedule for further proceedings in this case. Two motions concerning the schedule for addressing plaintiffs' motions for partial summary judgment or, in the alternative, preliminary injunction, ECF Nos. 22, 24, are presently pending before the Court.[1] Defendants seek the Court's expedited guidance on the issues presented in those motions, given defendants' impending November 14, 2016, deadline to respond to plaintiffs' partial summary judgment motions. Defendants respectfully suggest that a telephonic status conference would facilitate the efficient resolution of those issues. The undersigned counsel discussed defendants' request for a telephonic status conference with counsel for plaintiffs, who indicated that plaintiffs do not consent to defendants' request.

---

[1] *See* Proposed Intervenors' Motion to Stay Briefing on Plaintiffs' Dispositive Motions and Reset Deadlines for Responding to Motion to Intervene (Oct. 24, 2016), ECF No. 27; Defendants' Motion to Set Schedule for Preliminary Injunction Proceedings (Oct. 26, 2016), ECF No. 28.

The undersigned counsel are available at the Court's convenience on November 1-4, 2016.

Dated:  November 1, 2016                                  Respectfully Submitted,

                                                      BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
    General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

/s/ *Adam Grogg*
ADAM GROGG
EMILY BROOKE NESTLER
BAILEY W. HEAPS
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 514-2395
fax: (202) 616-8470
email: adam.a.grogg@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2016, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Adam Grogg*
ADAM GROGG

**CERTIFICATE OF CONFERENCE**

On October 31, 2016, counsel for defendants asked Austin R. Nimocks and Luke Goodrich, counsel for plaintiffs, via e-mail whether plaintiffs would join in a request that the Court schedule a telephonic status conference. On November 1, 2016, Mr. Nimocks responded that plaintiffs do not consent to defendants' motion.

/s/ *Adam Grogg*
ADAM GROGG