IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC. et al.,   § | |
| § | |
| Plaintiffs,   § | |
| § | |
| v.   § | Civil Action No. 7:16-cv-00108-O |
| § | |
| SYLVIA BURWELL, Secretary of the   § | |
| United States Department of Health and   § | |
| Human Services; and UNITED STATES   § | |
| DEPARTMENT OF HEALTH AND   § | |
| HUMAN SERVICES,   § | |
| § | |
| Defendants.   § | |

## ORDER

Before the Court is Defendants' Motion to Expedite Telephonic Status Conference (ECF No. 31), filed November 1, 2016.  Defendants' motion is **GRANTED in part** and **DENIED in part**.  Defendants request a telephonic status conference to determine a schedule for further proceedings in the case.  Defs.' Mot. 1, ECF No. 31.  This motion is **GRANTED** in that their request for a hearing will take place at **9:00 AM on November 7, 2016.  Note: the hearing will take place in the District Judge's Courtroom, 2nd floor, 501 W. 10th Street, Fort Worth, Texas.**  This motion is **DENIED** in that the Court does not typically hold hearings by telephone.

SO ORDERED on this **2nd day** of **November, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1