IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC. et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:16-cv-00108-O |
| | § | |
| SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' Consent Motion for Expanded Page Limit for Opposition to Plaintiffs' Preliminary Injunction Motions and for Extension of Time to Respond to the Complaint (ECF No. 39), filed November 15, 2016. Defendants request (1) leave to file a single opposition brief up to 82 pages in length, to address Plaintiffs' preliminary injunction motions and this Court's jurisdiction; (2) extension of the deadline to file an answer to Plaintiffs' operative complaint until after the Court rules on Plaintiffs' preliminary injunction motions.

The Court finds that the request should be and is hereby **GRANTED**. Accordingly, Defendants' answer to Plaintiffs' operative complaint shall be due 25 days after the Court issues its ruling on Plaintiffs' preliminary injunction motions.

**SO ORDERED** on this **15th day** of **November, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE