IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-cv-00108 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Emily B. Nestler of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance on behalf of all defendants in the above-captioned case.

Dated:  November 17, 2016                         Respectfully Submitted,

                                                                     BENJAMIN C. MIZER
                                                                      Principal Deputy Assistant Attorney
                                                                         General

                                                                     JENNIFER D. RICKETTS
                                                                      Director, Federal Programs Branch

                                                                     SHEILA M. LIEBER
                                                                     Deputy Director, Federal Programs Branch

                                                                     /s/ *Emily B. Nestler*
                                                                     EMILY B. NESTLER
                                                                     (D.C. Bar No. 973886)
                                                                     U.S. Department of Justice
                                                                     Civil Division,
                                                                     Federal Programs Branch
                                                                     20 Massachusetts Ave. NW
                                                                     Washington, DC  20530

phone: (202) 616-8489
fax: (202) 616-8470
email: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Emily B. Nestler*
EMILY B. NESTLER