IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALITY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; <br><br> - and - <br><br> STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant, <br><br>     *Plaintiffs*, <br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES <br><br>     *Defendants*. | Civil Action No. 7:16-cv-00108-O |

**PROPOSED INTERVENORS' UNOPPOSED MOTION FOR EXPANDING PAGE LIMIT FOR *AMICI CURIAE* BRIEF IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

Proposed Intervenors respectfully request that the Court grant them leave to file an *amici curiae* brief in opposition to Plaintiffs' motions for preliminary injunction up to the length of 50

1

pages. Plaintiffs consent to Proposed Intervenors' request. Defendants take no position on the request.

1.     Plaintiffs have filed a combined total of 82 pages in support of their motions for preliminary injunction. *See* ECF Nos. 23, 25, 37. And the Court has granted Defendants leave to file a single opposition brief up to the same length. Order (Nov. 15, 2016). The Court has instructed that Proposed Intervenors may file an *amici curiae* brief regarding Plaintiffs' motions for preliminary injunction by November 23, 2016. Order at 6–7 (Nov. 1, 2016). Proposed Intervenors request leave to file an *amici curiae* brief up to 50 pages in length.

Respectfully submitted this 21st day of November, 2016.

/s/Rebecca L. Robertson
Rebecca L. Robertson
AMERICAN CIVIL LIBERTIES
   UNION OF TEXAS
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

Kali Cohn
AMERICAN CIVIL LIBERTIES
   UNION OF TEXAS
P.O. Box 600169
Dallas, TX 75360

Daniel Mach*
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
(202) 548-6604

Brian Hauss
Brigitte Amiri
Joshua Block
James D. Esseks
Louise Melling
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Amy Miller*
AMERICAN CIVIL LIBERTIES
   UNION OF NEBRASKA
134 S. 13th St., #1010
Lincoln, NE 68508
(402) 476-8091

*Applications for admission pending.

## CERTIFICATE OF CONFERENCE

On November 21, counsel for Proposed Intervenors conferred with Austin R. Nimocks and Luke Goodrich, counsel for Plaintiffs, via e-mail regarding the relief requested in Proposed Intervenors' motion. Counsel for Plaintiffs indicated that Plaintiffs consent.

On November 21, counsel for Proposed Intervenors conferred with Adam Grogg, Emily Nestler, and Bailey Heaps, counsel for Defendants, via email regarding the relief request in Proposed Intervenors' motion. Counsel for Defendants indicated that Defendants take no position.

/s/Rebecca L. Robertson
Rebecca L. Robertson

**CERTIFICATE OF SERVICE**

On November 21, 2016, I electronically submitted the foregoing **PROPOSED INTERVENORS' UNOPPOSED MOTION FOR EXPANDING PAGE LIMIT FOR *AMICI CURIAE* BRIEF IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** to the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

/s/Rebecca L. Robertson
Rebecca L. Robertson