IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC. et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 7:16-cv-00108-O |
| § | |
| SYLVIA BURWELL, Secretary of the § | |
| United States Department of Health and § | |
| Human Services; and UNITED STATES § | |
| DEPARTMENT OF HEALTH AND § | |
| HUMAN SERVICES, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Putative Intervenors' Unopposed Motion for Expanding Page Limit for Amici Curiae Brief in Opposition to Plaintiffs' Motions for Preliminary Injunction (ECF No. 44), filed November 21, 2016. Putative Intervenors request leave to file an amici curiae brief in opposition to Plaintiffs' motions for preliminary injunction up to 50 pages in length.

The Court finds that the request should be and is hereby **GRANTED**.

**SO ORDERED** on this **22nd day** of **November, 2016**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

1