IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-cv-00108 |

NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Bailey W. Heaps of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf of all defendants in the above-captioned case.

Dated: November 22, 2016

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
    General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

/s/ *Bailey W. Heaps*
Bailey W. Heaps (California Bar)
U.S. Department of Justice
Civil Division, Federal Programs
    Branch
20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 514-1280

fax: (202) 616-8470
email: bailey.w.heaps@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 22, 2016, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

              /s/ *Bailey W. Heaps*
              BAILEY W. HEAPS