# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC; *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> SYLVIA BURWELL, *et al.*, <br><br> *Defendants.* | No. 7:16-CV-00108-O <br><br> **Notice of Appearance** |

Please take notice that the undersigned attorney, Mark Rienzi of the Becket Fund for Religious Liberty, enters his appearance on behalf of plaintiffs Franciscan Alliance, Inc., Christian Medical and Dental Society, and Specialty Physicians of Illinois, LLC in the above-captioned case.

Dated: December 15, 2016   Respectfully submitted,

   /s/ *Mark L. Rienzi*
   Mark L. Rienzi
   DC Bar No. 494336
   The Becket Fund for Religious Liberty
   1200 New Hampshire Ave. NW,
     Suite 700
   Washington, DC 20036
   Phone: (202) 349-7208
   mrienzi@becketfund.org

   *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2016, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ *Mark L. Rienzi*
                                                 Mark L. Rienzi