IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC. et al., | § | |
| | § | |
|   Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:16-cv-00108-O |
| | § | |
| SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § | |
| | § | |
|   Defendants. | § | |

**ORDER**

    Before the Court is Putative Intervenors' Motion for Ruling on Intervention and Stay of Preliminary Injunction Pending Appeal (ECF No. 63), filed January 9, 2017. Putative Intervenors request an explicit ruling on their motion to intervene and a stay of the Court's preliminary injunction pending appeal due to errors they assert exist in the order. Mot. 1, ECF No. 63. They also indicate they will appeal by a date certain and the Certificate of Conference indicates that Plaintiffs oppose the Motion and Defendants take no position. *Id.* at 12. The Court believes expedited briefing is necessary to efficiently resolve this Motion, but cautions the parties that due to existing trial settings it may be difficult to resolve this motion by the deadline Putative Intervenors have set. Accordingly, it is hereby **ORDERED** that both Parties file a response to all of the issues raised in the Motion on or before **January 17, 2017**. Putative Intervenors may file a reply, but it must be filed no later than **January 20, 2017**.

    SO ORDERED on this **9th day** of **January, 2017**.

_____<br>
Reed O'Connor<br>
UNITED STATES DISTRICT JUDGE

1