IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SYLVIA BURWELL, Secretary of the<br>    United States Department of Health<br>    and Human Services, *et al.*,<br><br>*Defendants*. | No. 7:16-cv-00108 |

### DEFENDANTS' RESPONSE
### TO PROPOSED INTERVENORS' MOTION FOR RULING ON INTERVENTION AND STAY OF PRELIMINARY INJUNCTION PENDING APPEAL

Pursuant to this Court's Order (Jan. 9, 2017), ECF No. 64, Defendants respectfully state that Defendants take no position on the Proposed Intervenors' Motion for Ruling on Intervention and Stay of Preliminary Injunction Pending Appeal (Jan. 9, 2017), ECF No. 63; *see id.* at 12 (noting the same). As stated in Defendants' Response to Motion to Intervene of River City Gender Alliance and ACLU of Texas (Oct. 7, 2016), ECF No. 19, Defendants oppose intervention as of right but take no position on permissive intervention. Defendants additionally take no position on the Proposed Intervenors' request for a stay pending appeal, but note that any decision by Defendants "whether, and to what extent, [to] appeal[]" this Court's preliminary injunction will be made by the Solicitor General. *See* 28 C.F.R. § 0.20(b).

Dated:  January 17, 2017                                              Respectfully Submitted,

                                                                                            BENJAMIN C. MIZER
                                                                                            Principal Deputy Assistant Attorney
                                                                                                General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

/s/ *Adam Grogg*
ADAM GROGG
EMILY BROOKE NESTLER
BAILEY W. HEAPS
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 514-2395
fax: (202) 616-8470
email: adam.a.grogg@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Adam Grogg*
ADAM GROGG