# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-cv-00108 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants respectfully seek an extension of time to answer or otherwise respond to the operative complaint. At present, Defendants' deadline to answer or otherwise respond is January 25, 2017, *see* Order (Nov. 15, 2016), ECF No. 40, and Defendants' deadline to notice any appeal of this Court's Order (Dec. 31, 2016), ECF No. 62, granting Plaintiffs' motions for preliminary injunction is March 1, 2017. Defendants respectfully submit that it would make the most efficient use of the parties' and the Court's resources, and provide Defendants sufficient time to prepare their answer or other response, if Defendants are permitted an extension of their deadline to answer or otherwise respond until March 1, 2017.

Counsel for Plaintiffs have informed the undersigned that Plaintiffs take no position on the instant motion.

Dated:  January 17, 2017                               Respectfully Submitted,

                                                       BENJAMIN C. MIZER
                                                       Principal Deputy Assistant Attorney
                                                            General

        JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

/s/ *Adam Grogg*
ADAM GROGG
EMILY BROOKE NESTLER
BAILEY W. HEAPS
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 514-2395
fax: (202) 616-8470
email: adam.a.grogg@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on January 12, 2017, I emailed Plaintiffs' counsel to ask Plaintiffs' position on the relief requested herein, and that on January 17, 2017, Plaintiffs' counsel responded that Plaintiffs take no position on the instant motion.

/s/ *Adam Grogg*
ADAM GROGG

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Adam Grogg*
ADAM GROGG