# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Civil Action No. 7:16-cv-00108-O |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Proposed Intervenors/Amici River City Gender Alliance and American Civil Liberties Union of Texas.

Respectfully submitted this 30th day of January, 2017.

/s/ Daniel Mach
DANIEL MACH
(DC Bar No. 461652)
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
915 15th St. NW, 6th Fl.
Washington, D.C. 20005
(202) 675-2330

*Counsel for Proposed Intervenors/Amici*

## CERTIFICATE OF SERVICE

On January 30, 2017, I electronically submitted the foregoing **NOTICE OF APPEARANCE** to the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

/s/ Daniel Mach
DANIEL MACH