# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

FRANCISCAN ALLIANCE, INC., et al.

    *Plaintiffs*,

v.

SYLVIA BURWELL, et al.

    *Defendants*.

Civ. Action No. 7:16-cv-00108-O

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Proposed Intervenors River City Gender Alliance and the ACLU of Texas hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's January 24, 2017 Order, ECF No. 69, denying Proposed Intervenors' motion to intervene as of right.

Respectfully submitted this 2nd day of February, 2017.

| | |
|---|---|
| Rebecca L. Robertson<br>Kali Cohn<br>AMERICAN CIVIL LIBERTIES<br>  UNION OF TEXAS<br>P.O. Box 8306<br>Houston, TX 77288<br>(713) 942-8146 | /s/ Brian Hauss<br>Brian Hauss<br>Joshua Block<br>Brigitte Amiri<br>James D. Esseks<br>Louise Melling<br>AMERICAN CIVIL LIBERTIES<br>  UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500 |
| Daniel Mach<br>AMERICAN CIVIL LIBERTIES<br>  UNION FOUNDATION<br>915 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 548-6604 | Amy Miller*<br>AMERICAN CIVIL LIBERTIES<br>  UNION OF NEBRASKA<br>134 S. 13th St., #1010<br>Lincoln, NE 68508<br>(402) 476-8091 |

*Application for admission pending.

**CERTIFICATE OF SERVICE**

On February 2, 2017, I electronically submitted the foregoing **PROTECTIVE NOTICE OF APPEAL** to the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

/s/Brian Hauss
Brian Hauss