IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 7:16-cv-00108-O |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Proposed Intervenors/Amici River City Gender Alliance and American Civil Liberties Union of Texas.

Respectfully submitted this 22nd day of February, 2017.

/s/Amy A. Miller
AMY A. MILLER
(Nebraska Bar No. 21050)
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION OF NEBRASKA
134 S. 13th St. #1010
Lincoln NE 68508
(402) 476-8091 ext. 106

*Counsel for Proposed Intervenors/Amici*

## CERTIFICATE OF SERVICE

On February 22, 2017, I electronically submitted the foregoing **NOTICE OF APPEARANCE** to the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

/s/Amy A. Miller_____
Amy A. Miller