IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALTY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; <br><br> - and - <br><br> STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMAS E. PRICE, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants*. | **BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br><br> Civ. Action No. 7:16-cv-00108-O |

**ARGUMENT**

Plaintiffs adopt and incorporate by reference, as if fully stated herein, the arguments and evidence—consisting of the same evidence submitted to the Court at the preliminary injunction stage—presented in support of their prior motions for partial summary judgment and preliminary injunction, ECF Nos. 22, 23, 24, 25, 26, 37, 56, 56-1, 57, 57-1, and 60 and ask the Court to consider those submissions in support of this Motion.

**CONCLUSION**

Plaintiffs respectfully request that the Court issue a permanent injunction against the Rule and enter final judgment in their favor and against Defendants.

Respectfully submitted this the 14th day of March, 2017.

| | |
|---|---|
| */s/ Luke W. Goodrich*<br>Luke W. Goodrich<br>DC Bar No. 977736<br>Eric C. Rassbach<br>Mark L. Rienzi<br>Stephanie H. Barclay<br>The Becket Fund for Religious Liberty<br>1200 New Hampshire Ave. NW<br>Suite 700<br>Washington, DC 20036<br>(202) 955-0095<br>(202) 955-0090<br>lgoodrich@becketfund.org<br><br>*Counsel for Plaintiffs Christian Medical & Dental Associations, Franciscan Alliance, Inc., Specialty Physicians of Illinois, LLC* | KEN PAXTON<br>Attorney General of Texas<br><br>JEFFREY C. MATEER<br>First Assistant Attorney General<br><br>BRANTLEY D. STARR<br>Deputy First Assistant Attorney General<br><br>MICHAEL C. TOTH<br>Special Counsel to the First Assistant Attorney General<br><br>ANDREW D. LEONIE<br>Associate Deputy Attorney General<br><br>*/s/ Austin R. Nimocks*<br>AUSTIN R. NIMOCKS<br>Associate Deputy Attorney General<br>Texas Bar No. 24002695<br>austin.nimocks@oag.texas.gov<br><br>DAVID J. HACKER<br>Senior Counsel<br><br>JOEL STONEDALE<br>Counsel<br><br>Office of Special Litigation<br>ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548, Mail Code 009<br>Austin, Texas 78711-2548<br>(512) 936-1414<br><br>*ATTORNEYS FOR PLAINTIFFS STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2017, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

                                            */s/ Austin R. Nimocks*
                                            AUSTIN R. NIMOCKS