IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TOM PRICE, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-CV-00108 <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Defendants seek 28 more days—for a total of 49 days—to respond to Plaintiffs' half-page brief in support of summary judgment. Barring that, they seek an additional 7 days from the date the Court denies their request. But they should receive neither. At most, they should receive 7 more days from their original due date—*i.e.*, until April 11.

Defendants claim that they need an extension so that new leadership can "become familiar with the issues in the case" (ECF No. 86 at 1)—the same reason they cited for an extension 39 days ago (ECF No. 78 at 1). But the new leadership has had ample time to familiarize itself with the issues in this case, as Secretary Price was confirmed almost two months ago. Moreover, Plaintiffs' Motion for Summary Judgment does not introduce any new legal or factual issues; it merely incorporates the evidence and arguments previously submitted in support of the Motion for Preliminary Injunction that the Court has already ruled on. Thus, there are no new legal issues to address.


## CONCLUSION

Defendants' extension motion should be denied, and they should be ordered to file a response to the Motion for Summary Judgment no later than April 11.

Respectfully submitted this 4th day of April, 2017.

*/s/ Luke W. Goodrich*
Luke W. Goodrich
Bar No. 977736DC
Mark L. Rienzi
Stephanie H. Barclay
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW
Suite 700
Washington, DC 20036
(202) 955-0095
lgoodrich@becketfund.org

*Counsel for Plaintiffs Christian Medical & Dental Associations, Franciscan Alliance, Inc., Specialty Physicians of Illinois, LLC*

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY D. STARR
Deputy First Assistant Attorney General

PRERAK SHAH
Senior Counsel to the Attorney General

ANDREW D. LEONIE
Associate Deputy Attorney General

*/s/ Austin R. Nimocks*
AUSTIN R. NIMOCKS
Associate Deputy Attorney General
Texas Bar No. 24002695
austin.nimocks@oag.texas.gov

MICHAEL C. TOTH
Senior Counsel

JOEL STONEDALE
Counsel

ATTORNEY GENERAL OF TEXAS
Office of Special Litigation
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
(512) 936-1414

*Counsel for Plaintiff States*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017, the foregoing motion was served on all parties via ECF.

                                           */s/ Luke W. Goodrich*
                                              Luke W. Goodrich