IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ZAMARRIPA | § § § § § § § § § § § § § § § |
| Plaintiff, | |
| v. | Cause No. 3:16-cv-03109 |
| FARRAKHAN ET AL., | |
| Defendants | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel pursuant to Local Rule 83.12. The undersigned is leaving the employ of the ACLU of Texas, effective June 3, 2017. Defendant, Rashad Turner, in this proceeding will continue to be represented by Kali Cohn and Edgar Saldivar as counsel of record. Withdrawal of the undersigned will therefore neither prejudice the parties nor cause any delay.

WHEREFORE, the undersigned respectfully requests that the Court enter an order effecting the withdrawal of Rebecca L. Robertson as counsel for Plaintiffs in the above-captioned proceeding.

Respectfully Submitted,

Rebecca L. Robertson

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I electronically filed this Motion to Withdraw as Counsel with the Clerk of Court utilizing the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Rebecca L. Robertson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ZAMARRIPA § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 3:16-cv-03109 |
| § | |
| § | |
| FARRAKHAN ET AL., § | |
| § | |
| Defendants. § | |

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before this Court is the motion of Rebecca L. Robertson seeking to withdraw as counsel for Defendant, Rashad Turner, in the above-captioned proceeding. The Court determined that good cause exists for the Motion and that it should be granted.

IT IS THEREFORE ORDERED that Rebecca L. Robertson is hereby terminated as counsel for Defendant, Rashad Turner, in the above-captioned proceeding.

SIGNED AND ENTERED this _____ day of _____ 2017.

_____
United States District Judge