IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALITY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; <br><br> - and - <br><br> STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; and STATE OF KANSAS, <br>     *Plaintiffs*, <br>v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES <br>     *Defendants*. | Civ. Action No. 7:16-cv-00108-O |

## AMENDED MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel pursuant to Local Rule 83.12. The undersigned is leaving the employ of the ACLU of Texas, effective June 3, 2017. Intervenors in this proceeding will continue to be represented by Kali Cohn, Joshua Block, James Esseks, Brian Hauss, Brigette Amiri, and Louise Melling as counsel of record. Withdrawal of the undersigned will therefore neither prejudice the parties nor cause any delay.

WHEREFORE, the undersigned respectfully requests that the Court enter an order effecting the withdrawal of Rebecca L. Robertson as counsel for Intervenors in the above-captioned proceeding.

Respectfully Submitted,

*[signature]*

Rebecca L. Robertson

## CERTIFICATE OF SERVICE

On June 1, 2017, I electronically submitted the foregoing Amended Motion to Withdraw as Counsel to the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

/s/Rebecca L. Robertson
Rebecca L. Robertson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALITY PHYSICIANS OF ILLINOIS, LLC.; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; <br><br> - and - <br><br> STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; and STATE OF KANSAS, <br><br> *Plaintiffs*, <br> v. <br><br> SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES <br><br> *Defendants*. | Civ. Action No. 7:16-cv-00108-O |

## PROPOSED ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL

Before this Court is the motion of Rebecca L. Robertson seeking to withdraw as counsel for Intervenors in the above-captioned proceeding. The Court determined that good cause exists for the Motion and that it should be granted.

IT IS THEREFORE ORDERED that Rebecca L. Robertson is hereby terminated as counsel for Plaintiffs in the above-captioned proceeding.

SIGNED AND ENTERED this _____ day of _____ 2017.

_____
United States District Judge