# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMAS E. PRICE, M.D., Secretary of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-cv-00108 |

## STATUS REPORT

In response to this Court's August 16, 2017 Order, ECF No. 108, Defendants hereby provide the following update on any "rulemaking proceedings initiated with respect to the challenged Rule." ECF No. 108. *See also* 45 C.F.R. § 92 (the "Rule"). As previously described, Defendants are reevaluating the reasonableness, necessity, and efficacy of the Rule that is challenged in this case and, as part of that process, assessing the issues identified by the Court in granting Plaintiffs a preliminary injunction.

A draft of a proposed rule is going through the clearance process within the Executive Branch. Specifically, Defendants are engaging with the Department of Justice ("DOJ") on a draft of a proposed rule pursuant to Executive Order 12,250 ("Leadership and Coordination of Nondiscrimination Laws"). DOJ's review pursuant to the Executive Order and DOJ's implementing procedures is ongoing. DOJ anticipates completing its review in the near future. Once the Executive Order 12,250 process is complete, the proposed rule must go through an inter-agency clearance process managed by the Office of Management and Budget ("OMB") under Executive Order 12,866.

Defendants anticipate that after the clearance process is complete, the future rulemaking proceedings will involve notice and comment. The time required to complete both the clearance process and notice and comment rulemaking proceedings will depend largely on inter-agency coordination and on the public comments on the proposed rule. Defendants anticipate the submission of the proposed rule to OMB in due course, and will inform the Court when that occurs.

Defendants request an opportunity to continue reconsidering the Rule and do not request that the Court close this case. Meanwhile, Defendants will continue to abide by this Court's preliminary injunction and will therefore not enforce the Rule's prohibition against discrimination on the basis of gender identity or termination of pregnancy.

Defendants therefore request that the Court maintain the stay in this case.

DATED: October 16, 2017

                                         CHAD A. READLER
                                         Acting Assistant Attorney General

                                         JENNIFER D. RICKETTS
                                         Director, Federal Programs Branch

                                         JOEL McELVAIN
                                         Assistant Director, Federal Programs Branch

                                         */s/ Alex Haas*
                                         ALEX HAAS
                                         EMILY BROOKE NESTLER
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Ave. NW
                                         Washington, DC  20530
                                         phone: (202) 353-8679
                                         fax: (202) 616-8470
                                         email: alex.haas@usdoj.gov

                                         *Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 16, 2017, a copy of the foregoing Status Report was filed electronically via the Court's ECF System, which effects service upon counsel of record.

               /s/ Alex Haas_____
               Alex Haas