IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALTY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; <br><br> - and - <br><br> STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMAS E. PRICE, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants*. | **UNOPPOSED MOTION TO WITHDRAW COUNSEL** <br><br><br> Civ. Action No. 7:16-cv-00108-O |

Austin R. Nimocks, one of counsel for Plaintiffs in the above styled and numbered cause, pursuant to Local Rule 83.12, respectfully moves that the Court enter its Order permitting him to withdraw from representation in this matter because he will be leaving the Office of the Attorney General of Texas in October 2018. Plaintiffs will continue to be represented by David J. Hacker, who entered his appearance in this matter on September 19, 2018 (ECF No. 116).

Respectfully submitted this the 19th day of September, 2018.

| | |
|---|---|
| DEREK SCHMIDT<br>Attorney General of Kansas | KEN PAXTON<br>Attorney General of Texas |
| JEFF LANDRY<br>Attorney General of Louisiana | JEFFREY C. MATEER<br>First Assistant Attorney General |
| CURTIS HILL<br>Attorney General of Indiana | BRANTLEY D. STARR<br>Deputy First Assistant Attorney General |
| BRAD SCHIMEL<br>Attorney General of Wisconsin | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| DOUG PETERSON<br>Attorney General of Nebraska | */s/ Austin R. Nimocks*<br>AUSTIN R. NIMOCKS<br>Special Counsel for Civil Litigation<br>Texas Bar No. 24002695<br>austin.nimocks@oag.texas.gov |
| | DAVID J. HACKER<br>Special Counsel for Civil Litigation<br>Texas Bar No. 24103323<br>david.hacker@oag.texas.gov |
| | RANDALL MILLER<br>Assistant Attorney General<br>Texas Bar No. 24092838<br>randall.miller@oag.texas.gov |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548, Mail Code 001<br>Austin, Texas 78711-2548<br>Tel: 512-936-1414 |
| | *ATTORNEYS FOR PLAINTIFFS* |

## CERTIFICATE OF SERVICE

I certify that on the 19th day of September, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Austin R. Nimocks*
AUSTIN R. NIMOCKS

## CERTIFICATE OF CONFERENCE

I hereby certify that, on September 19, 2018, Plaintiffs' counsel conferred with Defendants' counsel concerning this motion. Defendants do not oppose this motion.

*/s/ Austin R. Nimocks*
AUSTIN R. NIMOCKS