*United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**FILED**
**September 20, 2018**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 20, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-10135   Franciscan Alliance, Inc., et al v. Norris Cochran, Acting Secy, et al
                    USDC No. 7:16-CV-108

The court has granted the motion to withdraw David Nimocks as counsel in this case. Heather Hacker will now proceed as lead counsel for Texas and the other State Appellees in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Ms. Brigitte Adrienne Amiri
Ms. Stephanie Hall Barclay
Mr. Joshua A. Block
Mr. Luke William Goodrich
Ms. Heather Gebelin Hacker
Mr. Brian Hauss
Mr. Daniel Mach
Ms. Amy Miller
Ms. Karen S. Mitchell
Mr. David Austin Robert Nimocks
Ms. Rebecca L. Robertson