IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC. et al., § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 7:16-cv-00108-O |
| § | |
| ALEX M. AZAR II, Secretary of the § United States Department of Health and § Human Services; and UNITED STATES § DEPARTMENT OF HEALTH AND § HUMAN SERVICES, § § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Status Conference (ECF No. 121), filed December 11, 2018. The Court sets this matter for a status conference hearing on **Wednesday, December 19, 2018, at 8:30 a.m.** in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **13th day** of **December, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE