**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **FRANCISCAN ALLIANCE, INC. et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:16-cv-00108-O** |
| | § | |
| **ALEX M. AZAR II, Secretary of the** | § | |
| **United States Department of Health and** | § | |
| **Human Services; and UNITED STATES** | § | |
| **DEPARTMENT OF HEALTH AND** | § | |
| **HUMAN SERVICES,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Lift Stay, Vacate Status Conference, and Set Briefing Schedule (ECF No. 125), filed December 17, 2018. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. It is therefore **ORDERED** that the stay of this case is lifted. It is further **ORDERED** that the Court's December 13, 2018 Order—setting a status conference in this matter—is **VACATED**.

It is further **ORDERED** that the parties and proposed intervenors shall adhere to the agreed briefing schedule adopted below:

| **Filing** | **Deadline** |
|---|---|
| Plaintiffs' motion for summary judgment | **February 4, 2019** |
| Proposed Intervenors' renewed motion to intervene | **February 4, 2019** |
| Plaintiffs' and Defendants' responses to the renewed motion to intervene | **February 25, 2019** |
| Proposed Intervenors' reply in support of the renewed motion to intervene | **March 11, 2019** |

| | |
|---|---|
| Defendants' and Proposed Intervenors' cross-motions for summary judgment and opposition to Plaintiffs' motion for summary judgment | **April 5, 2019** |
| Plaintiffs' opposition to Defendants' and Proposed Intervenors' cross-motions for summary judgment and reply in support of Plaintiffs' motion for summary judgment | **May 3, 2019** |
| Defendants' and Proposed Intervenors' reply in support of their cross-motions for summary judgment | **May 24, 2019** |

**SO ORDERED** on this **17th day** of **December, 2018**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**