IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALITY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS;<br><br>- and -<br><br>STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS, STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant,<br><br>    *Plaintiffs*,<br> v.<br><br>ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>    *Defendants*. | Civ. Action No. 7:16-cv-00108-O |

**RENEWED MOTION TO INTERVENE OF
RIVER CITY GENDER ALLIANCE AND ACLU OF TEXAS**

 Pursuant to Federal Rule of Civil Procedure 24(a)(2), Federal Rule of Civil Procedure 54(b), and this Court's Scheduling Order dated December 17, 2018, ECF No. 126, the ACLU of Texas and the River City Gender Alliance ("Proposed Intervenors") respectfully renew their Motion to intervene in the instant action. As detailed in the accompanying brief, Proposed

1

Intervenors qualify for intervenor status as of right, as well as satisfy Article III standing requirements.

A brief in support of this Motion satisfying the requirements of Local Rule 56.3, an appendix, and a proposed order are filed contemporaneously with this Motion.

Respectfully submitted this 1st day of February, 2019.

/s/ Kali Cohn
Kali Cohn
AMERICAN CIVIL LIBERTIES UNION OF TEXAS
P.O. Box 600169
Dallas, TX 75360
(214) 346-6577

Daniel Mach
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
(202) 548-6604

Amy Miller
AMERICAN CIVIL LIBERTIES UNION OF NEBRASKA
134 S. 13th St., #1010
Lincoln, NE 68508
(402) 476-8091

Joshua Block
Brigitte Amiri
James D. Esseks
Louise Melling
Lindsey Kaley*
Brian Hauss**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

*Counsel for Movants*

*Application for admission forthcoming.
**Application to withdraw pending.

## CERTIFICATE OF CONFERENCE

I hereby certify that my co-counsel, Joshua Block, conferred with counsel for Plaintiffs and Defendants on February 1, 2019 via email. Plaintiffs are opposed to the instant Motion. Defendants reserve their position until reviewing the papers.

/s/ Kali Cohn
Kali Cohn
AMERICAN CIVIL LIBERTIES UNION OF TEXAS
P.O. Box 600169
Dallas, TX 75360
(214) 346-6577

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.

/s/ Kali Cohn
Kali Cohn
AMERICAN CIVIL LIBERTIES UNION OF TEXAS
P.O. Box 600169
Dallas, TX 75360
(214) 346-6577