IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALTY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; <br><br> - and - <br><br> STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR, II, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendants*. | Civ. Action No. 7:16-cv-00108-O <br><br><br> **STATE PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT** |

State Plaintiffs, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56, respectfully move the Court for summary judgment on all their claims in their First Amended Complaint (ECF No. 21).[1] There are no genuine issues of material fact and State Plaintiffs are entitled to judgment as a matter of law.

State Plaintiffs specifically request the following relief against the Defendants, their officers, agents, employees, and attorneys:

1. A declaratory judgment that the Rule is invalid under the Administrative Procedure Act;
2. A declaratory judgment that the Rule violates Article I, the Tenth Amendment, and the Eleventh Amendment to the United States Constitution;
3. A permanent injunction prohibiting Defendants from enforcing the Rule; and
4. An order vacating and setting aside the unlawful portions of the Rule.

In support of this Motion, State Plaintiffs adopt and incorporate by reference, as if fully stated herein, the arguments presented in support their prior motions for partial summary judgment and preliminary injunction, ECF Nos. 23, 25, 37, 56, and 57, as well as the evidence offered in support, ECF Nos. 26, 56-1, 57-1, 60, 83, and 84, and ask the Court to consider those filings and evidence in support of this Motion.

A brief in support of this Motion satisfying the requirements of Local Rule 56.3, an Appendix, a proposed order, and a proposed final judgment are filed contemporaneously with this Motion.

---

[1] Wisconsin joins the motion only as to Argument section I.D. in the accompanying brief, and to requests for remedy corresponding to that argument.

Wherefore, State Plaintiffs respectfully request that judgment be entered in their favor and against Defendants.

Respectfully submitted this the 4th day of February, 2019.

| | |
|---|---|
| DOUG PETERSON<br>Attorney General of Nebraska | KEN PAXTON<br>Attorney General of Texas |
| DEREK SCHMIDT<br>Attorney General of Kansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | BRANTLEY D. STARR<br>Deputy First Assistant Attorney General |
| MARK BRNOVICH<br>Attorney General of Arizona | RYAN L. BANGERT<br>Deputy Attorney General for Legal Counsel |
| MATT BEVIN<br>Governor of Kentucky | */s/ David J. Hacker*<br>DAVID J. HACKER<br>Special Counsel for Civil Litigation<br>Texas Bar No. 24103323<br>david.hacker@oag.texas.gov |
| PHIL BRYANT<br>Governor of Mississippi | |
| | MICHAEL C. TOTH<br>Special Counsel for Civil Litigation |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548, Mail Code 001<br>Austin, Texas 78711<br>(512) 936-1414 |
| | *ATTORNEYS FOR PLAINTIFFS STATE OF TEXAS; STATE OF WISCONSIN; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant* |

## CERTIFICATE OF SERVICE

  I hereby certify that on February 4, 2019, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

                */s/ David J. Hacker*
                DAVID J. HACKER