IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, Secretary <br> of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 7:16-cv-00108 |

### DEFENDANTS' RESPONSE TO RENEWED MOTION TO INTERVENE

Defendants, through their undersigned counsel, hereby respond to the renewed Motion to Intervene (Dkt. No. 130) filed by the ACLU of Texas and the River City Gender Alliance (collectively, the "Proposed Intervenors") as follows:

Defendants do not oppose the Proposed Intervenors' renewed Motion to Intervene.

DATED:  February 25, 2019

                    JOSEPH H. HUNT
                    Assistant Attorney General
                    Civil Division

                    JENNIFER D. RICKETTS
                    Director, Federal Programs Branch

                    MICHELLE BENNETT
                    Assistant Director, Federal Programs Branch

                    */s/ Rhett P. Martin*
                    RHETT P. MARTIN
                    ALEX HAAS
                    U.S. Department of Justice
                    Civil Division, Federal Programs Branch
                    1100 L Street NW
                    Washington, DC  20005
                    phone: (202) 305-7538
                    fax: (202) 616-8470
                    email: rhett.martin@usdoj.gov

                    *Counsel for Defendants*