# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Civ. Action No. 7:16-cv-00108-O |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Proposed Intervenors River City Gender Alliance and American Civil Liberties Union of Texas.

Respectfully submitted this 8th day of March, 2019.

/s/ Lindsey Kaley
LINDSEY KALEY
(New York Bar No. 5324983)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7823

*Counsel for Proposed Intervenors*

**CERTIFICATE OF SERVICE**

On March 8, 2019, I electronically submitted the foregoing **NOTICE OF APPEARANCE** to the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

/s/ Lindsey Kaley
LINDSY KALEY