**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **FRANCISCAN ALLIANCE, INC. et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:16-cv-00108-O** |
| | § | |
| **ALEX M. AZAR II, Secretary of the** | § | |
| **United States Department of Health and** | § | |
| **Human Services; and UNITED STATES** | § | |
| **DEPARTMENT OF HEALTH AND** | § | |
| **HUMAN SERVICES,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are Defendants' Notice of Proposed Rulemaking (ECF No. 159), filed May 31, 2019, and Plaintiffs' Response (ECF No. 160), filed June 6, 2019. The Court requires further briefing from Defendants on the issues raised in Plaintiffs' response. The Court hereby **ORDERS** Defendants to submit a reply to the response **on or before June 12, 2019**.

**SO ORDERED** on this **7th day** of **June, 2019**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**