## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **FRANCISCAN ALLIANCE, INC. et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:16-cv-00108-O** |
| | § | |
| **ALEX M. AZAR II, Secretary of the** | § | |
| **United States Department of Health and** | § | |
| **Human Services; and UNITED STATES** | § | |
| **DEPARTMENT OF HEALTH AND** | § | |
| **HUMAN SERVICES,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are Putative Intervenors American Civil Liberties Union of Texas and River City Gender Alliance's (collectively, "Putative Intervenors") Motion to Intervene, Brief in Support, and Appendix in Support (ECF Nos. 129–31), filed February 1, 2019; Plaintiffs' and Defendants' Responses (ECF Nos. 140, 141), filed February 25, 2019; and Putative Intervenors' Reply (ECF No. 144), filed March 11, 2019. The Court sets this matter for a hearing on **Monday, September 16, 2019, at 10:00 a.m.** in the Second Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

Counsel for all parties are **ORDERED** to attend.

**SO ORDERED** on this **10th day** of **September, 2019**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**