IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC.; SPECIALTY PHYSICIANS OF ILLINOIS, LLC,; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS;<br><br>- and -<br><br>STATE OF TEXAS; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX M. AZAR, II, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | Civ. Action No. 7:16-cv-00108-O |

**STATE PLAINTIFFS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

State Plaintiffs in the above-captioned and numbered cause respectfully move the Court to enter an Order permitting the withdrawal of Michael Toth as co-counsel. As of September 16, 2019, Mr. Toth will no longer be employed by the Office of the Attorney General of Texas. Further, State Plaintiffs ask the Court to allow William T. Thompson to be substituted in place of Mr. Toth as co-counsel. Mr. Thompson is a member in good standing with the State Bar of Texas and with this Court. David J. Hacker will remain lead counsel.

State Plaintiffs request that all future correspondence and other communications regarding this case be directed to the following attorneys:

David J. Hacker
William T. Thompson
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1414 | FAX: (512) 936-0545
david.hacker@oag.texas.gov
william.thompson@oag.texas.gov

Respectfully submitted this the 13th day of September 2019.

| | |
|---|---|
| DOUG PETERSON<br>Attorney General of Nebraska | KEN PAXTON<br>Attorney General of Texas |
| DEREK SCHMIDT<br>Attorney General of Kansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | RYAN L. BANGERT<br>Deputy Attorney General for Legal Counsel |
| MARK BRNOVICH<br>Attorney General of Arizona | DAVID J. HACKER<br>Special Counsel to the First Assistant<br>  Attorney General<br>Texas Bar No. 24103323<br>david.hacker@oag.texas.gov |

2

*/s/ Michael Toth*
MICHAEL C. TOTH
Special Counsel for Civil Litigation
Texas Bar No. 24100608
michael.toth@oag.texas.gov

*/s/ William T. Thompson*
WILLIAM T. THOMPSON
Special Counsel for Civil Litigation
Texas Bar No. 24088531
william.thompson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Mail Code 001
Austin, Texas 78711
(512) 936-1414

*ATTORNEYS FOR PLAINTIFFS STATE OF TEXAS; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; and STATE OF MISSISSIPPI, by and through Governor Phil Bryant*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 12, 2019, I conferred with counsel for all parties who indicated that they are unopposed to this motion. Counsel for proposed intervenors did not respond.

*/s/ William T. Thompson*
WILLIAM T. THOMPSON
Special Counsel for Civil Litigation

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2019, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ William T. Thompson*
WILLIAM T. THOMPSON
Special Counsel for Civil Litigation
