IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC., et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:16-cv-00108-O |
| ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § § | |
| Defendants. | § | |

## ORDER

The Court issued its Order granting Putative Intervenors' Motion to Intervene and partially granting Plaintiffs' Motions for Summary Judgment (ECF No. 175) and its Final Judgment holding that Nondiscrimination in Health Programs & Activities ("the Rule"), 81 Fed. Reg. 31376 (May 18, 2016), codified at 45 C.F.R. § 92, violates the APA and RFRA (ECF No. 176). Therein, the Court severed Plaintiffs' APA and RFRA claims from their Title VII, Spending Clause, First Amendment, Tenth Amendment, and Eleventh Amendment claims. The Court now **STAYS** the case involving Plaintiffs' Title VII, Spending Clause, First Amendment, Tenth Amendment, and Eleventh Amendment pending notice by the parties that these claims should go forward. The case shall be administratively closed until further order from the Court.

**SO ORDERED** on this **15th day** of **October, 2019.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE