IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED
December 6, 2019
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

A True Copy
Certified order issued Dec 06, 2019

Tyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 17-10135

FRANCISCAN ALLIANCE, INCORPORATED; CHRISTIAN MEDICAL AND DENTAL SOCIETY; SPECIALTY PHYSICIANS OF ILLINOIS, L.L.C.; STATE OF TEXAS; STATE OF NEBRASKA; COMMONWEALTH OF KENTUCKY, By and Through Governor Matthew G. Bevin; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF ARIZONA; STATE OF MISSISSIPPI, By and Through Governor Phil Bryant,

    Plaintiffs - Appellees

v.

NORRIS COCHRAN, Acting Secretary of the United States Department of Health and Human Services; Et Al

    Defendants

AMERICAN CIVIL LIBERTIES UNION OF TEXAS; RIVER CITY GENDER ALLIANCE,

    Movants - Appellants

Appeal from the United States District Court
for the Northern District of Texas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of December 06, 2019, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT