IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX M. AZAR, II, *et al.*,<br><br>*Defendants*. | No. 7:16-CV-00108-O<br><br>**Private Plaintiffs'<br>Notice of Appeal** |

Notice is hereby given that plaintiffs Franciscan Alliance, Inc.; Specialty Physicians of Illinois, LLC; and Christian Medical and Dental Associations (collectively, Private Plaintiffs) appeal to the United States Court of Appeals for the Fifth Circuit from the order modifying final judgment entered on November 21, 2019 (ECF No. 182), from the final judgment entered on October 15, 2019 (ECF No. 176), and from the order granting in part and denying in part Private Plaintiffs' renewed motion for partial summary judgment entered on October 15, 2019 (ECF No. 175).

Respectfully submitted this the 21st day of January, 2020.

*/s/ Luke W. Goodrich*
Luke W. Goodrich
  Bar No. 977736DC
Mark L. Rienzi
  Bar No. 648377MA
Joseph C. Davis
  Bar No. 1047629DC
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW
  Suite 700
Washington, DC 20036
(202) 955-0095
lgoodrich@becketlaw.org

*Counsel for Plaintiffs Christian Medical & Dental Associations, Franciscan Health, Inc., Specialty Physicians of Illinois, LLC*

## CERTIFICATE OF SERVICE

I certify that on January 21, 2020, the foregoing Notice of Appeal was electronically submitted to the clerk of court of the U.S. District Court for the Northern District of Texas, using the Court's electronic filing system. Counsel for all parties have been served via ECF.

/s/ Luke W. Goodrich
Luke W. Goodrich