IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION



FRANCISCAN ALLIANCE, INC., *et al.*,

    *Plaintiffs*,

v.

ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services, *et al.*,

    *Defendants*,

AMERICAN CIVIL LIBERTIES UNION OF TEXAS, and RIVER CITY GENDER ALLIANCE,

    *Intervenor Defendants*.

Civ. Action No. 7:16-cv-00108-O

## MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel pursuant to Local Rule 83.12. The undersigned has left the employ of the ACLU of Nebraska. Intervenors in this proceeding will continue to be represented by Andre Segura, Brian Klosterboer, Kali Cohn, Daniel Mach, Joshua Block, Brigitte Amiri, James Esseks, Lindsey Kaley, and Louise Melling as counsel of record. Withdrawal of the undersigned will therefore neither prejudice the parties nor cause any delay.

The undersigned further requests permission to submit the instant motion by paper rather than electronic means, pursuant to Local Rule 5.1(e) for the reason that with her change of employment, she no longer has access to the ECF filing system.

WHEREFORE, the undersigned respectfully requests that the Court enter an order effecting the withdrawal of Amy Anne Miller as counsel for Intervenors in the above-captioned proceeding.

Dated this 13th day of February, 2020.

Respectfully submitted,

_____
Amy Anne Miller
Nebraska State Bar Association #21050
623 S. 32nd Street
Lincoln NE 68510
(402) 210-9098
Email: amyamiller402@gmail.com

## CERTIFICATE OF SERVICE

On February 13, 2020, I hereby certify that I have served counsel of record for all parties by emailing a copy at their email address of record as follows:

**Luke Goodrich** Email: lgoodrich@becketlaw.org
**Joseph C. Davis** Email: jdavis@becketlaw.org
**Mark Leonard Rienzi** Email: mrienzi@becketlaw.org
**Stephanie Hall Barclay** Email: sbarclay@becketlaw.org
The Becket Fund for Religious Liberty
1200 New Hampshire Ave NW
Suite 700
Washington, DC 20036
202-349-7216
Fax: 202-955-0090

**David Jonathan Hacker** Email: david.hacker@oag.texas.gov
**Michael Christopher Toth** Email: michael.toth@oag.texas.gov
**William Thomas Thompson** Email: william.thompson@oag.texas.gov
Office of the Texas Attorney General
209 W 14th Street
PDB Ground Floor
Austin, TX 78701
512-936-2330
Fax: 512-935-0545

**Bradley Philip Humphreys** Email: bradley.humphreys@usdoj.gov
**Rhett Martin** Email: rhett.martin@usdoj.gov
**Adam Anderson Grogg** Email: adam.a.grogg@usdoj.gov
**Alexander Haas** Email: alex.haas@usdoj.gov
**Bailey Wilson Heaps** Email: bailey.w.heaps@usdoj.gov
**Emily Brooke Nestler** Email: emily.b.nestler@usdoj.gov
United States Department of Justice
Civil Division Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202/305-0878
Fax: 202/616-8470

**Kali Alanna Cohn** Email: kcohn@aclutx.org
**Andre Segura** Email: asegura@aclutx.org
**Brian Klosterboer** Email: bklosterboer@aclutx.org
ACLU of Texas
6440 North Central Expressway, Ste 318
Dallas, TX 75206
214-346-6577
Fax: 713-942-8966

**Brigitte Adrienne Amiri** Email: bamiri@aclu.org
**Daniel Mach** Email: dmach@aclu.org
**James Esseks** Email: jesseks@aclu.org
**Joshua Block** Email: jblock@aclu.org
**Lindsey Breton Kaley** Email: lkaley@aclu.org
**Louise Melling** Email: lmelling@aclu.org
American Civil Liberties Union Foundation
125 Broad St
18th Floor
New York, NY 10004
212-549-2604

Respectfully submitted,

_____
Amy Anne Miller



A. Miller
603 S. 32 St.
Linon NE 68510



Clerk of the Court
United States District Court for the
Northern District of Texas
1000 Lamar St. #203
Wichita Falls, TX 76301



RECEIVED
FEB 18 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS