IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*, <br><br> AMERICAN CIVIL LIBERTIES UNION OF TEXAS, and RIVER CITY GENDER ALLIANCE, <br><br> *Intervenor Defendants*. | Civ. Action No. 7:16-cv-00108-O |

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before this Court is the motion of Amy Anne Miller seeking to withdraw as counsel for Intervenors in the above-captioned proceeding. The Court determined that good cause exists for the Motion and that it should be granted.

IT IS THEREFORE ORDERED that Amy Anne Miller is hereby terminated as counsel for Intervenors in the above-captioned proceeding.

SIGNED AND ENTERED this ___ day of _____ 2020.

_____
United States District Judge