IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC. et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:16-cv-00108-O |
| ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Amy Anne Miller's Motion to Withdraw as Counsel (ECF No. 189), filed February 18, 2020. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Amy Anne Miller is permitted to withdraw and is hereby removed as counsel for Intervenor Defendants American Civil Liberties Union of Texas and River City Gender Alliance.

**SO ORDERED** on this **20th day** of **February, 2020**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE