IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC. et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § § § § | Civil Action No. 7:16-cv-00108-O |
| XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | | |
| Defendants. | | |

## ORDER

On April 15, 2021, the Fifth Circuit remanded this case for further proceedings. Accordingly, the Court **DIRECTS** the parties to file a joint status report on or before April 22, 2021, detailing how they believe the case should proceed.

**SO ORDERED** on this **15th day** of **April, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1