RECEIVED
By Tamara Ellis at 4:04 pm, Apr 22, 2021

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
Suite 115  
**NEW ORLEANS, LA 70130**

April 22, 2021

Ms. Karen S. Mitchell  
Northern District of Texas, Wichita Falls  
United States District Court  
1000 Lamar Street  
Room 203  
Wichita Falls, TX 76307-0000

    No. 20-10093   Franciscan Alliance v. Becerra  
                    USDC No. 7:16-CV-108-O

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Laney L. Lampard, Deputy Clerk  
                      504-310-7652

cc:  
    Mr. Joshua A. Block  
    Ms. Ashley A. Cheung  
    Ms. Kali Cohn  
    Mr. Joseph Charles Davis  
    Mr. Joshua Dos Santos  
    Ms. Marleigh D. Dover  
    Mr. Luke William Goodrich  
    Mr. Alexander K. Haas  
    Mr. Bradley Philip Humphreys  
    Ms. Lindsey Kaley  
    Mr. Brian Klosterboer  
    Mr. Daniel Mach  
    Mr. Scout Richters  
    Mr. Mark Rienzi  
    Mr. Andre Segura

Ms. Lori Halstead Windham