IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC. et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:16-cv-00108-O |
| | § | |
| XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is the parties' Joint Status Report (ECF No. 198), filed April 22, 2021. According to the Report, in light of the Fifth Circuit's remand in *Franciscan All., Inc. v. Becerra*, ___ F. App'x ___, 2021 WL 1440102 (5th Cir. Apr. 15, 2021) (per curiam), Private Plaintiffs intend to continue to seek judgment as a matter of law, and the parties suggest supplemental briefing on the specific issues highlighted in the Fifth Circuit's remand order. *See* ECF No. 198. Accordingly, the Court **ORDERS** the following supplemental briefing schedule:

| Filing | Deadline | Page Limit |
|---|---|---|
| Private Plaintiffs' supplemental brief | May 14, 2021 | 25 pages |
| Defendants' and Intervenor Defendants' supplemental briefs | June 4, 2021 | 25 pages each |
| Private Plaintiffs' combined response to all Defendants' supplemental briefs | June 18, 2021 | 20 pages |

The parties diverge only in the need for a sur-reply. *See id.* at 3. Should Defendants feel a sur-reply is justified following the initial briefing schedule, Defendants may seek leave to file one.

**SO ORDERED** on this **23rd day** of **April, 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE