IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC. et al., § § Plaintiffs, § § v. § XAVIER BECERRA, Secretary of the § United States Department of Health and § Human Services; and UNITED STATES § DEPARTMENT OF HEALTH AND § HUMAN SERVICES, § § Defendants. § § v. § § AMERICAN CIVIL LIBERTIES § UNION OF TEXAS et al., § § Intervenors. § | Civil Action No. 7:16-cv-00108-O |

## ORDER

The Court is entering an Amended Memorandum to correct grammatical and typographical errors. No substantive changes have been made from the original order.

**SO ORDERED** on this **16th day** of **August, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1