IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> *Defendants,* <br><br> - and - <br><br> AMERICAN CIVIL LIBERTIES UNION OF TEXAS; and RIVER CITY GENDER ALLIANCE, <br><br> *Intervenors-Defendants.* | Civ. Action No. 7:16-cv-00108-O |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Proposed Intervenors River City Gender Alliance and the American Civil Liberties Union of Texas hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Opinion and Order, ECF No. 206, as modified by the Court's Order granting Defendants' Rule 60(b) Motion to Modify Order, ECF No. 211, and all prior orders and decisions that merge into those orders.

Dated: November 30, 2021

Respectfully submitted,

/s/ *Lindsey Kaley*
(NY Bar No. 5324983)
Joshua Block
Brigitte Amiri
James D. Esseks
Louise Melling
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Daniel Mach
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
(202) 548-6604

Andre Segura
Brian Klosterboer
AMERICAN CIVIL LIBERTIES UNION OF TEXAS
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146

Scout Richters
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NEBRASKA
134 S. 13th St., #1010
Lincoln, NE 68508
(402) 416-2694

*Counsel for Intervenors-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2021, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record for all parties through the Court's ECF system.

By: /s/ *Lindsey Kaley*
LINDSEY KALEY