FILED
March 11, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 11, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-11174    Franciscan Alliance v. Becerra
                        USDC No. 7:16-CV-108-O

The court has granted an extension of time to and including March 28, 2022 for filing appellants'/petitioners' briefs in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Charles Whitney
Charles B. Whitney, Deputy Clerk
504-310-7679

Mr. Joshua A. Block
Mr. Daniel Chen
Mr. Joseph Charles Davis
Ms. Marleigh D. Dover
Mr. Luke William Goodrich
Mr. Bradley Philip Humphreys
Ms. Lindsey Kaley
Ms. Karen S. Mitchell
Ms. McKaye Lea Neumeister
Mr. Scout Richters
Mr. Mark Rienzi
Mr. Charles Wylie Scarborough
Mr. Jack Starcher