FILED
May 18, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-11174    Franciscan Alliance v. Becerra
                            USDC No. 7:16-CV-108-O

The court has granted an extension of time to and including June 10, 2022, for filing appellee's/respondent's brief in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Charles B. Whitney, Deputy Clerk
                      504-310-7679

Mr. Joshua A. Block
Mr. Daniel Chen
Mr. Joseph Charles Davis
Ms. Marleigh D. Dover
Mr. Luke William Goodrich
Mr. Bradley Philip Humphreys
Ms. Lindsey Kaley
Mr. Brian Klosterboer
Mr. Daniel Mach
Ms. Karen S. Mitchell
Ms. McKaye Lea Neumeister
Mr. Scout Richters
Mr. Mark Rienzi
Mr. Charles Wylie Scarborough
Mr. Andre Segura
Mr. Jack Starcher