**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> *Defendants.* | NO. 7:16-CV-00108-O <br><br><br> **[Proposed] Order Granting Plaintiffs' Motion to Clarify** |

Having considered Plaintiffs' motion to clarify, the motion is **GRANTED**. It is **ORDERED** that Plaintiffs shall file any petition for attorneys' fees and expenses arising out of this litigation by thirty (30) days after the final resolution of all claims, including any appeals. "All claims" includes the claims severed and stayed in this Court's October 15, 2019, order. ECF No. 177. Thirty days "after … any appeals" means either (a) thirty days after the expiration of any deadline for appeal or petition for certiorari (if there is no appeal or petition); or (b) thirty days after the final resolution of all appeals or petitions for certiorari (if there is an appeal or petition), whichever is later.

    **SO ORDERED** on this ___ day of _____, 2022.


                                        _____
                                        HONORABLE REED O'CONNOR
                                        UNITED STATES DISTRICT JUDGE

1