IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC. et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:16-cv-00108-O |
| XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion to Clarify (ECF No. 218), filed September 19, 2022. The Motion is **GRANTED**. In an Order (ECF No. 206), filed on August 16, 2021, this Court **ORDERED** that Plaintiffs shall file any petition for attorneys' fees and expenses arising out of this litigation by thirty (30) days after the final resolution of all claims, including any appeals. "All claims" includes the claims severed and stayed in the Court's Order (ECF No. 177) filed October 15, 2019. Thirty days "after … any appeals" means either (a) thirty days after the expiration of any deadline for appeal or petition for certiorari (if there is no appeal or petition); or (b) thirty days after the final resolution of all appeals or petitions for certiorari (if there is an appeal or petition), whichever is later.

**SO ORDERED** on this **21st day** of **September, 2022**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1