IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| FRANCISCAN ALLIANCE, INC. et al.,   Plaintiffs,   v.   XAVIER BECERRA, Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,   Defendants. | § § § § § § § § § § § § § § | Civil Action No. 7:16-cv-00108-O |

## ORDER

On October 15, 2019, the Court **STAYED** the case involving Plaintiff's severed Title VII, Spending Clause, First Amendment, Tenth Amendment, and Eleventh Amendment claims. ECF No. 177. These severed and stayed claims have not yet been revisited or resolved. Accordingly, the Clerk is **DIRECTED** to administratively close this case until such time as the parties file a motion to reopen the case to pursue these claims.

Plaintiffs are further **DIRECTED** that, if they plan to pursue these severed and stayed claims, they must file the motion to reopen the case by thirty (30) days after the final resolution of the severed RFRA and APA claims, including any appeals, as defined in the Court's Order (EFC No. 231).

**SO ORDERED** this **29th day** of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1