# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

**CORRECTED 10/19/2022**

October 18, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Wichita Falls
United States District Court
1000 Lamar Street
Room 203
Wichita Falls, TX 76307-0000

         No. 21-11174     Franciscan Alliance v. Becerra
                          USDC No. 7:16-CV-108

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Melissa Mattingly*

                          By: _____
                          Melissa V. Mattingly, Deputy Clerk
                          504-310-7719

cc:  Mr. Joshua A. Block
     Mr. Daniel Chen
     Mr. Joseph Charles Davis
     Mr. Luke William Goodrich
     Ms. Lindsey Kaley
     Mr. Brian Klosterboer
     Mr. Daniel Mach
     Ms. Rachel N. Morrison
     Ms. McKaye Lea Neumeister
     Mr. Scout Richters
     Mr. Mark Rienzi
     Mr. Charles Wylie Scarborough
     Mr. Jack Starcher


P.S. TO THE DISTRICT COURT CLERK and COUNSEL:  The district
     court case number has been corrected in the enclosed
     opinion.