# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> *Defendants.* | No. 7:16-cv-00108-O <br><br> PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES AND EXPENSES |

Pursuant to 42 U.S.C. § 1988(b) and this Court's order setting the deadline for filing a petition for attorney's fees and expenses, Dkt. 219, Plaintiffs respectfully move this Court for an order requiring Defendants to pay Plaintiffs' reasonable attorney's fees and expenses, as set out in the memorandum filed in support of this motion. Plaintiffs are the prevailing parties under the Court's judgment. *See* Dkts. 182, 206, 211.

A memorandum in support of this motion satisfying the requirements of Local Rule 7.1(d), accompanying exhibits, and a proposed order are filed contemporaneously with this motion. The exhibits include:

Exhibit 1: Goodrich Declaration
  Exhibit 1-A: Summary of Fees
  Exhibit 1-B: Summary of Requested Expenses
  Exhibit 1-C: Contemporaneous Billing Records
  Exhibit 1-D: Billing Judgment Deletions
  Exhibit 1-E: Goodrich Resume
  Exhibit 1-F: Rienzi Resume
  Exhibit 1-G: Windham Resume
  Exhibit 1-H: Barclay Resume
  Exhibit 1-I: Thomson Resume

1

      Exhibit 1-J: Davis Resume
      Exhibit 1-K: Chen Resume
      Exhibit I-L: Busick Resume
   Exhibit 2: Schaerr Declaration
   Exhibit 3: Robison Declaration

WHEREFORE, Plaintiffs respectfully request that the Court order Defendants to pay attorney's fees and expenses, in the amount set out in the memorandum filed in support of this motion.

Dated: December 23, 2022

Respectfully submitted,

*/s/ Luke W. Goodrich*
Luke W. Goodrich
DC Bar No. 977736
Mark L. Rienzi
Joseph C. Davis
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
(202) 955-0095
lgoodrich@becketlaw.org

*Counsel for Plaintiffs Christian Medical & Dental Associations, Franciscan Alliance, Inc., Specialty Physicians of Illinois, LLC*

## CERTIFICATE OF CONFERENCE

On December 15, 2022, counsel for Plaintiffs, Luke W. Goodrich, informed Bradley Humphreys, counsel for HHS, of Plaintiffs' intent to file this motion and accompanying memorandum. On December 21, 2022, Mr. Humphreys indicated that HHS opposes the motion.

/s/ Luke W. Goodrich
Luke W. Goodrich

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, the foregoing was served on all parties via ECF.

/s/ Luke W. Goodrich
Luke W. Goodrich