**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, | No. 7:16-CV-00108-O |
| *Plaintiffs*, | |
| v. | **DECLARATION OF LUKE W. GOODRICH** |
| XAVIER BECERRA, *et al.*, | |
| *Defendants*. | |

1.  My name is Luke Goodrich. I am over the age of 18 and have personal knowledge of the contents of this declaration.

2.  I serve as lead litigation counsel for Franciscan Alliance, Inc., the Christian Medical and Dental Associations, and Specialty Physicians of Illinois, L.L.C. ("Plaintiffs") in the above captioned matter and have done so throughout this litigation. I offer this declaration in support of Plaintiffs' petition for attorney's fees and expenses under 42 U.S.C. § 1988(b).

3.  Plaintiffs seek payment of $2,346,041 for fees for 3,235.9 hours of work reasonably expended by attorneys and paralegals at the Becket Fund for Religious Liberty. Exhibit 1-A to this declaration includes a summary of requested fees and expenses for this litigation.

4.  Exhibit 1-B details the expenses that Becket seeks at a total of $4,209.28.

5.  Exhibit 1-C includes contemporaneous time records accurately detailing the tasks and amount of time Becket personnel spent representing Plaintiffs for the litigation in this case.

6.  Exhibit 1-D includes contemporaneous time records accurately detailing the tasks and amount of time that counsel has eliminated from consideration based on the exercise of billing judgment.

### Qualifications and Expertise

7.  I am Vice President and Senior Counsel at the Becket Fund for Religious Liberty, a nonprofit public interest law firm that exists to protect the free expression of all faiths. Becket's legal practice is focused exclusively on religious liberty law, and Becket attorneys have represented clients from a wide variety of faith traditions in religious liberty cases across the country.

8.  Over the last decade, Becket has won eight merits cases at the Supreme Court without a loss: *Hosanna-Tabor Evangelical Lutheran Church & Sch. v. EEOC*, 565 U.S. 171 (2012); *McCullen v. Coakley*, 573 U.S. 464 (2014); *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014); *Holt v. Hobbs*, 574 U.S. 352 (2015); *Zubik v. Burwell*, 578 U.S. 403 (2016); *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020); *Our Lady of Guadalupe Sch. V. Morrissey-Berru*, 140 S. Ct. 2049 (2020); and *Fulton v. City of Philadelphia*, 141 S. Ct. 1868 (2021).

9.  Becket has also won three separate emergency All Writs Act injunctions at the Supreme Court: *Little Sisters of the Poor Home for the Aged v. Sebelius*, 134 S. Ct. 1022 (2014); *Wheaton College v. Burwell*, 571 U.S. 1171 (2014); and *Agudath Israel of Am. v. Cuomo*, 141 S. Ct. 889 (2020).

10.  Becket has a similar record of success in federal appellate courts and state supreme courts. In 2021 and 2022 alone, Becket won at least ten significant victories at the Fifth Circuit, Seventh Circuit (twice), Eighth Circuit (thrice), Ninth Circuit (twice), the Texas Supreme Court, and the Indiana Supreme Court. *Franciscan Alliance, Inc. v. Becerra*, 47 F.4th 368 (5th Cir. 2022); *Demkovich v. St. Andrew the Apostle Parish*, 3 F.4th 968 (7th Cir. 2021) (en banc); *Starkey v. Archdiocese of Indianapolis*, 41 F.4th 931 (7th Cir. 2022); *BlinC v. Univ. of Iowa*, 991 F.3d 969 (8th Cir. 2021); *IVCF v. Univ. of Iowa*, 5 F.4th 855 (8th Cir. 2021); *Religious Sisters of Mercy v. Becerra*, ___ F.4th ___, 2022 WL 17544669 (8th Cir. Dec. 9, 2022); *Maxon v. Fuller Theological Seminary*, No. 20-56156, 2021 WL 5882035 (9th Cir. Dec. 13, 2021);

*Fellowship of Christian Athletes v. San Jose Unified Sch. Dist.*, 46 F.4th 1075, (9th Cir. 2022); *Diocese of Lubbock v. Guerrero*, 624 S.W.3d 563 (Tex. 2021); *Payne-Elliott v. Archdiocese of Indianapolis*, 193 N.E.3d 1009 (Ind. 2022).

11. In 2020, the *National Law Journal* named Becket to its "Appellate Hot List" of top appellate firms. https://perma.cc/L4GB-ND8T. Becket is the only non-profit firm to ever be included on this list.

12. Becket has been recognized as a legal "powerhouse" by the Washington Post. Rebecca Bratek, *Becket Fund law firm gaining a reputation as powerhouse after Hobby Lobby win*, Washington Post (July 20, 2014), https://perma.cc/W3WG-DMSU. TIME Magazine noted that "[e]veryone from unknowns like [Gregory] Holt to corporate giants like Hobby Lobby … turns to Becket for high profile cases at the high court." Elizabeth Dias, *Meet the Lawyers Fighting for Religious Freedom Today Before the Supreme Court*, TIME (Oct. 7, 2014), https://perma.cc/M2JF-37SR. According to Viet Dinh, a former U.S. Assistant Attorney General and professor at Georgetown University Law Center, Becket has "outsized success in these cases coming to the court and winning them at the court." *Id.*

13. In 2014, Becket won important religious liberty victories at the Supreme Court in *Hobby Lobby* and *Holt v. Hobbs* just a few months apart, which Politico described as "no small feat for even … the largest of law firms, let alone for a nonprofit firm with 11 lawyers." Amelia Thomson-DeVeaux, *God's Rottweilers: Meet the small nonprofit law firm that's reshaping American politics*, POLITICO Magazine (Oct. 5, 2014), https://perma.cc/2UQK-ZMVQ. During the 2020 term, Becket repeated that feat with two Supreme Court victories in *Little Sisters of the Poor* and *Our Lady of Guadalupe*.

14. I have been litigating exclusively in the field of religious liberty since I joined Becket in 2008. I participated as counsel in seven of Becket's eight Supreme Court merits victories and all three All Writs Act injunctions. I have also personally argued

and won precedent-setting cases in the Third, Fifth, Seventh, Eighth, Ninth, and Eleventh Circuits. And I was appointed a Special Assistant Attorney General for the State of Colorado to argue a Tenth Circuit appeal on behalf of Becket and several states.

15. In addition to my work at Becket, I have served as an Adjunct Professor of Law at the University of Utah, S.J. Quinney College of Law, where I taught an advanced course on law and religion. I have also published an award-winning book and multiple law review articles on religious liberty and First Amendment issues. Some of my writings include: *Free to Believe: The Battle Over Religious Liberty in America* (2019); *Sex, Drugs, and Eagle Feathers: An Empirical Study of Federal Religious Freedom Cases*, 48 Seton Hall L. Rev. 353 (2018) (with Rachel Busick); *On Resolving Church Property Disputes*, 58 Ariz. L. Rev. 307 (2016) (with Michael McConnell); and *RLUIPA: Necessary, Modest, and Under-Enforced*, 39 Fordham Urb. L. J. 1021 (May 2012) (with Douglas Laycock).

16. I have also appeared frequently in the media to discuss religious freedom issues—including appearances on NPR, CNN, Fox, ABC, PBS, and other news outlets, quotations in outlets like the *New York Times*, *Washington Post*, and *The Wall Street Journal*, and publishing opinion pieces in outlets like *The Wall Street Journal*, *USA Today*, and *The Guardian*. The Associated Press has called me "a top religious freedom attorney." Elana Schor, *Coronavirus gathering bans raise religious freedom questions*, AP News (Mar. 19, 2020), https://perma.cc/XY7E-FJF6.

17. Before I came to Becket, I worked as an associate in the appellate and critical motions practice at Winston & Strawn, LLP, and as a legal and research advisor to the U.S. Department of State's Office to Monitor and Combat Trafficking in Persons. Before that, I served as a law clerk to the Honorable Michael W. McConnell, a judge for the U.S. Court of Appeals for the Tenth Circuit and one of the leading religious liberty scholars in the country. I graduated from The University of Chicago Law

4

School in 2004 with high honors and was elected to the Order of the Coif. My qualifications are more fully set forth in my resume at Exhibit 1-E.

18. Mark Rienzi, who also worked on this case, is President and CEO of Becket where he litigates exclusively in the field of religious liberty. He has served as counsel in multiple Supreme Court victories, including personally arguing *McCullen v. Coakley*, 573 U.S. 464 (2014), and prevailing 9–0. He is also a professor of law at the Catholic University of America, Columbus School of Law, where he teaches constitutional law, religious liberty, torts, and evidence, and he has been a visiting professor at Harvard Law School where he taught religious liberty and supervised a religious liberty externship clinic. He appears in major media outlets to discuss religious liberty and has published extensively on religious liberty and First Amendment issues, including in the *Harvard Law Review*. Before working at Becket, he served as counsel in the Supreme Court and Appellate Practice Group at Wilmer Hale LLP in Washington, DC, where his billing rate in 2009 was approximately $700/hour. Before joining Wilmer Hale, he served as law clerk to the Hon. Stephen F. Williams, senior circuit judge for the U.S. Court of Appeals for the DC Circuit. He attended Harvard Law School, where he served as an editor of the *Harvard Law Review* and graduated with honors. His qualifications are set forth in more detail in his resume at Exhibit 1-F.

19. Lori Windham, who also worked on this case, is Vice President and Senior Counsel at Becket, where she has litigated religious liberty cases since 2005. She served as counsel in multiple Supreme Court victories, including personally arguing and unanimously winning *Fulton v. City of Philadelphia*, 141 S. Ct. 1868 (2021). She is a recognized expert on religious liberty in the media and testified as an invited expert before the U.S. House Judiciary Committee and the U.S. Civil Rights Commission. She received her law degree from Harvard Law School, and her qualifications are set forth in more detail in her resume at Exhibit 1-G.

20. Stephanie Barclay, who also worked on this case, served as Legal Counsel at Becket from 2015 to 2018 and Of Counsel from 2018 to 2020, where she litigated religious liberty cases at the trial and appellate levels. Prior to joining Becket, she graduated *summa cum laude* from the J. Reuben Clark Law School at Brigham Young University, where she served as lead articles editor for the law review and was elected to the Order of the Coif, served as law clerk to Judge N. Randy Smith on the U.S. Court of Appeals for the Ninth Circuit, and served as an associate for three years at Covington & Burling LLP. While at Becket, she became Associate Professor of Law at BYU law school where she taught courses on the First Amendment and constitutional law. She later joined the faculty as Associate Professor at Notre Dame Law School and clerked for Justice Gorsuch at the U.S. Supreme Court. Her academic writing on religious freedom has appeared in leading law journals and has been cited by the U.S. Supreme Court. Her qualifications are set forth in more detail in her resume at Exhibit 1-H.

21. Joseph Davis, who also worked on this case, is Counsel at Becket, where he has litigated religious liberty cases since 2017. He has served as counsel in successful appeals in the Supreme Court, federal appellate courts, and Indiana Supreme Court, including arguing and winning two appeals in the Fifth Circuit. Before joining Becket, he was a litigation associate at Jones Walker LLP in New Orleans, clerked for Judge E. Grady Jolly on the U.S. Court of Appeals for the Fifth Circuit, and graduated from the University of Virginia Law School, where he was a member of the law review and was elected to the Order of the Coif. His qualifications are set forth in more detail in his resume at Exhibit 1-J.

22. Daniel Chen, who also worked on this case, is Counsel at Becket, where he has litigated religious liberty cases since 2020. He has served as counsel in successful appeals in the Supreme Court and several federal appellate courts. Before joining Becket, he served as an associate at Gibson, Dunn & Crutcher LLP in San Francisco,

clerked for Judge Lucy H. Koh on the U.S. District Court for the Northern District of California, and clerked for Judge Raymond W. Gruender on the U.S. Court of Appeals for the Eighth Circuit. He received his law degree from the University of California, Berkeley, School of Law, where he served as supervising editor of the law review and was elected to the Order of the Coif. His qualifications are set forth in more detail in his resume at Exhibit 1-K.

23. The qualifications of two additional attorneys who billed minimal amounts of time in this matter—Diana Thomson and Rachel Busick—are set forth in their resumes at Exhibits 1-I and 1-L respectively.

24. All remaining timekeepers are paralegal staff.

### Circumstances of this Case

25. Plaintiffs retained Becket for the purposes of protecting them from HHS's application of the Affordable Care Act to require them to perform and insure gender transitions and abortions contrary to their religious beliefs and medical judgment. Becket represents Plaintiffs on a *pro bono* basis as it does all its clients.

26. At Becket, I play a supervisory role in determining what cases we take on. We receive hundreds of requests for assistance in religious liberty cases each year, but because of time and resource constraints, attorneys at Becket can provide assistance in only a fraction of those cases. Because of the time necessary to pursue this case, I and other attorneys at Becket were forced to turn down other religious liberty cases that we would have otherwise taken.

27. I have reviewed the hours submitted by all the attorneys on this case and exercised billing judgment to remove hours I deemed excessive, redundant, or otherwise unnecessary. As explained in further detail below, the work performed and the amount sought was reasonable and justified in light of the nature of the case, the extensive penalties at stake, the expertise required, and the extraordinary relief achieved.

28. In total, I eliminated 569.7 hours in the exercise of billing judgment. That accounts for 15% of all 3,805.6 hours originally billed. *See* Ex. 1-A at 1-3.

29. I reviewed the time entries for this matter and reduced hours for entries that included block billing. A reduction for block billing is not automatically required, but I applied a 50% across-the-board reduction to time entries that were block billed. Reductions for block billing account for 17.75 hours. *See* Ex. 1-D.

30. I also exercised billing judgment by cutting all hours related to attorney travel for various hearings and oral arguments. Courts often permit recovery for attorney travel time. And although attorneys often worked on this case while traveling I still cut all 62.3 hours of travel time.

31. I also reduced or cut hours that I deemed excessive. These reductions include time entries related to internal meetings or tasks that in hindsight may have taken longer than necessary to accomplish the relevant task. In total, I cut 107.85 hours I deemed excessive.

32. Finally, I cut 381.8 hours for work I deemed unproductive or redundant. This includes work on motions or briefs that I ultimately deemed unproductive, as well as cuts to tasks that I deemed redundant or unnecessary.

33. Included among the cuts is the elimination of the entirety of time billed by several attorneys who worked only minimally on the case and therefore billed relatively few hours. This includes wholesale cuts to both junior and senior attorneys. For example, I cut all the hours for several attorneys with 1-3 years of experience: Chase Harrington (18.2 hours), Daniel Benson (28.9 hours), and Jacob Coate (21.5 hours). But I also cut all the hours for senior attorneys with up to twenty years of experience: Daniel Blomberg (42.1 hours), Eric Baxter (16.3 hours), and Eric Rassbach (8.9 hours). These cuts total 135.9 hours.

34. I also cut hours of attorneys who had been involved at the outset of this case (typically during the initial phase including the drafting of the complaint and time-

sensitive preliminary-injunction proceedings), but then pared back their involvement in later years. I cut all hours for Lori Windham, Diana Thomson, and Stephanie Barclay from 2018 onwards, which amounts to an additional 16.9 hours cut. Again, these cuts were from the hours of both junior and senior attorneys.

35. Subtracting these 569.7 hours from the total time, the remaining compensable time totals 3,235.9 hours. *See* Ex. 1-A at 1-3.

36. During the course of this litigation, Becket lawyers incurred out-of-pocket expenses in the amount of $4,209.28, detailed in Exhibit 1-B of this declaration. The expenses listed in Exhibit 1-B are a true and accurate reflection of the costs Becket incurred in litigating this case. All of these expenses were reasonably incurred for travel, lodging, and meals for attorneys to attend hearings or oral arguments in Dallas and New Orleans or for printing costs incident to this litigation.

37. I utilized attorney and staff records to prepare Exhibits 1-A, 1-C, and 1-D to this declaration. Based on my experience with litigation in other religious liberty cases, the hours spent by Becket attorneys on this case are appropriate for a case of this complexity.

## Results Achieved

38. Plaintiffs have received final, permanent, and excellent results in this litigation, and thus merit attorney's fees from the government under 42 U.S.C. § 1988(b).

39. At the outset of this litigation, Plaintiffs were just months away from being forced to either violate their consciences or incur massive penalties under HHS's unlawful mandate. Plaintiff Franciscan alone "would risk losing $900 million," Dkt. 62 at 8 n.6, crippling their ministry to the poor and elderly.

40. Yet over the course of this litigation, Becket attorneys achieved extraordinary and complete relief. This included a preliminary injunction obtained the night before HHS's unlawful requirement was to take effect. When HHS failed to fix the problem, Plaintiffs obtained vacatur of the offending portions of HHS's rule. Then, to ensure

their clients remained protected despite an onslaught of new efforts by HHS to reimpose the same unlawful requirement through other means, Plaintiffs' appealed the Fifth Circuit, received a remand, and obtained a permanent injunction protecting Plaintiffs from any action by HHS to force them to perform or insure gender transitions or abortions under the governing statute. They also successfully defended this injunction in another Fifth Circuit appeal.

41. Achieving these results took six years of hard-fought litigation, spanning three different administrations, multiple variations of HHS's rules, and two appeals to the Fifth Circuit. These results were achieved over the resistance of the federal government, which has all the litigation resources of the Department of Justice at its disposal. And these results have proved to be pathbreaking, having been cited repeatedly in multiple new final and proposed HHS rules, and having been followed by multiple other federal courts that have entered injunctions analogous to the ones obtained by Plaintiffs in this case. *Religious Sisters of Mercy v. Becerra*, ___ F.4th ___, 2022 WL 17544669 (8th Cir. Dec. 9, 2022); *Christian Emps. All. v. EEOC*, No. 21-cv-195, 2022 WL 1573689 (D.N.D. May 16, 2022).

## Rates

42. Becket is based in Washington, DC, and was brought into the case specifically for its expertise in litigation involving the Religious Freedom Restoration Act (RFRA) and the Affordable Care Act.

43. This case involved challenges under RFRA and the Administrative Procedure Act to HHS's application of the Affordable Care Act to require religious doctors and hospitals to perform and insure gender transitions and abortions contrary to their conscience and medical judgment. This matter bears close resemblance to the widespread RFRA challenges to HHS's contraception mandate beginning in 2011, which applied the Affordable Care Act to require religious employers to provide insurance coverage of all forms of contraception, including those that could cause an abortion.

44. My law firm, the Becket Fund for Religious Liberty, was the leading law firm in the country challenging HHS's contraception mandate under RFRA—bringing the first case challenging the mandate, Complaint, *Belmont Abbey College v. HHS*, No. 11-cv-1989, ECF No. 1 (D.D.C. Nov. 10, 2011) 2011 WL 8997549; bringing the first class action challenging the mandate, Complaint, *LSP v. HHS*, No. 13-cv-2611, ECF No. 1 (D. Colo. Sept. 24, 2013) 2013 WL 5331098; winning the first Supreme Court order blocking the mandate, *Little Sisters of the Poor Home for the Aged, Denver, Colorado v. Sebelius*, 134 S. Ct. 893 (2013) (Dec. 31, 2013); winning the first Supreme Court case on the merits challenging the mandate, *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014); winning the first Supreme Court order blocking the mandate for non-profit employers after *Hobby Lobby*, *Wheaton College v. Burwell*, 573 U.S. 958 (2014); winning the first Supreme Court merits ruling blocking the mandate for non-profit employers, *Zubik v. Burwell*, 578 U.S. 403 (2016); winning injunctions against HHS in at least eight cases across the country, *HHS Information Central*, Becket Fund, https://perma.cc/7YQE-HMBJ; and winning the first Supreme Court case establishing that HHS could grant a religious exemption from mandate, *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020). No other law firm in the country has as much experience and success litigating against HHS under RFRA as we do, and our experience and expertise was invaluable in litigating a case like this one.

45. In light of the religious liberty expertise that these lawyers brought to the task, the prevailing market rates in Washington, DC, the nature and complexity of this litigation, and the success obtained for the Becket Fund's client, counsel's home rates are reasonable.

46. Given their experience and expertise, Becket Fund attorneys would be able to charge similar or higher rates as attorneys litigating at large international law firms. That is especially true given the nature and complexity of this case, which took six

years and multiple appeals to the Fifth Circuit to secure a permanent injunction. *See* Exs. 2 and 3 (Schaerr and Robison Declarations).

47. The Schaerr Declaration filed herewith confirms that Becket's DC rates are reasonable. *See* Ex. 2 (Schaerr Decl.).

48. As the Schaerr Declaration explains, the Becket's DC rates are lower than the rates charged for attorneys of comparable seniority and expertise in DC. *Id.*

49. In addition, under governing precedent, counsel can charge current billing rates for their work. Nevertheless, as demonstrated in the tables below (for both DC and Dallas-Fort Worth hourly rates), counsel have reduced their hourly rates for work completed earlier in the case instead of charging at their current rates.

50. Counsel's DC-area home rates are as follows:

|  | 2016 Rate | 2017 Rate | 2018 Rate | 2019 Rate | 2020 Rate | 2021 Rate | 2022 Rate |
|---|---|---|---|---|---|---|---|
| Daniel Chen ('16) | N/A | N/A | N/A | N/A | $600/hour | $700/hour | $700/hour |
| Diana Thomson ('09) | $790/hour | $790/hour | N/A | N/A | N/A | N/A | N/A |
| Joseph Davis ('14) | N/A | N/A | N/A | $700/hour | $700/hour | $790/hour | $790/hour |
| Lori Windham ('05) | $860/hour | $860/hour | N/A | N/A | N/A | N/A | N/A |
| Luke Goodrich ('04) | $860/hour | $860/hour | $1,000/hour | $1,000/hour | $1,000/hour | $1,000/hour | $1,000/hour |
| Mark Rienzi ('00) | $1,000/hour | $1,000/hour | $1,000/hour | $1,200/hour | $1,200/hour | $1,200/hour | N/A |
| Stephanie Barclay ('11) | $700/hour | $700/hour | N/A | N/A | N/A | N/A | N/A |
| Rachel Busick ('15) | $550/hour | $550/hour | N/A | N/A | N/A | N/A | N/A |
| Paralegals | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour |

51. Alternatively, if the Court concludes that DC-area home rates are unwarranted in this case, counsel should be compensated based on the prevailing market rates in the Northern District of Texas. *See* Ex. 3 (Robison Decl.). The Robison Declaration filed herewith confirms what those rates would be for Becket attorneys. *See id*.

52. The market rate for Becket attorneys in the Northern District of Texas is as follows:

| | 2016 Rate | 2017 Rate | 2018 Rate | 2019 Rate | 2020 Rate | 2021 Rate | 2022 Rate |
|---|---|---|---|---|---|---|---|
| Daniel Chen ('16) | N/A | N/A | N/A | N/A | $515/hour | $610/hour | $610/hour |
| Diana Thomson ('09) | $705/hour | $705/hour | N/A | N/A | N/A | N/A | N/A |
| Joseph Davis ('14) | N/A | N/A | N/A | $610/hour | $610/hour | $705/hour | $705/hour |
| Lori Windham ('05) | $800/hour | $800/hour | N/A | N/A | N/A | N/A | N/A |
| Luke Goodrich ('04) | $800/hour | $800/hour | $905/hour | $905/hour | $905/hour | $905/hour | $905/hour |
| Mark Rienzi ('00) | $905/hour | $905/hour | $905/hour | $1,050/hour | $1,050/hour | $1,050/hour | N/A |
| Stephanie Barclay ('11) | $610/hour | $610/hour | N/A | N/A | N/A | N/A | N/A |
| Rachel Busick ('15) | $420/hour | $420/hour | N/A | N/A | N/A | N/A | N/A |
| Paralegals | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour |

53. As the Robison Declaration explains, a large international law firm would be the most likely candidate for having the resources to staff, litigate, and win a case like this. But the controversial subject matter, coupled with the longevity and complexity of the litigation (six years and multiple appeals to reach a final resolution),

would mean most firms with the requisite experience would be either unable or unwilling to litigate a case like this one. *Id.*

54. The Robison Declaration continues by comparing counsel's rates to rates charged by comparable practitioners. The Robison Declaration notes that comparable practitioners charge significantly higher rates, and that large international law firms in the Dallas-Fort Worth area would charge their clients higher rates for attorneys of comparable seniority and expertise on a similar matter. *Id.*

55. For example, Kirkland & Ellis LLP charges significantly higher rates than the rates requested here, including between $1,085-$1,895/hour for law firm partners and between $625-$1,195/hour for associates. See Decl. of Erin E. Murphy in Supp. of Debtors' App. for the Retention and Employment of Kirkland & Ellis LLP, *In re: Nat'l Rifle Ass'n. of Am. and Sea Girt LLC*, No. 3:21-bk-30085, ECF No. 173-2 at 4 (Bankr. N.D. Tex. Feb. 17, 2021).

56. In a recent bankruptcy case in the District of New Jersey, the Department of Justice noted the prevailing rates at numerous large international law firms, including Hogan Lovells US LLP ("Hogan Lovells"); Jones Day; Skadden Arps Slate Meager & Flom LLP ("Skadden"); Weil, Gotshal & Manges LLP ("Weil"); King & Spaulding, LLP; Shook Hardy & Bacon, LLP; and Orrick, Harrington & Sutcliffe, LLP ("Orrick"). Objection of the U.S. Trustee to Debtor's Application for Retention of Hogan Lovells as Special Counsel, *In re: LTL Management, LLC*, No. 3:21-bk-30589, ECF No. 2324 ¶ 22 (Bankr. D.N.J. May 20, 2022).

57. At Hogan Lovells, the discounted hourly rate for partners was between $950 and $2,465/hour, the discounted hourly rate for counsel was between $910 and $1,735/hour, and the discounted rate for associates was between $605 and $1,055/hour. *Id.* ¶ 21.

58. Though the Department of Justice objected to these rates, it noted that other large international law firms had reasonable rates. Jones Day billed at a rate up to

$1,350/hour, Skadden's hourly range for partners was $900 to $1,875/hour, Weil's hourly range for partners was $1,150 to $1,795/hour, and Orrick's hourly range for counsel and partners was $805 to $1,750/hour. *Id.* ¶ 23.

59. Another law firm partner in the Houston office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") also recently explained that his hourly rate was $1,385/hour and that associates in Gibson Dunn's Houston office charge between $800 and $1,000/hour. Decl. of Collin Cox, *Ross Dress for Less, Inc. v. ML Development LP*, No. 20-cv-978, ECF No. 80-1 ¶ 5 (S.D. Tex. May 6, 2022).

60. Finally, the Becket Fund's requested attorney's fees are reasonable when compared to what other courts in smaller legal markets have actually awarded Becket Fund attorneys in similar litigation. In *Intervarsity Christian Fellowship v. University of Iowa* and *Business Leaders in Christ v. University of Iowa*, the United States District Court for the Southern District of Iowa, Davenport Division, held that a public university violated the constitutional rights of religious student organizations by selectively deregistering them based on their religious beliefs. The court awarded attorney's fees and found that a rate of $914/hour for a Becket Fund attorney with twenty years of experience and a rate of $759/hour for a Becket Fund attorney with thirteen years of experience was reasonable. *Intervarsity Christian Fellowship v. Univ. of Iowa*, No. 18-cv-80, ECF No. 101 at 2 n.1 (S.D. Iowa Nov. 18, 2021); *BLinC v. Univ. of Iowa*, No. 17-cv-80, ECF No. 147 at 3 (S.D. Iowa, Nov. 10, 2021). The court explained that "[a]lthough the rates requested for Plaintiff's out of state counsel are significantly higher, between $759 and $914 for the two attorneys, they are reasonable given the complex nature of the issues in this case and the extensive experience Plaintiff's counsel has in constitutional litigation." *BLinC*, No. 17-cv-80, ECF No. 147 at 3.

61. The attorneys in this case have similar experience to the attorneys in the *Intervarsity* and *BLinC* litigation. Yet the legal market in the Dallas-Fort Worth area

is significantly larger and more sophisticated than the legal market in Davenport, Iowa. Thus, if these rates were deemed reasonable by the federal court in Davenport, Iowa, significantly higher rates would be reasonable in Dallas-Fort Worth.

62. Based on the hours reasonably expended in this litigation and counsel's reasonable home rates, the lodestar amount is **$2,346,041**. The calculations for this amount are set out in Exhibit 1-A.

63. Undertaking the same calculations but using prevailing market rates in the Northern District of Texas produces a lodestar amount of **$2,096,939**. The calculations for this amount are set also out in Exhibit 1-A.

64. In light of the religious liberty expertise that Becket attorneys brought to the task, the relevant market rates, the nature and complexity of this litigation, and the success obtained for the client, the proposed attorney's fees are reasonable.

I declare under penalty of perjury under the laws of the United States of America and of this Court that the foregoing is true and correct.


Dated: December 23, 2022

_____

Luke W. Goodrich

# EXHIBIT 1-A

## Summary of Fees

## Total Time

| Timekeeper | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Sum of Hours |
|---|---|---|---|---|---|---|---|---|
| Daniel Blomberg | 41.5 | 0.6 | 0 | 0 | 0 | 0 | 0 | 42.1 |
| Daniel Chen | 0 | 0 | 0 | 0 | 22.3 | 69.3 | 203.2 | 294.8 |
| Diana Thomson | 86.2 | 64 | 0 | 5.2 | 0 | 0 | 0 | 155.4 |
| Eric Baxter | 13.8 | 0 | 0 | 0 | 0 | 2.5 | 0 | 16.3 |
| Eric Rassbach | 3.4 | 2.3 | 0 | 2.3 | 0 | 0.9 | 0 | 8.9 |
| Joseph Davis | 0 | 0 | 0 | 190.4 | 245.5 | 149.2 | 194.3 | 779.4 |
| Lori Windham | 123.3 | 32.7 | 0.5 | 2.6 | 0.3 | 0.5 | 1.8 | 161.7 |
| Luke Goodrich | 175.1 | 150.3 | 12.1 | 107.3 | 60 | 41.8 | 115.7 | 662.3 |
| Mark Rienzi | 233.8 | 45.1 | 1.6 | 10 | 11.6 | 8.5 | 0 | 310.6 |
| Stephanie Barclay | 419.7 | 176.7 | 5.3 | 0.7 | 0 | 0 | 0 | 602.4 |
| Chase Harrington | 0 | 0 | 0.1 | 18.1 | 0 | 0 | 0 | 18.2 |
| Daniel Benson | 26.4 | 0.5 | 0 | 0 | 0 | 0 | 2 | 28.9 |
| Jacob Coate | 0 | 0 | 0 | 0 | 21.5 | 0 | 0 | 21.5 |
| Rachel Busick | 119.6 | 14.2 | 0 | 0 | 0 | 0 | 0 | 133.8 |
| Paralegals | 190 | 78.7 | 2 | 93.9 | 98 | 44.7 | 62 | 569.3 |
| **Total Annual Hours** | 1,432.8 | 565.1 | 21.6 | 430.5 | 459.2 | 317.4 | 579 | **3,805.6** |

## Billing Judgment Deletions

| Timekeeper | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Sum of Hours |
|---|---|---|---|---|---|---|---|---|
| Daniel Blomberg | 41.5 | 0.6 | 0 | 0 | 0 | 0 | 0 | 42.1 |
| Daniel Chen | 0 | 0 | 0 | 0 | 0 | 1.6 | 5.2 | 6.8 |
| Diana Thomson | 0.7 | 0.2 | 0 | 5.2 | 0 | 0 | 0 | 6.1 |
| Eric Baxter | 13.8 | 0 | 0 | 0 | 0 | 2.5 | 0 | 16.3 |
| Eric Rassbach | 3.4 | 2.3 | 0 | 2.3 | 0 | 0.9 | 0 | 8.9 |
| Joseph Davis | 0 | 0 | 0 | 37.2 | 0 | 0.9 | 2.5 | 40.6 |
| Lori Windham | 3.7 | 0 | 0.5 | 2.6 | 0.3 | 0.5 | 1.8 | 9.4 |
| Luke Goodrich | 16.4 | 9.2 | 2 | 21.2 | 0 | 0 | 14.6 | 63.4 |
| Mark Rienzi | 27.8 | 16.1 | 0 | 0.4 | 0 | 0 | 0 | 44.3 |
| Stephanie Barclay | 44.7 | 16.5 | 5.3 | 0.7 | 0 | 0 | 0 | 67.2 |
| Chase Harrington | 0 | 0 | 0.1 | 18.1 | 0 | 0 | 0 | 18.2 |
| Daniel Benson | 26.4 | 0.5 | 0 | 0 | 0 | 0 | 2 | 28.9 |
| Jacob Coate | 0 | 0 | 0 | 0 | 21.5 | 0 | 0 | 21.5 |
| Rachel Busick | 8.3 | 8.8 | 0 | 0 | 0 | 0 | 0 | 17.1 |
| Paralegals | 65.3 | 40.6 | 1.4 | 27.65 | 23.55 | 0 | 20.4 | 178.9 |
| **Total Annual Hours** | 252 | 94.8 | 9.3 | 115.35 | 45.35 | 6.4 | 46.5 | **569.7** |

## Total Time After Billing Judgment Deletions

| Timekeeper | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Sum of Hours |
|---|---|---|---|---|---|---|---|---|
| Daniel Blomberg | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Daniel Chen | 0 | 0 | 0 | 0 | 22.3 | 67.7 | 198 | 288 |
| Diana Thomson | 85.5 | 63.8 | 0 | 0 | 0 | 0 | 0 | 149.3 |
| Eric Baxter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eric Rassbach | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Joseph Davis | 0 | 0 | 0 | 153.2 | 245.5 | 148.3 | 191.8 | 738.8 |
| Lori Windham | 119.6 | 32.7 | 0 | 0 | 0 | 0 | 0 | 152.3 |
| Luke Goodrich | 158.7 | 141.1 | 10.1 | 86.1 | 60 | 41.8 | 101.1 | 598.9 |
| Mark Rienzi | 206 | 29 | 1.6 | 9.6 | 11.6 | 8.5 | 0 | 266.3 |
| Stephanie Barclay | 375 | 160.2 | 0 | 0 | 0 | 0 | 0 | 535.2 |
| Chase Harrington | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Daniel Benson | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jacob Coate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rachel Busick | 111.3 | 5.4 | 0 | 0 | 0 | 0 | 0 | 116.7 |
| Paralegals | 124.7 | 38.1 | 0.6 | 66.25 | 74.45 | 44.7 | 41.6 | 390.4 |
| **Total Annual Hours** | 1,180.8 | 470.3 | 12.3 | 315.15 | 413.85 | 311 | 532.5 | **3,235.9** |



## District of Columbia Hourly Rates

|  | 2016 Rate | 2017 Rate | 2018 Rate | 2019 Rate | 2020 Rate | 2021 Rate | 2022 Rate |
|---|---|---|---|---|---|---|---|
| Daniel Chen ('16) | N/A | N/A | N/A | N/A | $600/hour | $700/hour | $700/hour |
| Diana Thomson ('09) | $790/hour | $790/hour | N/A | N/A | N/A | N/A | N/A |
| Joseph Davis ('14) | N/A | N/A | N/A | $700/hour | $700/hour | $790/hour | $790/hour |
| Lori Windham ('05) | $860/hour | $860/hour | N/A | N/A | N/A | N/A | N/A |
| Luke Goodrich ('04) | $860/hour | $860/hour | $1,000/hour | $1,000/hour | $1,000/hour | $1,000/hour | $1,000/hour |
| Mark Rienzi ('00) | $1,000/hour | $1,000/hour | $1,000/hour | $1,200/hour | $1,200/hour | $1,200/hour | N/A |
| Stephanie Barclay ('11) | $700/hour | $700/hour | N/A | N/A | N/A | N/A | N/A |
| Rachel Busick ('15) | $550/hour | $550/hour | N/A | N/A | N/A | N/A | N/A |
| Paralegals | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour |

## Northern District of Texas Hourly Rates

| | 2016 Rate | 2017 Rate | 2018 Rate | 2019 Rate | 2020 Rate | 2021 Rate | 2022 Rate |
|---|---|---|---|---|---|---|---|
| Daniel Chen ('16) | N/A | N/A | N/A | N/A | $515/hour | $610/hour | $610/hour |
| Diana Thomson ('09) | $705/hour | $705/hour | N/A | N/A | N/A | N/A | N/A |
| Joseph Davis ('14) | N/A | N/A | N/A | $610/hour | $610/hour | $705/hour | $705/hour |
| Lori Windham ('05) | $800/hour | $800/hour | N/A | N/A | N/A | N/A | N/A |
| Luke Goodrich ('04) | $800/hour | $800/hour | $905/hour | $905/hour | $905/hour | $905/hour | $905/hour |
| Mark Rienzi ('00) | $905/hour | $905/hour | $905/hour | $1,050/hour | $1,050/hour | $1,050/hour | N/A |
| Stephanie Barclay ('11) | $610/hour | $610/hour | N/A | N/A | N/A | N/A | N/A |
| Rachel Busick ('15) | $420/hour | $420/hour | N/A | N/A | N/A | N/A | N/A |
| Paralegals | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour |

## District of Columbia Lodestar Calculation

**Fees:**

| | |
|---|---|
| Daniel Chen: | $199,370 |
| Diana Thomson: | $117,947 |
| Joseph Davis: | $547,769 |
| Lori Windham: | $130,978 |
| Luke Goodrich: | $556,928 |
| Mark Rienzi: | $272,240 |
| Stephanie Barclay: | $374,640 |
| Rachel Busick: | $64,185 |
| Paralegals: | $81,984 |

**Total Attorney's Fees Award:**     **$2,346,041**

## Northern District of Texas Lodestar Calculation

**Fees:**

| | |
|---|---|
| Daniel Chen: | $173,561.50 |
| Diana Thomson: | $105,256.50 |
| Joseph Davis: | $482,977.50 |
| Lori Windham: | $121,840 |
| Luke Goodrich: | $510,525.50 |
| Mark Rienzi: | $245,308 |
| Stephanie Barclay: | $326,472 |
| Rachel Busick: | $49,014 |
| Paralegals: | $81,984 |

**Total Attorney's Fees Award:**     **$2,096,939**

# EXHIBIT 1-B

## Summary of Requested Expenses

| Category | Amount |
|---|---|
| Airfare | $ 3,031.74 |
| Ground Transp. | $ 114.60 |
| Lodging | $ 608.92 |
| Meals | $ 123.92 |
| Printing | $ 330.10 |
| **Total** | **$ 4,209.28** |

## Listing of Expenses

| Date | Amount | Category | Description |
|---|---|---|---|
| 6/20/2017 | $671.40 | Airfare | Airline Tickets - Round Trip from DCA to DFW |
| 6/25/2017 | $12.83 | Meals | Fort Worth meal |
| 6/25/2017 | $11.04 | Ground | SLC airport Uber |
| 6/25/2017 | $31.51 | Ground | DFW Uber from airport |
| 6/26/2017 | $16.75 | Meals | Fort Worth meal |
| 6/26/2017 | $5.85 | Ground | DFW Uber |
| 6/26/2017 | $32.10 | Ground | DFW Uber |
| 6/27/2017 | $11.73 | Meals | Fort Worth meal |
| 6/28/2017 | $12.10 | Ground | SLC Uber from airport |
| 2/6/2019 | $114.72 | Printing | Printing Costs for Franciscan Alliance |
| 9/11/2019 | $662.80 | Airfare | Airline Tickets - Round trip from JAN to MSY |

| 9/11/2019 | $929.20 | Airfare | Airline Tickets - Round Trip from SLC to DFW |
|---|---|---|---|
| 9/11/2019 | $192.83 | Lodging | Courtyard by Marriott Fort Worth - 1 night |
| 12/24/2020 | $155.88 | Printing | Printing Costs for Franciscan Alliance |
| 7/13/2022 | $59.50 | Printing | Printing Costs for Franciscan Alliance |
| 8/3/2022 | $284.96 | Airfare | Airline Tickets - Round Trip from MCO to MSY |
| 8/3/2022 | $138.59 | Lodging | Cambria Hotel New Orleans - 1 night |
| 8/3/2022 | $9.43 | Meals | New Orleans meal |
| 8/3/2022 | $4.29 | Meals | New Orleans meal |
| 8/3/2022 | $13.60 | Meals | New Orleans meal |
| 8/3/2022 | $483.38 | Airfare | Airline Tickets - Round Trip from SFO to MSY |
| 8/3/2022 | $277.50 | Lodging | Cambria Hotel New Orleans - 2 nights |
| 8/4/2022 | $22.00 | Ground | MCO Airport Parking |
| 8/4/2022 | $20.43 | Meals | New Orleans meal |
| 8/4/2022 | $20.10 | Meals | New Orleans meal |
| 8/4/2022 | $6.25 | Meals | New Orleans meal |
| 8/4/2022 | $8.51 | Meals | New Orleans meal |
| **TOTAL:** | **$4,209.28** | | |

# EXHIBIT 1-C

# Contemporaneous Billing Records

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/8/2016 | Mark Rienzi | team call re transgender mandate and followup discussion | 2 |
| 7/21/2016 | Mark Rienzi | calls with client re transgender mandate | 0.8 |
| 7/21/2016 | Mark Rienzi | calls with client re transgender mandate | 0.8 |
| 7/28/2016 | Mark Rienzi | confer with client GC re policy (.3); confer with team re trip to client (.3 NB) | 0.6 |
| 7/28/2016 | Stephanie Barclay | Research case law re transgender mandate. | 3.3 |
| 7/29/2016 | Mark Rienzi | confer with team re plans for client visit | 0.5 |
| 8/1/2016 | Stephanie Barclay | calls to clients | 0.9 |
| 8/1/2016 | Stephanie Barclay | Research and draft complaint | 7.2 |
| 8/1/2016 | Stephanie Barclay | Researched re pregnancy discrimination act | 0.9 |
| 8/2/2016 | Stephanie Barclay | Revisions to complaint and follow-up correspondence with Dr. contacts. | 2.1 |
| 8/2/2016 | Stephanie Barclay | Research and draft complaint | 7.9 |
| 8/3/2016 | Mark Rienzi | research facts re mandate | 0.5 |
| 8/3/2016 | Stephanie Barclay | Revised complaint. | 3.4 |
| 8/3/2016 | Stephanie Barclay | Researched transgender medical issues. | 7.7 |
| 8/4/2016 | Mark Rienzi | emails re client call | 0.2 |
| 8/4/2016 | Stephanie Barclay | Strategy call and work on complaint. | 4.5 |
| 8/4/2016 | Stephanie Barclay | Researched transgender medical issues. | 2.1 |
| 8/4/2016 | Stephanie Barclay | APA research | 2.5 |
| 8/15/2016 | Mark Rienzi | prepare for client visit | 1 |
| 8/15/2016 | Mark Rienzi | develop litigation strategy | 1 |
| 8/16/2016 | Darlene Calandra | Conduct research for S. Barclay re Pediatricians' approach to the health care of lesbian, gay, and bisexual youth. | 1.5 |
| 8/17/2016 | Stephanie Barclay | Revise complaint | 4 |
| 8/17/2016 | Mark Rienzi | prepare for meeting with client (1.5); attend meetings with client | 7.5 |

| | | management and doctors (5.0); confer with team after meetings (1.0) | |
|---|---|---|---|
| 8/18/2016 | Luke Goodrich | call w client GC re endocrinologist | 0.3 |
| 8/18/2016 | Mark Rienzi | call with client GC re next steps (.2); emails with team re same (.4) | 0.6 |
| 8/18/2016 | Lori Windham | Research re filing requirements & pro hac admission | 1 |
| 8/18/2016 | Stephanie Barclay | calls with clients for fact-gathering | 2 |
| 8/18/2016 | Stephanie Barclay | Revised complaint | 7.7 |
| 8/19/2016 | Lori Windham | preparation and correspondence for filing of complaint | 0.5 |
| 8/19/2016 | Darlene Calandra | Conduct research for Complaint and Amended Complaint for S. Barclay; search for information re Specialty Physicians | 1 |
| 8/19/2016 | Mark Rienzi | review and comment on complaint (2); confer with client re next steps (.2); emails with team re same (.8) | 3 |
| 8/19/2016 | Luke Goodrich | revise complaint | 4.2 |
| 8/19/2016 | Luke Goodrich | review and edit complaint | 4.5 |
| 8/19/2016 | Stephanie Barclay | Revised complaint & incorporated TX edits | 5.3 |
| 8/19/2016 | Stephanie Barclay | Revised complaint to incorporate additional input from Franciscan via calls to Franciscan to obtain more information. | 6.2 |
| 8/20/2016 | Lori Windham | Correspondence on issues re: filing complaint | 0.2 |
| 8/21/2016 | Mark Rienzi | emails re complaint | 0.4 |
| 8/22/2016 | Stephanie Barclay | Reviewed and revised new PI motion and circulated to team | 1.2 |
| 8/22/2016 | Lori Windham | Edits and correspondence re: filing complaint | 1.4 |
| 8/22/2016 | Darlene Calandra | Cite check, proofread, format and edit Complaint | 3 |
| 8/22/2016 | Elizabeth Dobak | Cite checked complaint | 3.5 |

| 8/22/2016 | Luke Goodrich | review and finalize complaint | 4 |
|---|---|---|---|
| 8/22/2016 | Stephanie Barclay | Revised and finalized complaint | 8.2 |
| 8/23/2016 | Luke Goodrich | finalize and file complaint | 0.8 |
| 8/23/2016 | Elizabeth Dobak | Drafted appearance of counsel notice for Luke | 0.5 |
| 8/23/2016 | Lori Windham | Client meeting & discussion | 1 |
| 8/23/2016 | Luke Goodrich | finalize filing | 1.6 |
| 8/23/2016 | Darlene Calandra | Review complaint; update Share Point folder; review Judge O'Connor's filing specifications | 1 |
| 8/23/2016 | Stephanie Barclay | Research for complaint and communication with clients regarding client facts. | 8.5 |
| 8/25/2016 | Lori Windham | Discussion & call re: strategy | 0.8 |
| 8/26/2016 | Lori Windham | Discussions re: strategy | 0.3 |
| 8/26/2016 | Diana Thomson | researching litigation hold letter | 0.5 |
| 8/31/2016 | Luke Goodrich | FedExed Attorney Admission Application to the U.S. District Court for the N.D. of Texas | 0.2 |
| 9/1/2016 | Mark Rienzi | call with sister lethia marie re good works | 0.5 |
| 9/6/2016 | Mark Rienzi | confer with ms. verm and review document hold memo | 0.4 |
| 9/6/2016 | Diana Thomson | working on litigation hold letter | 2 |
| 9/7/2016 | Mark Rienzi | call with client re insurance (.8); work on hold memo (.4) | 1.2 |
| 9/8/2016 | Mark Rienzi | confer with client re document hold (.5); review and revise same (.5) | 1 |
| 9/9/2016 | Lori Windham | Strategy meeting & related research | 1.5 |
| 9/9/2016 | Luke Goodrich | call re litigation strategy w S Barclay, E Rassbach, M Rienzi, and L Windham | 1.6 |
| 9/9/2016 | Stephanie Barclay | Strategy call to discuss next steps | 1.6 |

| 9/9/2016 | Stephanie Barclay | Developed PI outline. | 1.9 |
|---|---|---|---|
| 9/9/2016 | Mark Rienzi | work on and send document hold memo (1.0); strategy call with team (1.2) | 2.2 |
| 9/12/2016 | Mark Rienzi | prepare for and meet with potential doctor witness | 1.5 |
| 9/13/2016 | Lori Windham | Litigation hold research | 0.4 |
| 9/13/2016 | Mark Rienzi | telephone conferences with client re document hold | 1 |
| 9/13/2016 | Lori Windham | Research on mandate, terminology, medical procedures | 2 |
| 9/13/2016 | Chelise Fox | Research - looking at bundled care, continuum of care, health initiative for S. Barclay. | 4 |
| 9/15/2016 | Luke Goodrich | email to client re motion to intervene. | 0.3 |
| 9/15/2016 | Luke Goodrich | call w S Barclay re legal strategy and client update. | 0.6 |
| 9/15/2016 | Luke Goodrich | call w client to update on suit | 0.6 |
| 9/15/2016 | Stephanie Barclay | Worked on preliminary injunction outline. | 2.6 |
| 9/15/2016 | Darlene Calandra | Research case law and filing requirements for motion for summary judgment to prepare draft motions | 2.5 |
| 9/15/2016 | Stephanie Barclay | Worked on outlining motion for summary judgment/prelim injunction. | 3.5 |
| 9/15/2016 | Chelise Fox | Research for S. Barclay on bundled care, PCMH's | 4 |
| 9/16/2016 | Chelise Fox | Research CMS position on cross-hormone therapy for S. Barclay. | 2 |
| 9/18/2016 | Mark Rienzi | review document hold materials | 0.3 |
| 9/18/2016 | Lori Windham | Review outline & comment | 0.4 |
| 9/19/2016 | Diana Thomson | reviewing legal ethical rules re: question of attorney client privilege | 1 |
| 9/19/2016 | Diana Thomson | working on litigation hold | 2.2 |
| 9/19/2016 | Stephanie Barclay | Worked on research for sections of the PI motion. | 6.1 |
| 9/20/2016 | Luke Goodrich | call w S Barclay re motion for SJ | 0.2 |

| 9/20/2016 | Stephanie Barclay | Call with Luke re MSJ | 0.2 |
|---|---|---|---|
| 9/20/2016 | Stephanie Barclay | Call with co-counsel to discuss next steps | 1 |
| 9/20/2016 | Lori Windham | Strategy call re briefing | 1.5 |
| 9/20/2016 | Stephanie Barclay | Team call on briefing strategy. | 1.5 |
| 9/20/2016 | Stephanie Barclay | Research for MSJ. | 1.8 |
| 9/20/2016 | Chelise Fox | CMS position research follow-up, additional research (for S. Barclay) | 2 |
| 9/20/2016 | Stephanie Barclay | Legal research for MSJ | 2.7 |
| 9/20/2016 | Mark Rienzi | work on SJ briefing (.5); work on document hold materials (.5); call on SJ briefing (1.5); strategy call with co-counsel (1.0) | 3.5 |
| 9/21/2016 | Luke Goodrich | review Franciscan hold memo | 0.2 |
| 9/21/2016 | Lori Windham | Discussion re: litigation hold, review proposals | 0.4 |
| 9/21/2016 | Mark Rienzi | call with client re hold | 0.5 |
| 9/21/2016 | Luke Goodrich | review final decision memo on coverage in Medicare | 1.4 |
| 9/21/2016 | Luke Goodrich | research for MSJ | 2.2 |
| 9/21/2016 | Diana Thomson | research for litigation hold | 3.6 |
| 9/22/2016 | Mark Rienzi | document hold emails | 0.5 |
| 9/22/2016 | Diana Thomson | research for litigation hold | 2.7 |
| 9/23/2016 | Luke Goodrich | call w A Nimocks re contacting DOJ | 0.2 |
| 9/23/2016 | Mark Rienzi | emails and phone calls re document hold (.4); confer with team re discussion with DOJ (.3) | 0.7 |
| 9/23/2016 | Stephanie Barclay | Call with Amy to discuss strategy of letter; revised letter; | 1.5 |
| 9/23/2016 | Stephanie Barclay | Worked on revising letter. | 3.9 |
| 9/26/2016 | Luke Goodrich | call w A Nimocks re next steps in litigation | 0.2 |
| 9/26/2016 | Mark Rienzi | call and emails re doc hold | 0.4 |

| 9/26/2016 | Luke Goodrich | research and revise motion for extension | 1 |
|-----------|---------------|------------------------------------------|---|
| 9/26/2016 | Lori Windham | Research and work on RFRA claims | 1.4 |
| 9/26/2016 | Stephanie Barclay | Worked on summary judgment motion. | 3.7 |
| 9/27/2016 | Luke Goodrich | call re amending complaint | 0.2 |
| 9/27/2016 | Luke Goodrich | review complaints in two related cases. | 0.7 |
| 9/27/2016 | Luke Goodrich | research for MSJ | 0.7 |
| 9/27/2016 | Lori Windham | Work on MPSJ RFRA section draft | 2 |
| 9/27/2016 | Stephanie Barclay | Research and drafting of APA sections of summary judgment motion. | 5.5 |
| 9/28/2016 | Stephanie Barclay | Worked on APA section of summary judgment motion. | 4.5 |
| 9/28/2016 | Mark Rienzi | call with client re document hold | 0.3 |
| 9/28/2016 | Lori Windham | Work on RFRA draft | 2.5 |
| 9/29/2016 | Mark Rienzi | call with client re document hold | 0.3 |
| 9/29/2016 | Lori Windham | Work on motion and research | 5.5 |
| 9/30/2016 | Lori Windham | Develop litigation strategy | 0.4 |
| 9/30/2016 | Stephanie Barclay | Worked on summary judgment motion. | 6.1 |
| 10/3/2016 | Chelise Fox | Proofread and revise motion for extension of time to file response. | 1 |
| 10/3/2016 | Darlene Calandra | Cite check Motion for Extension. | 1.5 |
| 10/4/2016 | Luke Goodrich | call w attorneys for Catholic hospital involved in litigation related to Franciscan | 1.3 |
| 10/4/2016 | Stephanie Barclay | Summary judgment research. | 1.5 |
| 10/5/2016 | Lori Windham | Discuss draft RFRA section, work on draft | 0.5 |
| 10/5/2016 | Luke Goodrich | draft reply ISO extension motion | 1 |
| 10/5/2016 | Stephanie Barclay | Summary judgment research. | 2.5 |

| 10/6/2016 | Luke Goodrich | revise reply ISO motion for extension | 0.2 |
|---|---|---|---|
| 10/6/2016 | Lori Windham | Discussion w/ LG on approach and strategy for RFRA section | 0.3 |
| 10/6/2016 | Luke Goodrich | call w L Windham to discuss RFRA claim | 0.3 |
| 10/6/2016 | Luke Goodrich | finalize and file reply ISO extension motion | 0.3 |
| 10/6/2016 | Mark Rienzi | emails and calls to client (.2); and to discuss strategy with team (.2) | 0.4 |
| 10/6/2016 | Luke Goodrich | research and draft MSJ | 0.8 |
| 10/6/2016 | Luke Goodrich | draft MSJ | 1.1 |
| 10/6/2016 | Luke Goodrich | research and draft MSJ | 1.1 |
| 10/6/2016 | Lori Windham | Work on RFRA section draft, discussion w/ LG on approach and strategy | 6.7 |
| 10/7/2016 | Luke Goodrich | call w A Nimocks re MSJ and amending complaint | 0.2 |
| 10/7/2016 | Luke Goodrich | review draft MSJ section on RFRA and Spending clause | 0.3 |
| 10/7/2016 | Mark Rienzi | confer with client re insurance issues (.4); emails re same (.2) | 0.6 |
| 10/7/2016 | Luke Goodrich | research and draft MSJ | 1.5 |
| 10/7/2016 | Luke Goodrich | research and draft MSJ | 2.8 |
| 10/7/2016 | Lori Windham | Finish RFRA section draft | 5.3 |
| 10/7/2016 | Stephanie Barclay | Worked on drafting summary judgment brief. | 9.3 |
| 10/8/2016 | Stephanie Barclay | Worked on summary judgment motion. | 8.6 |
| 10/10/2016 | Stephanie Barclay | Researched APA case law and worked on the summary judgment motion. | 4.5 |
| 10/10/2016 | Luke Goodrich | draft and revise MSJ | 0.6 |
| 10/10/2016 | Luke Goodrich | research and draft MSJ | 1.6 |
| 10/10/2016 | Luke Goodrich | research, draft, and revise MSJ | 4.6 |
| 10/11/2016 | Lori Windham | Strategy discussion and call for brief | 1.3 |

| 10/11/2016 | Luke Goodrich | call w E Rassbach, M Rienzi, L Windham, and S Barclay to discuss MSJ and complaint | 1.3 |
|---|---|---|---|
| 10/11/2016 | Mark Rienzi | confer with team re summary judgment brief | 1.3 |
| 10/11/2016 | Stephanie Barclay | Call with team for summary judgment motion | 1.3 |
| 10/11/2016 | Stephanie Barclay | Reviewed items we'd need for the declarations and discussed research with fellows | 1.5 |
| 10/11/2016 | Luke Goodrich | research and draft MSJ | 2.5 |
| 10/11/2016 | Darlene Calandra | Review N.D. Tex. and Judge O'Connor's rules re filing Motion for Summary Judgment and prepare check list re filing Motion for Summary Judgment | 1.5 |
| 10/11/2016 | Mark Rienzi | work on summary judgment brief | 5.7 |
| 10/11/2016 | Stephanie Barclay | Worked on drafting summary judgment motion. | 5.9 |
| 10/11/2016 | Lori Windham | Research and draft injunction sections and research for declarations | 6.2 |
| 10/11/2016 | Luke Goodrich | research and draft MSJ | 6.5 |
| 10/12/2016 | Chelise Fox | Research and collect templates and draft Word document for supporting declarations. | 1 |
| 10/12/2016 | Chelise Fox | Cite check and add citations to Franciscan Brief. | 1 |
| 10/12/2016 | Stephanie Barclay | Worked on declarations. | 1.9 |
| 10/12/2016 | Luke Goodrich | draft and revise MSJ | 4.2 |
| 10/12/2016 | Luke Goodrich | draft and revise MSJ | 4.9 |
| 10/12/2016 | Lori Windham | Work on declarations | 5.8 |
| 10/12/2016 | Mark Rienzi | work on summary judgment filings | 7.6 |
| 10/12/2016 | Stephanie Barclay | Worked on revising summary judgment motion. | 7.9 |
| 10/13/2016 | Mark Rienzi | work on SJ motion | 0.8 |
| 10/13/2016 | Darlene Calandra | Discuss rules re Appendix contents with L. Goodrich and S. Barclay; review local rules re Appendix; meet with S. Barclay; | 0.75 |

| | | review citation format for cites in Motion for Summary Judgment | |
|---|---|---|---|
| 10/13/2016 | Luke Goodrich | draft and revise MSJ | 2.9 |
| 10/13/2016 | Stephanie Barclay | Worked on declarations for Franciscan parties. | 3.2 |
| 10/13/2016 | Stephanie Barclay | Worked on filling in citations and preparing declarations for summary judgment motion. | 5.4 |
| 10/13/2016 | Lori Windham | Continue drafting declarations | 6.7 |
| 10/14/2016 | Mark Rienzi | additional work on amended complaint and emails with team re same | 0.2 |
| 10/14/2016 | Stephanie Barclay | Reviewed E Rassbach's comments in complaint and team email discussion about edits. | 1.8 |
| 10/14/2016 | Lori Windham | Email discussion re: complaint and declarations, review complaint, revise declarations | 6.2 |
| 10/14/2016 | Mark Rienzi | work on summary judgment papers | 7 |
| 10/14/2016 | Stephanie Barclay | Worked on declarations and revising complaint. | 8.3 |
| 10/15/2016 | Lori Windham | Declaration discussion | 0.1 |
| 10/15/2016 | Mark Rienzi | work on sj papers and confer with Mr. Rassbach re same | 0.4 |
| 10/15/2016 | Stephanie Barclay | Revised complaint. | 2.5 |
| 10/16/2016 | Lori Windham | Review complaint and declaration and send edits | 1.5 |
| 10/17/2016 | Chelise Fox | Cite check new sources in complaint. | 0.5 |
| 10/17/2016 | Chelise Fox | Revise and proofread MSJ. | 0.5 |
| 10/17/2016 | Chelise Fox | Call with R. Busick about cites in the MSJ. | 0.2 |
| 10/17/2016 | Darlene Calandra | Conduct research re filing Motion for Summary Judgment and prepare and revise Appendix contents | 1.5 |
| 10/17/2016 | Lori Windham | Strategy discussion, client call, revise complaint and declarations, research | 3.2 |
| 10/17/2016 | Chelise Fox | Researching State Medicaid exclusions for inclusion in MSJ and supporting documents. | 5.5 |

| 10/17/2016 | Diana Thomson | research re: attorney client privilege on documents | 6.3 |
|---|---|---|---|
| 10/17/2016 | Stephanie Barclay | Worked on finalizing first amended complaint for filing and revising declarations. | 6.6 |
| 10/17/2016 | Mark Rienzi | work on amended complaint and SJ briefing and confer with client and team re same | 7.5 |
| 10/18/2016 | Chelise Fox | Proofread and revise declaration. | 0.5 |
| 10/18/2016 | Luke Goodrich | call w E Rassbach and M Rienzi re MSJ | 0.5 |
| 10/18/2016 | Diana Thomson | researching privilege of documents | 0.6 |
| 10/18/2016 | Luke Goodrich | call w M Rienzi to discuss MSJ; revise declaration | 0.6 |
| 10/18/2016 | Chelise Fox | Researching sources (cited in WPATH, CMS, etc.) for use in MSJ. | 1.5 |
| 10/18/2016 | Lori Windham | Strategy discussions, review updated declarations | 2 |
| 10/18/2016 | Stephanie Barclay | Worked on revising declarations. | 2 |
| 10/18/2016 | Stephanie Barclay | Reviewed revised declarations and discussed Franciscan medical views. | 2.1 |
| 10/18/2016 | Chelise Fox | Researching state Medicaid exclusions (searching through statutes, state Medicaid plans) | 4 |
| 10/18/2016 | Mark Rienzi | work on SJ papers and confer with client and team re same | 5.5 |
| 10/18/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment. | 7.5 |
| 10/19/2016 | Luke Goodrich | call w S Barclay re declarations | 0.2 |
| 10/19/2016 | Luke Goodrich | review expert report | 0.3 |
| 10/19/2016 | Luke Goodrich | review relevant order in Texas v. US | 0.2 |
| 10/19/2016 | Mark Rienzi | review documents on relevant medical science | 0.5 |
| 10/19/2016 | Luke Goodrich | revise MSJ | 1.6 |
| 10/19/2016 | Elizabeth Dobak | Cite checked Plaintiffs' brief in support of their motion for partial summary judgment and preliminary injunction | 2 |

| 10/19/2016 | Luke Goodrich | draft and revise MSJ | 2 |
|---|---|---|---|
| 10/19/2016 | Lori Windham | Research & review reports of potential experts | 2.5 |
| 10/19/2016 | Lori Windham | Review & revise & comment on brief | 3 |
| 10/19/2016 | Diana Thomson | research re: potential discovery | 3.2 |
| 10/19/2016 | Mark Rienzi | work on SJ filings and confer with team re same | 5.5 |
| 10/19/2016 | Chelise Fox | Motion for Summary Judgment (declarations, formatting, research, cite check). | 7 |
| 10/19/2016 | Stephanie Barclay | Worked on CMDA declarations and motion to accompany brief. | 9.1 |
| 10/20/2016 | Luke Goodrich | call w declarant | 0.1 |
| 10/20/2016 | Luke Goodrich | draft email memo re MSJ | 0.6 |
| 10/20/2016 | Luke Goodrich | revise declarations and MSJ | 1.1 |
| 10/20/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment; discuss with C. Fox, E. Dobak and S. Barclay; assist with preparation of Appendix documents | 1.75 |
| 10/20/2016 | Elizabeth Dobak | Cite checked the draft motion | 4 |
| 10/20/2016 | Diana Thomson | research re: discovery | 4.2 |
| 10/20/2016 | Luke Goodrich | Review, edit, and revise MSJ | 5.7 |
| 10/20/2016 | Lori Windham | Work on proposed order, evidentiary work for SJ motion | 5.8 |
| 10/20/2016 | Chelise Fox | Cite check, proof, and revise MSJ and supporting documents. | 8 |
| 10/20/2016 | Mark Rienzi | work on SJ papers | 9 |
| 10/20/2016 | Stephanie Barclay | Spoke with doctors and worked on CMDA declarations. | 9.5 |
| 10/21/2016 | Luke Goodrich | revise declarations | 0.6 |
| 10/21/2016 | Lori Windham | Work on summary judgment motion | 4 |
| 10/21/2016 | Mark Rienzi | finalize SJ papers | 7.2 |

11

| 10/21/2016 | Luke Goodrich | revise and finalize MSJ | 9.8 |
|---|---|---|---|
| 10/21/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment; discuss with C. Fox, E. Dobak, S. Barclay, L. Goodrich; assist with preparation of Appendix to Motion for Summary Judgment. | 7.25 |
| 10/21/2016 | Stephanie Barclay | Revised and finalized the summary judgment brief and appendix. | 9.6 |
| 10/21/2016 | Chelise Fox | Cite check, proof, and revise MSJ and supporting documents. | 8.3 |
| 10/22/2016 | Mark Rienzi | email to client re filing | 0.1 |
| 10/24/2016 | Mark Rienzi | call with client re filing | 0.4 |
| 10/24/2016 | Stephanie Barclay | Emails and calls to clients to provide update | 0.4 |
| 10/24/2016 | Chelise Fox | Draft representation letter for Dr. Hoffman. | 0.5 |
| 10/24/2016 | Luke Goodrich | review ACLU motion to stay; outline response | 0.9 |
| 10/24/2016 | Stephanie Barclay | Worked with paralegals to prepare paper filings | 0.9 |
| 10/24/2016 | Mark Rienzi | research re stay | 2 |
| 10/24/2016 | Stephanie Barclay | Research on ACLU motion to stay | 6.2 |
| 10/25/2016 | Luke Goodrich | email TX re motion to stay | 0.1 |
| 10/25/2016 | Luke Goodrich | emails re DOJ motion to stay | 0.3 |
| 10/25/2016 | Luke Goodrich | call w M Rienzi and S Barclay re motion to stay | 0.5 |
| 10/25/2016 | Mark Rienzi | strategy call re motion to stay | 0.5 |
| 10/25/2016 | Stephanie Barclay | Call to discuss motion to stay | 0.5 |
| 10/25/2016 | Lori Windham | Followup discussion re: counterproposal and strategy | 0.7 |
| 10/25/2016 | Luke Goodrich | research response to motion to stay | 1.6 |
| 10/25/2016 | Mark Rienzi | research re strategy on motion to stay | 1.6 |
| 10/26/2016 | Luke Goodrich | emails re DOJ motion | 0.2 |
| 10/26/2016 | Luke Goodrich | call w M Rienzi re DOJ motion | 0.3 |

| 10/26/2016 | Luke Goodrich | call w M Rienzi and A Nimocks re DOJ motion | 0.3 |
|---|---|---|---|
| 10/26/2016 | Luke Goodrich | call w DOJ re DOJ motion | 0.3 |
| 10/26/2016 | Luke Goodrich | call w M Rienzi and A Nimocks re DOJ motion | 0.3 |
| 10/26/2016 | Luke Goodrich | revise response to ACLU motion to stay | 0.8 |
| 10/26/2016 | Luke Goodrich | draft and revise response to ACLU stay motion | 1.3 |
| 10/26/2016 | Stephanie Barclay | Email regarding government's proposed motion and follow-up items. | 2.1 |
| 10/26/2016 | Luke Goodrich | draft response to ACLU motion to stay | 3.4 |
| 10/26/2016 | Mark Rienzi | calls and research regarding DOJ proposal and confer with client re same (2.0); review and finalize ACLU response (2.5) | 4.5 |
| 10/27/2016 | Lori Windham | Discussion re: response to ACLU filing | 0.3 |
| 10/27/2016 | Diana Thomson | research re: litigation hold | 1 |
| 10/28/2016 | Lori Windham | Discussion re: filing | 0.3 |
| 10/28/2016 | Chelise Fox | Proofread, revise, and file Response to ACLU Stay Motion. | 1.5 |
| 10/28/2016 | Darlene Calandra | Update Share Point files; prepare draft Response to ACLU Motion to Stay for S. Barclay | 0.75 |
| 10/28/2016 | Mark Rienzi | confer with team and finalize ACLU response (2.0); research and confer with team re HHS proposal (1.0) | 3 |
| 10/28/2016 | Stephanie Barclay | Worked on editing and finalizing response to ACLU and filed the response. | 7 |
| 10/29/2016 | Mark Rienzi | work on response to HHS scheduling motion | 1 |
| 10/30/2016 | Mark Rienzi | work on response to HHS motion | 3 |
| 10/31/2016 | Stephanie Barclay | Work on Sister declaration. | 1.4 |
| 10/31/2016 | Lori Windham | Research impact of cert grant, discuss | 2 |
| 10/31/2016 | Rachel Busick | Administrative Record Research | 3.9 |

13

| | | | |
|---|---|---|---|
| 10/31/2016 | Mark Rienzi | draft response to HHS motion | 4 |
| 10/31/2016 | Mark Rienzi | consider Gloucester Count cert grant and confer with Ms. Windham re impact on litigation | 0.5 |
| 10/31/2016 | Stephanie Barclay | Call with APA expert and follow-up call and work with Mark on response to HHS. | 0.8 |
| 11/1/2016 | Lori Windham | Review order, discussion re: strategy | 0.5 |
| 11/1/2016 | Darlene Calandra | Update Share Point files; prepare draft Response to ACLU Motion to Stay for S. Barclay | 0.5 |
| 11/1/2016 | Stephanie Barclay | Worked on response to HHS motion. | 4.8 |
| 11/1/2016 | Mark Rienzi | work on HHS response | 5 |
| 11/2/2016 | Lori Windham | Review orders, requests, discuss scheduling | 0.3 |
| 11/2/2016 | Mark Rienzi | confer with team re strategy and next steps | 0.5 |
| 11/2/2016 | Rachel Busick | Administrative Record Research | 2 |
| 11/3/2016 | Lori Windham | Email discussion re: complaint and followup | 0.7 |
| 11/3/2016 | Lori Windham | Review injunction motions and discuss via email | 1 |
| 11/4/2016 | Lori Windham | Research re: supplemental brief | 1.2 |
| 11/4/2016 | Rachel Busick | Research Texas injunction factors for supp injunct brief | 5.5 |
| 11/5/2016 | Lori Windham | Discussion via email re: complaint | 0.5 |
| 11/7/2016 | Luke Goodrich | review supplemental PI brief | 0.4 |
| 11/7/2016 | Rachel Busick | CA5 PI/vagueness cases research | 2.6 |
| 11/7/2016 | Lori Windham | Research and draft motion, strategy discussion via email | 5.5 |
| 11/8/2016 | Luke Goodrich | revise supplemental brief | 1.5 |
| 11/8/2016 | Mark Rienzi | emails and calls re strategy for case | 1.5 |
| 11/8/2016 | Diana Thomson | researching discover-ability of documents and need for litigation hold letters | 3 |

| 11/9/2016 | Lori Windham | Review & approve draft motion | 0.3 |
|---|---|---|---|
| 11/9/2016 | Stephanie Barclay | Call with CMDA and review of related documents. | 1.4 |
| 11/10/2016 | Luke Goodrich | call w A Nimocks re DOJ scheduling request; circulate notes on call to team | 0.3 |
| 11/10/2016 | Luke Goodrich | draft plan for briefing and divide tasks | 0.4 |
| 11/10/2016 | Diana Thomson | call re: motion and PI reply planning w L. Goodrich; S. Barclay; L. Windham; | 0.6 |
| 11/10/2016 | Lori Windham | Strategy discussion w team | 0.6 |
| 11/10/2016 | Luke Goodrich | call w Becket team to discuss PI strategy | 0.6 |
| 11/10/2016 | Lori Windham | Strategy discussion, work on outline | 0.9 |
| 11/14/2016 | Luke Goodrich | call w M Rienzi re stay | 0.2 |
| 11/14/2016 | Luke Goodrich | email Austin and Becket team re stay and times for call | 0.2 |
| 11/14/2016 | Luke Goodrich | email memo to Becket team re stay negotiations | 0.2 |
| 11/14/2016 | Luke Goodrich | call w DOJ re consent motion and possible stay | 0.3 |
| 11/14/2016 | Lori Windham | Strategy discussion | 0.4 |
| 11/14/2016 | Luke Goodrich | call w Texas re potential stay | 0.6 |
| 11/14/2016 | Luke Goodrich | call w DOJ re stay | 1.4 |
| 11/14/2016 | Mark Rienzi | Franciscan email .2; Franciscan call with DOJ 1.0; earlier call with DOJ .3; discussions with team re strategy .5; | 2 |
| 11/15/2016 | Mark Rienzi | call with client and confer with team re stratgey | 1 |
| 11/15/2016 | Luke Goodrich | call w attorney [name redacted] in related transgender litigation re strategy | 1.1 |
| 11/15/2016 | Rachel Busick | research on ACA 1557 | 2 |
| 11/16/2016 | Mark Rienzi | telephone conference with client re statements and re insurers | 0.5 |
| 11/16/2016 | Lori Windham | Review draft response, email discussion | 0.8 |

| 11/16/2016 | Luke Goodrich | revise ACLU response | 1.4 |
|---|---|---|---|
| 11/16/2016 | Rachel Busick | research on ACA 1557 | 6.4 |
| 11/18/2016 | Mark Rienzi | confer with team re DOJ offer | 0.4 |
| 11/21/2016 | Luke Goodrich | call w co-plaintiffs' counsel re reply; email team | 0.1 |
| 11/21/2016 | Luke Goodrich | call w client re stay | 0.3 |
| 11/21/2016 | Stephanie Barclay | Reviewed reply filed by ACLU | 0.9 |
| 11/21/2016 | Chelise Fox | Make initial shell documents and drafts for opp to mot for time extension, mot to extend time and page limit in PI reply. | 1 |
| 11/21/2016 | Stephanie Barclay | Team call to discuss strategy and next steps for reply brief prep. | 1.2 |
| 11/21/2016 | Luke Goodrich | call w team to discuss reply brief strategy | 1.3 |
| 11/21/2016 | Mark Rienzi | strategy calls with team | 1.5 |
| 11/21/2016 | Stephanie Barclay | Began working with Rachel on research for reply brief. | 3.5 |
| 11/22/2016 | Stephanie Barclay | Worked on preparing motion for additional time and page limits. | 0.8 |
| 11/22/2016 | Stephanie Barclay | Worked on research for reply brief. | 4.9 |
| 11/22/2016 | Stephanie Barclay | Researched APA case law. | 2.9 |
| 11/22/2016 | Rachel Busick | CA5 ripeness/injury research | 5.3 |
| 11/23/2016 | Rachel Busick | research on interpretation of civil and local rules | 2 |
| 11/23/2016 | Luke Goodrich | review DOJ response brief | 2.2 |
| 11/23/2016 | Stephanie Barclay | Research for reply brief. | 3.9 |
| 11/23/2016 | Stephanie Barclay | Reviewed Defendants' response brief and typed initial notes. | 4.6 |
| 11/24/2016 | Luke Goodrich | outline reply brief | 1.4 |
| 11/24/2016 | Diana Thomson | reading PI response brief | 2 |
| 11/24/2016 | Stephanie Barclay | Reviewed ACLU amicus brief. | 2 |

16

| 11/25/2016 | Diana Thomson | working on reply | 1.4 |
|---|---|---|---|
| 11/25/2016 | Mark Rienzi | confer with team re strategy and next steps | 1.5 |
| 11/25/2016 | Rachel Busick | Review PI briefing and research | 1.5 |
| 11/25/2016 | Rachel Busick | Conference call w team re strategy | 1.5 |
| 11/25/2016 | Diana Thomson | call with Becket lawyers re: strategy for reply | 1.7 |
| 11/25/2016 | Luke Goodrich | call w team re reply brief | 1.7 |
| 11/25/2016 | Stephanie Barclay | Reviewed ACLU's amicus brief and typed notes; (1); team call to discuss next steps and strategy (1.5) | 2.5 |
| 11/25/2016 | Luke Goodrich | research and draft PI reply | 4.4 |
| 11/26/2016 | Mark Rienzi | work on reply brief | 2.2 |
| 11/28/2016 | Luke Goodrich | call w co-plaintiffs' counsel to discuss PI reply | 0.2 |
| 11/28/2016 | Luke Goodrich | finalize PI extension motion | 0.2 |
| 11/28/2016 | Mark Rienzi | call to client re next steps | 0.5 |
| 11/28/2016 | Lori Windham | Review government brief and email discussions | 2 |
| 11/28/2016 | Mark Rienzi | work on reply brief | 2.2 |
| 11/28/2016 | Luke Goodrich | research and draft PI reply | 4 |
| 11/28/2016 | Rachel Busick | CA5 research for reply | 4.6 |
| 11/28/2016 | Diana Thomson | working on reply brief | 8 |
| 11/28/2016 | Stephanie Barclay | Worked on drafting my sections of reply brief. | 9.5 |
| 11/29/2016 | Lori Windham | Draft insert for reply brief, email discussion | 3.4 |
| 11/29/2016 | Luke Goodrich | draft PI reply | 5 |
| 11/29/2016 | Mark Rienzi | work on preliminary injunction reply brief | 5 |
| 11/29/2016 | Diana Thomson | working on reply | 6.1 |
| 11/29/2016 | Rachel Busick | Research for PI Reply | 6.8 |

| 11/29/2016 | Stephanie Barclay | Finished first draft of my sections of reply brief and circulated to group. | 9.5 |
|---|---|---|---|
| 11/30/2016 | Stephanie Barclay | Worked on reply brief due process section. | 1.5 |
| 11/30/2016 | Lori Windham | Revise draft brief | 2.3 |
| 11/30/2016 | Mark Rienzi | work on reply brief | 4 |
| 11/30/2016 | Diana Thomson | working on reply | 5.5 |
| 11/30/2016 | Luke Goodrich | draft and revise PI reply | 7.3 |
| 11/30/2016 | Rachel Busick | PI Reply Research | 7.5 |
| 11/30/2016 | Stephanie Barclay | Worked on revising reply brief. | 9 |
| 12/1/2016 | Stephanie Barclay | Worked with paralegals to begin cite check and coordinated other tasks to prepare for brief filing. | 2.4 |
| 12/1/2016 | Mark Rienzi | work on reply brief | 6.5 |
| 12/1/2016 | Diana Thomson | working on reply | 7.5 |
| 12/1/2016 | Elizabeth Dobak | Cite checked reply and helped with other projects related to filing | 8 |
| 12/1/2016 | Rachel Busick | PI Reply Research | 9 |
| 12/1/2016 | Stephanie Barclay | Worked on revising reply brief. | 9 |
| 12/1/2016 | Chelise Fox | Cite check, proofread, and revise reply brief. | 9.2 |
| 12/1/2016 | Luke Goodrich | research, draft, and revise PI reply | 9.8 |
| 12/2/2016 | Mark Rienzi | work on reply brief | 3 |
| 12/2/2016 | Lori Windham | Revise declarations, review draft, revise, research and update standing argument | 4 |
| 12/2/2016 | Luke Goodrich | draft, revise, proof and file PI reply | 6.7 |
| 12/2/2016 | Elizabeth Dobak | Cite checked reply, checked and edited and updated tables, answered comments, completed various tasks for filing | 7.5 |
| 12/2/2016 | Chelise Fox | Finished cite check, tables, final proofread and page checks, preparing for filing for reply brief. | 4 |

| 12/2/2016 | Rachel Busick | PI Reply Edits | 8.1 |
|---|---|---|---|
| 12/2/2016 | Stephanie Barclay | Finalized and filed reply brief. | 9.5 |
| 12/2/2016 | Diana Thomson | working on reply | 9.6 |
| 12/5/2016 | Mark Rienzi | call with client re strategy | 0.3 |
| 12/5/2016 | Stephanie Barclay | Call to discuss fact development and FOIA requests for transgender litigation. | 1.1 |
| 12/5/2016 | Rachel Busick | Research for PI hearing | 7 |
| 12/7/2016 | Rachel Busick | Research for PI hearing | 8.2 |
| 12/8/2016 | Rachel Busick | Research for PI hearing | 7.3 |
| 12/9/2016 | Diana Thomson | prep for hearing, moot for M. Rienzi. | 0.4 |
| 12/9/2016 | Stephanie Barclay | Meeting with Mark regarding oral argument prep for hearing and follow-up research. | 2.2 |
| 12/9/2016 | Mark Rienzi | prep for argument | 4 |
| 12/10/2016 | Mark Rienzi | prep for hearing | 2.5 |
| 12/11/2016 | Mark Rienzi | prep for hearing | 2.9 |
| 12/12/2016 | Mark Rienzi | prep for hearing | 5.2 |
| 12/13/2016 | Mark Rienzi | call with client re hearing (.5); prep for argument (1.0) | 1.5 |
| 12/14/2016 | Lori Windham | Work on NDTX admission | 0.7 |
| 12/14/2016 | Mark Rienzi | prepare for argument (3.2); TX bar admission and get notarized signature (.5) | 3.7 |
| 12/14/2016 | Rachel Busick | research for PI hearing | 7.1 |
| 12/15/2016 | Stephanie Barclay | Prepared for and participated in moot for Mark and took notes. | 1.5 |
| 12/15/2016 | Luke Goodrich | moot M rienzi for hearing | 2.2 |
| 12/15/2016 | Lori Windham | Moot for oral argument, followup on admissions & OA | 3 |
| 12/15/2016 | Diana Thomson | prep for hearing | 6.8 |
| 12/15/2016 | Stephanie Barclay | Oral argument prep and research. | 7.5 |

| 12/15/2016 | Rachel Busick | TX PI Moot and Prep | 8 |
|---|---|---|---|
| 12/15/2016 | Mark Rienzi | moot court for hearing (2.5); prepare for oral argument (6.5) | 9 |
| 12/16/2016 | Lori Windham | Assist w/ OA prep | 0.5 |
| 12/16/2016 | Diana Thomson | working on hearing prep | 4.5 |
| 12/16/2016 | Mark Rienzi | prep for hearing | 4.5 |
| 12/16/2016 | Rachel Busick | TX PI Oral Arg Prep | 5 |
| 12/16/2016 | Stephanie Barclay | Oral argument prep and research. | 9.5 |
| 12/17/2016 | Diana Thomson | working on hearing prep | 0.7 |
| 12/17/2016 | Lori Windham | Assist with OA prep | 0.9 |
| 12/17/2016 | Stephanie Barclay | Finalized research for one-pager document for oral argument. | 3.5 |
| 12/17/2016 | Mark Rienzi | prepare for hearing | 3.8 |
| 12/18/2016 | Mark Rienzi | prepare for hearing | 2.3 |
| 12/19/2016 | Diana Thomson | prep for hearing | 0.4 |
| 12/19/2016 | Lori Windham | Research for OA prep | 1.5 |
| 12/19/2016 | Stephanie Barclay | Worked with paralegals to finalize printing materials and tables for oral argument and responded to questions from Mark. | 3.2 |
| 12/19/2016 | Mark Rienzi | prepare for hearing | 9.5 |
| 12/20/2016 | Stephanie Barclay | Discussed hearing with Mark and next steps in case. | 0.5 |
| 12/20/2016 | Mark Rienzi | prepare for hearing (1.5); attend hearing (3.0) | 4.5 |
| 12/28/2016 | Stephanie Barclay | Reviewed transcript from PI hearing and typed up notes and potential counter-arguments for future consideration. | 4.2 |
| 12/30/2016 | Luke Goodrich | Review PI hearing transcript | 2.1 |
| 12/31/2016 | Lori Windham | Receive and review ruling, discuss impact | 1 |
| 12/31/2016 | Luke Goodrich | review PI order and notify clients | 1.9 |
| 12/31/2016 | Mark Rienzi | read and analyze decision | 2 |

| 1/3/2017 | Luke Goodrich | call w TX to discuss injunction | 0.4 |
|---|---|---|---|
| 1/3/2017 | Diana Thomson | reviewing Preliminary injunction order | 1 |
| 1/4/2017 | Luke Goodrich | call w Texas AG re injunction | 0.1 |
| 1/4/2017 | Mark Rienzi | call with client re next steps | 0.5 |
| 1/4/2017 | Diana Thomson | reviewing new regulation to determine whether it applies to our clients | 3.1 |
| 1/4/2017 | Elizabeth Dobak | Transgender research for Eric Baxter | 4 |
| 1/5/2017 | Lori Windham | Discussion via email re: recent news and relevant cases | 1 |
| 1/5/2017 | Elizabeth Dobak | Transgender research for Eric Baxter | 6 |
| 1/6/2017 | Elizabeth Dobak | Filing compilation research for Stephanie B. | 2 |
| 1/9/2017 | Lori Windham | Strategy call | 0.8 |
| 1/9/2017 | Luke Goodrich | call to discuss post-preliminary injunction strategy | 0.8 |
| 1/9/2017 | Mark Rienzi | call with client (.3); strategy discussion with team (.6) | 0.9 |
| 1/9/2017 | Stephanie Barclay | Researched HHS transgender mandate guidance. | 1.1 |
| 1/9/2017 | Luke Goodrich | review ACLU motion and research response | 1.6 |
| 1/10/2017 | Luke Goodrich | outline response to ACLU motion | 0.2 |
| 1/10/2017 | Luke Goodrich | call w TX re ACLU motion | 1.1 |
| 1/11/2017 | Stephanie Barclay | Worked on response to ACLU. | 4.5 |
| 1/12/2017 | Luke Goodrich | research re partial final judgment | 0.7 |
| 1/12/2017 | Lori Windham | Strategy research | 5.8 |
| 1/12/2017 | Stephanie Barclay | Worked on response to ACLU. | 8.3 |
| 1/13/2017 | Lori Windham | Send strategy findings and conduct further research. | 0.5 |
| 1/13/2017 | Luke Goodrich | call w TX re ACLU motion | 0.5 |

| 1/13/2017 | Lori Windham | Discuss final judgment w team | 0.8 |
|---|---|---|---|
| 1/13/2017 | Stephanie Barclay | Phone calls with Lori and Eric to discuss next steps for final judgment in TX case. | 0.8 |
| 1/13/2017 | Stephanie Barclay | Research regarding ACLU standing. | 1.4 |
| 1/13/2017 | Stephanie Barclay | Reviewed, revised draft of response to ACLU Luke circulated. | 2.4 |
| 1/13/2017 | Luke Goodrich | research and draft response to ACLU motion | 2.7 |
| 1/14/2017 | Luke Goodrich | revise ACLU response | 0.7 |
| 1/17/2017 | Luke Goodrich | call w M Rienzi re attorney admission | 0.1 |
| 1/17/2017 | Luke Goodrich | review DOJ response to ACLU | 0.1 |
| 1/17/2017 | Diana Thomson | reviewing government response to ACLU motion | 0.2 |
| 1/17/2017 | Luke Goodrich | call w Texas re DOJ extension request | 0.2 |
| 1/17/2017 | Luke Goodrich | call w M Rienzi re DOJ extension request | 0.2 |
| 1/17/2017 | Luke Goodrich | finalize response to ACLU motion | 1.4 |
| 1/17/2017 | Stephanie Barclay | Helped finalize the response to ACLU filing. | 2.1 |
| 1/19/2017 | Luke Goodrich | review ACLU reply | 0.3 |
| 1/19/2017 | Stephanie Barclay | Reviewed Rachel research regarding holding case in abeyance. | 0.5 |
| 1/24/2017 | Lori Windham | Review ruling | 0.2 |
| 1/24/2017 | Luke Goodrich | review court order | 0.5 |
| 1/24/2017 | Mark Rienzi | telephone conference with counsel (.3); review and analyze order (.5) | 0.8 |
| 1/24/2017 | Stephanie Barclay | Reviewed court's order and provided analysis; email correspondence with team to discuss. | 1.5 |
| 1/25/2017 | Mark Rienzi | email re next steps | 0.2 |
| 1/31/2017 | Luke Goodrich | call w M Rienzi re ACLU response | 0.1 |
| 1/31/2017 | Luke Goodrich | call w cocounsel re ACLU response | 0.2 |

| 1/31/2017 | Luke Goodrich | research for ACLU response | 1 |
|---|---|---|---|
| 2/1/2017 | Mark Rienzi | strategy discussions | 0.3 |
| 2/2/2017 | Diana Thomson | research re: ACLU appeal | 0.6 |
| 2/2/2017 | Luke Goodrich | research and draft response to ACLU | 3.7 |
| 2/3/2017 | Luke Goodrich | research and revise response to ACLU | 2 |
| 2/3/2017 | Diana Thomson | research and draft motion to dismiss ACLU appeal | 4.7 |
| 2/6/2017 | Luke Goodrich | revise ACLU response | 0.4 |
| 2/6/2017 | Lori Windham | Research client question, discussion re: appeal | 0.7 |
| 2/6/2017 | Stephanie Barclay | Meeting with CMDA clients to provide update on developments and discuss next steps. | 1.2 |
| 2/6/2017 | Diana Thomson | working on motion to dismiss appeal | 3.8 |
| 2/7/2017 | Stephanie Barclay | revise response | 0.2 |
| 2/7/2017 | Chelise Fox | Proofread Franciscan response. | 2.7 |
| 2/7/2017 | Diana Thomson | research and draft motion to dismiss appeal | 5.7 |
| 2/8/2017 | Luke Goodrich | finalize and file ACLU response | 0.4 |
| 2/8/2017 | Diana Thomson | working on motion to dismiss appeal | 0.7 |
| 2/8/2017 | Luke Goodrich | research appellate jurisdiction | 0.8 |
| 2/8/2017 | Stephanie Barclay | Called Luke to discuss next steps and corresponded with team re ACLU appeals; researched procedural issues. | 1 |
| 2/8/2017 | Stephanie Barclay | Listened to teleforum relevant to pending litigation, prepared notes to circulate. | 1.8 |
| 2/9/2017 | Stephanie Barclay | Reviewed CA5 order granting MTD in related case. | 0.6 |
| 2/9/2017 | Luke Goodrich | call w M Rienzi, S Barclay re appeal | 0.7 |
| 2/9/2017 | Diana Thomson | working on motion to dismiss for lack of jurisdiction | 1.3 |

| 2/9/2017 | Stephanie Barclay | Email and discussion with team regarding motion to dismiss ACLU's appeal. | 3.4 |
|---|---|---|---|
| 2/9/2017 | Luke Goodrich | research and draft motion to dismiss appeal | 3.6 |
| 2/10/2017 | Luke Goodrich | call w M Rienzi and S Barclay re regulatory solution | 0.3 |
| 2/10/2017 | Diana Thomson | working on motion to dismiss | 0.4 |
| 2/10/2017 | Luke Goodrich | review ACLU stay motion | 0.4 |
| 2/10/2017 | Mark Rienzi | research re strategy | 0.5 |
| 2/10/2017 | Stephanie Barclay | Worked on motion to dismiss and discussed next steps with team. | 9 |
| 2/11/2017 | Stephanie Barclay | Reviewed court filing in related case. | 0.5 |
| 2/12/2017 | Mark Rienzi | work on CA5 motion | 0.5 |
| 2/13/2017 | Luke Goodrich | revise extension motion | 0.2 |
| 2/13/2017 | Stephanie Barclay | Worked on motion to dismiss. | 0.2 |
| 2/13/2017 | Lori Windham | Discussion re motion response | 0.3 |
| 2/13/2017 | Stephanie Barclay | Responded to Luke's questions and provided additional research. | 0.4 |
| 2/13/2017 | Diana Thomson | working on motion to dismiss | 0.5 |
| 2/13/2017 | Stephanie Barclay | Discussed MTD and response to motion to Stay with Luke and discussed citations with paralegals. | 0.6 |
| 2/13/2017 | Mark Rienzi | work on brief and calls re same | 1 |
| 2/13/2017 | Stephanie Barclay | Reviewed Hannah's comments on documents and made additional revisions. | 1.1 |
| 2/13/2017 | Stephanie Barclay | Revised motion to dismiss and plugged in missing cites. | 1.2 |
| 2/13/2017 | Chelise Fox | Reviewed (proofread, etc.) Mot to Dismiss ACLU Appeal. | 1.5 |
| 2/13/2017 | Darlene Calandra | Revise, edit, and cite check Fifth Circuit Motion to Dismiss ACLU Appeal; discuss with L. Goodrich and S. Barclay. | 1.5 |
| 2/13/2017 | Stephanie Barclay | Responded to Luke's question about standing and performed additional research. | 2.1 |

| 2/13/2017 | Luke Goodrich | research, draft, and revise motion to dismiss ACLU appeal | 4.8 |
|-----------|---------------|-----------------------------------------------------------|-----|
| 2/14/2017 | Luke Goodrich | call w Becket team to discuss ACLU stay motion and our response | 0.3 |
| 2/14/2017 | Diana Thomson | response to motion to stay in 5th Circuit | 0.5 |
| 2/14/2017 | Lori Windham | Strategy call | 0.5 |
| 2/14/2017 | Luke Goodrich | draft response to ACLU stay motion | 0.5 |
| 2/14/2017 | Mark Rienzi | discussion and emails re brief | 0.5 |
| 2/14/2017 | Stephanie Barclay | Revised response and researched cases. | 0.6 |
| 2/14/2017 | Diana Thomson | discussing response to ACLU motion to stay 5th Circuit injunction | 0.8 |
| 2/14/2017 | Luke Goodrich | review and revise motion to dismiss and extension motion | 0.8 |
| 2/14/2017 | Darlene Calandra | Revise, edit, and cite check Fifth Circuit Motion to Dismiss ACLU Appeal; discuss with L. Goodrich and S. Barclay. | 0.5 |
| 2/14/2017 | Luke Goodrich | review and outline ACLU stay motion; research and outline response | 1.9 |
| 2/14/2017 | Stephanie Barclay | Reviewed TX motion for extension of time and ACLU motion to stay and began work on drafting response to ACLU. | 1.9 |
| 2/15/2017 | Luke Goodrich | revise extension motion | 0.2 |
| 2/15/2017 | Luke Goodrich | call w attorney [name redacted] re related litigation that could impact this case | 0.4 |
| 2/15/2017 | Luke Goodrich | finalize and file MTD | 0.9 |
| 2/15/2017 | Luke Goodrich | finalize motion to dismiss and motion for extension | 1 |
| 2/15/2017 | Luke Goodrich | revise and finalize motion to dismiss appeal | 1.5 |
| 2/15/2017 | Luke Goodrich | draft stay response | 2.6 |
| 2/15/2017 | Stephanie Barclay | Worked on drafting sections for response to ACLU. | 3 |
| 2/15/2017 | Stephanie Barclay | Revised motion to dismiss and researched ACLU filings. | 4.1 |

| 2/15/2017 | Elizabeth Dobak | Cite checked motion to dismiss, filled out appearance of counsel forms for Stephanie and Luke, retrieved ECF credentials for Stephanie, e-filed appearance forms for both attorneys | 3 |
|---|---|---|---|
| 2/15/2017 | Lori Windham | Research and draft response to motion for stay | 9 |
| 2/15/2017 | Diana Thomson | working on 5th circuit response to motion to stay | 9.3 |
| 2/16/2017 | Luke Goodrich | finalize and file extension motion | 0.6 |
| 2/16/2017 | Lori Windham | Research and revise draft brief | 2 |
| 2/16/2017 | Stephanie Barclay | Worked on response to ACLU motion to stay PI. | 2.1 |
| 2/16/2017 | Diana Thomson | oppo to ACLU motion to stay | 2.9 |
| 2/16/2017 | Luke Goodrich | draft response to stay motion | 5.2 |
| 2/17/2017 | Luke Goodrich | strategy calls re trans mandate | 0.9 |
| 2/17/2017 | Luke Goodrich | email memo re litigation strategy | 1 |
| 2/17/2017 | Lori Windham | Strategy discussion | 1.3 |
| 2/17/2017 | Mark Rienzi | work on brief (2.0); strategy call (.5) | 2.5 |
| 2/17/2017 | Stephanie Barclay | Calls and research discussing next steps for seeking final judgment or a stay in case. | 2.5 |
| 2/17/2017 | Luke Goodrich | draft and revise stay response | 5.2 |
| 2/20/2017 | Stephanie Barclay | Reviewed and revised roadmap document and performed additional research. | 0.5 |
| 2/21/2017 | Stephanie Barclay | Discussion with Mark re next steps and follow-up research. | 1 |
| 2/21/2017 | Stephanie Barclay | Scheduled APA call and discussed with team. | 0.5 |
| 2/22/2017 | Mark Rienzi | review Title IX materials | 0.5 |
| 2/22/2017 | Stephanie Barclay | Reviewed Title IX letters related to case and worked with paralegals to update folder and deadline schedule. | 0.9 |
| 2/22/2017 | Stephanie Barclay | Additional legal research. | 2 |

| 2/23/2017 | Lori Windham | Discussion re: options for final judgment | 0.2 |
|---|---|---|---|
| 2/23/2017 | Luke Goodrich | review new administration guidance letter | 0.2 |
| 2/23/2017 | Luke Goodrich | strategy call w S Barclay and M Rienzi | 0.6 |
| 2/23/2017 | Luke Goodrich | call w Texas re litigation | 0.7 |
| 2/23/2017 | Mark Rienzi | strategy calls with team | 1.5 |
| 2/23/2017 | Stephanie Barclay | Call with TX and then internally to discuss next steps in litigation. | 1.5 |
| 2/23/2017 | Stephanie Barclay | Call regarding APA research. | 0.5 |
| 2/23/2017 | Luke Goodrich | strategy call re APA issues w outside counsel, S Barclay, and M Rienzi | 0.6 |
| 2/23/2017 | Stephanie Barclay | Researched APA question. | 4 |
| 2/24/2017 | Stephanie Barclay | APA research | 4.4 |
| 2/24/2017 | Lori Windham | Discussion re: options for final judgment | 0.3 |
| 2/24/2017 | Luke Goodrich | email memo re strategy | 0.5 |
| 2/24/2017 | Luke Goodrich | call w Becket team re strategy | 1.4 |
| 2/24/2017 | Stephanie Barclay | Call to discuss case strategy. | 1.4 |
| 2/24/2017 | Diana Thomson | research re: 5th Circuit appeal | 6.9 |
| 2/27/2017 | Luke Goodrich | research re MTD reply | 0.2 |
| 2/27/2017 | Mark Rienzi | call to client re next steps | 0.2 |
| 2/27/2017 | Luke Goodrich | review and outline intervenors' response to MTD; research and outline reply | 1.9 |
| 2/27/2017 | Stephanie Barclay | Reviewed ACLU's motion to dismiss and did preliminary research. | 1.9 |
| 2/27/2017 | Diana Thomson | research re 5th Circuit appeal | 5.5 |
| 2/27/2017 | Stephanie Barclay | Researched questions regarding court jurisdiction and intervention. | 6.2 |
| 2/28/2017 | Mark Rienzi | call re brief | 0.5 |
| 2/28/2017 | Luke Goodrich | call w Becket attorneys re MTD reply | 0.7 |

| 2/28/2017 | Luke Goodrich | research and draft MTD reply | 5.1 |
|---|---|---|---|
| 2/28/2017 | Diana Thomson | researching appeal | 7.6 |
| 3/1/2017 | Luke Goodrich | calls w Becket lawyers and TX to discuss litigation strategy | 1 |
| 3/1/2017 | Mark Rienzi | call with texas (1.0); internal strategy discussions (.3); work on brief (1.0) | 1 |
| 3/1/2017 | Luke Goodrich | research and draft MTD reply | 4 |
| 3/1/2017 | Diana Thomson | research re: appeal | 4.6 |
| 3/1/2017 | Stephanie Barclay | Strategy call and follow-up review and revision of reply to ACLU's response. | 5.5 |
| 3/2/2017 | Luke Goodrich | call w client to update | 0.2 |
| 3/2/2017 | Luke Goodrich | call w M Rienzi re strategy | 0.5 |
| 3/2/2017 | Diana Thomson | reviewing reply to motion to dismiss appeal | 1.8 |
| 3/2/2017 | Stephanie Barclay | Revised reply to ACLU. | 3.2 |
| 3/2/2017 | Luke Goodrich | research and revise MTD reply | 3.4 |
| 3/3/2017 | Luke Goodrich | revise MTD reply | 0.3 |
| 3/3/2017 | Mark Rienzi | review brief | 0.3 |
| 3/3/2017 | Luke Goodrich | call w S Barclay to discuss MTD reply | 0.7 |
| 3/3/2017 | Stephanie Barclay | Call with Luke re reply brief. | 0.7 |
| 3/3/2017 | Stephanie Barclay | Research for reply brief. | 5.7 |
| 3/5/2017 | Luke Goodrich | revise MTD reply | 0.5 |
| 3/6/2017 | Luke Goodrich | revise and finalize MTD reply | 3.5 |
| 3/6/2017 | Darlene Calandra | Cite check, format, edit and proofread Reply in Support of Motion to Dismiss Appeal; discuss with E. Dobak, S. Barclay, L. Goodrich | 3 |
| 3/6/2017 | Stephanie Barclay | Worked on finalizing reply brief. | 4.9 |

28

| 3/9/2017 | Stephanie Barclay | Reviewed proposed filings. | 0.3 |
|---|---|---|---|
| 3/9/2017 | Luke Goodrich | calls w M Rienzi re strategy | 0.5 |
| 3/9/2017 | Mark Rienzi | strategy calls | 0.5 |
| 3/9/2017 | Luke Goodrich | revise MSJ documents | 1.2 |
| 3/10/2017 | Stephanie Barclay | Email traffic re proposed order. | 0.8 |
| 3/10/2017 | Stephanie Barclay | Worked on proposed order for judge. | 1.8 |
| 3/10/2017 | Luke Goodrich | research and revise MSJ papers and proposed order | 2 |
| 3/10/2017 | Rachel Busick | research re court orders on agency regs | 5.4 |
| 3/11/2017 | Stephanie Barclay | Worked on updating time entries. | 0.8 |
| 3/13/2017 | Luke Goodrich | finalize appendix | 0.3 |
| 3/13/2017 | Stephanie Barclay | Reviewed proposed order. | 0.3 |
| 3/13/2017 | Stephanie Barclay | Reviewed updated appendix and provided input. | 1.1 |
| 3/13/2017 | Luke Goodrich | research re final judgment and permanent injunction | 1.3 |
| 3/13/2017 | Luke Goodrich | research and draft permanent injunction | 1.3 |
| 3/13/2017 | Darlene Calandra | Prepare and edit revised Appendix for Motion for Summary Judgment; discuss with L. Goodrich, C. Fox and S. Barclay | 2.5 |
| 3/14/2017 | Luke Goodrich | review motion for extension | 0.1 |
| 3/14/2017 | Luke Goodrich | call w S Barclay re remedies and nationwide injunction | 0.1 |
| 3/14/2017 | Darlene Calandra | update Share Point files; prepare revised Appendix for Motion for Summary Judgment; discuss with L. Goodrich, C. Fox and S. Barclay. | 0.5 |
| 3/14/2017 | Luke Goodrich | research and revise motion and proposed orders | 3.3 |
| 3/14/2017 | Stephanie Barclay | Researched admin law remedies and worked on finalizing renewed summary judgment motion. | 6 |

29

| 3/15/2017 | Stephanie Barclay | Reviewed extension motion. | 0.4 |
|---|---|---|---|
| 3/15/2017 | Stephanie Barclay | Reviewed final documents for filing. | 0.5 |
| 3/15/2017 | Luke Goodrich | finalize and file extension motion | 1 |
| 3/20/2017 | Luke Goodrich | call w M Rienzi and S Barclay re HHS strategy | 0.2 |
| 3/20/2017 | Mark Rienzi | team call re strategy | 0.2 |
| 3/20/2017 | Mark Rienzi | call with consultant re strategy | 0.2 |
| 3/20/2017 | Stephanie Barclay | Strategy call with Luke and Mark. | 0.2 |
| 3/20/2017 | Luke Goodrich | email memo to consultant re case strategy | 0.3 |
| 3/20/2017 | Mark Rienzi | call with client re status | 0.3 |
| 3/20/2017 | Luke Goodrich | prep for call and call w consultant re case strategy | 0.5 |
| 3/22/2017 | Luke Goodrich | call w M Rienzi and admin consultants re litigation | 0.8 |
| 3/22/2017 | Mark Rienzi | call w admin expert re litigation | 0.8 |
| 3/27/2017 | Luke Goodrich | call w S Barclay re next steps | 0.3 |
| 3/27/2017 | Stephanie Barclay | Call with Luke to discuss next steps in Franciscan litigation. | 0.3 |
| 3/28/2017 | Stephanie Barclay | Correspondence re ACLU request to separate appeal issues. | 0.1 |
| 3/28/2017 | Luke Goodrich | call w S Barclay to discuss response to stay motion | 0.2 |
| 3/28/2017 | Lori Windham | Discussion via email re: appeal strategy | 0.4 |
| 3/28/2017 | Stephanie Barclay | Discussed response to ACLU motion to stay with Luke and performed follow-up research for response. | 1.3 |
| 3/29/2017 | Luke Goodrich | call w S Barclay re Stay response | 0.2 |
| 3/29/2017 | Luke Goodrich | call w M Rienzi re lit strategy and doj extension request | 0.3 |
| 3/29/2017 | Mark Rienzi | call w Luke re litigation and extension | 0.3 |
| 3/29/2017 | Stephanie Barclay | Worked on drafting response to ACLU motion. | 3.7 |
| 3/30/2017 | Luke Goodrich | call w Becket team re lit strategy | 0.4 |
| 3/30/2017 | Luke Goodrich | call w DOJ re potential settlement | 0.4 |

| 3/30/2017 | Luke Goodrich | call w Becket team re settlement | 0.4 |
|---|---|---|---|
| 3/30/2017 | Luke Goodrich | call w Becket team re litigation strategy | 0.6 |
| 3/30/2017 | Luke Goodrich | call w Becket team re settlement | 0.6 |
| 3/30/2017 | Luke Goodrich | call w TX and Becket re DOJ extension request | 0.9 |
| 3/30/2017 | Stephanie Barclay | Call with TX re extension and next steps in litigation. | 0.9 |
| 3/30/2017 | Luke Goodrich | call w DOJ re potential settlement | 1 |
| 3/30/2017 | Diana Thomson | calls re: 60 day extension w/ L. Goodrich, L. Windham, S. Barclay, M. Rienzi, E. Rassbach | 1.3 |
| 3/30/2017 | Lori Windham | Strategy call, followup discussion, research on DOJ positions | 2 |
| 3/30/2017 | Mark Rienzi | calls w team re strategy and DOJ re potential settlement | 2.6 |
| 3/30/2017 | Stephanie Barclay | Calls with Becket team and DOJ re settlement | 3.1 |
| 3/30/2017 | Stephanie Barclay | Worked on drafting response to ACLU's motion. | 4.1 |
| 3/30/2017 | Stephanie Barclay | Admin law research. | 2.6 |
| 3/31/2017 | Luke Goodrich | call w TX re DOJ extension motion | 0.4 |
| 3/31/2017 | Stephanie Barclay | Researched admin law. | 0.9 |
| 3/31/2017 | Stephanie Barclay | Revised response to ACLU. | 1.8 |
| 3/31/2017 | Stephanie Barclay | Worked on drafting response to ACLU. | 4.6 |
| 4/3/2017 | Luke Goodrich | call w TX re DOJ extension request | 0.1 |
| 4/3/2017 | Luke Goodrich | correspondence w TX re draft opposition | 0.2 |
| 4/3/2017 | Lori Windham | Followup research and drafting on motion | 0.3 |
| 4/3/2017 | Luke Goodrich | call w S Barclay re potential settlement | 0.3 |
| 4/3/2017 | Luke Goodrich | call w govt re settlement | 0.4 |

| 4/3/2017 | Luke Goodrich | draft opposition to DOJ extension request | 0.5 |
|---|---|---|---|
| 4/3/2017 | Luke Goodrich | call w Becket team re litigation strategy and potential settlement | 0.7 |
| 4/3/2017 | Stephanie Barclay | Researched case law re staying briefing. | 1.1 |
| 4/3/2017 | Stephanie Barclay | Internal team calls and correspondence re case strategy. | 1.4 |
| 4/3/2017 | Luke Goodrich | draft stay response | 1.7 |
| 4/3/2017 | Mark Rienzi | calls to HHS and calls and correspondence w team re next steps | 2 |
| 4/4/2017 | Luke Goodrich | call w TX re filings | 0.1 |
| 4/4/2017 | Luke Goodrich | review response to motion to bifurcate. | 0.3 |
| 4/4/2017 | Luke Goodrich | finalize and file opp to DOJ motion for extension | 0.7 |
| 4/4/2017 | Luke Goodrich | revise stay motion | 0.7 |
| 4/4/2017 | Mark Rienzi | review and edit briefs | 1.5 |
| 4/4/2017 | Stephanie Barclay | Worked on response to ACLU's motion to bifurcate. | 5.2 |
| 4/5/2017 | Lori Windham | Discussions re: motion | 0.2 |
| 4/5/2017 | Mark Rienzi | strategy discussion with client | 0.3 |
| 4/5/2017 | Stephanie Barclay | Reviewed paralegal cite check. | 0.4 |
| 4/5/2017 | Stephanie Barclay | Revised draft response to ACLU motion to bifurcate. | 0.5 |
| 4/5/2017 | Stephanie Barclay | Discussed response to ACLU with Luke and revised. | 0.6 |
| 4/5/2017 | Luke Goodrich | finalize and file stay response | 0.9 |
| 4/7/2017 | Stephanie Barclay | Revised response to ACLU and research on cited cases. | 0.4 |
| 4/7/2017 | Luke Goodrich | finalize and file response to motion to bifurcate | 0.6 |
| 4/7/2017 | Darlene Calandra | Cite check, proofread, format and edit Response to Motion to Bifurcate and discuss with C. Fox, L. Goodrich, S. Barclay | 2.5 |
| 4/8/2017 | Lori Windham | Review ACLU reply, discuss | 0.3 |

| 4/10/2017 | Luke Goodrich | review ACLU dist ct stay reply | 0.2 |
|---|---|---|---|
| 4/10/2017 | Stephanie Barclay | Reviewed ACLU motion, researched applicable case law, and responded to Luke's legal question re the motion. | 1.8 |
| 4/11/2017 | Lori Windham | Review reply & comment | 0.5 |
| 4/11/2017 | Stephanie Barclay | Call with Luke re ACLU motion and subsequent review of motion. | 0.5 |
| 4/11/2017 | Luke Goodrich | research standards governing stay | 1 |
| 4/11/2017 | Luke Goodrich | draft 5th cir reply ISO motion to suspend briefing | 1 |
| 4/12/2017 | Luke Goodrich | finalize 5th Cir reply ISO motion to suspend briefing | 0.3 |
| 4/12/2017 | Stephanie Barclay | Team correspondence re upcoming filings. | 0.3 |
| 4/13/2017 | Luke Goodrich | finalize 5th Cir reply ISO motion to suspend briefing | 0.3 |
| 4/13/2017 | Luke Goodrich | call w Becket team re litigation strategy | 0.6 |
| 4/13/2017 | Stephanie Barclay | Call to discuss strategy for next steps, and follow-up discussion on research needed. | 0.7 |
| 4/13/2017 | Darlene Calandra | Cite check, proofread, format and edit 5th Cir Reply re Motion to Stay and discuss with C. Fox, L. Goodrich, S. Barclay | 2.5 |
| 4/17/2017 | Mark Rienzi | email re strategy | 0.1 |
| 4/17/2017 | Luke Goodrich | revise response to ACLU 5th Cir motion to stay PI pending appeal | 1.8 |
| 4/18/2017 | Chelise Fox | Created shell and made initial draft for motion for extension of time. | 1.6 |
| 4/19/2017 | Luke Goodrich | revise and send to co-counsel our draft extension request | 0.2 |
| 4/19/2017 | Lori Windham | Discussion via email re: motion | 0.3 |
| 4/19/2017 | Luke Goodrich | review motions and research appellate procedure | 0.3 |
| 4/19/2017 | Luke Goodrich | call clerk, email co-counsel re reply | 0.3 |
| 4/19/2017 | Stephanie Barclay | Reviewed docket and recent notice from court and discussed as team. | 0.6 |

| 4/19/2017 | Stephanie Barclay | Worked on motion for extension of time. | 1.8 |
|---|---|---|---|
| 4/20/2017 | Luke Goodrich | email opposing counsel re extension | 0.1 |
| 4/20/2017 | Luke Goodrich | finalize and file extension motion | 0.4 |
| 4/20/2017 | Stephanie Barclay | Correspondence regarding motion to extend. | 0.6 |
| 4/20/2017 | Stephanie Barclay | Revised response to ACLU motion to stay. | 1 |
| 4/21/2017 | Chelise Fox | Cite check 5th Cir. response to motion for stay of injunction. | 4.3 |
| 4/24/2017 | Luke Goodrich | review 5th cir extension order | 0.1 |
| 4/24/2017 | Luke Goodrich | research fifth circuit rules re stay | 0.2 |
| 4/24/2017 | Luke Goodrich | research 5th Cir rules | 0.5 |
| 4/24/2017 | Luke Goodrich | revise response to 5th Cir Motion to stay PI | 1.9 |
| 4/27/2017 | Luke Goodrich | call w counsel for Cath hospital re related lawsuit | 0.7 |
| 5/1/2017 | Diana Thomson | research and emails re: government delay | 0.2 |
| 5/1/2017 | Lori Windham | strategy discussion via email | 0.3 |
| 5/1/2017 | Luke Goodrich | call w TX re potential settlement | 0.3 |
| 5/1/2017 | Luke Goodrich | call w govt re potential settlement | 0.4 |
| 5/1/2017 | Luke Goodrich | call w DOJ re motion to remand | 0.5 |
| 5/1/2017 | Mark Rienzi | emails and strategy discussions re deadline | 0.5 |
| 5/1/2017 | Luke Goodrich | research voluntary remand and outline potential opposition | 3.9 |
| 5/2/2017 | Luke Goodrich | call w S Barclay re voluntary remand | 0.3 |
| 5/2/2017 | Stephanie Barclay | call with Luke on voluntary remand | 0.3 |
| 5/2/2017 | Diana Thomson | reviewing DOJ motions and developing response | 0.4 |
| 5/2/2017 | Lori Windham | Discussion and research regarding administrative remand | 0.8 |

| 5/2/2017 | Luke Goodrich | review DOJ motions and research response | 0.9 |
|---|---|---|---|
| 5/3/2017 | Mark Rienzi | review draft brief | 0.4 |
| 5/3/2017 | Lori Windham | Edit response brief & discuss | 0.8 |
| 5/18/2017 | Luke Goodrich | review DOJ reply re remand | 0.1 |
| 5/24/2017 | Luke Goodrich | email client (CMDA) re case strategy | 0.6 |
| 5/25/2017 | Lori Windham | Strategy correspondence | 0.2 |
| 6/13/2017 | Mark Rienzi | prep and strategize for hearing | 0.5 |
| 6/14/2017 | Mark Rienzi | review briefs | 1 |
| 6/15/2017 | Luke Goodrich | calls w M Rienzi re hearing | 0.6 |
| 6/15/2017 | Mark Rienzi | prepare and strategize for hearing | 1 |
| 6/15/2017 | Luke Goodrich | Prep for hearing | 2 |
| 6/19/2017 | Luke Goodrich | prepare motion for extension re response to stay | 0.2 |
| 6/19/2017 | Luke Goodrich | finalize 5th Cir extension motion | 0.2 |
| 6/20/2017 | Luke Goodrich | finalize and file extension motion | 0.4 |
| 6/20/2017 | Mark Rienzi | confer with team re strategy | 0.8 |
| 6/20/2017 | Luke Goodrich | calls w M Rienzi and team re hearing | 0.9 |
| 6/21/2017 | Mark Rienzi | work on strategy for hearing | 0.5 |
| 6/22/2017 | Luke Goodrich | call w M Rienzi re hearing | 0.3 |
| 6/22/2017 | Luke Goodrich | hearing prep | 2.8 |
| 6/23/2017 | Luke Goodrich | call w co-plaintiffs counsel re hearing | 0.2 |
| 6/23/2017 | Luke Goodrich | call w DOJ re hearing | 0.4 |
| 6/23/2017 | Luke Goodrich | call w M Rienzi re hearing strategy | 0.8 |
| 6/23/2017 | Mark Rienzi | prepare for hearing and confer with team re same | 1.6 |
| 6/23/2017 | Lori Windham | Research for OA prep | 2.2 |

| 6/23/2017 | Luke Goodrich | review motions and cases and research for hearing prep | 4.4 |
|---|---|---|---|
| 6/25/2017 | Lori Windham | Assist with OA prep research | 0.8 |
| 6/26/2017 | Stephanie Barclay | Researched additional cases and emailed summary of cases to Luke to prepare for hearing. | 2.5 |
| 6/26/2017 | Luke Goodrich | hearing prep | 2.6 |
| 6/26/2017 | Luke Goodrich | attend hearing | 2 |
| 6/26/2017 | Mark Rienzi | court time for hearing | 2 |
| 6/27/2017 | Mark Rienzi | confer with client re hearing | 0.2 |
| 6/30/2017 | Lori Windham | Receive & review ruling | 0.2 |
| 7/10/2017 | Luke Goodrich | review court's order | 0.3 |
| 10/16/2017 | Luke Goodrich | update clients on DOJ status report | 0.5 |
| 10/26/2017 | Luke Goodrich | call w TX re status report | 0.4 |
| 11/29/2017 | Luke Goodrich | call and email to update client on case | 0.2 |
| 1/19/2018 | Luke Goodrich | review new HHS conscience regs for relation to case | 0.2 |
| 1/19/2018 | Luke Goodrich | participate in HHS call re new regs | 0.8 |
| 4/17/2018 | Luke Goodrich | update client on status report | 0.1 |
| 4/17/2018 | Luke Goodrich | call w M Rienzi and S Barclay re potential new rule and client outreach | 0.4 |
| 4/17/2018 | Mark Rienzi | team call re new rule and informing clients | 0.4 |
| 5/3/2018 | Luke Goodrich | email client re rulemaking | 0.6 |
| 6/25/2018 | Luke Goodrich | email clients re status report | 0.2 |
| 7/11/2018 | Luke Goodrich | review article on trans science and policy | 1 |
| 10/19/2018 | Luke Goodrich | review Reginfo.gov notice | 0.3 |
| 11/5/2018 | Luke Goodrich | call w client re new rule | 0.4 |

| 11/30/2018 | Luke Goodrich | call w C Harrington re next steps in case | 0.1 |
|---|---|---|---|
| 11/30/2018 | Luke Goodrich | call w M Rienzi, L Windham, and S Barclay re strategy and next steps in case | 0.7 |
| 11/30/2018 | Mark Rienzi | team call re strategy | 0.7 |
| 12/3/2018 | Luke Goodrich | call w TX to discuss next steps | 0.3 |
| 12/3/2018 | Megan Schilling | Prepare shell for Permanent Injunction | 0.6 |
| 12/3/2018 | Luke Goodrich | research, draft, and revise motion | 1.7 |
| 12/11/2018 | Luke Goodrich | revise, finalize and file motion for status conference | 0.5 |
| 12/14/2018 | Luke Goodrich | call w M Rienzi re briefing schedule | 0.1 |
| 12/14/2018 | Luke Goodrich | call w J Block re ACLU re briefing schedule; email co-counsel | 0.2 |
| 12/14/2018 | Luke Goodrich | call courtroom deputy re telephonic appearance; email to DOJ re telephonic appearance | 0.4 |
| 12/14/2018 | Luke Goodrich | prep for status conference | 0.4 |
| 12/14/2018 | Luke Goodrich | call w M Rienzi and team re status conf | 0.4 |
| 12/14/2018 | Mark Rienzi | calls w Mr. Goodrich re status conf and briefing | 0.5 |
| 12/17/2018 | Luke Goodrich | draft joint motion to lift stay and set briefing schedule | 1.3 |
| 1/3/2019 | Joseph Davis | Participated in telephone conference with Luke Goodrich regarding motion for summary judgment. | 0.2 |
| 1/3/2019 | Luke Goodrich | call w J Davis re MSJ | 0.2 |
| 1/22/2019 | Joseph Davis | Performed research for and drafted motion for summary judgment. | 4.3 |
| 1/23/2019 | Joseph Davis | Performed research for, drafted, and revised motion for summary judgment. | 4.4 |
| 1/24/2019 | Joseph Davis | Corresponded with Eric Rassbach and Mark Rienzi regarding government's request for a stay. | 0.2 |
| 1/24/2019 | Joseph Davis | Performed research for and drafted opposition to Defendants' motion to stay. | 2.2 |

| 1/24/2019 | Joseph Davis | Performed research for and drafted motion for summary judgment. | 3.2 |
|---|---|---|---|
| 1/25/2019 | Joseph Davis | Corresponded with Mark Rienzi and Eric Rassbach regarding draft motion for summary judgment. | 0.3 |
| 1/25/2019 | Joseph Davis | Performed research regarding lower courts' interpretation of Price Waterhouse v. Hopkins, for purposes of drafting motion for summary judgment. | 1.2 |
| 1/28/2019 | Joseph Davis | Performed research regarding motion for summary judgment. | 3.3 |
| 1/29/2019 | Joseph Davis | Performed research regarding statutory-interpretation issue, for purposes of drafting motion for summary judgment. | 3.8 |
| 1/29/2019 | Joseph Davis | Performed research regarding nationwide-injunction issue, for purposes of drafting motion for summary judgment. | 1.1 |
| 1/30/2019 | Joseph Davis | For purposes of drafting motion for summary judgment, performed research regarding court cases on the meaning of 'sex' in nondiscrimination laws. | 1.3 |
| 1/30/2019 | Mark Rienzi | Review and comment on brief and confer with team re same | 0.4 |
| 1/30/2019 | Megan Schilling | Research filing rules pertaining to paper copies of Motion for Partial Summary Judgment | 0.4 |
| 1/30/2019 | Joseph Davis | Performed research regarding dismissal of claims under Rule 41. | 0.5 |
| 1/30/2019 | Joseph Davis | Participated in telephone conference with team regarding motion for summary judgment | 1.2 |
| 1/30/2019 | Luke Goodrich | call w J Davis, E Rassbach, and M Rienzi re MSJ strategy | 1.2 |
| 1/30/2019 | Mark Rienzi | call w team re MSJ | 1.2 |
| 1/30/2019 | Joseph Davis | For purposes of drafting motion for summary judgment, performed research regarding Free Exercise claim. | 4.2 |
| 1/30/2019 | Luke Goodrich | revise MSJ | 4.9 |
| 1/31/2019 | Luke Goodrich | revise MSJ | 1.1 |

| 1/31/2019 | Joseph Davis | Performed research regarding scope-of-injunction issue, for purposes of drafting motion for summary judgment. | 1.3 |
|---|---|---|---|
| 1/31/2019 | Darlene Calandra | Prepare Rassbach Pro Hac application; sign up Rassbach for ECF; order COGS from DC; update Appendix for new Motion for Summary Judgment; discuss with Davis; review court rules | 1.75 |
| 1/31/2019 | Joseph Davis | Performed research for and drafted portion of brief in support of summary judgment disputing application of Chevron. | 2.6 |
| 1/31/2019 | Joseph Davis | Performed research regarding historical meaning of 'sex' in 'sex' discrimination, for purposes of revising textual argument in motion for summary judgment. | 2.7 |
| 1/31/2019 | Joseph Davis | Performed research for and drafted APA portion of motion for summary judgment. | 3.7 |
| 2/1/2019 | Joseph Davis | Prepared for and participated in telephone conference with Luke Goodrich regarding motion for partial summary judgment. | 0.7 |
| 2/1/2019 | Megan Schilling | Begin cite checking brief | 1.5 |
| 2/1/2019 | Luke Goodrich | draft and revise MSJ | 2.8 |
| 2/1/2019 | Luke Goodrich | draft and revise MSJ and discuss w J Davis | 3.9 |
| 2/1/2019 | Darlene Calandra | cite check, proofread, format and edit Brief in Support of Partial Summary Judgment; discuss with J. Davis, L. Goodrich and paralegals | 4 |
| 2/1/2019 | Joseph Davis | Revised, drafted, and proofread motion for partial summary judgment in light of changes from Luke Goodrich, Mark Rienzi, and Eric Rassbach. | 6.8 |
| 2/2/2019 | Joseph Davis | Drafted, revised, and proofread motion for summary judgment in light of revisions from Mark Rienzi, Luke Goodrich, Eric Rassbach, and Stephanie Barclay. | 3.1 |

| 2/3/2019 | Joseph Davis | Performed research for, drafted, and revised motion for summary judgment and proposed order. | 2.5 |
|---|---|---|---|
| 2/3/2019 | Darlene Calandra | cite check, proofread, format and edit Brief in Support of Partial Summary Judgment | 3 |
| 2/4/2019 | Luke Goodrich | revise MSJ | 3.7 |
| 2/4/2019 | Joseph Davis | Performed research for, drafted, and revised, brief in support of motion for summary judgment in light of comments from Stephanie Barclay. | 4.3 |
| 2/4/2019 | Joseph Davis | Proofread, finalized, and prepared for filing brief in support of motion for summary judgment, appendix, motion, and proposed order, and filed same. | 5.8 |
| 2/4/2019 | Darlene Calandra | Cite check, proofread, format and edit Brief in Support of Partial Summary Judgment; discuss with attorneys and paralegals; discuss Rassbach Pro Hac Motion with Rassbach and Davis; update Share Point files. | 3.75 |
| 2/4/2019 | Jennifer Montazzoli | Franciscan cite check and filing | 7.5 |
| 2/4/2019 | Megan Schilling | Cite check Motion for Summary Judgment, create Table of Authorities, perform page check, prepare for filing | 10 |
| 2/5/2019 | Joseph Davis | Coordinated preparation of paper copies of motion for summary judgment. | 0.5 |
| 2/6/2019 | Joseph Davis | Reviewed and corresponded with Franciscan team about Fifth Circuit decision regarding the meaning of 'sex' in Title VII. | 0.9 |
| 2/11/2019 | Mark Rienzi | Confer with Luke Goodrich re next steps | 0.1 |
| 2/11/2019 | Mark Rienzi | Confer with client re next steps | 0.4 |
| 2/28/2019 | Joseph Davis | Corresponded with Mark Rienzi and Luke Goodrich regarding federal grant issue. | 2.4 |
| 3/8/2019 | Mark Rienzi | Advise client re impact of injunction on HHS grant request | 0.4 |
| 3/29/2019 | Mark Rienzi | call w Mr. Goodrich re strategy | 0.2 |
| 3/29/2019 | Luke Goodrich | calls w M Rienzi re strategy, DOJ re extension, and TX re extension | 0.5 |

| 3/29/2019 | Mark Rienzi | Confer with DOJ and consider request for extension | 0.5 |
|---|---|---|---|
| 3/29/2019 | Joseph Davis | Received and reviewed Fifth Circuit decision regarding transgender prisoners. | 0.7 |
| 4/2/2019 | Darlene Calandra | Update Share Point files; draft Opposition to Motion for Extension; discuss with J. Davis | 0.5 |
| 4/3/2019 | Joseph Davis | Performed research for and drafted opposition to motion for extension. | 2.5 |
| 4/4/2019 | Luke Goodrich | revise and file oppo to extension motion | 0.5 |
| 4/4/2019 | Joseph Davis | Drafted and revised opposition to extension motion. | 0.8 |
| 4/5/2019 | Luke Goodrich | call w TX and DOJ re calling clerk's office | 0.2 |
| 4/5/2019 | Luke Goodrich | second call w TX and DOJ re calling clerk's office | 0.2 |
| 4/5/2019 | Mark Rienzi | Review filings | 0.4 |
| 4/5/2019 | Darlene Calandra | Update Share Point files | 0.5 |
| 4/8/2019 | Luke Goodrich | correspondence re MSJ strategy | 0.2 |
| 4/8/2019 | Darlene Calandra | Update Share Point files | 0.3 |
| 4/8/2019 | Mark Rienzi | Review ACLU brief | 1 |
| 4/8/2019 | Luke Goodrich | review and craft response to ACLU MSJ opposition | 1.5 |
| 4/9/2019 | Mark Rienzi | Review ACLU brief | 0.5 |
| 4/9/2019 | Luke Goodrich | research re MSJ reply | 0.6 |
| 4/9/2019 | Luke Goodrich | call w M Rienzi, E Rassbach, L Windham, D Verm, S Barclay, and J Davis re MSJ strategy | 0.7 |
| 4/9/2019 | Mark Rienzi | Confer with team re strategy | 0.8 |
| 4/9/2019 | Joseph Davis | Prepared for and participated in telephone conference regarding reply in support of motion for summary judgment. | 1.5 |
| 4/10/2019 | Luke Goodrich | research and draft MSJ reply | 3.5 |
| 4/11/2019 | Mark Rienzi | Email with client re update | 0.2 |
| 4/11/2019 | Darlene Calandra | Update Share Point files | 0.3 |

| 4/11/2019 | Luke Goodrich | draft memo to clients re MSJ | 0.4 |
|---|---|---|---|
| 4/12/2019 | Luke Goodrich | revise MSJ reply outline | 0.1 |
| 4/12/2019 | Luke Goodrich | finalize and email memo to client re MSJ | 0.4 |
| 4/15/2019 | Luke Goodrich | call w J Davis to plan reply drafting | 0.1 |
| 4/15/2019 | Luke Goodrich | draft MSJ reply | 0.4 |
| 4/16/2019 | Luke Goodrich | research and draft MSJ reply | 5.4 |
| 4/17/2019 | Luke Goodrich | research and draft MSJ reply | 4 |
| 4/18/2019 | Luke Goodrich | draft MSJ reply | 2.7 |
| 4/18/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 9.4 |
| 4/19/2019 | Joseph Davis | Performed research regarding standing section of reply in support of summary judgment and drafted that section. | 0.8 |
| 4/22/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 4 |
| 4/23/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 4.8 |
| 4/23/2019 | Luke Goodrich | draft and revise MSJ reply | 5.8 |
| 4/24/2019 | Luke Goodrich | call w J Davis re MSJ reply | 0.1 |
| 4/24/2019 | Luke Goodrich | research and revise reply | 2.8 |
| 4/25/2019 | Luke Goodrich | revise MSJ reply | 0.5 |
| 4/26/2019 | Joseph Davis | Performed research for and revised reply in support of summary judgment in light of comments from Luke Goodrich. | 3.5 |
| 4/29/2019 | Luke Goodrich | revise MSJ reply | 1.1 |
| 4/29/2019 | Joseph Davis | Performed research for and drafted Free Exercise portion of reply in support of motion for summary judgment. | 1.8 |

| 4/30/2019 | Mark Rienzi | Review and comment on reply brief | 1.5 |
|---|---|---|---|
| 4/30/2019 | Luke Goodrich | prep for NPRM announcement | 2.7 |
| 4/30/2019 | Luke Goodrich | revise MSJ reply | 3.4 |
| 4/30/2019 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion for summary judgment. | 5.7 |
| 5/1/2019 | Luke Goodrich | call w J Davis re MSJ reply | 0.1 |
| 5/1/2019 | Joseph Davis | Performed research for, revised, and drafted reply in support of motion for summary judgment in light of comments from Luke Goodrich. | 3 |
| 5/1/2019 | Joseph Davis | Performed research regarding interpretation of termination-of-pregnancy provision. | 3.1 |
| 5/1/2019 | Joseph Davis | Performed research regarding nationwide injunctions, for purposes of drafting reply in support of motion for summary judgment. | 1.4 |
| 5/1/2019 | Luke Goodrich | revise MSJ reply | 5.2 |
| 5/2/2019 | Luke Goodrich | revise msj reply | 1.1 |
| 5/2/2019 | Megan Schilling | Cite check Reply in support of Motion for Summary Judgment | 4 |
| 5/2/2019 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion for summary judgment. | 4.4 |
| 5/2/2019 | Darlene Calandra | Cite check, proofread, format and edit Reply Brief; discuss with Goodrich and paralegals | 5 |
| 5/2/2019 | Jennifer Montazzoli | Cite checked reply in support of MSJ | 5.5 |
| 5/3/2019 | Luke Goodrich | revise MSJ Reply | 1.2 |
| 5/3/2019 | Darlene Calandra | Cite check, proofread, format and edit Reply Brief; discuss with Goodrich and paralegals | 1.5 |
| 5/3/2019 | Joseph Davis | Reviewed and revised draft reply in support of summary judgment in light of cite-check and additional comments from Luke Goodrich. | 2.4 |

| 5/3/2019 | Jennifer Montazzoli | Cite checked reply in support of MSJ | 2.5 |
|---|---|---|---|
| 5/3/2019 | Megan Schilling | Cite check Reply ISO Renewed Motion for SJ, run TOA, complete page check; prepare for filing | 3.5 |
| 5/3/2019 | Joseph Davis | Revised, proofread, and finalized for filing reply in support of motion for summary judgment. | 3.8 |
| 5/10/2019 | Luke Goodrich | send reply brief to clients | 0.1 |
| 5/15/2019 | Mark Rienzi | Call with client re next steps | 0.2 |
| 5/15/2019 | Luke Goodrich | update client on litigation | 0.3 |
| 5/24/2019 | Luke Goodrich | review new proposed rule | 1 |
| 5/24/2019 | Luke Goodrich | draft analysis of new rule for clients | 1 |
| 5/24/2019 | Joseph Davis | Received and reviewed proposed rule and corresponded with Luke Goodrich regarding response. | 2.7 |
| 5/28/2019 | Luke Goodrich | analyze proposed reg | 0.8 |
| 5/29/2019 | Joseph Davis | Participated in telephone conference with Luke Goodrich regarding supplemental brief. | 0.2 |
| 5/29/2019 | Luke Goodrich | call w J Davis re supplemental brief | 0.2 |
| 5/29/2019 | Luke Goodrich | review new rule | 0.4 |
| 5/30/2019 | Luke Goodrich | research and outline supplemental brief | 5.3 |
| 6/4/2019 | Darlene Calandra | Prepare and draft shell document for supplemental brief; update Share Point files | 0.5 |
| 6/4/2019 | Joseph Davis | Performed research for and drafted response to notice of proposed rulemaking. | 5.4 |
| 6/5/2019 | Joseph Davis | Received and reviewed contraceptive-mandate decision from Northern District of Texas and corresponded with Luke Goodrich and Eric Rassbach regarding relevance to case. | 0.7 |

| 6/5/2019 | Joseph Davis | Performed research for and drafted supplemental brief in support of motion for summary judgment. | 3.1 |
|---|---|---|---|
| 6/5/2019 | Luke Goodrich | research, draft, and revise supplemental brief | 3.2 |
| 6/6/2019 | Joseph Davis | Performed research for and revised supplemental brief in support of motion for summary judgment in light of comments. | 0.6 |
| 6/6/2019 | Luke Goodrich | research and revise supplemental brief | 1.7 |
| 6/6/2019 | Joseph Davis | Reviewed and revised supplemental brief in support of motion for summary judgment in light of cite-check changes. | 1.9 |
| 6/6/2019 | Megan Schilling | Cite check Supplemental Brief | 2 |
| 6/6/2019 | Darlene Calandra | Cite check, proofread, format and edit supplemental brief | 3 |
| 6/12/2019 | Luke Goodrich | review HHS supplemental brief | 0.4 |
| 6/24/2019 | Luke Goodrich | research re Deotte case | 0.1 |
| 8/7/2019 | Joseph Davis | Prepared for and participated in phone call with Luke Goodrich and Lori Windham regarding supplemental-briefing order. | 0.2 |
| 8/7/2019 | Luke Goodrich | call w M Rienzi and co-counsel re supplemental brief | 0.3 |
| 8/7/2019 | Luke Goodrich | call w M Rienzi re briefing order | 0.4 |
| 8/7/2019 | Joseph Davis | Reviewed and performed research regarding supplemental briefing notice. | 0.6 |
| 8/7/2019 | Luke Goodrich | call w L Windham and J Davis re supplemental brief | 0.7 |
| 8/7/2019 | Mark Rienzi | Review order, confer with team and co-counsel, confer with client re brief | 1 |
| 8/7/2019 | Luke Goodrich | discuss w M Rienzi, research, and draft memo updating clients re supplemental brief | 1.5 |
| 8/9/2019 | Luke Goodrich | call w M Rienzi re supp br | 0.2 |
| 8/9/2019 | Luke Goodrich | further revise supplemental brief | 0.8 |

45

| 8/9/2019 | Mark Rienzi | Confer with team and client and review draft brief on standing | 0.8 |
|---|---|---|---|
| 8/9/2019 | Luke Goodrich | calls and research to revise supplemental brief | 2 |
| 8/9/2019 | Joseph Davis | Performed research for and drafted brief regarding court's supplemental-briefing order and revised in light of comments from Luke Goodrich. | 5.2 |
| 8/12/2019 | Luke Goodrich | review and revise supp br | 0.3 |
| 8/12/2019 | Luke Goodrich | email clients re supp br | 0.4 |
| 8/12/2019 | Jennifer Montazzoli | Cite check Supplemental Brief on Standing | 1 |
| 8/12/2019 | Joseph Davis | Reviewed and incorporated suggestions into supplemental brief regarding Town of Chester case. | 1.7 |
| 8/12/2019 | Darlene Calandra | Cite check, proofread, format and edit Supplemental Brief on Standing; discuss with J. Montazzoli, J. Davis and L. Goodrich | 1 |
| 8/12/2019 | Joseph Davis | Finalized and prepared for filing supplemental brief ordered by court. | 3 |
| 9/10/2019 | Joseph Davis | Received and reviewed order setting hearing and corresponded with litigation team regarding the same. | 1.1 |
| 9/13/2019 | Luke Goodrich | calls w TX and J Davis to discuss hearing | 0.8 |
| 9/13/2019 | Megan Schilling | Work on ECF filing registration for Joe Davis; Fill out Application for admission | 1 |
| 9/13/2019 | Darlene Calandra | Prepare Oral Argument binders; discuss with J. Davis and L. Goodrich; update electronic docket and Share Point files | 1.75 |
| 10/15/2019 | Luke Goodrich | review opinion, inform clients | 1 |
| 10/15/2019 | Joseph Davis | Received and reviewed district court's summary-judgment order. | 1.2 |
| 11/19/2019 | Joseph Davis | Reviewed government's motion to amend judgment and corresponded with case team regarding the same. | 1.2 |
| 11/20/2019 | Joseph Davis | Performed research for and drafted response to government's motion to modify judgment. | 1.4 |

| 11/20/2019 | Megan Schilling | Cite check Response to Defs Mot to Modify Judgment; file | 0.5 |
|---|---|---|---|
| 12/2/2019 | Joseph Davis | Performed research regarding due date for notice of appeal and corresponded with Luke Goodrich regarding the same. | 0.7 |
| 1/2/2020 | Mark Rienzi | Confer with client and team re appeal and actions | 0.5 |
| 1/2/2020 | Joseph Davis | Performed research and drafted memorandum regarding potential appeal of district court's remedy ruling. | 2.8 |
| 1/3/2020 | Joseph Davis | Performed research for and drafted memorandum regarding potential cross-appeal. | 3.3 |
| 1/8/2020 | Joseph Davis | Drafted email recommendation regarding appeal for clients. | 1.5 |
| 1/10/2020 | Luke Goodrich | revise memo to client re appeal | 1.2 |
| 1/12/2020 | Luke Goodrich | Research re fee petition timing and finality | 1 |
| 1/13/2020 | Luke Goodrich | review and discuss w J Davis memo re atty's fees | 0.3 |
| 1/13/2020 | Joseph Davis | Performed research regarding due date for seeking attorneys' fees. | 4.1 |
| 1/14/2020 | Luke Goodrich | Correspondence w J Davis re attorney's fees | 0.2 |
| 1/14/2020 | Joseph Davis | Performed research regarding due date for seeking attorney's fees. | 5.1 |
| 1/15/2020 | Joseph Davis | Performed research for and drafted motion to set deadline for motion for attorney's fees. | 7.5 |
| 1/16/2020 | Luke Goodrich | revise fee motion | 0.4 |
| 1/16/2020 | Luke Goodrich | correspondence re timing of fees and possible appeal | 0.5 |
| 1/16/2020 | Mark Rienzi | Review Franciscan brief | 0.5 |
| 1/16/2020 | Joseph Davis | Corresponded with counsel for the defendants regarding motion to set deadline for filing of fee petition. | 0.6 |
| 1/16/2020 | Joseph Davis | Prepared for and participated in client call regarding appeal strategy. | 0.7 |
| 1/16/2020 | Luke Goodrich | review and revise motion re timing of fees | 0.8 |
| 1/16/2020 | Luke Goodrich | call w client re possible appeal | 0.8 |

47

| 1/16/2020 | Joseph Davis | Performed research for, drafted, and revised motion to set deadline for filing of fee petition in light of comments from Luke Goodrich. | 1.8 |
|---|---|---|---|
| 1/16/2020 | Joseph Davis | Performed research for and drafted background section of motion to set deadline for filing of fee petition. | 3.4 |
| 1/17/2020 | Mark Rienzi | Review Franciscan brief and confer with team re same | 1 |
| 1/17/2020 | Joseph Davis | Performed research for and drafted motion to set deadline for filing of fee petition in light of comments from Luke Goodrich. | 2.3 |
| 1/17/2020 | Darlene Calandra | Cite check, proofread, format and edit Motion to Set Deadlines for Fees; discuss with J. Davis and paralegals. | 2.5 |
| 1/17/2020 | Luke Goodrich | research, revise, proof, and finalize motion to set deadline on fees | 4.1 |
| 1/17/2020 | Joseph Davis | Revised, proofread, and finalized motion to set deadline for seeking attorneys' fees in preparation for filing. | 4.2 |
| 1/20/2020 | Joseph Davis | Performed research regarding requirements for filing notice of appeal. | 1.2 |
| 1/21/2020 | Mark Rienzi | Emails re appeal | 0.2 |
| 1/21/2020 | Luke Goodrich | revise, finalize, and file notice of appeal | 0.7 |
| 1/21/2020 | Darlene Calandra | Assist with preparation of Notice of Appeal; update case files | 0.75 |
| 1/21/2020 | Joseph Davis | Performed research for, drafted, and finalized appeal initiation documents. | 3.5 |
| 1/22/2020 | Joseph Davis | Corresponded with Mark Rienzi and Luke Goodrich regarding response to email from counsel for ACLU. | 0.3 |
| 1/22/2020 | Mark Rienzi | Discussions re strategy for responding to ACLU | 0.3 |
| 1/24/2020 | Joseph Davis | Performed research and corresponded with Luke Goodrich regarding question from Fifth Circuit clerk's office. | 1.3 |
| 1/29/2020 | Joseph Davis | Performed research regarding transcripts for appeal. | 0.8 |
| 1/31/2020 | Joseph Davis | Participated in telephone conference with Luke Goodrich regarding strategy for appeal | 0.6 |

48

| 1/31/2020 | Luke Goodrich | call w J Davis re appeal strategy | 0.6 |
|---|---|---|---|
| 2/3/2020 | Joseph Davis | Performed research regarding any exhibits filed in trial-court hearings, for purposes of perfecting appeal. | 0.4 |
| 2/6/2020 | Joseph Davis | Participated in phone call with paralegal staff regarding ordering of transcripts. | 0.1 |
| 2/6/2020 | Joseph Davis | Prepared notices of appearance for appeal. | 0.1 |
| 2/6/2020 | Joseph Davis | Corresponded with Luke Goodrich regarding transcript order procedure. | 0.5 |
| 2/6/2020 | Joseph Davis | Received and reviewed draft transcript order form. | 0.8 |
| 2/7/2020 | Joseph Davis | Received and reviewed government's response to fee motion and corresponded with case team regarding the same. | 0.4 |
| 2/10/2020 | Joseph Davis | Participated in phone call with Darlene Calandra regarding filing of transcript order form. | 0.3 |
| 2/10/2020 | Luke Goodrich | review US response on motion re fees; outline reply | 1.5 |
| 2/13/2020 | Joseph Davis | Reviewed appeal initiation filings. | 0.2 |
| 2/13/2020 | Joseph Davis | Prepared appearance of counsel forms for Mark Rienzi and Lori Windham. | 0.2 |
| 2/13/2020 | Luke Goodrich | research re fee reply and review fee reply outline | 0.3 |
| 2/13/2020 | Megan Schilling | File Appearances for Mark & Lori in 5th Cir. | 0.3 |
| 2/13/2020 | Joseph Davis | Performed research for and drafted outline of reply in support of motion to set deadline for filing of motion seeking attorneys' fees. | 0.6 |
| 2/13/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition. | 0.9 |
| 2/13/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition. | 2.5 |
| 2/14/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition. | 5.4 |
| 2/18/2020 | Luke Goodrich | research and revise reply re fees | 5.5 |

49

| 2/19/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition in light of comments from Luke Goodrich. | 4.7 |
|---|---|---|---|
| 2/20/2020 | Joseph Davis | Corresponded with paralegals regarding cite check. | 0.1 |
| 2/20/2020 | Luke Goodrich | revise reply re fees | 1.4 |
| 2/20/2020 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion to set briefing schedule for fee petition in light of additional comments from Luke Goodrich. | 2.8 |
| 2/21/2020 | Luke Goodrich | revise, finalize, and file reply re fees | 1.3 |
| 2/21/2020 | Darlene Calandra | Cite check, proofread, format and edit Reply in Support of Motion to Set Deadline for Fees and discuss with J. Davis and paralegals. | 2 |
| 2/21/2020 | Hilary Boerger | Review, cite check and proofread Reply brief | 3.5 |
| 2/21/2020 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion to set briefing schedule for fee petition. | 5.5 |
| 3/10/2020 | Joseph Davis | Participated in phone call with Luke Goodrich regarding timing of opening brief. | 0.2 |
| 3/10/2020 | Luke Goodrich | call w J Davis re opening brief | 0.2 |
| 3/16/2020 | Mark Rienzi | Confer with team re extension request and calling court | 0.2 |
| 3/16/2020 | Joseph Davis | Performed research regarding extension request. | 0.6 |
| 3/17/2020 | Hilary Boerger | Prepare shell of letter to file on the docket and revise with attorney changes | 1 |
| 3/17/2020 | Joseph Davis | Prepared extension request on opening brief. | 1.6 |
| 4/20/2020 | Joseph Davis | Performed research regarding appellate brief. | 0.5 |
| 4/21/2020 | Luke Goodrich | review order on motion to set deadline for attorneys' fees | 0.4 |
| 4/21/2020 | Luke Goodrich | call w client re case update; email memo to client re same | 0.5 |

| 4/23/2020 | Joseph Davis | Performed research and prepared extension request. | 1.7 |
|---|---|---|---|
| 4/24/2020 | Joseph Davis | Corresponded with case team regarding potential final rule. | 0.6 |
| 4/24/2020 | Darlene Calandra | Prepare shell document, revise, and cite check Motion to Extension and discuss with J. Davis. | 1.5 |
| 4/24/2020 | Joseph Davis | Performed research for, drafted, and filed motion for extension of time to file appellate brief. | 3.7 |
| 5/5/2020 | Luke Goodrich | call w client to discuss case and possible new rule | 0.5 |
| 5/18/2020 | Darlene Calandra | Prepare draft shell for 5th Circuit Opening Brief; discuss with J. Davis | 0.5 |
| 5/19/2020 | Joseph Davis | Performed research for and drafted outline of appellate brief. | 5.1 |
| 5/21/2020 | Joseph Davis | Participate in telephone conference with Luke Goodrich regarding opening brief. | 0.5 |
| 5/21/2020 | Luke Goodrich | call w J Davis re opening brief | 0.5 |
| 5/21/2020 | Joseph Davis | Performed research for and drafted opening brief. | 4.9 |
| 5/22/2020 | Joseph Davis | Corresponded with Jacob Coate regarding motion to stay. | 1.9 |
| 5/24/2020 | Joseph Davis | Performed research for and drafted appellate brief. | 7.3 |
| 5/25/2020 | Joseph Davis | Performed research for and drafted appellate brief. | 9 |
| 5/26/2020 | Joseph Davis | Performed research for and drafted appellate brief. | 2.9 |
| 5/27/2020 | Luke Goodrich | revise stay motion | 0.4 |
| 5/27/2020 | Mark Rienzi | Corresponded on strategy with Mr. Davis | 0.4 |
| 5/27/2020 | Mark Rienzi | Review motion to stay | 0.5 |
| 5/27/2020 | Joseph Davis | Corresponded with case team regarding motion to stay pending Supreme Court's decisions in Title VII cases. | 2.5 |
| 5/27/2020 | Joseph Davis | Performed research for, drafted, and revised stay motion in light of edits from Jacob Coate. | 2.7 |
| 5/28/2020 | Mark Rienzi | Emails and review of extension request | 0.5 |
| 5/28/2020 | Joseph Davis | Drafted and revised stay motion in light of revisions from Luke Goodrich. | 1.7 |

| 5/28/2020 | Zachary Novak | Conducted cite check for motion to stay. | 3 |
|---|---|---|---|
| 5/28/2020 | Darlene Calandra | Cite check, proofread, edit, and file Motion for Stay; discuss with J. Davis. | 3 |
| 5/29/2020 | Joseph Davis | Performed research for and drafted appellate brief. | 0.7 |
| 5/29/2020 | Zachary Novak | Conducted cite check for motion to stay. | 1 |
| 6/1/2020 | Mark Rienzi | Develop strategy re potential new rule | 0.5 |
| 6/1/2020 | Joseph Davis | Corresponded with case team regarding potential new final rule. | 0.9 |
| 6/4/2020 | Joseph Davis | Corresponded re research on potential Munsingwear issue. | 0.5 |
| 6/12/2020 | Joseph Davis | Received and reviewed HHS's new final rule. | 0.6 |
| 6/12/2020 | Luke Goodrich | review new rule and draft memo advising clients | 1.6 |
| 6/13/2020 | Mark Rienzi | Review email from client | 0.1 |
| 6/15/2020 | Joseph Davis | Corresponded with case team regarding deadline for filing appellant's brief. | 0.1 |
| 6/15/2020 | Luke Goodrich | review Bostock SCOTUS decision and email memo to client | 0.5 |
| 6/15/2020 | Mark Rienzi | Review Bostock decision | 1 |
| 6/15/2020 | Joseph Davis | Received and reviewed Supreme Court's decision in Bostock. | 1.9 |
| 6/17/2020 | Luke Goodrich | call re strategy post Bostock | 0.5 |
| 6/17/2020 | Mark Rienzi | Participate in call re strategy | 0.5 |
| 6/17/2020 | Joseph Davis | Prepared for and participated in telephone conference with Mark Rienzi and Luke Goodrich regarding strategy for case in light of Bostock. | 0.8 |
| 6/17/2020 | Zachary Novak | Researched and saved relevant cases from Westlaw into Sharepoint. | 1 |
| 6/18/2020 | Mark Rienzi | Correspond re strategy and next steps with team | 1 |
| 6/23/2020 | Luke Goodrich | email co-counsel re client strategy | 0.1 |
| 6/23/2020 | Luke Goodrich | call w M Rienzi re strategy | 0.2 |
| 6/23/2020 | Mark Rienzi | call w Mr. Goodrich re strategy | 0.2 |
| 6/23/2020 | Luke Goodrich | call w client re 5th Cir strategy | 0.8 |

| 6/25/2020 | Luke Goodrich | review and revise opening brief | 1 |
|---|---|---|---|
| 6/29/2020 | Megan Schilling | Edit Certificate of Interested Parties on Opening Brief per Joe's request | 0.5 |
| 6/29/2020 | Joseph Davis | Performed research for and drafted appellate brief in light of final rule and Bostock. | 3.7 |
| 6/30/2020 | Luke Goodrich | revise stay request | 0.3 |
| 6/30/2020 | Mark Rienzi | Correspondence re settlement possibilities | 1 |
| 6/30/2020 | Joseph Davis | Performed research for and drafted appellate brief in light of final rule and Bostock. | 4.5 |
| 7/1/2020 | Joseph Davis | Prepared for and participated in phone call with Mark Rienzi regarding stay motion. | 0.2 |
| 7/1/2020 | Joseph Davis | Prepared for and participated in phone call with opposing counsel regarding stay motion. | 0.2 |
| 7/1/2020 | Joseph Davis | Performed research regarding stay motion pending settlement negotiations. | 0.6 |
| 7/2/2020 | Hilary Boerger | File Joint Motion to Stay | 0.6 |
| 7/2/2020 | Joseph Davis | Prepared for filing motion to stay proceedings in light of settlement negotiations. | 1.2 |
| 7/6/2020 | Joseph Davis | Performed research for and drafted initial draft of settlement agreement. | 1.3 |
| 7/7/2020 | Joseph Davis | Performed research for and drafted initial draft of settlement agreement. | 5.2 |
| 7/8/2020 | Joseph Davis | Corresponded with counsel for HHS regarding settlement discussions. | 0.2 |
| 7/9/2020 | Joseph Davis | Corresponded with opposing counsel regarding settlement negotiations. | 0.6 |
| 7/13/2020 | Joseph Davis | Prepared for and participated in settlement negotiation call. | 3.1 |
| 7/20/2020 | Joseph Davis | Performed research regarding lawsuits filed against proposed rule in other jurisdictions. | 1.9 |
| 7/27/2020 | Luke Goodrich | review pleadings in Whitman-Walker (DDC) transgender rule challenge and draft memo on relevance to Franciscan appeal | 1.3 |

| 7/29/2020 | Joseph Davis | Corresponded with Mark Rienzi regarding next steps in Fifth Circuit appeal. | 0.2 |
|---|---|---|---|
| 8/7/2020 | Joseph Davis | Corresponded with Hilary Boerger regarding the transcript of the preliminary-injunction hearing in case challenging the new transgender mandate rule. | 0.4 |
| 8/11/2020 | Joseph Davis | Corresponded with clerk's office regarding briefing schedule for appeal. | 0.4 |
| 8/17/2020 | Joseph Davis | Received and reviewed Eastern District of New York's decision enjoining new transgender mandate rule. | 0.3 |
| 8/18/2020 | Mark Rienzi | Calls and emails re strategy | 0.7 |
| 8/25/2020 | Joseph Davis | Prepared for and participated in conference call regarding next steps in appeal. | 0.9 |
| 8/27/2020 | Joseph Davis | Reviewed draft reply brief in New York v. HHS for purposes of appellate brief in Franciscan. | 0.6 |
| 9/10/2020 | Joseph Davis | Performed research for and drafted appellant's brief. | 5 |
| 9/11/2020 | Joseph Davis | Performed research for and drafted opening brief. | 7 |
| 9/14/2020 | Luke Goodrich | review and revise draft of brief | 2.5 |
| 9/14/2020 | Joseph Davis | Performed research for, drafted, and revised appellants' brief. | 5.8 |
| 9/15/2020 | Luke Goodrich | correspondence re opening brief strategy | 1.2 |
| 9/15/2020 | Joseph Davis | Performed research for and drafted appellant's brief in light of comments from Stephanie Barclay and Luke Goodrich. | 3.3 |
| 9/16/2020 | Joseph Davis | Reviewed and incorporated new research into opening brief regarding contraceptive mandate injunctions. | 1 |
| 9/16/2020 | Joseph Davis | Performed research for and drafted opening brief in light of edits from Mark Rienzi. | 6.1 |
| 9/17/2020 | Joseph Davis | Performed research for and prepared record excerpts. | 2.8 |
| 9/17/2020 | Zachary Novak | Prepared documents and record excerpts for brief prior to cite check. | 3.5 |

| 9/17/2020 | Luke Goodrich | revise opening brief | 4.5 |
|---|---|---|---|
| 9/17/2020 | Joseph Davis | Performed research for and drafted appellate brief. | 5.1 |
| 9/18/2020 | Hilary Boerger | Assist attorneys with researching journal article to include in briefing and review ACLU materials for reference to same | 1 |
| 9/18/2020 | Joseph Davis | Prepared record excerpts for filing with appellate brief. | 1.8 |
| 9/18/2020 | Zachary Novak | Created, edited, and uploaded documents pertaining to record excerpts to be filed with opening brief; researched articles to be cited in brief. | 5 |
| 9/18/2020 | Luke Goodrich | revise opening brief | 5.8 |
| 9/18/2020 | Joseph Davis | Performed research for drafted opening brief in light of additional round of comments from Luke Goodrich, Mark Rienzi, Stephanie Barclay, and clients. | 5.9 |
| 9/19/2020 | Joseph Davis | Performed research for and revised portion of opening brief addressing Monsanto decision. | 2.1 |
| 9/20/2020 | Joseph Davis | Performed research for and revised statement of the case section of opening brief. | 1.9 |
| 9/21/2020 | Luke Goodrich | revise and finalize opening brief | 3.8 |
| 9/21/2020 | Zachary Novak | Conducted cite check and page check for opening brief. | 7 |
| 9/21/2020 | Samuel Lucas | Franciscan opening brief in the 5th Cir. cite check, tables, and page check | 7.5 |
| 9/21/2020 | Joseph Davis | Performed research for, drafted, revised, and finalized opening brief in light of cite check and additional round of comments from Luke Goodrich. | 8.5 |
| 9/21/2020 | Megan Schilling | Cite check 5th Cir. opening brief; Run TOA; Prepare for filing | 8.5 |
| 9/21/2020 | Hilary Boerger | Review, cite check, proof read and file Opening Brief and Excerpts of Electronic Record | 6 |
| 9/28/2020 | Luke Goodrich | email client re potential recusal | 0.3 |

| 10/6/2020 | Joseph Davis | Corresponded with case team regarding extension request from HHS. | 0.2 |
|---|---|---|---|
| 11/23/2020 | Luke Goodrich | review opening brief and Govt response and draft memo on reply | 2.2 |
| 11/25/2020 | Luke Goodrich | call and follow-up email w client re appeal | 0.8 |
| 11/30/2020 | Joseph Davis | Performed research for and drafted outline of reply brief. | 1.4 |
| 12/1/2020 | Hilary Boerger | Prepare shell document for attorney review | 0.3 |
| 12/1/2020 | Daniel Chen | Research Fifth Circuit case law on vacatur and remand | 2.4 |
| 12/1/2020 | Joseph Davis | Performed research for and drafted outline of reply brief. | 3 |
| 12/2/2020 | Joseph Davis | Performed research for and drafted reply brief. | 3.5 |
| 12/2/2020 | Daniel Chen | Discuss reply brief with Joseph Davis, research case law on vacatur and remand for injunctions, and begin drafting reply brief | 4.7 |
| 12/3/2020 | Daniel Chen | Revise and edit reply brief for Franciscan Fifth Circuit appeal. | 1.4 |
| 12/4/2020 | Daniel Chen | Revise and edit Fifth Circuit Franciscan reply brief | 1.3 |
| 12/4/2020 | Joseph Davis | Performed research for, drafted, and revised reply brief. | 6.3 |
| 12/5/2020 | Joseph Davis | Performed research for purposes of reply brief. | 4 |
| 12/7/2020 | Daniel Chen | Revise and edit Fifth Circuit Franciscan reply brief. | 0.9 |
| 12/7/2020 | Joseph Davis | Performed research for and drafted reply brief. | 3.7 |
| 12/8/2020 | Daniel Chen | Revise and edit reply brief. | 0.6 |
| 12/8/2020 | Luke Goodrich | revise reply br | 1.7 |
| 12/8/2020 | Mark Rienzi | Reviewed and made comments for edits/changes to reply brief. | 2.2 |
| 12/8/2020 | Joseph Davis | Performed research for and revised reply brief. | 3.2 |
| 12/9/2020 | Mark Rienzi | Reviewed and made suggested edits to reply brief. | 0.3 |
| 12/9/2020 | Joseph Davis | Performed research for, drafted, and revised reply brief. | 3 |

| 12/9/2020 | Daniel Chen | Revise and edit reply brief in Franciscan Alliance before the Fifth Circuit. | 4.1 |
|---|---|---|---|
| 12/10/2020 | Daniel Chen | Revise and edit Fifth Circuit reply brief in Franciscan Alliance. | 4.7 |
| 12/10/2020 | Joseph Davis | Performed research for, drafted, and revised reply brief. | 4.9 |
| 12/10/2020 | Luke Goodrich | revise reply | 5.4 |
| 12/11/2020 | Daniel Chen | Complete edits and file reply brief in Franciscan Alliance. | 2.2 |
| 12/11/2020 | Luke Goodrich | revise, finalize, and file reply and send to clients | 2.4 |
| 12/11/2020 | Hilary Boerger | Review, proofread, cite check, perform page check, and assist with filing brief | 2.5 |
| 12/11/2020 | Samuel Lucas | Franciscan Reply Brief cite check | 2.5 |
| 12/11/2020 | Zachary Novak | Conducted cite check to legal brief and made suggested edits, conducted second-level review to address consistency issues; updated docket in SP with additional filings. | 4 |
| 12/11/2020 | Megan Schilling | Cite check Reply brief | 5.5 |
| 12/11/2020 | Joseph Davis | Drafted, revised, proofread, and finalized reply brief in advance of filing. | 7.1 |
| 1/20/2021 | Joseph Davis | Corresponded with case team regarding next steps in litigation. | 0.1 |
| 1/20/2021 | Luke Goodrich | research client question re recusal and draft memo re same | 1 |
| 1/21/2021 | Joseph Davis | Reviewed Executive Order regarding Bostock for purposes of appeal. | 0.5 |
| 1/21/2021 | Megan Schilling | Draft 28j Letter shell for Sisters of Mercy opinion | 0.5 |
| 1/21/2021 | Joseph Davis | Performed research for and drafted 28(j) letter regarding Sisters of Mercy. | 2 |
| 1/22/2021 | Joseph Davis | Corresponded with case team regarding oral argument. | 0.4 |
| 1/22/2021 | Joseph Davis | Performed research for and drafted 28(j) letter regarding Bostock Executive Order. | 2 |
| 1/25/2021 | Joseph Davis | Prepared response to court's request for position on appearing in-person at oral argument. | 0.8 |

| 1/25/2021 | Samuel Lucas | Letter to CA5 for in person OA affirmation; cite checked and formatted | 1.5 |
|---|---|---|---|
| 1/27/2021 | Daniel Chen | Edit 28(j) letter for Fifth Circuit. | 0.2 |
| 1/27/2021 | Luke Goodrich | revise 28(j) letter | 0.3 |
| 1/27/2021 | Hilary Boerger | Proofread, review and cite check 28(j) motion and prepare exhibit for filing | 0.8 |
| 1/27/2021 | Megan Schilling | Cite check Religious Sisters of Mercy 28j letter; prepare exhibits and file both letters | 1.5 |
| 1/27/2021 | Joseph Davis | Reviewed and revised 28(j) letters in light of revisions from Luke Goodrich. | 1.9 |
| 2/2/2021 | Joseph Davis | Received and reviewed 28(j) response regarding Sisters of Mercy and Bostock EO. | 0.1 |
| 2/4/2021 | Joseph Davis | Corresponded with case team regarding intervenors' request for leave to file supplemental brief. | 0.2 |
| 2/5/2021 | Joseph Davis | Researched panels for moot arguments. | 0.5 |
| 2/7/2021 | Joseph Davis | Performed research for and drafted response to intervenors' supplemental letter brief. | 2.7 |
| 2/8/2021 | Luke Goodrich | review, revise, finalize, and file 28(j) response | 0.5 |
| 2/8/2021 | Joseph Davis | Coordinated moot arguments. | 0.7 |
| 2/8/2021 | Joseph Davis | Prepared for oral argument. | 1.3 |
| 2/8/2021 | Joseph Davis | Performed research for and revised response to intervenors' notice of supplemental authority. | 1.5 |
| 2/8/2021 | Zachary Novak | Conducted cite check of response letter to Appellee's 28j, made suggested edits. PDFed final versions, worked with attorneys to file via PACER. | 2.5 |
| 2/9/2021 | Joseph Davis | Returned oral argument acknowledgment form to court. | 0.5 |
| 2/9/2021 | Zachary Novak | Drafted 5th Cir Notice of Withdrawal versions for Stephanie Barclay, called court clerk to confirm correct form, updated and sent to attorneys for review. | 2 |

58

| 2/9/2021 | Joseph Davis | Prepared for oral argument. | 3.3 |
|---|---|---|---|
| 2/10/2021 | Luke Goodrich | participate in moot for J Davis | 1.5 |
| 2/10/2021 | Joseph Davis | Prepared for oral argument. | 1.7 |
| 2/10/2021 | Daniel Chen | Prepare for and participate in moot for Joe Davis's upcoming CA5 oral argument. | 2 |
| 2/10/2021 | Joseph Davis | Prepared for and participated in internal moot argument. | 2.1 |
| 2/11/2021 | Zachary Novak | Finalized notice of withdrawal for Stephanie Barclay, sent to attorneys for final review; filed via PACER upon attorney confirmation. | 1 |
| 2/16/2021 | Mark Rienzi | Corresponded re the case via email with litigation team. | 0.3 |
| 2/18/2021 | Joseph Davis | Prepared for oral argument. | 1.4 |
| 2/19/2021 | Joseph Davis | Prepared for oral argument. | 1.3 |
| 2/19/2021 | Joseph Davis | Performed research for and drafted Rule 28(j) letter regarding Calvary Chapel. | 1.6 |
| 2/22/2021 | Joseph Davis | Prepared for oral argument. | 3.2 |
| 2/23/2021 | Daniel Chen | Attend moot and take notes. | 1.8 |
| 2/23/2021 | Luke Goodrich | moot J Davis for OA | 1.8 |
| 2/23/2021 | Joseph Davis | Prepared for oral argument. | 7.7 |
| 2/24/2021 | Joseph Davis | Prepared for oral argument. | 2.1 |
| 2/25/2021 | Daniel Chen | Research and prepare for oral argument. | 2.4 |
| 2/25/2021 | Joseph Davis | Prepared for oral argument. | 3.5 |
| 2/26/2021 | Daniel Chen | Participate in moot. | 1.2 |
| 2/26/2021 | Luke Goodrich | moot J Davis for OA | 1.3 |
| 2/26/2021 | Joseph Davis | Prepared for oral argument. | 5.8 |
| 3/1/2021 | Joseph Davis | Corresponded with case team regarding developments in Whitman-Walker case. | 0.9 |

| 3/1/2021 | Daniel Chen | Research other parallel cases challenging 2020 Rule and research case law in CA5 regarding mootness. | 2.5 |
|---|---|---|---|
| 3/1/2021 | Joseph Davis | Prepared for oral argument. | 6.1 |
| 3/2/2021 | Joseph Davis | Prepared for oral argument. | 3.9 |
| 3/3/2021 | Luke Goodrich | call w J Davis re OA | 0.2 |
| 3/3/2021 | Joseph Davis | Listened to oral argument recording. | 1.1 |
| 3/3/2021 | Luke Goodrich | attend OA and call with team to debrief | 1.1 |
| 3/3/2021 | Mark Rienzi | Strategized about and prepared for oral argument. | 1.5 |
| 3/3/2021 | Daniel Chen | Prepare for oral argument; listen to oral argument; debrief with team. | 3.5 |
| 3/3/2021 | Joseph Davis | Prepared for and participated in oral argument at Fifth Circuit. | 4.8 |
| 4/5/2021 | Joseph Davis | Corresponded with case team regarding potential 28(j) letter. | 0.3 |
| 4/6/2021 | Luke Goodrich | revise 28(j) | 0.4 |
| 4/6/2021 | Joseph Davis | Performed research for and drafted 28(j) letter regarding DOJ memo. | 1.5 |
| 4/7/2021 | Samuel Lucas | Checked formatting and proofed 28j | 0.3 |
| 4/7/2021 | Joseph Davis | Finalized and filed 28(j) letter regarding DOJ memorandum on Bostock. | 1.3 |
| 4/7/2021 | Zachary Novak | Conducted cite check of 28j draft, made suggested edits; PDF'ed and filed via ECF. | 2 |
| 4/9/2021 | Joseph Davis | Received and reviewed response to 28(j) letter on DOJ memo. | 0.6 |
| 4/12/2021 | Luke Goodrich | review ACLU 28(j) response | 0.1 |
| 4/12/2021 | Joseph Davis | Received and reviewed ACLU's response to 28(j). | 0.2 |
| 4/15/2021 | Joseph Davis | Received and reviewed decision from Fifth Circuit panel. | 0.2 |
| 4/15/2021 | Mark Rienzi | Reviewed ruling and conferred with team re same and next steps. | 0.5 |

| 4/15/2021 | Joseph Davis | Prepared for and participated in post-decision call regarding Fifth Circuit decision. | 0.7 |
|---|---|---|---|
| 4/15/2021 | Luke Goodrich | review 5th Cir opinion, discuss with co-counsel, notify clients | 1.1 |
| 4/19/2021 | Joseph Davis | Corresponded with client regarding district court's order on remand. | 0.1 |
| 4/19/2021 | Luke Goodrich | calls w J Davis, co-plaintiffs' counsel, and opposing counsel to discuss status report | 0.5 |
| 4/19/2021 | Hilary Boerger | Prepare shell of joint status report for attorney review | 1 |
| 4/19/2021 | Joseph Davis | Drafted joint status report regarding proceedings on remand. | 1.7 |
| 4/19/2021 | Joseph Davis | Performed research regarding status report in district court. | 4.2 |
| 4/20/2021 | Joseph Davis | Revised joint status report in light of comments from Mark Rienzi, Luke Goodrich, and Daniel Chen, and co-plaintiffs, and corresponded with counsel for Defendants regarding the same. | 2.6 |
| 4/21/2021 | Mark Rienzi | Conferred with team re status report proposals. | 0 |
| 4/21/2021 | Joseph Davis | Corresponded with Luke Goodrich regarding joint status report. | 0.2 |
| 4/21/2021 | Daniel Chen | Revise and edit joint status report in Franciscan. | 0.4 |
| 4/21/2021 | Joseph Davis | Reviewed revisions to joint status report circulated by opposing counsel. | 0.4 |
| 4/21/2021 | Joseph Davis | Corresponded with case team regarding revisions to joint status report suggested by opposing counsel. | 0.8 |
| 4/21/2021 | Luke Goodrich | review and revise joint status report | 1.3 |
| 4/22/2021 | Joseph Davis | Corresponded with case team regarding joint status report. | 0.1 |
| 4/22/2021 | Luke Goodrich | correspondence re status report | 0.3 |
| 4/22/2021 | Mark Rienzi | Corresponded with team via email and finalized status report. | 0.5 |
| 4/22/2021 | Joseph Davis | Revised joint status report in light of issuance of mandate and edits by opposing counsel. | 0.8 |

61

| 4/27/2021 | Luke Goodrich | call w clients re next steps | 0.6 |
|---|---|---|---|
| 5/4/2021 | Joseph Davis | Performed research for and drafted outline of supplemental brief. | 0.4 |
| 5/5/2021 | Zachary Novak | Created shell document for Plaintiff's Supplemental Brief on Remand, saved to SP and sent to attorneys for review. | 1.5 |
| 5/5/2021 | Joseph Davis | Performed research for and drafted supplemental brief on remand. | 1.7 |
| 5/6/2021 | Mark Rienzi | Corresponded via email re new decision on 1557. | 0.1 |
| 5/6/2021 | Joseph Davis | Performed research for and drafted supplemental brief on remand. | 5.2 |
| 5/7/2021 | Joseph Davis | Performed research for and drafted supplemental brief on remand. | 7 |
| 5/9/2021 | Joseph Davis | Performed research for and drafted supplemental brief on remand. | 6.2 |
| 5/10/2021 | Luke Goodrich | review supplemental brief | 0.1 |
| 5/10/2021 | Joseph Davis | Prepared for and participated in call with client regarding new HHS announcement. | 0.5 |
| 5/10/2021 | Luke Goodrich | correspondence and call to discuss HHS announcement on 1557 and notify client | 0.5 |
| 5/10/2021 | Zachary Novak | Created shell draft of supplemental brief, made updates as needed and sent to attorneys for review. | 0.8 |
| 5/10/2021 | Daniel Chen | Revise and edit supplemental brief. | 1.2 |
| 5/10/2021 | Joseph Davis | Performed research for and drafted supplemental brief on remand. | 4.6 |
| 5/11/2021 | Mark Rienzi | Reviewed supplemental brief | 1 |
| 5/11/2021 | Luke Goodrich | revise supplemental brief | 2.4 |
| 5/11/2021 | Daniel Chen | Revise and edit Franciscan supplemental brief. | 2.5 |
| 5/12/2021 | Daniel Chen | Attend meeting with Becket team regarding edits. | 0.5 |
| 5/12/2021 | Joseph Davis | Prepared for and participated in call regarding supplemental brief. | 0.5 |
| 5/12/2021 | Luke Goodrich | call w J Davis and D Chen re supplemental brief | 0.5 |
| 5/12/2021 | Daniel Chen | Draft proposed order and research and edit supplemental brief. | 2.4 |

| 5/12/2021 | Joseph Davis | Drafted and revised supplemental brief in light of revisions from case team. | 3.8 |
|---|---|---|---|
| 5/13/2021 | Mark Rienzi | Reviewed draft filings and conferred with team re order. | 0.7 |
| 5/13/2021 | Daniel Chen | Revise and edit supplemental brief. | 3 |
| 5/13/2021 | Luke Goodrich | revise supplemental brief and proposed injunction | 3.1 |
| 5/13/2021 | Joseph Davis | Performed research for and drafted supplemental brief on remand. | 5.9 |
| 5/14/2021 | Luke Goodrich | emails re injunction language | 0.2 |
| 5/14/2021 | Samuel Lucas | TOC and TOA drafted and inserted | 0.8 |
| 5/14/2021 | Luke Goodrich | call w J Davis, D Chen, M Rienzi, and E Rassbach re final judgment and injunction language | 0.9 |
| 5/14/2021 | Joseph Davis | Prepared for and participated in call regarding proposed injunction. | 1 |
| 5/14/2021 | Mark Rienzi | Worked on brief and proposed order. | 1.8 |
| 5/14/2021 | Megan Schilling | Cite check Pls Supplemental Brief on Remand; Perform page check; Draft email to chambers for word version of Proposed Order | 3 |
| 5/14/2021 | Samuel Lucas | Supplemental Brief cite check | 3.2 |
| 5/14/2021 | Hilary Boerger | Review, proofread and cite check brief | 3.5 |
| 5/14/2021 | Luke Goodrich | revise, finalize, and file supplemental brief, proposed order, and proposed judgment | 3.7 |
| 5/14/2021 | Daniel Chen | Revise and finalize supplemental brief; revise and finalize proposed order and final judgment. | 4.5 |
| 5/14/2021 | Zachary Novak | Conducted cite check of supplemental brief and corresponding documents, made suggested edits. Finalized and prepared for filing. | 4.5 |
| 5/14/2021 | Joseph Davis | Performed research for, drafted, revised, and finalized supplemental brief. | 6 |
| 5/18/2021 | Joseph Davis | Corresponded with paralegals regarding paper copies of supplemental brief. | 0.6 |
| 6/7/2021 | Joseph Davis | Reviewed supplemental response briefs filed by opponents in district court. | 0.6 |

| 6/7/2021 | Daniel Chen | Read government and ACLU briefs (1.0); research case law on issues (1.0) | 2 |
|---|---|---|---|
| 6/8/2021 | Joseph Davis | Prepared for and participated in call with case team regarding reply brief. | 0.8 |
| 6/8/2021 | Mark Rienzi | Reviewed briefs and conferred with team re next steps. | 0.8 |
| 6/8/2021 | Daniel Chen | Hold strategy meeting for reply brief, discussing ACLU and Government arguments. | 1 |
| 6/10/2021 | Zachary Novak | Created shell drafts for reply brief, sent to attorneys for review. | 1 |
| 6/12/2021 | Joseph Davis | Performed research for and drafted supplemental reply brief. | 7.9 |
| 6/13/2021 | Joseph Davis | Performed research for and drafted supplemental reply brief. | 4.9 |
| 6/14/2021 | Daniel Chen | Research and revise reply brief. | 2.1 |
| 6/14/2021 | Luke Goodrich | revise supplemental reply | 2.7 |
| 6/15/2021 | Luke Goodrich | correspondence re reply | 0.6 |
| 6/15/2021 | Luke Goodrich | revise reply | 2.5 |
| 6/15/2021 | Daniel Chen | Research issues and revise reply brief. | 7.5 |
| 6/16/2021 | Luke Goodrich | revise reply | 5.7 |
| 6/16/2021 | Daniel Chen | Revise and edit reply brief. | 7.1 |
| 6/17/2021 | Hilary Boerger | Begin review, proofread and cite check of Supplemental Reply Brief on Remand | 1.2 |
| 6/18/2021 | Luke Goodrich | revise and finalize reply | 1.8 |
| 6/18/2021 | Megan Schilling | Cite check Supplemental Reply Brief on Remand | 2.5 |
| 6/18/2021 | Samuel Lucas | Cite checked and formatted reply brief | 2.8 |
| 6/18/2021 | Daniel Chen | Revise and finalize supplemental reply brief. | 3.1 |
| 6/18/2021 | Hilary Boerger | Continue review, proofread and cite check of Supplemental Reply Brief on Remand and file same | 4 |
| 7/2/2021 | Zachary Novak | Conducted cite check of motion drafts, suggested edits. | 0.8 |
| 7/7/2021 | Luke Goodrich | call w M Rienzi re injunction | 0.3 |

| 7/7/2021 | Mark Rienzi | Call w Mr. Goodrich re injunction language | 0.3 |
|---|---|---|---|
| 8/2/2021 | Daniel Chen | Review new Maryland district court decisions concerning Section 1557 and begin drafting supplemental authority to file with Texas court. | 1.4 |
| 8/9/2021 | Joseph Davis | Received and reviewed court's order on supplemental briefing. | 0.6 |
| 8/9/2021 | Luke Goodrich | review district court opinion and summarize for clients | 1 |
| 8/9/2021 | Daniel Chen | Read opinion and correspond with team members regarding strategy. | 1.7 |
| 8/10/2021 | Joseph Davis | Performed research regarding district court's order on supplemental briefing, appeal issues. | 1.3 |
| 8/10/2021 | Zachary Novak | Reviewed text of order, compiled analysis to send to attorneys for review. | 2 |
| 8/10/2021 | Daniel Chen | Research questions regarding appellate jurisdiction and review district court opinion. | 3.8 |
| 8/11/2021 | Joseph Davis | Performed research regarding court's order, post-order issues. | 0.8 |
| 9/20/2021 | Joseph Davis | Reviewed outline of response to Rule 60(b) motion and corresponded with case team regarding the same. | 0.5 |
| 9/20/2021 | Daniel Chen | Outline response to Rule 60(b) motion. | 2.7 |
| 9/22/2021 | Luke Goodrich | call w team re response to 60b motion | 0.4 |
| 9/22/2021 | Mark Rienzi | Reviewed draft and conferred with team re arguments. | 0.5 |
| 9/22/2021 | Joseph Davis | Prepared for and participated in call regarding response to motion to amend judgment. | 0.6 |
| 9/22/2021 | Joseph Davis | Performed research for, reviewed, and revised draft response to Rule 60(b) motion circulated by Daniel Chen. | 2 |
| 9/22/2021 | Daniel Chen | Draft and research case law for response to rule 60(b) motion. | 6.1 |
| 9/23/2021 | Luke Goodrich | call w client re modification of injunction | 0.3 |
| 9/23/2021 | Mark Rienzi | Conferred with team re brief. | 0.5 |
| 9/23/2021 | Joseph Davis | Reviewed and revised response to Rule 60(b) motion in light of edits from Luke Goodrich. | 0.9 |

| 9/23/2021 | Luke Goodrich | draft and revise response to 60(b) motion | 1.6 |
|---|---|---|---|
| 9/24/2021 | Luke Goodrich | call w client re modification of injunction | 0.1 |
| 9/24/2021 | Joseph Davis | Finalized and filed response to 60(b) motion. | 0.3 |
| 9/24/2021 | Daniel Chen | Review Franciscan response to motion to amend judgment. | 1.1 |
| 9/24/2021 | Luke Goodrich | revise and finalize response to Rule 60(b) motion | 1.4 |
| 10/15/2021 | Joseph Davis | Performed research regarding government's deadline to appeal. | 0.3 |
| 11/23/2021 | Joseph Davis | Corresponded with case team regarding HHS appeal. | 0.7 |
| 11/23/2021 | Joseph Davis | Analyzed and corresponded with case team regarding appeal. | 1 |
| 12/13/2021 | Joseph Davis | Performed research regarding government's appeal. | 0.3 |
| 1/11/2022 | Joseph Davis | Corresponded with case team regarding briefing deadlines. | 0.1 |
| 1/12/2022 | Zachary Novak | Prepared and submitted 5th circuit admission application for Daniel Chen. | 1 |
| 1/24/2022 | Joseph Davis | Corresponded with case team regarding district-court record. | 0.5 |
| 1/26/2022 | Joseph Davis | Corresponded with Luke Goodrich regarding case update. | 0.1 |
| 2/22/2022 | Luke Goodrich | review client's updated policy documents | 0.8 |
| 3/4/2022 | Joseph Davis | Reviewed draft policy documents and corresponded with case team regarding the same. | 0.3 |
| 3/8/2022 | Joseph Davis | Corresponded with case team regarding new HHS rulemaking. | 0.6 |
| 3/16/2022 | Luke Goodrich | call w client re scope of injunction | 0.2 |
| 3/22/2022 | Luke Goodrich | prep and call with client re scope of injunction and appeal | 1.1 |
| 3/25/2022 | Joseph Davis | Prepared for and participated in case team call regarding appeal strategy. | 0.8 |
| 3/25/2022 | Luke Goodrich | call re CA5 strategy | 0.8 |
| 3/25/2022 | Daniel Chen | Research, discuss, and brainstorm strategy for appeal with Joe and Luke. | 1.1 |

| 3/28/2022 | Joseph Davis | Received and reviewed opening brief of intervenors. | 2.5 |
|---|---|---|---|
| 3/29/2022 | Joseph Davis | Corresponded with case team regarding response brief. | 0.2 |
| 3/29/2022 | Joseph Davis | Performed research for and drafted memo for client regarding injunction. | 1.4 |
| 3/30/2022 | Joseph Davis | Revised draft memo for client regarding injunction in light of edits from Luke Goodrich. | 0.2 |
| 3/30/2022 | Daniel Chen | Read HHS and ACLU briefing, research case law, and review record and prior briefing. | 2.9 |
| 3/31/2022 | Joseph Davis | Performed research for purposes of response brief. | 0.4 |
| 3/31/2022 | Daniel Chen | Read briefing and record material, research caselaw, and outline responses to arguments. | 4.6 |
| 4/1/2022 | Luke Goodrich | correspondence w J Davis and D Chen re opening briefs and strategy for response brief on appeal | 1 |
| 4/1/2022 | Daniel Chen | Review and analyze briefs and record materials and discuss strategy. | 1.5 |
| 4/1/2022 | Luke Goodrich | review and analyze HHS and ACLU opening briefs | 1.8 |
| 4/1/2022 | Joseph Davis | Reviewed appellants' opening briefs and corresponded with case team regarding the same. | 3.9 |
| 4/6/2022 | Joseph Davis | Performed research for and drafted outline of Fifth Circuit response brief. | 0.2 |
| 4/12/2022 | Luke Goodrich | correspondence w case team re anticipated 1557 rulemaking | 0.5 |
| 4/13/2022 | Joseph Davis | Prepared request for Level 1 extension. | 0.2 |
| 4/13/2022 | Joseph Davis | Corresponded with case team regarding opening brief. | 1.1 |
| 4/14/2022 | Joseph Davis | Drafted request for Level 1 extension and corresponded with case team regarding the same. | 1 |
| 5/6/2022 | Joseph Davis | Performed research in preparation for drafting appellate brief. | 2.8 |
| 5/10/2022 | Joseph Davis | Corresponded with case team regarding appellate brief. | 0.1 |
| 5/10/2022 | Joseph Davis | Performed research for and drafted outline of appellate brief. | 3.2 |

| 5/11/2022 | Joseph Davis | Performed research for and drafted outline of appellate brief. | 3.3 |
|---|---|---|---|
| 5/12/2022 | Megan Schilling | Create shell for motion for extension of time for CA5 | 0.3 |
| 5/12/2022 | Daniel Chen | Draft motion for extension of time, review outline, and read defendants' briefing. | 2.5 |
| 5/12/2022 | Joseph Davis | Prepared for and performed amicus outreach. | 3 |
| 5/13/2022 | Joseph Davis | Reviewed and revised draft extension motion prepared by Daniel Chen. | 1.1 |
| 5/16/2022 | Joseph Davis | Drafted email for opposing counsel regarding extension. | 0.5 |
| 5/16/2022 | Joseph Davis | Reviewed and revised extension motion prepared by Daniel Chen. | 0.5 |
| 5/16/2022 | Zachary Novak | Created shell draft for motion for extension of time, sent to attorneys for review. | 0.8 |
| 5/16/2022 | Daniel Chen | Revise and edit motion for extension of time. | 1.3 |
| 5/17/2022 | Zachary Novak | Updated draft of motion, sent to attorneys for review, and assisted with filing. | 1 |
| 5/17/2022 | Zachary Novak | Collected filed declarations throughout case, compiled and sent to GA team. | 1 |
| 5/17/2022 | Joseph Davis | Finalized and filed extension motion for appellees' brief. | 2 |
| 5/17/2022 | Joseph Davis | Performed research in preparation for drafting appellees' brief. | 3.1 |
| 5/18/2022 | Joseph Davis | Performed research for and drafted appellate brief. | 2.3 |
| 5/19/2022 | Joseph Davis | Performed research for and drafted appellate brief. | 3.8 |
| 5/20/2022 | Joseph Davis | Performed research for and drafted appellate brief. | 4.4 |
| 5/22/2022 | Joseph Davis | Performed research for and drafted appellate brief. | 0.8 |
| 5/23/2022 | Joseph Davis | Performed research for and drafted justiciability portions of appellate brief. | 3.6 |
| 5/23/2022 | Daniel Chen | Research case law to draft brief and prep strategy materials. | 4.5 |
| 5/24/2022 | Daniel Chen | Research remedies issue for brief; revise and edit brief. | 3.5 |

| 5/24/2022 | Joseph Davis | Performed research for and drafted appellees' brief. | 6.3 |
|---|---|---|---|
| 5/25/2022 | Joseph Davis | Performed research for and drafted appellees' brief. | 4.9 |
| 5/26/2022 | Joseph Davis | Performed research for and drafted appellees' brief. | 3.9 |
| 5/27/2022 | Joseph Davis | Performed research for and drafted appellees' brief. | 2.2 |
| 5/31/2022 | Daniel Chen | Revise and edit brief. | 1.5 |
| 5/31/2022 | Luke Goodrich | research, revise, draft response brief | 4.7 |
| 5/31/2022 | Joseph Davis | Performed research for and drafted response brief. | 5.1 |
| 6/1/2022 | Luke Goodrich | revise response brief | 0.8 |
| 6/1/2022 | Luke Goodrich | correspondence re response brief | 0.8 |
| 6/1/2022 | Joseph Davis | Performed research for and drafted response brief. | 2.3 |
| 6/1/2022 | Daniel Chen | Revise and edit brief. | 3 |
| 6/2/2022 | Daniel Chen | Revise and edit brief. | 2 |
| 6/2/2022 | Luke Goodrich | draft and revise response brief | 4.8 |
| 6/3/2022 | Joseph Davis | Performed research for and drafted response brief. | 3.6 |
| 6/3/2022 | Luke Goodrich | draft and revise response brief | 6.1 |
| 6/3/2022 | Daniel Chen | Draft and revise response brief. | 7.2 |
| 6/6/2022 | Joseph Davis | Performed research for and drafted response brief. | 4.1 |
| 6/6/2022 | Luke Goodrich | draft and revise response brief | 4.2 |
| 6/6/2022 | Daniel Chen | Revise and edit brief and research case law for drafting and revising. | 8.5 |
| 6/7/2022 | Luke Goodrich | draft and revise response brief | 4.3 |
| 6/7/2022 | Joseph Davis | Performed research for, drafted, and revised response brief. | 6.2 |
| 6/7/2022 | Daniel Chen | Revise and edit response brief. | 8 |
| 6/8/2022 | Luke Goodrich | revise response brief | 3.2 |
| 6/8/2022 | Joseph Davis | Performed research for, drafted, and revised response brief. | 6 |

69

| 6/8/2022 | Daniel Chen | Revise and edit response brief. | 7.5 |
|---|---|---|---|
| 6/9/2022 | Zachary Novak | Conducted cite check of response brief, suggested edits. | 3 |
| 6/9/2022 | Leigh Brown | Cite checking the response brief | 4 |
| 6/9/2022 | Megan Schilling | Cite check Response Brief | 4 |
| 6/9/2022 | Joseph Davis | Performed research for, drafted, and revised response brief. | 4.8 |
| 6/9/2022 | Luke Goodrich | revise response brief | 5.1 |
| 6/9/2022 | Daniel Chen | Revise and edit response brief. | 7 |
| 6/9/2022 | Nate Wertjes | Cite check | 7.5 |
| 6/10/2022 | Joseph Davis | Performed research for, drafted, revised, and finalized response brief. | 2.9 |
| 6/10/2022 | Megan Schilling | Cite check and finalize Response Brief | 3 |
| 6/10/2022 | Zachary Novak | Finalized cite check. | 3 |
| 6/10/2022 | Nate Wertjes | Continue cite check | 4.5 |
| 6/10/2022 | Luke Goodrich | revise and finalize response brief | 5.7 |
| 6/10/2022 | Leigh Brown | Cite checking the response brief | 6 |
| 6/10/2022 | Daniel Chen | Revise, edit, and file response brief. | 7.5 |
| 6/17/2022 | Luke Goodrich | review EPPC amicus brief | 0.3 |
| 6/17/2022 | Daniel Chen | Review EPPC amicus brief. | 0.5 |
| 6/17/2022 | Joseph Davis | Reviewed amicus brief by EPPC. | 1.4 |
| 6/30/2022 | Joseph Davis | Reviewed Supreme Court opinions for relevance to case. | 0.4 |
| 7/12/2022 | Joseph Davis | Received argument date and corresponded with case team regarding oral argument. | 0.9 |
| 7/13/2022 | Daniel Chen | Correspond re strategy with Joe and review filing requirements for paper copies. | 0.4 |
| 7/13/2022 | Joseph Davis | Performed research regarding oral argument. | 0.7 |
| 7/14/2022 | Joseph Davis | Prepared for Fifth Circuit oral argument. | 1.4 |
| 7/19/2022 | Joseph Davis | Prepared for oral argument. | 2.7 |

| 7/19/2022 | Joseph Davis | Performed research for, drafted, and revised supplemental authority letter. | 3.4 |
|---|---|---|---|
| 7/20/2022 | Luke Goodrich | review recent decisions and draft and revise 28(j) letter | 1.3 |
| 7/20/2022 | Joseph Davis | Prepared for oral argument. | 2.5 |
| 7/20/2022 | Joseph Davis | Reviewed and revised draft supplemental authority letter regarding West Virginia v. EPA. | 3.4 |
| 7/20/2022 | Daniel Chen | Research and draft question responses to help prepare Joe for OA. | 4 |
| 7/21/2022 | Joseph Davis | Drafted, revised, and finalized Rule 28(j) letter re West Virginia v. EPA. | 0.7 |
| 7/21/2022 | Nate Wertjes | Cite check 28(j) letter | 2 |
| 7/21/2022 | Joseph Davis | Prepared for oral argument. | 3.5 |
| 7/21/2022 | Daniel Chen | Review briefing, conduct research, and draft notes to assist Joe with oral argument. | 6.1 |
| 7/22/2022 | Joseph Davis | Prepared for oral argument. | 1.9 |
| 7/25/2022 | Luke Goodrich | review new proposed rule and draft memo to clients | 2.4 |
| 7/25/2022 | Daniel Chen | Review new Section 1557 rule; review media and comms assets; discuss strategy with team. | 3.5 |
| 7/26/2022 | Luke Goodrich | call w client re OA | 0.5 |
| 7/26/2022 | Joseph Davis | Prepared for oral argument. | 1.4 |
| 7/26/2022 | Daniel Chen | Review and take notes on new Section 1557 NPRM. | 2.5 |
| 7/27/2022 | Daniel Chen | Meet with clients to discuss strategy. | 0.8 |
| 7/27/2022 | Luke Goodrich | call w clients and D Chen re proposed rule and appeal | 0.8 |
| 7/27/2022 | Daniel Chen | Review cases and draft summaries for oral argument | 1.8 |
| 7/27/2022 | Joseph Davis | Prepared for oral argument. | 4.9 |
| 7/28/2022 | Luke Goodrich | review appellate briefs and participate in moot for J Davis | 3.2 |

| 7/28/2022 | Daniel Chen | Prepare for moot; do moot with Joe for Franciscan; conduct research on follow up questions. | 3.5 |
|---|---|---|---|
| 7/28/2022 | Joseph Davis | Prepared for and participated in moot argument. | 5.7 |
| 7/29/2022 | Luke Goodrich | finalize and file 28j response | 0.2 |
| 7/29/2022 | Zachary Novak | Conducted cite check of 28j, suggested edits and assisted with filing. | 0.5 |
| 7/29/2022 | Joseph Davis | Reviewed and revised draft 28(j) letter regarding College of the Ozarks. | 1.8 |
| 7/29/2022 | Joseph Davis | Prepared for oral argument. | 6.7 |
| 7/30/2022 | Joseph Davis | Prepared for oral argument. | 1.4 |
| 7/31/2022 | Joseph Davis | Prepared for oral argument. | 0.8 |
| 8/1/2022 | Luke Goodrich | correspondence w J Davis and D Chen to discuss 28j response | 0.3 |
| 8/1/2022 | Joseph Davis | Performed research for, drafted, and revised draft Rule 28(j) letter regarding new NPRM. | 1.2 |
| 8/1/2022 | Daniel Chen | Attend moot for Joe. | 1.5 |
| 8/1/2022 | Luke Goodrich | participate in moot w J Davis and D Chen | 1.5 |
| 8/1/2022 | Joseph Davis | Prepared for and participated in moot argument in preparation for Fifth Circuit oral argument. | 2.2 |
| 8/1/2022 | Luke Goodrich | draft and revise 28j response | 2.6 |
| 8/1/2022 | Daniel Chen | Conduct legal research and revise and edit 28j response. | 3.3 |
| 8/2/2022 | Daniel Chen | Prepare for oral argument. | 3 |
| 8/2/2022 | Joseph Davis | Performed research and prepared for Fifth Circuit oral argument. | 6.2 |
| 8/3/2022 | Daniel Chen | Meet with client to prepare for oral argument. | 1 |
| 8/3/2022 | Luke Goodrich | meet w client to discuss OA | 1 |
| 8/3/2022 | Luke Goodrich | help prep J Davis for OA | 3.5 |
| 8/3/2022 | Daniel Chen | Prepare and moot Joe for oral argument. | 5.5 |
| 8/3/2022 | Joseph Davis | Performed research and prepared for Fifth Circuit oral argument. | 7.9 |

| 8/4/2022 | Luke Goodrich | call w client to discuss OA | 0.4 |
|---|---|---|---|
| 8/4/2022 | Luke Goodrich | debrief OA w J Davis | 0.6 |
| 8/4/2022 | Luke Goodrich | Meet with client post-OA to debrief | 1 |
| 8/4/2022 | Joseph Davis | Met with client after oral argument and discussed with Luke Goodrich. | 1.6 |
| 8/4/2022 | Luke Goodrich | attend OA | 2.5 |
| 8/4/2022 | Joseph Davis | Prepared for and participated in oral argument at Fifth Circuit. | 2.6 |
| 8/4/2022 | Daniel Chen | Prepare for and attend oral argument. | 3 |
| 8/8/2022 | Joseph Davis | Corresponded with case team regarding oral argument. | 0.2 |
| 8/16/2022 | Luke Goodrich | call w client re scope of injunction | 0.4 |
| 8/18/2022 | Luke Goodrich | call w client re scope of injunction | 0.6 |
| 8/26/2022 | Joseph Davis | Reviewed Fifth Circuit decision and corresponded with case team regarding same. | 0.6 |
| 8/26/2022 | Luke Goodrich | review opinion and draft summary for clients | 0.9 |
| 8/26/2022 | Daniel Chen | Review opinion and revise summary documents. | 1 |
| 8/29/2022 | Luke Goodrich | review CA5 opinion | 0.9 |
| 9/12/2022 | Joseph Davis | Performed research regarding deadline for seeking attorneys fees and corresponded with Luke Goodrich regarding the same. | 1 |
| 9/15/2022 | Joseph Davis | Corresponded with Luke Goodrich regarding fee issues. | 0.6 |
| 9/16/2022 | Luke Goodrich | review and revise motion to clarify and call DOJ for government's position | 0.5 |
| 9/16/2022 | Joseph Davis | Performed research regarding fee issues. | 0.7 |
| 9/16/2022 | Joseph Davis | Performed research for and drafted motion to clarify deadline for filing fee petition. | 1.9 |
| 9/19/2022 | Luke Goodrich | finalize and file motion to clarify | 0.6 |

| 10/11/2022 | Luke Goodrich | prep hours for fee petition | 0.4 |
|---|---|---|---|
| 10/13/2022 | Luke Goodrich | review 700+ time entries for fee petition | 2.9 |
| 10/13/2022 | Luke Goodrich | review time entries for fee petition | 0.6 |
| 10/14/2022 | Luke Goodrich | review time records for fee petition | 1.4 |
| 10/14/2022 | Luke Goodrich | review time entries for fee petition | 2.4 |
| 10/17/2022 | Daniel Chen | Research fee petition case law in N.D. Tex. | 2.3 |
| 10/17/2022 | Luke Goodrich | research for fee petition | 0.3 |
| 10/17/2022 | Luke Goodrich | research re fee petition rates and local practice | 0.6 |
| 10/18/2022 | Daniel Chen | Research case law for fee petition | 2.5 |
| 10/19/2022 | Daniel Chen | Draft and research fee petition. | 7.1 |
| 10/25/2022 | Daniel Chen | Research fee petition case law and draft fee petition. | 2.9 |
| 10/25/2022 | Joseph Davis | Reviewed hours for purposes of fee petition. | 0.5 |
| 10/25/2022 | Luke Goodrich | research for fee petition | 0.2 |
| 10/26/2022 | Daniel Chen | Research case law for fee petition. | 0.5 |
| 10/31/2022 | Daniel Chen | Draft and research case law for fee petition. | 0.6 |
| 11/1/2022 | Daniel Chen | Legal research for fee petition. | 0.4 |
| 11/2/2022 | Daniel Chen | Research case law to draft fee petition. | 2.1 |
| 11/4/2022 | Daniel Chen | Research cases for billing judgment and email with team regarding findings. | 1 |
| 11/4/2022 | Daniel Chen | Review billing records and entries for fee petition. | 1.5 |
| 11/4/2022 | Joseph Davis | Performed research regarding fee petition. | 3.4 |
| 11/4/2022 | Luke Goodrich | review hours and exercise billing judgment for fee petition | 1 |
| 11/4/2022 | Luke Goodrich | review time records to delete for billing judgment. | 1.3 |
| 11/7/2022 | Daniel Chen | Review paralegal hours for fee petition. | 1.8 |
| 11/7/2022 | Joseph Davis | Performed research regarding fee petition. | 0.9 |

74

| 11/8/2022 | Daniel Chen | Review and cut billing records for fee petition. | 3.5 |
|---|---|---|---|
| 11/8/2022 | Daniel Chen | Research case law on what fees are recoverable. | 0.4 |
| 11/8/2022 | Joseph Davis | Performed research regarding fee petition. | 5.3 |
| 11/9/2022 | Daniel Chen | Research case law and draft and revise fee petition. | 3.9 |
| 11/9/2022 | Joseph Davis | Performed research regarding fee petition. | 0.3 |
| 11/10/2022 | Joseph Davis | Reviewed and revised outline of fee petition. | 0.8 |
| 11/17/2022 | Daniel Chen | Research rates and draft requests for fee petition. | 2.9 |
| 11/17/2022 | Luke Goodrich | review memo on hourly rates | 0.5 |
| 11/18/2022 | Daniel Chen | Meeting with Robison to discuss fee petition and declaration. | 0.3 |
| 11/28/2022 | Daniel Chen | Review case law and draft fee petition supporting documents. | 5.1 |
| 11/28/2022 | Joseph Davis | Performed research regarding fee issues. | 0.1 |
| 11/29/2022 | Daniel Chen | Fee petition case law research and drafting. | 4.3 |
| 11/30/2022 | Daniel Chen | Research case law for fee demand letter. | 1.1 |
| 11/30/2022 | Luke Goodrich | draft fee demand to DOJ | 5 |
| 12/1/2022 | Joseph Davis | Reviewed draft fee demand letter. | 0.5 |
| 12/12/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 5.3 |
| 12/12/2022 | Joseph Davis | Reviewed and revised draft declarations in support of fee petition. | 0.6 |
| 12/13/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 6.7 |
| 12/14/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 6.5 |
| 12/14/2022 | Joseph Davis | Performed research regarding fee petition. | 0.3 |
| 12/15/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 7.1 |
| 12/15/2022 | Luke Goodrich | prepare fee petition | 0.6 |

| 12/16/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 2.7 |
|---|---|---|---|
| 12/16/2022 | Joseph Davis | Reviewed and revised draft fee petition. | 2.3 |
| 12/19/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 7.5 |
| 12/19/2022 | Joseph Davis | Reviewed and revised fee petition and supporting exhibits. | 2.3 |
| 12/19/2022 | Luke Goodrich | revise and prepare fee petition | 2.1 |
| 12/20/2022 | Daniel Chen | Revise and edit fee petition and accompanying documents. | 2.5 |
| 12/20/2022 | Joseph Davis | revised fee petition and supporting exhibits | 1.9 |
| 12/20/2022 | Luke Goodrich | review hours, revise fee petition | 1.1 |
| 12/20/2022 | Luke Goodrich | draft declaration for fee petition | 3.1 |
| 12/20/2022 | Luke Goodrich | revise fee petition and exhibits | 3.7 |
| 12/20/2022 | Luke Goodrich | revise fee docs | 2 |
| | | **Total:** | **3,235.9** |

# EXHIBIT 1-D

# Billing Judgment Deletions

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/4/2016 | Stephanie Barclay | Researched transgender medical issues. | 8 |
| 8/17/2016 | Mark Rienzi | return travel (with long delays due to weather) (9.8) | 9.8 |
| 8/22/2016 | Daniel Blomberg | Reviewing complaint, compiling filing punchlist, and finalizing filings | 3.8 |
| 8/22/2016 | Chelise Fox | Cite check and proofread complaint. | 4 |
| 8/22/2016 | Darlene Calandra | Update Share Point Insurance documents files | 0.5 |
| 8/23/2016 | Daniel Blomberg | Assisting with filing considerations and reviewing final complaint | 1.8 |
| 8/23/2016 | Darlene Calandra | Review complaint; update Share Point folder; review Judge O'Connor's filing specifications | 1 |
| 8/23/2016 | Elizabeth Dobak | Drafted appearance of counsel notice for Luke | 0.5 |
| 8/24/2016 | Daniel Blomberg | Working on FOIA request, public data search | 0.6 |
| 8/26/2016 | Darlene Calandra | Update Share Point Insurance documents files | 1 |
| 9/15/2016 | Lori Windham | Discussion re: intervention | 0.2 |
| 9/15/2016 | Luke Goodrich | call w E Rassbach, S Barclay, and M Rienzi re motion to intervene | 0.3 |
| 9/15/2016 | Darlene Calandra | Discuss research findings and draft with S. Barclay | 0.5 |
| 9/16/2016 | Mark Rienzi | emails re motion to intervene (.3); review and comment on SJ outline (.7) | 1 |
| 9/19/2016 | Luke Goodrich | call w M Rienzi re intervention | 0.2 |
| 9/19/2016 | Mark Rienzi | review motion to intervene and confer with team re same | 1.5 |
| 9/20/2016 | Daniel Blomberg | Call with Luke and reviewing intervention motion and calendar | 0.4 |
| 9/20/2016 | Eric Rassbach | Strategy phone call on PI/MPSJ. | 1.5 |
| 9/20/2016 | Lori Windham | Review intervention motion | 0.2 |
| 9/21/2016 | Daniel Blomberg | Drafting re intervention | 4.6 |
| 9/21/2016 | Daniel Blomberg | Call with Luke re intervention | 1.1 |

| 9/21/2016 | Luke Goodrich | call w D Blomberg to discuss motion to intervene | 1.1 |
|---|---|---|---|
| 9/22/2016 | Stephanie Barclay | Worked on congresional letter with questions. | 4.5 |
| 9/22/2016 | Daniel Blomberg | Working on intervention opposition | 3.1 |
| 9/23/2016 | Daniel Blomberg | Working on intervention papers | 2.9 |
| 9/22/2016 | Luke Goodrich | draft questions for Congressional letter | 1.9 |
| 9/23/2016 | Luke Goodrich | call w DOJ re service, intervention, PI & make notes to file | 0.5 |
| 9/23/2016 | Luke Goodrich | revise outline of opposition to intervention | 0.6 |
| 9/23/2016 | Luke Goodrich | revise congresional questions | 1.4 |
| 9/23/2016 | Lori Windham | Review Congressional questions, research for MPSJ | 3 |
| 9/26/2016 | Daniel Blomberg | Working on intervention opposition | 0.3 |
| 9/27/2016 | Daniel Benson | Research re: opposition to motion to intervene | 5.4 |
| 9/27/2016 | Daniel Blomberg | Working on intervention opposition | 0.9 |
| 9/27/2016 | Daniel Blomberg | Discussing possible complaint amendment | 0.2 |
| 9/27/2016 | Darlene Calandra | Search for and circulate complaints filed in S.D.California and S.D. Ohio against hospitals/health care providers re transgender children for L. Windham | 1 |
| 9/28/2016 | Daniel Benson | Research re: response to intervention motion | 1.5 |
| 9/29/2016 | Daniel Blomberg | Working on MTI opposition, research, drafting | 7.1 |
| 9/30/2016 | Daniel Blomberg | Drafting, researching opp to MTI | 13.2 |
| 9/30/2016 | Luke Goodrich | revise extension motion and draft email to intervenors re extension motion | 0.4 |
| 10/3/2016 | Daniel Blomberg | Reviewing motion for extension, discussing matter with SB; reviewing updated opp motion | 0.8 |
| 10/3/2016 | Lori Windham | Followup on meeting prep | 0.3 |
| 10/3/2016 | Luke Goodrich | review and revise intervention response | 1 |
| 10/3/2016 | Stephanie Barclay | Worked on preparing filing for motion for extension of time re: intervenors. | 3.1 |
| 10/3/2016 | Darlene Calandra | Update Share Point files; discuss with S. Barclay, C. Fox, E. Dobak | 0.5 |
| 10/4/2016 | Daniel Blomberg | Discussing MTI oppo, next steps | 0.4 |

2

| 10/5/2016 | Daniel Blomberg | Reviewing drafts on MTI oppo; discussing next steps | 0.3 |
|---|---|---|---|
| 10/5/2016 | Luke Goodrich | revise intervention opposition | 1.2 |
| 10/5/2016 | Luke Goodrich | revise response to motion to intervene | 3.5 |
| 10/5/2016 | Mark Rienzi | review and comment on intervention response brief | 1 |
| 10/6/2016 | Daniel Benson | Research on substantive due process for SJ motion | 1 |
| 10/6/2016 | Darlene Calandra | Update Share Point files; sign up for ECF notices; discuss with L. Goodrich, C. Fox, E. Dobak | 0.5 |
| 10/7/2016 | Stephanie Barclay | Worked on drafting summary judgment brief. | 1 |
| 10/7/2016 | Darlene Calandra | Update Share Point files | 1 |
| 10/7/2016 | Elizabeth Dobak | Logged expense onto RTG | 0.1 |
| 10/11/2016 | Darlene Calandra | Discuss failure of email to HHS attorneys re Motion for Extension with L. Goodrich; re-send email to HHS attorneys; update Share Point files;discuss with L. Goodrich, S. Barclay, C. Fox, E. Dobak | 3 |
| 10/12/2016 | Daniel Benson | Substantive due process research for SJ motion | 2 |
| 10/13/2016 | Darlene Calandra | Discuss rules re Appendix contents with L. Goodrich and S. Barclay; review local rules re Appendix; meet with S. Barclay; review citation format for cites in Motion for Summary Judgment | 0.75 |
| 10/14/2016 | Eric Rassbach | Review and comment on complaint | 0.9 |
| 10/14/2016 | Darlene Calandra | Update Share Point files | 0.5 |
| 10/15/2016 | Eric Rassbach | Call w Mark re MSJ | 0.2 |
| 10/17/2016 | Darlene Calandra | Update Share Point files | 0.5 |
| 10/18/2016 | Eric Rassbach | call w Luke and Mark re MSJ | 0.5 |
| 10/19/2016 | Stephanie Barclay | Worked on CMDA declarations and motion to accompany brief. | 1 |
| 10/20/2016 | Mark Rienzi | work on SJ papers | 1 |
| 10/20/2016 | Stephanie Barclay | Researched transgender medical literature. | 5 |
| 10/20/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment; discuss with C. Fox, E. Dobak and S. Barclay; assist | 1.75 |

| | | with preparation of Appendix documents | |
|---|---|---|---|
| 10/21/2016 | Luke Goodrich | revise and finalize MSJ | 3 |
| 10/21/2016 | Stephanie Barclay | Finalized the summary judgment brief and appendix and filed with paralegals. | 6.4 |
| 10/21/2016 | Chelise Fox | Cite check, proof, and revise MSJ and supporting documents. | 8.3 |
| 10/21/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment; discuss with C. Fox, E. Dobak, S. Barclay, L. Goodrich; assist with preparation of Appendix to Motion for Summary Judgment. | 7.25 |
| 10/24/2016 | Darlene Calandra | Prepare Judge's copy of Brief in Support of Motion for Summary Judgment and Appendix; discuss with S. Barclay, L. Goodrich | 5.5 |
| 10/25/2016 | Stephanie Barclay | Reviewed and researched motion from ACLU intervenors | 2 |
| 10/25/2016 | Darlene Calandra | Update case files; contact clerk's office re Judge's copy of Brief in Support of Motion for Summary Judgment and Appendix; discuss with S. Barclay, L. Goodrich | 2 |
| 10/27/2016 | Stephanie Barclay | Reviewed response to ACLU and did case law research and coordinated cite check. | 5.7 |
| 10/27/2016 | Chelise Fox | Research for S. Barclay, looking for intervenor examples in N.D. Texas. Cite check Response to Motion to Stay Briefing. | 6 |
| 10/27/2016 | Darlene Calandra | Cite check, proofread, edit and format Response to Intervenors' Motion to Stay Briefing. | 1.5 |
| 10/27/2016 | Darlene Calandra | Team strategy meeting with S. Barclay and C. Fox regarding response to motion to stay briefing. | 0.5 |
| 10/28/2016 | Daniel Benson | Case research re timing of summary judgment vs intervention | 0.4 |

4

| 10/28/2016 | Daniel Benson | Research re response to ACLU's motion to stay | 5 |
|---|---|---|---|
| 10/28/2016 | Eric Baxter | Review complaint and SJ motion. | 2 |
| 10/28/2016 | Darlene Calandra | Update Share Point files; prepare draft Response to ACLU Motion to Stay for S. Barclay | 0.75 |
| 10/31/2016 | Rachel Busick | Administrative Record Research | 1 |
| 11/1/2016 | Darlene Calandra | Update Share Point files; prepare draft Response to ACLU Motion to Stay for S. Barclay | 0.5 |
| 11/3/2016 | Darlene Calandra | Update Share Point files | 1 |
| 11/10/2016 | Diana Thomson | reviewing proposed-intervenors' motion to stay case | 0.7 |
| 11/10/2016 | Darlene Calandra | Update Share Point files | 0.5 |
| 11/14/2016 | Eric Rassbach | call w Luke re stay | 0.3 |
| 11/14/2016 | Luke Goodrich | call w E Rassbach re stay | 0.3 |
| 11/14/2016 | Darlene Calandra | Update Share Point files | 1 |
| 11/16/2016 | Rachel Busick | research on ACA 1557 | 1.4 |
| 11/17/2016 | Eric Baxter | Research and analysis of grant agreement nondiscrimination certification. | 6.3 |
| 11/18/2016 | Darlene Calandra | Update Share Point files | 1 |
| 11/21/2016 | Rachel Busick | CA5 ripeness/injury research | 1.2 |
| 11/22/2016 | Darlene Calandra | Update Share Point files | 1 |
| 11/28/2016 | Stephanie Barclay | Worked on drafting my sections of reply brief. | 5 |
| 11/29/2016 | Stephanie Barclay | Finished first draft of my sections of reply brief and circulated to group. | 3 |
| 11/29/2016 | Darlene Calandra | Update Share Point files | 0.5 |
| 11/30/2016 | Chelise Fox | Created shell/draft of Declaration for L. Goodrich; researched rules and called clerk re filing it (separately, in Appendix, or as exhibit). | 1.5 |
| 12/1/2016 | Rachel Busick | Finalize PI Reply | 4.7 |
| 12/2/2016 | Chelise Fox | Finished cite check, tables, final proofread and page checks, preparing for filing for reply brief. | 4 |
| 12/2/2016 | Elizabeth Dobak | Finalized filing and rechecked/edited TOC and TOA | 2 |
| 12/5/2016 | Darlene Calandra | Update Share Point files | 0.5 |
| 12/5/2016 | Luke Goodrich | call w team to discuss congressional subpoena and foia on trans mandate | 1 |
| 12/8/2016 | Darlene Calandra | Update Share Point files | 0.3 |

| 12/13/2016 | Eric Baxter | Analysis regarding potential False Claims Act claim based on grant conditions. | 1.3 |
|---|---|---|---|
| 12/14/2016 | Daniel Benson | Research judicial estoppel | 3.8 |
| 12/15/2016 | Daniel Benson | Mark's OA moot and research | 4.7 |
| 12/15/2016 | Eric Baxter | Participate in moot for M. Rienzi. | 1.6 |
| 12/15/2016 | Chelise Fox | Notices of Appearance, drafted and filed. | 1 |
| 12/16/2016 | Daniel Benson | Create one-pagers for Mark's OA | 0.6 |
| 12/16/2016 | Daniel Benson | Draft one pagers for Mark's OA | 2 |
| 12/19/2016 | Mark Rienzi | travel to Texas for hearing | 4 |
| 12/19/2016 | Elizabeth Dobak | Helped format oral argument research and created TOC | 1.1 |
| 12/20/2016 | Mark Rienzi | return travel from hearing | 9.5 |
| 12/22/2016 | Eric Baxter | Work on grant issue. | 1 |
| 12/23/2016 | Eric Baxter | Work on grant issues. | 0.3 |
| 12/27/2016 | Darlene Calandra | Update Share Point electronic docket | 0.5 |
| 12/28/2016 | Eric Baxter | Research and call with Franciscan Alliance Foundation re grant issues. | 1.3 |
| 1/3/2017 | Darlene Calandra | Update Share Point electronic docket | 0.5 |
| 1/11/2017 | Chelise Fox | Drafted shell response to ACLU intervention. | 0.5 |
| 1/12/2017 | Darlene Calandra | Update Share Point electronic docket and case files | 0.5 |
| 1/13/2017 | Eric Rassbach | Call w S Barclay and L Windham to discuss final judgment | 0.8 |
| 1/13/2017 | Mark Rienzi | review response on intervention motion | 0.7 |
| 1/13/2017 | Darlene Calandra | Update Share Point electronic docket and case files | 0.5 |
| 1/17/2017 | Mark Rienzi | work on intervention filing | 1 |
| 1/17/2017 | Darlene Calandra | Cite check, proofread, format and edit Response to Intervenors' Motion on Ruling on Intervention and Stay of Preliminary Injunction Pending Appeal; discuss with L. Goodrich, S. Barclay, C. Fox, E. Dobak | 3 |
| 1/19/2017 | Diana Thomson | reviewing reply to motion to stay intervention | 0.2 |
| 1/30/2017 | Rachel Busick | reviewing intervention | 4.2 |
| 2/2/2017 | Luke Goodrich | research response to motion to intervene | 0.7 |
| 2/2/2017 | Rachel Busick | research re ACLU oppo to intervention | 4.6 |

6

| 2/2/2017 | Darlene Calandra | Update Share Point electronic docket and case files | 0.5 |
|---|---|---|---|
| 2/3/2017 | Darlene Calandra | Update Share Point electronic docket and case files; conduct research re ACLU filings; prepare chart and email re same research results; discuss with L. Goodrich | 3 |
| 2/6/2017 | Darlene Calandra | Update Share Point electronic docket and case files; discuss upcoming filing with L. Goodrich | 1 |
| 2/7/2017 | Chelise Fox | Draft notices of appearance for Mark Rienzi and Stephanie Barclay | 1 |
| 2/7/2017 | Darlene Calandra | Cite check, proofread, format and edit Response to Intervenors' Request for Intervention; discuss with L. Goodrich, S. Barclay, C. Fox. | 3 |
| 2/7/2017 | Darlene Calandra | Update Share Point and case files | 1 |
| 2/8/2017 | Mark Rienzi | work on intervention filing | 0.5 |
| 2/9/2017 | Darlene Calandra | Update Share Point electronic docket and case files | 0.5 |
| 2/13/2017 | Darlene Calandra | Update Share Point files | 0.5 |
| 2/14/2017 | Darlene Calandra | Update Share Point files and review Fifth Circuit rules for admission | 0.5 |
| 2/15/2017 | Elizabeth Dobak | Cite checked motion to dismiss, filled out appearance of counsel forms for Stephanie and Luke, retrieved ECF credentials for Stephanie, e-filed appearance forms for both attorneys | 3 |
| 2/16/2017 | Darlene Calandra | update Share Point files; review rules for admission to Fifth Circuit | 1 |
| 2/16/2017 | Elizabeth Dobak | Verified that Stephanie Barclay will receive ECF notifications today or tomorrow | 0.2 |
| 2/17/2017 | Darlene Calandra | update Share Point files | 1 |
| 2/21/2017 | Darlene Calandra | update Share Point files | 0.5 |
| 2/23/2017 | Darlene Calandra | update Share Point files; review FRAP and local rules re Motion reply and response; calculate dates for Fifth Circuit filings for S. Barclay; contact court re same; discuss with S. Barclay | 1.2 |
| 2/24/2017 | Darlene Calandra | update Share Point files | 0.5 |
| 2/28/2017 | Stephanie Barclay | Researched intervention issues and sent initial findings to team. | 3.9 |

| | | | |
|---|---|---|---|
| 2/28/2017 | Stephanie Barclay | Researched intervention case law for reply to motion to dismiss. | 4.2 |
| 2/28/2017 | Darlene Calandra | update Share Point files | 0.5 |
| 3/6/2017 | Darlene Calandra | update Share Point files | 1 |
| 3/7/2017 | Darlene Calandra | update Share Point files | 1 |
| 3/7/2017 | Darlene Calandra | update Share Point files | 0.5 |
| 3/13/2017 | Stephanie Barclay | Traveled to pick up admin law treatise | 0.5 |
| 3/13/2017 | Darlene Calandra | update Share Point files. | 1 |
| 3/14/2017 | Darlene Calandra | update Share Point files; prepare revised Appendix for Motion for Summary Judgment; discuss with L. Goodrich, C. Fox and S. Barclay | 0.5 |
| 3/15/2017 | Daniel Benson | Review relevant 11th circuit Title VII case interpreting 'sex' | 0.5 |
| 3/15/2017 | Darlene Calandra | update Share Point files | 1 |
| 3/21/2017 | Darlene Calandra | update Share Point files | 0.3 |
| 3/23/2017 | Darlene Calandra | update Share Point files; email requested documents to S. Barclay and A. Vitale | 0.5 |
| 3/27/2017 | Luke Goodrich | review intervenors' stay motion | 0.2 |
| 3/27/2017 | Darlene Calandra | update Share Point files | 0.3 |
| 3/28/2017 | Stephanie Barclay | Reviewed ACLU motion to stay and reviewed cited case law. | 1.6 |
| 3/28/2017 | Darlene Calandra | update Share Point files; review ND Texas local rules re time to respond to Motion to Stay; discuss with S. Barclay | 0.5 |
| 3/29/2017 | Stephanie Barclay | Researched case law re stay of proceedings when intervention is denied and discussed findings with Luke. | 3.3 |
| 3/30/2017 | Daniel Blomberg | Doing emergency research for Luke on settlement issue | 0.6 |
| 3/30/2017 | Eric Rassbach | calls re litigation strategy | 1.3 |
| 3/31/2017 | Luke Goodrich | Correspondence w intervenors and TX re intervenors' motion to bifurcate | 0.2 |
| 4/3/2017 | Darlene Calandra | update Share Point files | 0.5 |
| 4/4/2017 | Luke Goodrich | revise and send to TX the opp to intervenors' stay request | 0.2 |
| 4/4/2017 | Luke Goodrich | review intervenors' motion to bifurcate | 0.2 |
| 4/4/2017 | Luke Goodrich | revise response to intervenors' stay motion | 0.6 |
| 4/4/2017 | Darlene Calandra | search  for samples of 5th Cir or other court Motion to Stay Briefing Schedule | 2 |

| | | | |
|---|---|---|---|
| | | Pending Motion to Dismiss; discuss with S. Barclay and C. Fox. | |
| 4/5/2017 | Eric Rassbach | discussion w Mark re strategy | 0.2 |
| 4/5/2017 | Luke Goodrich | review response to intervenors' motion to bifurcate | 0.2 |
| 4/5/2017 | Luke Goodrich | revise and send to TX the response to intervenors motion to bifurcate | 0.9 |
| 4/5/2017 | Mark Rienzi | strategy discussions with Mr. Rassbach | 0.2 |
| 4/5/2017 | Chelise Fox | Cite checked opp to intervention mot to stay. | 2.5 |
| 4/6/2017 | Darlene Calandra | update Share Point files | 0.5 |
| 5/2/2017 | Darlene Calandra | Update Share Point files. | 0.2 |
| 5/12/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 5/19/2017 | Darlene Calandra | Update Share Point files. | 0.5 |
| 5/23/2017 | Darlene Calandra | Update Share Point files. | 0.5 |
| 6/1/2017 | Darlene Calandra | Update Share Point files. | 0.2 |
| 6/8/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 6/13/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 6/22/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 6/23/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 6/26/2017 | Luke Goodrich | flight to hearing, return travel from hearing | 6 |
| 6/26/2017 | Mark Rienzi | travel to texas for hearing | 6.7 |
| 6/26/2017 | Mark Rienzi | return travel from hearing | 7 |
| 6/26/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 6/30/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 7/3/2017 | Darlene Calandra | Update Share Point files. | 0.5 |
| 8/8/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 8/11/2017 | Stephanie Barclay | Reviewed order. | 0.5 |
| 8/15/2017 | Stephanie Barclay | team call re strategy | 0.5 |
| 8/16/2017 | Stephanie Barclay | Client lunch to discuss strategy and next steps. | 2 |
| 8/24/2017 | Darlene Calandra | Update Share Point files. | 0.3 |
| 1/17/2018 | Luke Goodrich | Call w S Barclay re possible new rule | 1 |
| 1/17/2018 | Stephanie Barclay | Call to discuss preparations for possible new rule. | 1 |
| 1/18/2018 | Luke Goodrich | Call w S Barclay re new rule | 1 |
| 1/18/2018 | Stephanie Barclay | Team call re potential new rules and next steps to prepare. | 1 |
| 2/22/2018 | Stephanie Barclay | Call from client regarding potential suit with doctor, call with doctor, and correspond with team re same. | 2.2 |

| 2/23/2018 | Darlene Calandra | Update Share Point files | 0.3 |
|---|---|---|---|
| 4/16/2018 | Darlene Calandra | Update Share Point files | 0.3 |
| 4/17/2018 | Stephanie Barclay | Call with Mark and Luke re new rule and client outreach | 0.4 |
| 10/23/2018 | Darlene Calandra | Update Share Point files | 0.5 |
| 11/16/2018 | Darlene Calandra | Update Share Point files | 0.3 |
| 11/30/2018 | Chase Harrington | Call with Luke on assisting with case | 0.1 |
| 11/30/2018 | Lori Windham | Strategy call | 0.5 |
| 11/30/2018 | Stephanie Barclay | Call with team re strategy. | 0.7 |
| 1/30/2019 | Chase Harrington | Research on historical understanding of 'sex', corpus linguistics, and spending clause nondelegation | 5.6 |
| 1/30/2019 | Eric Rassbach | strategy call re MSJ | 1.2 |
| 1/31/2019 | Chase Harrington | Research re deference args | 4.5 |
| 1/31/2019 | Darlene Calandra | Prepare Rassbach Pro Hac application; sign up Rassbach for ECF; order COGS from DC; update Appendix for new Motion for Summary Judgment; discuss with Davis; review court rules | 1.75 |
| 2/1/2019 | Joseph Davis | Performed research regarding admission of Eric Rassbach to Northern District of Texas. | 0.5 |
| 2/4/2019 | Chase Harrington | editing MSJ, proofreading, filing | 8 |
| 2/4/2019 | Darlene Calandra | Cite check, proofread, format and edit Brief in Support of Partial Summary Judgment; discuss with attorneys and paralegals; discuss Rassbach Pro Hac Motion with Rassbach and Davis; update Share Point files. | 3.75 |
| 2/5/2019 | Darlene Calandra | Update Share Point files; arrange for judge's copy to be printed; discuss with J. Davis; send to court | 1.3 |
| 2/6/2019 | Jennifer Montazzoli | Printed and mailed Franciscan binders to judge | 4 |
| 2/7/2019 | Eric Rassbach | call re intervention | 0.4 |
| 2/7/2019 | Joseph Davis | Reviewed motion to intervene filed by ACLU and discussed same with Luke Goodrich, Eric Rassbach, and Mark Rienzi. | 1 |
| 2/7/2019 | Luke Goodrich | call w TX re intervention | 0.2 |
| 2/7/2019 | Luke Goodrich | call w client re intervention strategy | 0.2 |
| 2/7/2019 | Luke Goodrich | call w M Rienzi, E Rassbach, and J Davis re intervention | 0.4 |

| 2/7/2019 | Luke Goodrich | research and draft memo to client on intervention | 1.6 |
|---|---|---|---|
| 2/7/2019 | Mark Rienzi | call with team re ACLU intervention | 0.4 |
| 2/7/2019 | Darlene Calandra | Update Share Point files | 0.3 |
| 2/11/2019 | Darlene Calandra | Update Share Point files | 0.3 |
| 2/19/2019 | Joseph Davis | Received and reviewed draft response to motion to intervene. | 0.7 |
| 2/19/2019 | Luke Goodrich | review draft response to motion to intervene | 0.7 |
| 2/20/2019 | Joseph Davis | Reviewed and revised objections to declarations of putative intervenors. | 0.3 |
| 2/20/2019 | Joseph Davis | Performed research for and revised opposition to renewed motion to intervene. | 1.9 |
| 2/20/2019 | Luke Goodrich | revise opposition to intervention | 0.2 |
| 2/22/2019 | Luke Goodrich | call and email re client involvement in congressional testimony | 0.6 |
| 2/28/2019 | Darlene Calandra | Update Share Point files | 0.5 |
| 3/11/2019 | Darlene Calandra | Update Share Point files | 0.5 |
| 3/15/2019 | Darlene Calandra | Update Share Point files | 0.5 |
| 3/21/2019 | Darlene Calandra | Update Share Point files | 0.5 |
| 3/25/2019 | Darlene Calandra | Update Share Point files | 0.5 |
| 4/1/2019 | Darlene Calandra | Update Share Point files | 0.5 |
| 4/2/2019 | Darlene Calandra | Update Share Point files; draft Opposition to Motion for Extension; discuss with J. Davis | 0.5 |
| 4/9/2019 | Diana Thomson | reviewing ACLU filing and considering reply | 1.2 |
| 4/9/2019 | Eric Rassbach | team call re strategy | 0.7 |
| 4/9/2019 | Lori Windham | Strategy call for reply | 0.7 |
| 4/9/2019 | Stephanie Barclay | Call with team re strategy. | 0.7 |
| 4/30/2019 | Diana Thomson | prep for upcoming rule | 0.9 |
| 4/30/2019 | Lori Windham | Review and edit reply brief | 1 |
| 5/1/2019 | Diana Thomson | reviewing reply | 0.5 |
| 5/9/2019 | Darlene Calandra | Update Share Point electronic docket | 0.5 |
| 5/24/2019 | Diana Thomson | discussing and reviewing NPRM | 2.6 |
| 6/4/2019 | Darlene Calandra | Prepare and draft shell document for supplemental brief; update Share Point files | 0.5 |
| 6/7/2019 | Darlene Calandra | Prepare judge's copy of Supplemental Brief and send out; update electronic docket | 1 |
| 6/20/2019 | Darlene Calandra | update electronic docket | 0.5 |

| | | | |
|---|---|---|---|
| 8/7/2019 | Lori Windham | Discuss court order and response | 0.9 |
| 8/8/2019 | Joseph Davis | Performed research for and drafted supplemental brief regarding standing for permissive intervenors. | 6.8 |
| 8/8/2019 | Darlene Calandra | Update electronic docket; update calendar | 0.5 |
| 8/12/2019 | Darlene Calandra | Update electronic docket | 1 |
| 8/15/2019 | Darlene Calandra | Update electronic docket and Share Point files | 1 |
| 9/10/2019 | Joseph Davis | Prepared for hearing on motion to intervene. | 0.7 |
| 9/11/2019 | Joseph Davis | Prepared for hearing on motion to intervene. | 4.7 |
| 9/12/2019 | Joseph Davis | Prepared for hearing on motion to intervene. | 6.6 |
| 9/13/2019 | Joseph Davis | Prepared for and participated in call with Luke Goodrich and counsel for State Plaintiffs regarding hearing on motion to intervene. | 0.9 |
| 9/13/2019 | Joseph Davis | Prepared for hearing on motion to intervene. | 4.2 |
| 9/13/2019 | Darlene Calandra | Prepare Oral Argument binders; discuss with J. Davis and L. Goodrich; update electronic docket and Share Point files | 1.75 |
| 9/13/2019 | Jessica Allen | Prepare OA binders | 2 |
| 9/13/2019 | Megan Schilling | Work on ECF filing registration for Joe Davis; Fill out Application for admission | 1 |
| 9/14/2019 | Joseph Davis | Prepared for hearing on motion to intervene. | 1.7 |
| 9/15/2019 | Joseph Davis | Prepared for and participated in moot argument for hearing on motion to intervene. | 2.2 |
| 9/15/2019 | Luke Goodrich | travel from SLC to Ft Worth for hearing | 4 |
| 9/15/2019 | Luke Goodrich | review briefing and meet w J Davis to discuss hearing strategy | 3.4 |
| 9/15/2019 | Luke Goodrich | review hearing docs | 1.7 |
| 9/16/2019 | Joseph Davis | Prepared for, attended, and argued at hearing on motion to intervene. | 4.5 |
| 9/16/2019 | Luke Goodrich | attend hearing | 1.5 |

| | | | |
|---|---|---|---|
| 9/16/2019 | Luke Goodrich | meet w J Davis re admission and hearing strategy | 2.3 |
| 9/16/2019 | Luke Goodrich | return travel from Ft Worth to SLC | 4.4 |
| 10/15/2019 | Darlene Calandra | Update electronic docket | 0.5 |
| 11/14/2019 | Darlene Calandra | Update electronic docket and case files | 1 |
| 12/3/2019 | Joseph Davis | Reviewed edits to motion to dismiss appeal circulated by intervenors and state plaintiffs. | 0.5 |
| 12/3/2019 | Darlene Calandra | Update electronic docket and case files | 0.5 |
| 12/9/2019 | Darlene Calandra | Update electronic docket and case files | 1 |
| 1/17/2020 | Darlene Calandra | Update electronic docket | 1 |
| 1/21/2020 | Darlene Calandra | Assist with preparation of Notice of Appeal; update case files | 0.75 |
| 1/30/2020 | Darlene Calandra | Update electronic dockets and case files | 1 |
| 2/3/2020 | Darlene Calandra | Prepare order form for transcripts; update case files | 1 |
| 2/4/2020 | Darlene Calandra | update case files | 0.5 |
| 2/6/2020 | Darlene Calandra | Prepare draft transcript request form; discuss with J. Davis and L. Goodrich; update case files; contact court reporter about transcript request | 2 |
| 2/7/2020 | Darlene Calandra | Address issues re transcript request form; discuss with J. Davis and L. Goodrich; update case files; contact court reporter about transcript request | 1.5 |
| 2/10/2020 | Darlene Calandra | Prepare and file transcript form; discuss with J. Davis and L. Goodrich; update case files | 1.5 |
| 2/21/2020 | Darlene Calandra | Update case files | 1 |
| 2/24/2020 | Darlene Calandra | update Electronic Docket | 0.5 |
| 2/26/2020 | Megan Schilling | Calculate and add 5th Circuit briefing deadlines to litigation calendar | 0.5 |
| 3/9/2020 | Darlene Calandra | Update Share Point electronic docket and case files | 0.5 |
| 3/19/2020 | Darlene Calandra | Update Electronic Docket, calendar and case files | 0.5 |
| 3/23/2020 | Darlene Calandra | Update Electronic Docket, calendar and case files | 0.5 |
| 4/21/2020 | Darlene Calandra | Update electronic docket and case files | 0.5 |
| 4/24/2020 | Darlene Calandra | Update electronic docket. | 0.5 |
| 4/27/2020 | Darlene Calandra | Update electronic docket and case files | 0.5 |

| 4/28/2020 | Darlene Calandra | Update electronic docket and case files; update calendar | 0.5 |
|---|---|---|---|
| 5/22/2020 | Jacob Coate | Strategy call re motion to extend briefing (.5); research for motion and review case background materials (.2) | 0.7 |
| 5/24/2020 | Jacob Coate | Review Local Rules. | 0.9 |
| 5/24/2020 | Jacob Coate | Review case materials. | 0.8 |
| 5/25/2020 | Jacob Coate | Review case background materials. | 2.4 |
| 5/25/2020 | Jacob Coate | Research jurisprudence re staying proceedings pending Supreme Court decisions. | 4 |
| 5/25/2020 | Jacob Coate | Research for motion to stay. | 0.7 |
| 5/26/2020 | Jacob Coate | Research and develop strategy re motion to stay. | 0.6 |
| 5/27/2020 | Jacob Coate | Research re motion to stay. | 2.8 |
| 5/27/2020 | Jacob Coate | Draft motion to stay. | 7.6 |
| 5/28/2020 | Jacob Coate | Revise motion to stay. | 1 |
| 5/28/2020 | Lori Windham | Review and correspond re motion | 0.3 |
| 5/28/2020 | Darlene Calandra | Update Share Point electronic docket | 1 |
| 7/6/2020 | Zachary Novak | Updated docket and saved documents to SharePoint. | 0.3 |
| 9/14/2020 | Samuel Lucas | Tracked down uncorrupted electronic record document for Joe Davis | 0.5 |
| 9/21/2020 | Hilary Boerger | Review, cite check, proof read and file Opening Brief and Excerpts of Electronic Record | 6 |
| 12/31/2020 | Megan Schilling | Coordinate printing of Franciscan briefs per court order 12/23/20. | 1 |
| 2/5/2021 | Daniel Chen | Discuss strategy with Becket internal team and email with potential mooters. | 0.5 |
| 2/8/2021 | Daniel Chen | Review 28(j) response letters and email with potential mooters | 1.1 |
| 2/10/2021 | Eric Baxter | Prepare for and moot J. Davis for oral argument. | 2.5 |
| 3/4/2021 | Joseph Davis | Corresponded with mooters regarding oral argument. | 0.6 |
| 5/14/2021 | Eric Rassbach | participate in call to advise on final judgment and injunction language | 0.9 |
| 8/9/2021 | Lori Windham | Review order and correspondence re same | 0.5 |
| 12/17/2021 | Joseph Davis | Prepared and filed appearances for Fifth Circuit appeal. | 0.3 |

| 1/4/2022 | Zachary Novak | Reviewed requirements for admission and sent certificate of standing request from Daniel Chen to D.N.D. | 0.3 |
|---|---|---|---|
| 1/11/2022 | Megan Schilling | Update Litigation Calendar with upcoming deadlines | 0.1 |
| 5/13/2022 | Daniel Chen | Revise and edit motion for extension of time. | 1 |
| 7/15/2022 | Lori Windham | Advise client on new HHS memos, research on memos | 1.8 |
| 7/15/2022 | Leigh Brown | Preparing OA binders for Joe Davis | 2.5 |
| 7/26/2022 | Matthew Krauter | assist with travel arrangements for Franciscan oral argument | 0.4 |
| 7/27/2022 | Daniel Benson | Prepare for and participate in mooting J Davis for CA5 oral argument. | 2 |
| 8/3/2022 | Luke Goodrich | travel to NOLA for OA | 4.6 |
| 8/4/2022 | Luke Goodrich | return travel from NOLA OA | 6.3 |
| 8/5/2022 | Zachary Novak | Researched obtaining transcript of OA, relayed findings to team. | 0.8 |
| 10/12/2022 | Zachary Novak | Identified examples of fee petitions from recent cases, phone call with Luke Goodrich re scope and timeline of fee petition in this case. | 1.6 |
| 10/13/2022 | Joseph Davis | Telephone conference with Luke Goodrich regarding fee issues. | 0.4 |
| 10/13/2022 | Luke Goodrich | call w J Davis re fee petition | 0.3 |
| 10/17/2022 | Daniel Chen | Strategy meeting with Luke and Joe re: fee petition. | 0.2 |
| 10/17/2022 | Luke Goodrich | call w D Chen re fee petition research | 0.3 |
| 10/18/2022 | Joseph Davis | Reviewed draft member resource document regarding injunction. | 0.5 |
| 10/25/2022 | Daniel Chen | Discuss fee petition research and strategy with team. | 0.6 |
| 10/25/2022 | Joseph Davis | Prepared for and participated in call with case team regarding fee petition. | 0.6 |
| 10/25/2022 | Luke Goodrich | call w D Chen and J Davis to discuss fee petition | 0.6 |
| 10/25/2022 | Zachary Novak | Created drafts of fee petition tables. | 0.9 |
| 10/26/2022 | Zachary Novak | Finalized requested fee petition tables and charts, sent to attorneys for review. | 2.2 |
| 11/1/2022 | Zachary Novak | Phone call with Luke Goodrich re fee petition next steps; conducted data entry and graphing re the same. | 1 |

15

| | | | |
|---|---|---|---|
| 11/2/2022 | Zachary Novak | Finalized data entry and created graph re the same for fee petition. Sent to attorneys for review; made adjustments and added to spreadsheet. | 1.4 |
| 11/4/2022 | Daniel Chen | Call with Luke to discuss reviewing attorney and paralegal billing records. | 0.1 |
| 11/7/2022 | Daniel Chen | Strategy call with Joe regarding outstanding issues to research. | 0.2 |
| 11/7/2022 | Daniel Chen | Strategy call with Luke regarding fee records. | 0.2 |
| 11/8/2022 | Zachary Novak | Created drafts of fee petition motion and memo, sent to attorneys for review. | 1.2 |
| 11/14/2022 | Daniel Chen | Strategy discussion with L. Goodrich and J. Davis. | 1 |
| 11/14/2022 | Joseph Davis | Prepared for and participated in case team meeting regarding fee petition. | 1 |
| 11/14/2022 | Luke Goodrich | call w D Chen and J Davis re fee petition and research on same | 1 |
| 11/18/2022 | Daniel Chen | Internal team meeting to discuss collecting costs. | 0.3 |
| 11/18/2022 | Luke Goodrich | call w D Chen re fee petition | 0.4 |
| 11/18/2022 | Zachary Novak | Call with attorneys re next steps in fee petition, tracked down and saved additional expenses. | 1.2 |
| 11/22/2022 | Matthew Krauter | drafting declaration template for DChen | 0.4 |
| 11/28/2022 | Zachary Novak | Continued prep of fee petition expenses, sent summary to attorneys for review. | 2 |
| 11/30/2022 | Daniel Chen | Call with Luke to discuss next steps for demand letter and fee petition. | 0.5 |
| 11/30/2022 | Zachary Novak | Broke out Franciscan expenses into individual line items and arranged in spreadsheet, sent summary to attorneys for review. | 1.5 |
| 12/15/2022 | Daniel Chen | Team strategy meeting regarding fee petition. | 0.5 |
| 12/15/2022 | Luke Goodrich | call w D Chen re fee petition | 0.5 |
| 12/19/2022 | Daniel Chen | Team strategy meeting with L. Goodrich, J. Davis, and paralegals. | 0.6 |
| 12/19/2022 | Luke Goodrich | team call re fee petition | 0.6 |
| 12/19/2022 | Zachary Novak | Team strategy call re fee petition; compiled tables of billed hours | 0.6 |

16

| | | | |
|---|---|---|---|
| 12/20/2022 | Matthew Krauter | Made edits and additions to Goodrich declaration | 0.9 |
| 12/20/2022 | Zachary Novak | Compiled hour tables; contacted chambers re paper copies | 1.4 |
| | | **Total:** | **569.7** |

# EXHIBIT 1-E

# Luke W. Goodrich

---

**EXPERIENCE**

---

**The Becket Fund for Religious Liberty**
*Vice President*, 2018-present; *Deputy General Counsel*, 2009-2018; *Legal Counsel*, 2008-09
- Served as Supreme Court co-counsel in seven merits victories and three All Writs Act victories. Merits: *Hosanna-Tabor* (2012), *Hobby Lobby* (2014); *Holt* (2015), *Zubik* (2016), *Little Sisters of the Poor* (2020), *Our Lady of Guadalupe* (2020), *Fulton* (2021). All Writs Act: *Little Sisters* (2013, 2014), *Wheaton College* (2014), *Agudath Israel* (2020).
- Named *National Law Journal* Appellate Hot List (2020) (first public interest firm ever)
- Represented governments, religious organizations, and individuals in religious liberty disputes at trial, appellate, and Supreme Court levels
- Received appointment as a Special Assistant Attorney General for the State of Colorado to argue an Establishment Clause appeal on behalf of several states

**University of Utah, S.J. Quinney College of Law**
*Adjunct Professor of Law*, 2013-2021
- Taught advanced courses on law and religion

**Winston & Strawn, LLP**
*Associate, Appellate and Critical Motions*, 2007-08
- Drafted briefs in complex patent, environmental, bankruptcy, criminal, and constitutional cases
- Briefed, argued, and won a habeas appeal overturning on constitutional grounds a state murder conviction and life sentence, *Vazquez v. Wilson*, 550 F.3d 270 (3d Cir. 2008)

**U.S. Department of State, Office to Monitor and Combat Trafficking in Persons**
*Legal and Research Advisor*, PRO-telligent, LLC, 2005-06
- Provided legal counsel to the Department of State office responsible for coordinating the global fight against forced labor and sexual exploitation

**The Hon. Michael W. McConnell**, U.S. Court of Appeals for the Tenth Circuit
*Judicial Clerk*, 2004-05

---

**EDUCATION**

---

**University of Chicago Law School**, J.D., *High Honors*, June 2004
- Order of the Coif
- Law Review

**Wheaton College** (IL), B.A., *summa cum laude*, integrated Philosophy/Economics, May 2001
- National Merit Scholar
- Member of a nationally-ranked (NCAA Division III) men's basketball team

## REPRESENTATIVE LITIGATION

### SUPREME COURT MERITS

***Fulton v. City of Philadelphia***, **No. 19-123 (2021)**. Helped draft merits briefs in unanimous Supreme Court victory involving a Catholic foster care ministry.

***Our Lady of Guadalupe Sch. v. Morrissey-Berru***, **140 S. Ct. 2049 (2020)**. Helped draft merits briefs in Supreme Court victory involving religious schools.

***Little Sisters of the Poor v. Pennsylvania***, **140 S. Ct. 2367 (2020)**. Helped draft merits briefs in Supreme Court victory involving the Little Sisters of the Poor.

***Zubik v. Burwell***, **136 S. Ct. 1557 (2016)**. Helped draft merits briefs in Supreme Court victory involving the Little Sisters of the Poor.

***Holt v. Hobbs***, **135 S. Ct. 853 (2015)**. Drafted merits briefs in a unanimous Supreme Court victory involving the right of a Muslim prisoner to grow a beard.

***Burwell v. Hobby Lobby Stores, Inc.***, **134 S. Ct. 2751 (2014)**. Helped draft certiorari and merits briefs in Supreme Court victory involving the Religious Freedom Restoration Act.

***Hosanna-Tabor Evangelical Lutheran Church and Sch. v. EEOC***, **132 S. Ct. 694 (2012)**. Drafted petition for certiorari and merits briefs in a unanimous Supreme Court victory involving the First Amendment ministerial exception.

### SUPREME COURT ALL WRITS ACT

***Agudath Israel of America v. Cuomo***, opinion at **141 S. Ct. 63 (2020)**. Helped draft application obtaining emergency injunctive relief in a case involving Jewish synagogues.

***Wheaton Coll. v. Burwell***, **134 S. Ct. 2806 (2014)**. Helped draft application obtaining emergency injunctive relief in a case involving a religious college.

***Little Sisters of the Poor v. Sebelius***, **134 S. Ct. 1022 (2014)**. Helped draft application obtaining emergency injunctive relief in a case involving the Little Sisters of the Poor.

### SUPREME COURT CERTIORARI

***City of Pensacola v. Kondrat'yev***, **139 S. Ct. 2772, 204 L. Ed. 2d 1153 (2019) (GVR)**. Drafted petition for certiorari in a case involving the constitutionality of a cross display.

***Stormans, Inc. v. Wiesman***, **136 S. Ct. 2433 (2016) (dissent from denial of certiorari)**. Drafted petition for certiorari in a case involving the constitutionality of pharmacy regulations.

***Elmbrook Sch. Dist. v. Doe***, 134 S. Ct. 2283 (2014) **(dissent from denial of certiorari)**. Drafted petition for certiorari in a case involving the constitutionality of holding public school graduation in a church.

***Big Sky Colony, Inc., v. Montana Dep't of Labor & Indus.***, 134 S. Ct. 59 (2013). Drafted petition for certiorari in a First Amendment challenge to state workers' compensation laws.

## COURTS OF APPEALS

***Starkey v. Archdiocese of Indianapolis***, 41 F.4th 931 (7th Cir. 2022) **(argued).** Briefed and argued a successful appeal protecting the freedom of a religious school to choose its leaders.

***Religious Sisters of Mercy v. Becerra***, 2022 WL 17544669 (8th Cir. 2022) **(argued)**. Briefed and argued a successful appeal defending religious ministries from HHS regulations.

***Payne-Elliott v. Archdiocese of Indianapolis***, 193 N.E.3d 1009 (Ind. 2022) **(argued)**. Briefed and argued a successful appeal protecting the constitutional right of church autonomy.

***Kondrat'yev v. City of Pensacola***, 949 F.3d 1319 (11th Cir. 2020) **(argued)**. Briefed and argued a successful appeal defending the constitutionality of a cross in a public park.

***Gaylor v. Mnuchin***, 919 F.3d 420 (7th Cir. 2019) **(argued)**. Briefed and argued a successful appeal defending the constitutionality of tax-exempt housing allowances for ministers.

***Rich v. Secretary, Florida Dept. of Corrections***, 716 F.3d 525 (11th Cir. 2013) **(argued)**. Briefed and argued a successful appeal on behalf of a Jewish prisoner seeking a kosher diet.

***Intermountain Fair Housing Council v. Boise Rescue Mission Ministries***, 657 F.3d 988 (9th Cir. 2011) **(argued)**. Briefed and argued a successful appeal on behalf of a homeless shelter raising issues under the Fair Housing Act and First Amendment.

***Elijah Group, Inc. v. City of Leon Valley, Tex.***, 643 F.3d 419 (5th Cir. 2011) **(argued)**. Briefed and argued a successful appeal on behalf of a church denied a zoning permit.

***American Atheists, Inc. v. Davenport***, 637 F.3d 1095 (10th Cir. 2010) **(argued)**. Appointed as Special Assistant Attorney General for the State of Colorado to brief and argue an Establishment Clause appeal on behalf of four states.

***Vazquez v. Wilson***, 550 F.3d 270 (3d Cir. 2008) **(argued)**. Briefed and argued a successful habeas appeal overturning a state murder conviction and life sentence as unconstitutional.

***Apache Stronghold v. United States***, No. 21-15295 (9th Cir.) **(pending)**. Lead counsel in an appeal on behalf of Native Americans seeking to protect their sacred site from destruction.

***Slockish v. FHWA***, No. 21-35220 (9th Cir.) **(pending)**. Lead counsel in an appeal on behalf of Native Americans challenging destruction of a sacred site.

***Franciscan Alliance, Inc. v. Becerra***, **47 F.4th 368 (5th Cir. 2022)**. Briefed a successful appeal on behalf of religious doctors and hospitals that received an injunction against HHS

***Franciscan All., Inc. v. Becerra***, **843 F. App'x 662 (5th Cir. 2021)**. Briefed a successful appeal on behalf of religious doctors and hospitals seeking an injunction against HHS

***Stormans, Inc. v. Selecky***, **794 F.3d 1064 (9th Cir. 2015)**. Briefed an appeal on behalf of pharmacists challenging a state pharmacy regulation

***Moussazadeh v. Texas Dept. of Criminal Justice***, **709 F.3d 487 (5th Cir. 2013)**. Briefed a successful appeal on behalf of a Jewish prisoner seeking to obtain a kosher diet.

***Merced v. Kasson***, **577 F.3d 578 (5th Cir. 2009)**. Briefed a successful appeal on behalf of a Santeria priest who prohibited from sacrificing animals as part of his religious practices.

## TRIAL COURTS

***Stormans, Inc. v. Selecky***, **854 F. Supp. 2d 925 (W.D. Wash. 2012)**. Served as co-counsel in a two-week bench trial resulting in a favorable free exercise ruling for religious pharmacists.

***McAllen Grace Brethren Church v. Salazar***, **7:07-CV-60 (S.D. Tex.)**. Served as co-counsel for Native American plaintiffs whose eagle feathers were taken by the government.

***Islamic Center of Murfreesboro v. Rutherford County, Tennessee***, **3:12-0738 (M.D. Tenn.)**. Served as lead counsel for a Muslim congregation seeking to open a new mosque.

## REPRESENTATIVE PUBLICATIONS

- *Free to Believe: The Battle Over Religious Liberty in America* (2019) – author of a three-time award-winning book on religious freedom
- *Sex, Drugs, and Eagle Feathers: An Empirical Study of Federal Religious Freedom Cases*, 48 Seton Hall L. Rev. 353 (2018) (with Rachel Busick)
- *On Resolving Church Property Disputes*, 58 Ariz. L. Rev. 307 (2016) (with Michael McConnell)
- *RLUIPA: Necessary, Modest, and Under-Enforced*, 39 Fordham Urb. L. J. 1021 (May 2012) (with Douglas Laycock)
- *The Health Care and Conscience Debate*, 12 Engage 121 (June 2011)
- "The Supreme Court Isn't Anti-Muslim," *Wall Street Journal*, Opinion, 12 Feb. 2019
- "Religious Freedom Is for Christians, Too," *Wall Street Journal*, Opinion, 4 Dec. 2017
- "Neil Gorsuch Has a Record of Protecting Religious Minorities," *Time*, 3 Mar. 2017
- "Opposing View: Government Shouldn't Pick Ministers," *USA Today*, 10 Oct. 2011
- "Mexico's Separation of Church and State," *Wall Street Journal*, Opinion, 1 Mar. 2010
- "Europe's Religion Delusion," *Wall Street Journal*, Opinion, 11 Dec. 2009
- "Sharia Across the Pond," *The Guardian*, 6 July 2009

## REPRESENTATIVE MEDIA APPEARANCES

- *CNN*, February 2012, http://www.youtube.com/watch?v=GyonhJ_lPVk

- *ABC World News*, February 2012, http://www.youtube.com/watch?v=22f1fEikFSg
- *Fox*, July 2011, https://www.youtube.com/watch?v=yPYzxHLgBbA
- *PBS*, October 2011, http://www.pbs.org/wnet/religionandethics/?p=9664
- *NPR*, October 2011, http://interfaithradio.org/2011/Show42
- *NPR*, October 2009, http://interfaithradio.org/node/1065
- Al Jazeera, November 2017, https://www.youtube.com/watch?v=_vyb2eN3dW4
- Numerous radio appearances; quoted in *New York Times* and other major outlets

# EXHIBIT 1-F

MARK L. RIENZI

PROFESSIONAL
EXPERIENCE

**THE CATHOLIC UNIVERSITY OF AMERICA**
**COLUMBUS SCHOOL OF LAW,** *2009-present*
*Professor of Law (tenured in June 2015)*
*Director, Center for Religious Liberty*
**Courses:** Constitutional Law, Torts, Evidence, Religious Liberty
**Awards:** Teacher of the Year, 2011, 2012, 2013; Mary, Mirror of
Justice Award, 2012; Faculty Co-Marshall, 2014.

**HARVARD LAW SCHOOL**
*Visiting Professor of Law, 2017-19* (co-taught Religious Freedom
Research Seminar with Professor Mary Ann Glendon); Lead
instructor for winter term religious liberty clinic for Harvard Law
School students (January 2016, 2017, 2018)

**THE BECKET FUND FOR RELIGIOUS LIBERTY,** *2011-present*
*President* (2018-present)*.* Responsible for management and
oversight of non- profit, non-partisan religious liberty law firm;
11-0 record at the Supreme Court: *Hosanna-Tabor* (2012); *Little
Sisters* (emergency application, 2013); *McCullen* (2014); *Hobby
Lobby* (2014); *Wheaton College* (emergency application, 2014);
*Holt* (2015); *Zubik* (2016); *Agudath Israel/Diocese of Brooklyn*
(emergency application, 2020); *Little Sisters* (2020); *Our Lady of
Guadalupe* (2020); *Fulton* (2021); firm named to *National Law
Journal* Appellate Hot List (2020, '21) (first pro bono firm ever).

**WILMER CUTLER PICKERING HALE AND DORR LLP**
*Counsel, Litigation Department (2000-2002; 2003-April 2009)*
Responsible for all phases of civil litigation in state and federal
courts, chiefly focused on intellectual property and First
Amendment cases. Intellectual Property Litigation Group (2007
*American Lawyer* as 2007 Intellectual Property Lit. Group of the
Year) and Appellate and Supreme Court Litigation Group.

**CLERK, HON. STEPHEN F. WILLIAMS, SENIOR CIRCUIT JUDGE**
U.S. Court of Appeals for the D.C. Circuit, *August 2002-June 2003*

EDUCATION

**HARVARD LAW SCHOOL,** Juris Doctor, 2000
**Honors:** *Cum Laude*; Editor, *Harvard Law Review*; Oralist and
Semi-Finalist, Ames Moot Court Competition; Best Brief Award,
First Year Ames Moot Court Competition; clinical internship in
Appeals Unit at U.S. Attorney's Office, Boston, MA

**PRINCETON ¶UNIVERSITY**
Bachelor of Arts in English, June 1997
Cumulative GPA: 3.8; *cum laude*

## Publications

*Religious Liberty and Judicial Deference*, 106 NOTRE DAME L. REV. 337 (2022)

*Administrative Power and Religious Liberty at the Supreme Court*, 69 CASE W. RES. L. REV. 355 (2018).

*Constitutional Anomalies or As-Applied Challenges? A Defense of Religious Exemptions*, 59 B.C. L. REV. 1595, 1598 (2018) (with Stephany Barclay).

*Fool Me Twice:* Zubik v. Burwell *and the Perils of Judicial Faith in Government Claims* 2016 CATO SUP. CT. REV. 123 (2016).

*Substantive Due Process As a Two-Way Street: How the Court Can Reconcile Same-Sex Marriage and Religious Liberty*, 68 STANFORD L. REV. ONLINE 18 (2015).

*The Case For Religious Exemptions – Whether Religion is Special or Not*, 127 HARVARD L. REV. 1395 (2014) (book review).

*God and the Profits: Is There Religious Liberty for Moneymakers?* 21 GEO. MASON. LAW REV. 59 (2013).

*Neutral No More: Secondary Effects Analysis and the Quiet Demise of the Content-Neutrality Test*, 82 FORDHAM L. REV. 1137 (2013) (with Stuart Buck).

*Unequal Treatment of Religious Exercises Under RFRA: Explaining the Outliers in the HHS Mandate Cases,* 99 VA. L. REV. ONLINE 10 (2013).

*The Constitutional Right Not to Kill*, 62 EMORY LAW JOURNAL 101 (2012).

*The Constitutional Right Not to Participate in Abortions:* Roe, Casey*, and the Fourteenth Amendment Rights of Healthcare Providers*. 87 NOTRE DAME L. REV. 1 (2011).

*An Abortion Exception to the First Amendment? Evaluating Recent Efforts to Regulate Speech About Pregnancy Options*. ENGAGE, 11, no. 3 (December 2010).

*Smith, Stormans, and the Future of Free Exercise: Applying the Free Exercise Clause to Targeted Laws of General Applicability*. ENGAGE 10, no. 3 (November 2009); 146.

*Federal Courts, Overbreadth, and Vagueness: Guiding Principles for Constitutional Challenges to Uninterpreted State Statutes*. UTAH LAW REVIEW 2002: 381 (with Stuart Buck).

*Note, Safety Valve Closed: The Removal of Nonviolent Outlets for Dissent and the Onset of Anti-Abortion Violence*. HARVARD LAW REVIEW 113 (2000): 1210.

Case Note, Constitutional Law—Abortion—Sixth Circuit Strikes Down Ohio Ban of Post-Viability and Dilation and Extraction Abortions—*Women's Medical Professional Corp. v. Voinovich*, 130 F.3d 187 (6th Cir. 1997) HARVARD LAW REVIEW 112 (1999): 731

**Press/Media:** My writings on constitutional issues have appeared in the following publications: *The New York Times, Roll Call, U.S. News and World Report, National Review Online, New York Daily News, Chicago Tribune,* and the *National Catholic Register.* Media appearances include NBC, ABC, FOX, CBS, and NPR.

# EXHIBIT 1-G

# Lori H. Windham

1919 Pennsylvania Ave., NW Ste. 400
Washington, DC 20006

*Legal Experience*

**The Becket Fund for Religious Liberty**
*Vice President and Senior Counsel*

I specialize in appeals and critical motions, with a significant portion of my practice before the U.S. Supreme Court and federal appellate courts. As senior counsel, I am responsible for legal strategy, case management, and supervising the work of junior attorneys.

I have been recognized as an expert on First Amendment and religious freedom law, testifying as an invited expert before the U.S. House Judiciary Committee and the U.S. Civil Rights Commission. I have lectured on religious freedom at top schools, including Harvard Law School, Yale Law School, and Central European University. I regularly appear on behalf of clients in major media outlets, including *MSNBC, Fox News, CNN,* the *Wall Street Journal, Washington Post* and *New York Times.*

*Notable Cases*
**Argued**
*Fulton v. Philadelphia*: Successfully argued a major Free Exercise Case to the Supreme Court, securing a unanimous victory. On remand, obtained consent decree allowing Catholic Social Services to permanently continue providing foster services consistent with its religious beliefs.

*Eternal Word Television Network v. Burwell*: Secured injunction pending appeal from the Eleventh Circuit for the world's largest religious media network. Argued subsequent appeal, then obtained vacatur of panel decision pending further regulatory action and negotiated settlement permitting EWTN to continue following its Catholic faith in its employment policies.

*Buck v. Gordon*: Obtained first-in-the-nation injunction allowing religious foster agency to continue serving when state government threatened to end the agency's contract over religious practices. After *Fulton*, obtained consent decree allowing religious agency to permanently continue providing foster services consistent with its faith.

*Commonwealth of Pennsylvania v. Trump*: Successfully argued expedited appeal, obtaining intervention for the Little Sisters of the Poor. Continued work on merits of the case, including as counsel on brief at the Supreme Court, where the Little Sisters prevailed 7-2.

*InterVarsity Christian Fellowship v. Wayne State University*: Successfully argued summary judgment in case testing whether a public university could exclude a InterVarsity chapter over its statement of faith and conduct policies for leaders. After obtaining summary judgment and a permanent injunction for InterVarsity, negotiated settlement of remaining claims.

*Moss v. Spartanburg County School Dist. 7*: Successfully argued appeal on behalf of defendant before the Fourth Circuit on an Establishment Clause issue of first impression in that circuit.

**On brief**

*Burwell v. Hobby Lobby*: Represented petitioners before the Supreme Court and the *en banc* Tenth Circuit in landmark decision on the application of the Religious Freedom Restoration Act.

*Hosanna-Tabor v. EEOC*: Represented petitioners in 9-0 Supreme Court victory. For the first time, the Supreme Court recognized and upheld the ministerial exception, protecting the rights of houses of worship to select their ministers without government interference.

*Little Sisters of the Poor v. Pennsylvania:* Represented petitioners in Supreme Court victory and multiple appeals to Third Circuit.

*Education*

**Harvard Law School**
       Juris Doctor                Cambridge, MA          June 2005
       Honors & Activities:  Member, Harvard Legal Aid Bureau
                                         Recognized for completion of 1,000+ pro bono hours

**Abilene Christian University**
       B.A. in Political Science          Abilene, TX   May 2001
       Honors:                      *Summa Cum Laude*
                                         Meadors Scholarship in Political Science
                                         Presidential Scholar

*Bar Memberships*

- Virginia, District of Columbia
- United States Supreme Court, Supreme Court of Virginia, District of Columbia Court of Appeals, United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits

*Honors and Activities*

- Abilene Christian University Young Alumnus of the Year
- Abilene Christian University Board of Visitors, former member
- Advisory Board Member, Fund for American Studies Law Fellowship

# EXHIBIT 1-H

# STEPHANIE HALL BARCLAY

■ Notre Dame Law School, 3120 Eck Hall of Law ■ stephanie.barclay@nd.edu ■ 801-361-0401

## ACADEMIC EXPERIENCE

**Notre Dame Law School**; **Associate Professor of Law**; July 2020–Present
- Courses: Freedom of Religion, Family Law, Religious Liberty Initiative
- Service: Faculty Director, Religious Liberty Initiative (2020–Present); Admissions Committee (2020–Present)

**Stanford Law School; Affiliate, Constitutional Law Center**; Aug. 2020–Present
- Teach a workshop on a First Amendment topic
- Mentor resident academic fellows at the Stanford Constitutional Law Center

**Associate Professor of Law**; **J. Reuben Clark Law School**; July 2018–June 2020
- Courses: First Amendment, Fourteenth Amendment, Family Law, and Structures of the Constitution
- Service: Director of the Rex E. Lee Appellate Academy (2019–2020); Adviser to the Moot Court Program (2019–2020); Admissions Committee (2018–2020); Leadership Fellowship Selection Committee (2018–2020)

## AWARDS AND FELLOWSHIPS
- Nootbar Fellow; Nootbar Institute for Law, Religion, & Ethics; Pepperdine University Caruso School of Law; Aug. 2020–Present
- Twice Voted Professor of the Year by the 2L/3L Students at BYU Law
- Three times named a Washington D.C. Super Lawyer Rising Star (2016, 2019, and 2020)
- Recipient of a Constitutional Studies Grant for constitutional scholarship

## OTHER MEMBERSHIPS AND SERVICE
- Chair for the AALS Law and Religion Section (2021–Present)
- Executive Committee, Religious Liberties Practice Group, The Federalist Society (2019–present)
- Board Member for the UVU Center for Constitutional Studies (2019–Present)
- Member of the Steering Committee for the Quill Project at Pembroke College (2020–Present)
- Board Member of the JRCLS International Religious Freedom Committee (2018–Present)

## PUBLICATIONS AND PAPERS
- *Rethinking Protections for Indigenous Sacred Sites*, 134 Harvard Law Review 1294 (2021), coauthored with Professor Michalyn Steele

- *An Economic Approach to Religious Exemptions*, 72 Florida Law Review 1211 (2021) (selected for presentation at the Harvard/Stanford/Yale Junior Faculty Forum)

- *The Historical Origins of Judicial Religious Exemptions,* 96 NOTRE DAME LAW REVIEW 55 (2020)

- *Untangling Entanglement,* 97 WASHINGTON UNIVERSITY LAW REVIEW 1701 (2020)

- *First Amendment "Harms,"* 95 INDIANA LAW JOURNAL 331 (2020)

- *Original Meaning and the Establishment Clause: A Corpus Linguistics Analysis*, 61 ARIZONA LAW REVIEW 505 (2019), coauthored with Brady Earley and Annika Boone

- *A Dialogue about Religious Beliefs and Third-Party Harms in Family Law,* A Book Review of The Contested Place of Religion in Family Law, 52 FAMILY LAW QUARTERLY 413 (2019)

- *Constitutional Anomalies or As-applied Challenges? A Defense of Religious Exemptions*, 59 BOSTON COLLEGE LAW REVIEW 1595 (2018), coauthored with Professor Mark Rienzi

- *Retained by The People: Federalism, the Ultimate Sovereign, and Natural Limits on Government Power*, 23 WILLIAM & MARY BILL OF RIGHTS LAW JOURNAL 257 (2014)

- *Fair Trade and Child Labor,* 43 COLUMBIA HUMAN RIGHTS LAW REVIEW 1 (2011), coauthored with Professor Shima Baradaran Baughman (cited in the New York Times)

- *Defamation and John Does: Increased Protections and Relaxed Standing Requirements for Anonymous Internet Speech*, 2010 BYU LAW REVIEW 1309 (2010)

- *Passive Acknowledgement or Active Promotion of Religion? Neutrality and the Ten Commandments in Green v. Haskell*, 2010 BYU LAW REVIEW 3 (2010)

## EDUCATION

**J. Reuben Clark Law School, Brigham Young University**; J.D., 2011
- *Summa cum laude*; GPA: 3.92
- Elected to the Order of the Coif
- Lead Articles Editor, BYU Law Review
- Constitutional Scholar Award (awarded to the top constitutional law student)
- J. Reuben Clark Award (selected by BYU Law faculty and peers for exemplifying academic excellence, integrity, high ethical standards, and service)
- Meritorious Service Award (selected by BYU Law faculty for significant service)

**Brigham Young University–Idaho**; B.S. in Finance, Minor in English, 2008
- *Summa cum laude*; GPA: 3.99
- Newel K. Whitney Business Award (selected by BYU–Idaho faculty for outstanding academic performance)
- Student Body Vice President
- First Place Winner of the BYU–Idaho Speech Competition

## PROFESSIONAL EXPERIENCE

**The Becket Fund for Religious Liberty**
**Of Counsel**; Jul. 2018–Sept. 2020
**Legal Counsel**; Feb. 2015–Jul. 2018
- Drafted numerous cert petitions, amicus briefs, and merits briefs before the U.S. Supreme Court regarding a range of First Amendment issues
- Argued multiple hearings in federal court and assisted with briefing and oral argument preparation in numerous appellate victories
- Deposed and cross-examined multiple witnesses in multiple religious liberty trials
- Obtained a significant settlement for a client after receiving a favorable court ruling after trial

**Associate**; **Covington & Burling LLP**; Oct. 2012–Jan. 2015
- Principal brief-writer of a pro bono U.S. Supreme Court *amicus* brief in *Holt v. Hobbs*
- Helped draft multiple additional cert petitions, motions briefs, and amicus briefs in state and federal court
- Lead counsel in successful appeals before the Ninth Circuit Court of Appeals and the D.C. Court of Appeals
- First chair of two civil trials that resulted in favorable outcomes for indigent clients, and which involved soliciting direct testimony from seven witnesses, cross-examining three witnesses, and introducing over a hundred exhibits into evidence
- Performed a seven-month pro bono rotation with Bread for the City

**Clerkship**; **U.S. Court of Appeals for the Ninth Circuit**; Aug. 2011–Sept. 2012
- Law clerk to the Honorable N. Randy Smith

**Litigation Extern**; **Snow, Christensen & Martineau**; Dec. 2010–Feb. 2011
- Assisted Professor Frederick Gedicks with federal district court litigation

**Intern**; **Area Legal Counsel Office in Frankfurt for the LDS Church**; May–Jun. 2009
- Researched EU legislative processes and policy impacting religious organizations
- Traveled to Romania to study Romania's religious freedom restrictions

## ACADEMIC PRESENTATIONS

- Presenter, Beyond Labels for Religious Liberty, *Constitutional Law Center at Stanford Law School* (Feb. 2021)

- Presenter, *An Economic Approach to Religious Exemptions*, University of Virginia Law School (Jan. 2021)

- Presenter, *Rethinking Protections for Indigenous Sacred Sites*, South Texas College of Law (Jan. 2021)

- Panelist, *Church-State Separation: What Does the Constitution Really Say?*, National Constitution Center (Nov. 2020)

- Presenter, *An Economic Approach to Religious Exemptions*, St. John's Law School Law and Religion Colloquium (Nov. 2020)

- Panelist, *Religious Liberty and the New Court*, The Federalist Society National Lawyers Convention (Nov. 2020)

- Featured Lecturer, *Religious Liberty at the Supreme Court*, McCullen Center for Law, Religion and Public Policy at Villanova University (Nov. 2020)

- Panelist, *The Revival of the Free Exercise Clause?*, ABA Section of Civil Rights and Social Justice (Oct. 2020)

- Panelist, *Supreme Court Preview*, Co-Hosted by the Harvard Law School Chapter of the American Constitution Society and the Harvard Law School Federalist Society (Oct. 2020)

- Presenter, *Rethinking Protections for Indigenous Sacred Sites*, Nootbar Institute for Law, Religion, & Ethics at Pepperdine University (Sept. 2020)

- Presenter, *Rethinking Protections for Indigenous Sacred Sites*, Constitutional Law Center at Stanford Law School (Sept. 2020)

- Panelist, *The Future of Funding for Religious Schools*, The Federalist Society at UVA Law School (Sept. 2020)

- Panelist, *Religious Liberty: The Heart of Pluralism*, The Federalist Society at BYU Law School (Sept. 2020)

- Featured Lecturer, *The Historical Origins of Judicial Religious Exemptions*, Georgetown Center for the Constitution (Sep. 2020)

- Panelist, *Balancing Religious Freedoms in a Pluralistic Society*, Chicago Lawyers Chapter of The Federalist Societ (Sep. 2020)

- Presenter, *An Economic Approach to Religious Exemptions*, 2020 Stanford/Harvard/Yale Junior Faculty Forum, Stanford Law School (Aug. 2020)

- Presenter, *The Historical Origins of Judicial Religious Exemptions*, Annual Law and Religion Roundtable, Pepperdine Caruso School of Law (Jun. 2020)

- Presenter, *The Historical Origins of Judicial Religious Exemptions*, 2020 Federalist Society Junior Scholars Colloquium in Annapolis, MD (Jun. 2020)

- Presenter, *The Historical Origins of Judicial Religious Exemptions*, Annual Originalism Works-in-Progress Conference, University of San Diego School of Law (Feb. 2020)

- Panelist, *Originalism and the Religion Clauses*, Originalism and Precedent Conference, University of Virginia School of Law (Feb. 2020)

- Presenter, *Original Meaning and the Establishment Clause: A Corpus Linguistics Analysis*, Arizona Law Review Speaker Series, University of Arizona College of Law (Feb. 2020)

- Presenter, *The Historical Origins of Judicial Religious Exemptions*, Notre Dame Colloquium on Church, State & Society (Jan. 2020)

- Presenter, *Untangling Entanglement*, Law and Religion Symposium, Washington University School of Law (Jan. 2020)

- Presenter, *Rethinking Protections for Indigenous Sacred Sites*, University of Utah S.J. Quinney College of Law (Jan. 2020)

- Moderator, *The Future of the Establishment Clause, and the Court's Shadow Docket*, AALS Law and Religion Section (Jan. 2020)

- Participant, Sixth Annual Salmon P. Chase Lecture & Colloquium, Georgetown Center for the Constitution (Dec. 2019)

- Presenter, *An Economic Approach to Religious Liberty*, Rocky Mountain Junior Scholars Forum (Nov. 2019)

- Speaker, *Religious Liberty and The Founding*, Pembroke College, Oxford University (Oct. 2019)

- Speaker, *James Madison and Religious Liberty*, UVU Center for Constitutional Studies (Sep. 2019)

- Guest Lecturer, Religious Liberty Seminar Class, Harvard Law School (Sep. 2019)

- Presenter, *An Economic Approach to Religious Exemptions*, Pembroke College, Oxford University (Aug. 2019)

- Panelist, *Religious Persecution in the World Today*, Christ Church College, Oxford University (Aug. 2019)

- Presenter, *An Economic Approach to Religious Exemptions*, Annual Law and Religion Roundtable, University of Toronto Law School (Jun. 2019)

- Presenter, *An Economic Approach to Religious Exemptions*, International Society of Family Law, co-hosted by the Notre Dame Law School and the University of Illinois College of Law (Jun. 2019)

- Presenter, *First Amendment "Harms,"* 2019 Federalist Society Junior Scholars Colloquium in Annapolis, MD (Jun. 2019)

- Moderator, *The Future of Employment Division v. Smith*, Yeshiva University (May 2019)

- Panelist, *Externalities, Religious Exemptions, and Faith-based Adoption Agencies*, ABA National Conference on Access to Justice for Children and Families (Apr. 2019)

- Panelist, *The Future of the Supreme Court's First Amendment Jurisprudence*, Annual Midwest Regional Conference, University of Chicago (Feb. 2019)

- Panelist, *Religious Exemptions and Harm to Third Parties*, AALS Hot Topics Program (Jan. 2019)

- Presenter, *Original Meaning and the Establishment Clause: A Corpus Linguistics Analysis*, AALS FedSoc Works in Progress Panel (Jan. 2019)

- Presenter, *Externalities and Religious Exemptions in Adoption*, Silent Victims: Foster Care and Foster Care Adoption in America, Duke Law School Conference (Nov. 2018)

- Guest Lecturer, Religious Liberty Seminar Class, Harvard Law School (Oct. 2018)

- Presenter, *First Amendment "Harms,"* Rocky Mountain Junior Scholars Forum, University of Utah Law School (Oct. 2018)

- Presenter, *First Amendment "Harms"*, BYU Law Faculty WIP (Oct. 2018)

- Presenter, *First Amendment "Harms,"* Women in Law Teaching Works-in-Progress Workshop, University of Minnesota Law School (Jul. 2018).

- Participant, Annual Law and Religion Roundtable (Jun. 2018)

- Panelist, *Significant Opinions of the 2016 Term*, Supreme Court Review at BYU Law School (Sep. 2017)

- Speaker, *Reflections on Supreme Court Religious Liberty Cases*, George Washington University, Loeb Institute for Religious Freedom Seminar (Jul. 2017)

## BAR ADMISSIONS
- District of Columbia
- United States Supreme Court
- Second Circuit Court of Appeals
- Third Circuit Court of Appeals
- Fifth Circuit Court of Appeals
- Sixth Circuit Court of Appeals
- Ninth Circuit Court of Appeals

# EXHIBIT 1-I

# Diana Marie Verm Thomson

202.349.7225
Member of Virginia State Bar, District of Columbia Bar

## Experience

**The Becket Fund for Religious Liberty**
***Legal Counsel*** *Washington, D.C.*                           September 2009 – February 2019
***Senior Counsel*** *Washington, D.C.*                               March 2019 – present
Responsible for all aspects of domestic and international religious liberty litigation: draft and
file appellate briefs in courts of appeals and Supreme Court; manage litigation teams;
develop record and file motions in federal district and state courts; conduct oral arguments;
represent clients in media.

**International Human Rights Law Clinic,** Washington College of Law
***Student Attorney*** *Washington, D.C.*                               August 2008 – May 2009
Counseled multiple clients; researched and drafted legal memos, asylum petition, habeas
petition; argued a case of property rights against Guatemala before the Inter-American
Commission on Human Rights. Received interim secret level security clearance.

**Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC**
***Summer Associate*** *Washington, D.C.*                               May 2008 – August 2008
Worked on Title VII litigation; drafted Title VII complaint; researched and drafted legal
memoranda.

## Notable Cases

*Little Sisters of the Poor v. Pennsylvania* (Supreme Court): On brief representing the Little
Sisters of the Poor in case defending religious exemption from HHS Mandate.

*Our Lady of Guadalupe v. Morrissey-Berru* (Supreme Court): On brief representing school
regarding application of ministerial exception to teacher of religion in elementary school.

*Espinoza v. Montana Department of Revenue* (Supreme Court): Counsel of Record on
Supreme Court amicus brief making Free Exercise Clause arguments adopted by the Court
and cited in concurring opinion.

*FFRF v. Lehigh County* (3d Cir.): On brief in Third Circuit win defending County's seal with
religious imagery as part of its history and culture.

HHS Contraception Mandate litigation (*Zubik v. Burwell*): Lead associate counsel in multiple
cases before federal district and appellate courts and the Supreme Court representing
religious employers challenging Affordable Care Act's "preventive care mandate" requiring
religious employers to provide insurance coverage for contraceptives, sterilization, and
potentially life-terminating drugs and devices. Achieved injunctions for all clients. Cases
include: *East Texas Baptist University v. Burwell* (S.D. Texas) (5th Cir.) (Supreme Court);
*Wheaton College v. Burwell* (N.D. Illinois) (7th Cir.) (Supreme Court).

*Singh v. Carter* (D.D.C.): Lead associate counsel representing Sikh soldier requesting
religious accommodation to wear unshorn hair and turban as articles of faith in U.S. Army;
won preliminary injunction; achieved long-term accommodation for client and change in
Army policy.

*Sindicatul "Pastorul cel Bun" v. Romania*, No. 2330/09 (Eur. Ct. of Hum. Rts., Grand Chamber) (represented interveners supporting Romanian Orthodox Church's freedom to choose clergy without government interference; Grand Chamber adopted argument).

Pledge of Allegiance litigation: *Doe v. Acton-Boxborough Regional School District* (Massachusetts Supreme Judicial Court) & *Doe v. Matawan-Aberdeen Regional School District* (New Jersey Superior Court): Lead associate counsel representing intervenor parents and schoolchildren defending the constitutionality of the Pledge of Allegiance in Massachusetts and New Jersey public schools. Argued case in New Jersey Superior Court. Pledge upheld in both cases.

---

*Education*

---

**American University Washington College of Law**
Juris Doctor *Washington, D.C.* May 2009
| | |
|---|---|
| *Honors*: | Graduated *summa cum laude*; Order of the Coif; *American University Law Review,* Articles Editor; Paul P. Purta Scholarship |
| *Study Abroad*: | Washington College of Law, Turkey Summer Law Program, Yeditepe University June 2007 |

**Wheaton College**, Illinois
Bachelor of Arts, International Relations *Wheaton, IL* December 2004
| | |
|---|---|
| *Honors*: | Graduated *Magna Cum Laude*; President's Award Scholarship; Pi Sigma Alpha National Political Science Honor Society |
| *Study Abroad*: | Earlham College Peace and Conflict Studies, Londonderry, Northern Ireland, Spring 2004 |

*Bar Memberships*

---

- Virginia, District of Columbia
- United States Supreme Court, Supreme Court of Virginia, District of Columbia Court of Appeals, United States Courts of Appeals for the 1st Circuit, 5th Circuit, 6th Circuit, 7th Circuit, 8th Circuit, 9th Circuit, 11th Circuit, Eastern District of Virginia, Western District of Wisconsin, U.S. District Court for the District of Columbia.

# EXHIBIT 1-J

# JOSEPH DAVIS

---

**Experience**

## The Becket Fund for Religious Liberty, *Washington, DC*    2017–now
*Counsel*

Represented clients in all stages of religious-liberty litigation in federal and state courts. Argued appeals in the Fifth and Ninth Circuits. Drafted Supreme Court and appellate briefs, trial-level dispositive motions and other filings, and formulated legal strategy. Published articles on religious-liberty and related topics cited in multiple appellate judicial opinions.

## Jones Walker LLP, *New Orleans, LA*    2015–16
*Litigation Associate*

Represented clients in all stages of civil and criminal litigation, including by drafting briefs, complaints, motions, memoranda, appellate briefs and other filings, arguing dispositive motions, and engaging in written and deposition-based discovery

## United States Court of Appeals for the Fifth Circuit, *Jackson, MS*    2014–15
*Law Clerk*

Assisted Judge Jolly in hearing and disposing of appeals by conducting legal research, preparing bench memoranda, attending oral arguments, and drafting opinions

## Supreme Court Litigation Clinic, *Charlottesville, VA*    2014
*Research Assistant*

Assisted Litigation Clinic attorneys to identify candidates for Supreme Court review

---

**Publications**

Joseph C. Davis & Nicholas R. Reaves, *Fruit of the Poisonous* Lemon *Tree: How the Supreme Court Created Offended-Observer Standing, and Why It's Time for It to Go*, 96 Notre Dame L. Rev. Reflections 25 (2020)

Joseph C. Davis & Nicholas R. Reaves, *The Point* Isn't *Moot: How Lower Courts Have Blessed Government Abuse of the Voluntary-Cessation Doctrine*, 129 Yale L.J. Forum 325 (2019)

---

**Education**

## University of Virginia School of Law, *Charlottesville, VA*    2011–14
J.D., 2014

o  G.P.A. 3.95
o  Order of the Coif
o  *Virginia Law Review*

## Mississippi State University, *Starkville, MS*    2007–11
B.A., Economics (Minor: Religion), *summa cum laude*, 2011

o  G.P.A. 4.0
o  Society of Scholars

---

**Representative Litigation**

***Agudath Israel of America v. Cuomo*, 141 S. Ct. 63 (2020).** Drafted application obtaining emergency injunctive relief in case involving Jewish synagogues.

***City of Pensacola v. Kondrat'yev*, 139 S. Ct. 2772 (2019) (GVR).** Drafted petition for certiorari in case involving the constitutionality of a cross display.

*Franciscan Alliance, Inc. v. Becerra*, 47 F.4th 368 (5th Cir. 2022) (argued). Briefed and argued successful appeal defending religious ministries from HHS actions under Affordable Care Act.

*Starkey v. Archdiocese of Indianapolis*, 41 F.4th 931 (7th Cir. 2022). Briefed successful appeal protecting the freedom of a religious school to choose its leaders.

*Religious Sisters of Mercy v. Becerra*, 2022 WL 17544669 (8th Cir. 2022). Briefed successful appeal defending religious ministries from HHS actions under Affordable Care Act.

*Payne-Elliott v. Archdiocese of Indianapolis*, 193 N.E.3d 1009 (Ind. 2022). Briefed successful appeal protecting the constitutional right of church autonomy.

*Kondrat'yev v. City of Pensacola*, 949 F.3d 1319 (11th Cir. 2020). Briefed successful appeal defending the constitutionality of a cross in a public park.

*Freedom From Religion Foundation, Inc. v. County of Lehigh*, 933 F.3d 275 (3d Cir. 2019). Briefed successful appeal defending the constitutionality of a cross on a county seal.

*Gaylor v. Mnuchin*, 919 F.3d 420 (7th Cir. 2019). Briefed successful appeal defending the constitutionality of tax-exempt housing allowances for ministers.

*Whole Woman's Health v. Smith*, 896 F.3d 362 (5th Cir. 2018). Briefed successful appeal protecting bishops conference from discovery impinging on church autonomy.

*Greater Baltimore Center for Pregnancy Concerns, Inc. v. Mayor & City Council of Baltimore*, 879 F.3d 101 (4th Cir. 2018). Assisted in briefing successful appeal protecting free speech rights of pro-life pregnancy center.

*Young Israel of Tampa, Inc. v. Hillsborough Area Regional Transit Authority*, 582 F. Supp. 3d 1159 (M.D. Fla. 2022). Briefed successful summary-judgment motion protecting synagogue from viewpoint discrimination in government advertising program.

*Fitzgerald v. Roncalli High School, Inc.*, 2022 WL 16707372 (S.D. Ind. 2022). Briefed successful summary-judgment motion protecting the freedom of a religious school to choose its leaders.

*Religious Sisters of Mercy v. Azar*, 513 F. Supp. 3d 1113 (D.N.D. 2021) (argued). Briefed and argued successful summary-judgment motion defending religious ministries from HHS actions under Affordable Care Act.

*South Central Conference of Seventh-day Adventists v. Alabama High School Athletic Association*, No. 2:22-cv-00274 (M.D. Ala. concluded Oct. 11, 2022). Represented Seventh-day Adventist school in litigation concluding in rule change requiring Sabbath accommodations for sports teams.

*East Texas Baptist University v. Sebelius*, No. 4:12-cv-03009 (S.D. Tex. concluded Aug. 11, 2020). Assisted in obtaining permanent injunction protecting religious university from HHS contraceptive mandate.

---

**Admissions**

District of Columbia; Louisiana; Supreme Court of the United States; U.S. Court of Appeals for the Third, Fifth, Seventh, Eighth, Ninth, and Eleventh Circuits; various federal district courts

# EXHIBIT 1-K

# DANIEL L. CHEN

(510) 523-8389  |  dchen@becketlaw.org

## EDUCATION

**University of California, Berkeley, School of Law**
Juris Doctor, May 2016

<u>Honors</u>:          Order of the Coif; American Jurisprudence Award for Highest Grade in Negotiations, Contemporary Issues in Constitutional Law, and Supreme Court Seminar; Prosser Award for Second-Highest Grade in Conflict of Laws; and Boalt Hall Fellowship (merit-based scholarship)

<u>Activities</u>:      Supervising Editor, *California Law Review*; President, Christians at Boalt; Co-President, Berkeley Federalist Society; Student Liaison, Berkeley Law Admissions Committee; and Research Assistant to Professor John Yoo, Professor Jesse Choper, and Professor Charles D. Weisselberg

<u>Publications</u>:   Charles D. Weisselberg, Daniel Chen, and Sameera Mangena, *Motorists, Motels, Mistakes, and More: Criminal-Law Cases in the Supreme Court's 2014-2015 Term*, 51 Court Review 132 (2015)
Daniel Chen, *Kennedy v. Bremerton School District: The Final Demise of Lemon and the Future of the Establishment Clause*, 21 Harvard Journal of Law and Public Policy Per Curiam 1 (2022)

**University of California, Berkeley**
Bachelor of Arts, *magna cum laude*, in Political Science, Minor in Public Policy, May 2013

<u>Honors</u>:          Honors Thesis - "Authoritarianism and Democratization in East Asia: A Study of Civil Society"; Phi Beta Kappa; Departmental Highest Honors; UC Berkeley's Regents' and Chancellor's Scholarship; Millennial Values Fellowship – Berkley Center for Religion, Peace & World Affairs at Georgetown University

<u>Activities</u>:      President, Pi Sigma Alpha Political Science Honors Society

## EXPERIENCE

*Visiting Professor,* **Pepperdine Caruso School of Law**, Malibu, CA                Jan. 2023

*Counsel,* **The Becket Fund for Religious Liberty**, Palo Alto, CA         Oct. 2020 – Present
- Litigate RFRA, RLUIPA, Free Exercise, and Establishment Clause cases in state and federal courts across the country
- Draft merits and amicus briefs before the United States Supreme Court, obtaining emergency relief in *Agudath Israel of America v. Cuomo, South Bay United Pentecostal Church v. Newsom,* and *Gateway City Church v. Newsom, and Tandon v. Newsom*
- Obtain favorable summary judgment and qualified immunity ruling at the Eighth Circuit in two challenges to government restrictions on religious leadership requirements for student groups on public university campuses
- Defend and obtain dismissal for a religious educational institution in first-in-the-nation litigation construing the scope of Title IX's statutory religious exemption
- Defend religious rights of Native Americans in cases concerning the destruction of indigenous sacred sites by the Government

*Law Clerk,* **U.S. District Court for the Northern District of California**, San Jose, CA    Sept. 2019 – Sept. 2020
- Managed case dockets and handled administrative issues from the filing of complaints to trial and judgment
- Drafted orders addressing subjects including statutes of limitations and tolling doctrines, municipal liability, personal and subject matter jurisdiction, issue and claim preclusion, class action settlements, and awarding attorney's fees

*Associate,* **Gibson, Dunn & Crutcher LLP**, San Francisco, CA        Oct. 2017 – Aug. 2019
- Represented Facebook in Anti-Terrorism Act litigation arising from claims that Facebook facilitated terrorist operations, obtaining dismissal in multiple federal district courts and affirmance on appeal
- Successfully defended the United States Conference of Catholic Bishops (USCCB) in an Establishment Clause challenge to federal programs funding USCCB efforts to protect undocumented immigrants from sex trafficking and abuse
- Drafted amicus briefs in state supreme courts, United States Courts of Appeal, and the United States Supreme Court on issues including religious discrimination in state funding, the ministerial exception, cruel and unusual punishment, and excessive fines
- First-chaired a Rule 30(b)(6) deposition, drafted an opposition brief persuading the district court to deny summary judgment, and secured a favorable monetary settlement on behalf of a client in a 42 U.S.C. § 1983 prisoner civil rights action

*Law Clerk,* **U.S. Court of Appeals for the Eighth Circuit**, St. Louis, MO        Aug. 2016 – Aug. 2017
- Reviewed *Anders* briefs, *en banc* petitions, 28 U.S.C. § 2255 habeas petitions, and requests for certificates of appealability
- Authored bench memoranda regarding issues such as statutory interpretation, Fourth Amendment searches and seizures, Fourteenth Amendment violations, federal evidentiary rules, federal sentencing guidelines, and Rule 12(b)(6) motions to dismiss
- Drafted opinions on procedural and substantive challenges to federal criminal sentences, motions for a new trial, sufficiency-of-evidence claims, *Johnson* "crimes of violence," qualified immunity, and constitutional challenges to state statutes

# EXHIBIT 1-L

# RACHEL N. BUSICK

1117 N Street NW, Unit B, Washington, DC 20005 | (425) 443-0270 | rnbusick@gmail.com

## EDUCATION

**Pepperdine University School of Law**, Malibu, CA                                                May 2015
J.D., *magna cum laude*, GPA: 3.94; Class Rank 9/186 (top 5%); Order of the Coif

| | |
|---|---|
| Journal: | *Pepperdine Law Review*, Literary Citation Editor |
| | *Harvard Journal of Law & Public Policy*, 2014 National Symposium Issue Editor |
| Moot Court: | 2014 Vincent S. Dalsimer Moot Court Competition, Best Petitioner Brief |
| Leadership: | Federalist Society, Treasurer; Christian Legal Society, Treasurer |
| Volunteer: | Global Justice Program (teaching trial advocacy workshops in India) |

**Whitworth University**, Spokane, WA                                                                    May 2012
B.A., Mathematics and Speech Communication, *summa cum laude*, GPA: 3.98

## PROFESSIONAL EXPERIENCE

**Hon. Victor J. Wolski, U.S. Court of Federal Claims**, Washington, D.C.          Sept. 2015–present
*Judicial Clerk*
Research and draft orders and opinions, including in cases involving bid protests, rails-to-trails takings, government contracts, tax disputes, and *pro se* plaintiffs. Assist in preparing for hearings and oral arguments. Observe ADR conferences.

**Samaritan's Purse**, Boone, NC                                                                        Summer 2014
*Law Clerk*
Researched and drafted memoranda on state laws relating to employer liability, charitable solicitation registration and disclosure requirements, exemptions for religious organizations, and employee privacy rights. Attended meetings in Kenya concerning international tax, immigration, and incorporation law.

**Hon. Sandra S. Ikuta, U.S. Court of Appeals for the Ninth Circuit**, Pasadena, CA          Fall 2013
*Judicial Intern*
Analyzed civil, criminal, immigration, and arbitration cases. Researched case law and drafted bench memoranda. Assisted in oral argument preparation.

**Shared Hope International**, Arlington, VA                                                          Summer 2013
*Blackstone Fellow*
Researched and analyzed state law changes concerning sex trafficking of domestic minors.

## PUBLICATION

*Blurred Lines or Bright Line? Addressing the Demand for Sex Trafficking Under California Law*, 42 PEPP. L. REV. 333 (2015).

## BAR ADMISSION

Washington State Bar Association (No. 50388)

## PERSONAL

Federalist Society member. Blackstone Legal Fellow and James Wilson Institute Fellow. Enjoy swing dancing, CrossFit, reading, hiking, jigsaw puzzles, and Spanish (conversational).