**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| FRANCISCAN ALLIANCE, INC., *et al.*, | ) ) ) |
| *Plaintiffs*, | ) )   Case No. 7:16-cv-00108-O |
| v. | ) ) |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

**DECLARATION OF BRADLEY P. HUMPHREYS**

1.      My name is Bradley Humphreys.  I am over the age of 18 and have personal knowledge of the contents of this declaration.

2.      I am a Trial Attorney at the U.S. Department of Justice in the Federal Programs Branch of the Civil Division.  I have been counsel for Defendants in the above-captioned matter since June 2019.  I offer this declaration in support of Defendants' response to Plaintiffs' Motion for Award of Attorney's Fees and Expenses.

3.      I have personally reviewed the Declaration of Luke W. Goodrich of the Becket Fund for Religious Liberty ("Becket Fund") and the accompanying exhibits, including Exhibit 1-C, which includes the Becket Fund's billing entries.

4.      Exhibit A-1 includes a table with Defendants' proposed fee rates by relevant year for the Becket Fund attorneys involved in this litigation.

5.      Based on my review of the Becket Fund's billing entries, my personal involvement in the case, and my review of the filings on the dockets in this Court and in the Fifth Circuit, I have identified the Becket Fund billing entries that appear—given the description and timing of the billing entries—to relate to (a) work performed by the Becket Fund related to filings and arguments made by River City Gender Alliance and the American Civil Liberties Union (together "Intervenors"); (b) work performed by the Becket fund related to Plaintiffs' January 17, 2020 Motion to Set Deadline for Filing Petition for Fees and Expenses; and (c) work performed on Plaintiffs' requests for deadline extensions.

6.      Exhibit A-2 includes the excerpted billing entries that Defendants believe reflect work performed related to filings and arguments made by the Intervenors.

7.      Exhibit A-3 includes the excerpted billing entries that Defendants believe reflect work performed related to Plaintiffs' January 17, 2020 Motion to Set Deadline for Filing Petition for Fees and Expenses.

8.      Exhibit A-4 includes the excerpted billing entries that Defendants belief reflect work performed related to Plaintiffs' requests for deadline extensions.

9.      Exhibit A-5 includes the excerpted billing entries that Defendants believe have been impermissibly "block" billed.  Defendants have exercised discretion in excerpting these entries and included only such entries that they believe provide insufficient detail to evaluate the reasonableness of the hours billed.

10.      I have also reviewed the Becket Fund's billing records to identify the billing entries that appear to relate to the work Becket Fund personnel did to prepare their Motion for Award of Attorney's Fees and Expenses, including related research and communications with Defendants

regarding fees. Exhibit A-6 includes the excerpted billing entries that Defendants believe reflect that work.

11.     Exhibit A-7 is a summary of Defendants' calculations of what Defendants consider to be the maximum reasonable fee award in this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 18, 2023

Bradley P. Humphreys

3

# Exhibit A-1

## Defendants' Proposed Lodestar Rates

|  | 2016 Rate | 2017 Rate | 2018 Rate | 2019 Rate | 2020 Rate | 2021 Rate | 2022 Rate |
|---|---|---|---|---|---|---|---|
| Daniel Chen ('16) | N/A | N/A | N/A | N/A | $365/hour | $460/hour | $460/hour |
| Diana Thomson ('09) | $555/hour | $555/hour | N/A | N/A | N/A | N/A | N/A |
| Joseph Davis ('14) | N/A | N/A | N/A | $460/hour | $460/hour | $555/hour | $555/hour |
| Lori Windham ('05) | $650/hour | $650/hour | N/A | N/A | N/A | N/A | N/A |
| Luke Goodrich ('04) | $650/hour | $650/hour | $755/hour | $755/hour | $755/hour | $755/hour | $755/hour |
| Mark Rienzi ('00) | $755/hour | $755/hour | $755/hour | $900/hour | $900/hour | $900/hour | N/A |
| Stephanie Barclay ('11) | $460/hour | $460/hour | N/A | N/A | N/A | N/A | N/A |
| Rachel Busick ('15) | $270/hour | $270/hour | N/A | N/A | N/A | N/A | N/A |
| Paralegals | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour | $210/hour |

# Exhibit A-2

**Entries Related to Intervenors' Participation and Arguments**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/3/2016 | Chelise Fox | Proofread and revise motion for extension of time to file response. | 1 |
| 10/3/2016 | Darlene Calandra | Cite check Motion for Extension. | 1.5 |
| 10/5/2016 | Luke Goodrich | draft reply ISO extension motion | 1 |
| 10/6/2016 | Luke Goodrich | revise reply ISO motion for extension | 0.2 |
| 10/6/2016 | Luke Goodrich | finalize and file reply ISO extension motion | 0.3 |
| 10/24/2016 | Luke Goodrich | review ACLU motion to stay; outline response | 0.9 |
| 10/24/2016 | Mark Rienzi | research re stay | 2 |
| 10/24/2016 | Stephanie Barclay | Research on ACLU motion to stay | 6.2 |
| 10/25/2016 | Luke Goodrich | call w M Rienzi and S Barclay re motion to stay | 0.5 |
| 10/25/2016 | Luke Goodrich | research response to motion to stay | 1.6 |
| 10/26/2016 | Mark Rienzi | calls and research regarding DOJ proposal and confer with client re same (2.0); review and finalize ACLU response (2.5) | 2.5 |
| 10/26/2016 | Luke Goodrich | revise response to ACLU motion to stay | 0.8 |
| 10/26/2016 | Luke Goodrich | draft and revise response to ACLU stay motion | 1.3 |
| 10/26/2016 | Luke Goodrich | draft response to ACLU motion to stay | 3.4 |
| 10/27/2016 | Lori Windham | Discussion re: response to ACLU filing | 0.3 |
| 10/28/2016 | Mark Rienzi | confer with team and finalize ACLU response (2.0); research and confer with team re HHS proposal (1.0) | 2 |
| 10/28/2016 | Stephanie Barclay | Worked on editing and finalizing response to ACLU and filed the response. | 7 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/28/2016 | Chelise Fox | Proofread, revise, and file Response to ACLU Stay Motion. | 1.5 |
| 10/28/2016 | Darlene Calandra | Update Share Point files; prepare draft Response to ACLU Motion to Stay for S. Barclay | 0.75 |
| 11/1/2016 | Darlene Calandra | Update Share Point files; prepare draft Response to ACLU Motion to Stay for S. Barclay | 0.5 |
| 11/21/2016 | Stephanie Barclay | Reviewed reply filed by ACLU | 0.9 |
| 11/24/2016 | Stephanie Barclay | Reviewed ACLU amicus brief. | 2 |
| 11/25/2016 | Stephanie Barclay | Reviewed ACLU's amicus brief and typed notes; (1); team call to discuss next steps and strategy (1.5) | 2.5 |
| 1/9/2017 | Luke Goodrich | review ACLU motion and research response | 1.6 |
| 1/10/2017 | Luke Goodrich | outline response to ACLU motion | 0.2 |
| 1/10/2017 | Luke Goodrich | call w TX re ACLU motion | 1.1 |
| 1/11/2017 | Stephanie Barclay | Worked on response to ACLU. | 4.5 |
| 1/13/2017 | Luke Goodrich | call w TX re ACLU motion | 0.5 |
| 1/13/2017 | Luke Goodrich | research and draft response to ACLU motion | 2.7 |
| 1/13/2017 | Stephanie Barclay | Research regarding ACLU standing. | 1.4 |
| 1/13/2017 | Stephanie Barclay | Reviewed, revised draft of response to ACLU Luke circulated. | 2.4 |
| 1/14/2017 | Luke Goodrich | revise ACLU response | 0.7 |
| 1/17/2017 | Diana Thomson | reviewing government response to ACLU motion | 0.2 |
| 1/17/2017 | Luke Goodrich | review DOJ response to ACLU | 0.1 |
| 1/17/2017 | Luke Goodrich | finalize response to ACLU motion | 1.4 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/17/2017 | Stephanie Barclay | Helped finalize the response to ACLU filing. | 2.1 |
| 1/19/2017 | Luke Goodrich | review ACLU reply | 0.3 |
| 1/31/2017 | Luke Goodrich | research for ACLU response | 1 |
| 1/31/2017 | Luke Goodrich | call w M Rienzi re ACLU response | 0.1 |
| 1/31/2017 | Luke Goodrich | call w cocounsel re ACLU response | 0.2 |
| 2/2/2017 | Luke Goodrich | research and draft response to ACLU | 3.7 |
| 2/2/2017 | Diana Thomson | research re: ACLU appeal | 0.6 |
| 2/3/2017 | Diana Thomson | research and draft motion to dismiss ACLU appeal | 4.7 |
| 2/3/2017 | Luke Goodrich | research and revise response to ACLU | 2 |
| 2/6/2017 | Diana Thomson | working on motion to dismiss appeal | 3.8 |
| 2/6/2017 | Lori Windham | Research client question, discussion re: appeal | 0.7 |
| 2/6/2017 | Luke Goodrich | revise ACLU response | 0.4 |
| 2/7/2017 | Chelise Fox | Proofread Franciscan response. | 2.7 |
| 2/7/2017 | Diana Thomson | research and draft motion to dismiss appeal | 5.7 |
| 2/7/2017 | Stephanie Barclay | revise response | 0.2 |
| 2/8/2017 | Stephanie Barclay | Called Luke to discuss next steps and corresponded with team re ACLU appeals; researched procedural issues. | 1 |
| 2/8/2017 | Luke Goodrich | research appellate jurisdiction | 0.8 |
| 2/8/2017 | Luke Goodrich | finalize and file ACLU response | 0.4 |
| 2/8/2017 | Diana Thomson | working on motion to dismiss appeal | 0.7 |

3

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 2/9/2017 | Luke Goodrich | research and draft motion to dismiss appeal | 3.6 |
| 2/9/2017 | Diana Thomson | working on motion to dismiss for lack of jurisdiction | 1.3 |
| 2/9/2017 | Luke Goodrich | call w M Rienzi, S Barclay re appeal | 0.7 |
| 2/9/2017 | Stephanie Barclay | Reviewed CA5 order granting MTD in related case. | 0.6 |
| 2/9/2017 | Stephanie Barclay | Email and discussion with team regarding motion to dismiss ACLU's appeal. | 3.4 |
| 2/10/2017 | Stephanie Barclay | Worked on motion to dismiss and discussed next steps with team. | 9 |
| 2/10/2017 | Luke Goodrich | review ACLU stay motion | 0.4 |
| 2/10/2017 | Diana Thomson | working on motion to dismiss | 0.4 |
| 2/12/2017 | Mark Rienzi | work on CA5 motion | 0.5 |
| 2/13/2017 | Darlene Calandra | Revise, edit, and cite check Fifth Circuit Motion to Dismiss ACLU Appeal; discuss with L. Goodrich and S. Barclay. | 1.5 |
| 2/13/2017 | Lori Windham | Discussion re motion response | 0.3 |
| 2/13/2017 | Luke Goodrich | revise extension motion | 0.2 |
| 2/13/2017 | Luke Goodrich | research, draft, and revise motion to dismiss ACLU appeal | 4.8 |
| 2/13/2017 | Chelise Fox | Reviewed (proofread, etc.) Mot to Dismiss ACLU Appeal. | 1.5 |
| 2/13/2017 | Diana Thomson | working on motion to dismiss | 0.5 |
| 2/13/2017 | Mark Rienzi | work on brief and calls re same | 1 |
| 2/13/2017 | Stephanie Barclay | Responded to Luke's questions and provided additional research. | 0.4 |
| 2/13/2017 | Stephanie Barclay | Discussed MTD and response to motion to Stay with Luke and discussed citations with paralegals. | 0.6 |

4

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 2/13/2017 | Stephanie Barclay | Responded to Luke's question about standing and performed additional research. | 2.1 |
| 2/13/2017 | Stephanie Barclay | Worked on motion to dismiss. | 0.2 |
| 2/13/2017 | Stephanie Barclay | Revised motion to dismiss and plugged in missing cites. | 1.2 |
| 2/14/2017 | Stephanie Barclay | Reviewed TX motion for extension of time and ACLU motion to stay and began work on drafting response to ACLU. | 1.9 |
| 2/14/2017 | Luke Goodrich | draft response to ACLU stay motion | 0.5 |
| 2/14/2017 | Luke Goodrich | review and revise motion to dismiss and extension motion | 0.8 |
| 2/14/2017 | Luke Goodrich | review and outline ACLU stay motion; research and outline response | 1.9 |
| 2/14/2017 | Luke Goodrich | call w Becket team to discuss ACLU stay motion and our response | 0.3 |
| 2/14/2017 | Darlene Calandra | Revise, edit, and cite check Fifth Circuit Motion to Dismiss ACLU Appeal; discuss with L. Goodrich and S. Barclay. | 0.5 |
| 2/14/2017 | Diana Thomson | response to motion to stay in 5th Circuit | 0.5 |
| 2/14/2017 | Diana Thomson | discussing response to ACLU motion to stay 5th Circuit injunction | 0.8 |
| 2/14/2017 | Mark Rienzi | discussion and emails re brief | 0.5 |
| 2/14/2017 | Stephanie Barclay | Revised response and researched cases. | 0.6 |
| 2/15/2017 | Elizabeth Dobak | Cite checked motion to dismiss, filled out appearance of counsel forms for Stephanie and Luke, retrieved ECF credentials for Stephanie, e-filed appearance forms for both attorneys | 3 |
| 2/15/2017 | Diana Thomson | working on 5th circuit response to motion to stay | 9.3 |
| 2/15/2017 | Luke Goodrich | revise extension motion | 0.2 |
| 2/15/2017 | Luke Goodrich | finalize and file MTD | 0.9 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 2/15/2017 | Luke Goodrich | draft stay response | 2.6 |
| 2/15/2017 | Luke Goodrich | revise and finalize motion to dismiss appeal | 1.5 |
| 2/15/2017 | Stephanie Barclay | Worked on drafting sections for response to ACLU. | 3 |
| 2/15/2017 | Lori Windham | Research and draft response to motion for stay | 9 |
| 2/15/2017 | Luke Goodrich | finalize motion to dismiss and motion for extension | 1 |
| 2/15/2017 | Stephanie Barclay | Revised motion to dismiss and researched ACLU filings. | 4.1 |
| 2/16/2017 | Luke Goodrich | draft response to stay motion | 5.2 |
| 2/16/2017 | Luke Goodrich | finalize and file extension motion | 0.6 |
| 2/16/2017 | Diana Thomson | oppo to ACLU motion to stay | 2.9 |
| 2/16/2017 | Lori Windham | Research and revise draft brief | 2 |
| 2/16/2017 | Stephanie Barclay | Worked on response to ACLU motion to stay PI. | 2.1 |
| 2/17/2017 | Mark Rienzi | work on brief (2.0); strategy call (.5) | 2.5 |
| 2/17/2017 | Luke Goodrich | draft and revise stay response | 5.2 |
| 2/17/2017 | Luke Goodrich | email memo re litigation strategy | 1 |
| 2/24/2017 | Diana Thomson | research re: 5th Circuit appeal | 6.9 |
| 2/27/2017 | Luke Goodrich | review and outline intervenors' response to MTD; research and outline reply | 1.9 |
| 2/27/2017 | Diana Thomson | research re 5th Circuit appeal | 5.5 |
| 2/27/2017 | Luke Goodrich | research re MTD reply | 0.2 |
| 2/27/2017 | Stephanie Barclay | Reviewed ACLU's motion to dismiss and did preliminary research. | 1.9 |

6

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 2/27/2017 | Stephanie Barclay | Researched questions regarding court jurisdiction and intervention. | 6.2 |
| 2/28/2017 | Diana Thomson | researching appeal | 7.6 |
| 2/28/2017 | Luke Goodrich | research and draft MTD reply | 5.1 |
| 2/28/2017 | Luke Goodrich | call w Becket attorneys re MTD reply | 0.7 |
| 2/28/2017 | Mark Rienzi | call re brief | 0.5 |
| 3/1/2017 | Stephanie Barclay | Strategy call and follow-up review and revision of reply to ACLU's response. | 5.5 |
| 3/1/2017 | Diana Thomson | research re: appeal | 4.6 |
| 3/1/2017 | Luke Goodrich | research and draft MTD reply | 4 |
| 3/1/2017 | Mark Rienzi | call with texas (1.0); internal strategy discussions (.3); work on brief (1.0) | 1 |
| 3/2/2017 | Luke Goodrich | research and revise MTD reply | 3.4 |
| 3/2/2017 | Diana Thomson | reviewing reply to motion to dismiss appeal | 1.8 |
| 3/2/2017 | Stephanie Barclay | Revised reply to ACLU. | 3.2 |
| 3/3/2017 | Mark Rienzi | review brief | 0.3 |
| 3/3/2017 | Stephanie Barclay | Call with Luke re reply brief. | 0.7 |
| 3/3/2017 | Stephanie Barclay | Research for reply brief. | 5.7 |
| 3/3/2017 | Luke Goodrich | revise MTD reply | 0.3 |
| 3/3/2017 | Luke Goodrich | call w S Barclay to discuss MTD reply | 0.7 |
| 3/5/2017 | Luke Goodrich | revise MTD reply | 0.5 |

7

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 3/6/2017 | Darlene Calandra | Cite check, format, edit and proofread Reply in Support of Motion to Dismiss Appeal; discuss with E. Dobak, S. Barclay, L. Goodrich | 3 |
| 3/6/2017 | Stephanie Barclay | Worked on finalizing reply brief. | 4.9 |
| 3/6/2017 | Luke Goodrich | revise and finalize MTD reply | 3.5 |
| 3/14/2017 | Luke Goodrich | review motion for extension | 0.1 |
| 3/15/2017 | Stephanie Barclay | Reviewed extension motion. | 0.4 |
| 3/15/2017 | Stephanie Barclay | Reviewed final documents for filing. | 0.5 |
| 3/15/2017 | Luke Goodrich | finalize and file extension motion | 1 |
| 3/28/2017 | Stephanie Barclay | Discussed response to ACLU motion to stay with Luke and performed follow-up research for response. | 1.3 |
| 3/28/2017 | Lori Windham | Discussion via email re: appeal strategy | 0.4 |
| 3/28/2017 | Stephanie Barclay | Correspondence re ACLU request to separate appeal issues. | 0.1 |
| 3/29/2017 | Stephanie Barclay | Worked on drafting response to ACLU motion. | 3.7 |
| 3/30/2017 | Stephanie Barclay | Worked on drafting response to ACLU's motion. | 4.1 |
| 3/31/2017 | Stephanie Barclay | Worked on drafting response to ACLU. | 4.6 |
| 3/31/2017 | Stephanie Barclay | Revised response to ACLU. | 1.8 |
| 4/4/2017 | Stephanie Barclay | Worked on response to ACLU's motion to bifurcate. | 5.2 |
| 4/5/2017 | Stephanie Barclay | Revised draft response to ACLU motion to bifurcate. | 0.5 |
| 4/5/2017 | Stephanie Barclay | Discussed response to ACLU with Luke and revised. | 0.6 |
| 4/5/2017 | Lori Windham | Discussions re: motion | 0.2 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 4/7/2017 | Darlene Calandra | Cite check, proofread, format and edit Response to Motion to Bifurcate and discuss with C. Fox, L. Goodrich, S. Barclay | 2.5 |
| 4/7/2017 | Luke Goodrich | finalize and file response to motion to bifurcate | 0.6 |
| 4/7/2017 | Stephanie Barclay | Revised response to ACLU and research on cited cases. | 0.4 |
| 4/8/2017 | Lori Windham | Review ACLU reply, discuss | 0.3 |
| 4/10/2017 | Stephanie Barclay | Reviewed ACLU motion, researched applicable case law, and responded to Luke's legal question re the motion. | 1.8 |
| 4/10/2017 | Luke Goodrich | review ACLU dist ct stay reply | 0.2 |
| 4/11/2017 | Luke Goodrich | draft 5th cir reply ISO motion to suspend briefing | 1 |
| 4/11/2017 | Lori Windham | Review reply & comment | 0.5 |
| 4/11/2017 | Stephanie Barclay | Call with Luke re ACLU motion and subsequent review of motion. | 0.5 |
| 4/12/2017 | Luke Goodrich | finalize 5th Cir reply ISO motion to suspend briefing | 0.3 |
| 4/13/2017 | Luke Goodrich | finalize 5th Cir reply ISO motion to suspend briefing | 0.3 |
| 4/13/2017 | Darlene Calandra | Cite check, proofread, format and edit 5th Cir Reply re Motion to Stay and discuss with C. Fox, L. Goodrich, S. Barclay | 2.5 |
| 4/17/2017 | Luke Goodrich | revise response to ACLU 5th Cir motion to stay PI pending appeal | 1.8 |
| 4/18/2017 | Chelise Fox | Created shell and made initial draft for motion for extension of time. | 1.6 |
| 4/19/2017 | Luke Goodrich | review motions and research appellate procedure | 0.3 |
| 4/19/2017 | Luke Goodrich | call clerk, email co-counsel re reply | 0.3 |
| 4/19/2017 | Lori Windham | Discussion via email re: motion | 0.3 |

9

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 4/19/2017 | Luke Goodrich | revise and send to co-counsel our draft extension request | 0.2 |
| 4/19/2017 | Stephanie Barclay | Reviewed docket and recent notice from court and discussed as team. | 0.6 |
| 4/19/2017 | Stephanie Barclay | Worked on motion for extension of time. | 1.8 |
| 4/20/2017 | Luke Goodrich | finalize and file extension motion | 0.4 |
| 4/20/2017 | Luke Goodrich | email opposing counsel re extension | 0.1 |
| 4/20/2017 | Stephanie Barclay | Correspondence regarding motion to extend. | 0.6 |
| 4/20/2017 | Stephanie Barclay | Revised response to ACLU motion to stay. | 1 |
| 4/21/2017 | Chelise Fox | Cite check 5th Cir. response to motion for stay of injunction. | 4.3 |
| 4/24/2017 | Luke Goodrich | review 5th cir extension order | 0.1 |
| 4/24/2017 | Luke Goodrich | research fifth circuit rules re stay | 0.2 |
| 4/24/2017 | Luke Goodrich | research 5th Cir rules | 0.5 |
| 4/24/2017 | Luke Goodrich | revise response to 5th Cir Motion to stay PI | 1.9 |
| 6/19/2017 | Luke Goodrich | finalize 5th Cir extension motion | 0.2 |
| 12/14/2018 | Luke Goodrich | call w M Rienzi re briefing schedule | 0.1 |
| 12/14/2018 | Luke Goodrich | call w J Block re ACLU re briefing schedule; email co-counsel | 0.2 |
| 4/8/2019 | Mark Rienzi | Review ACLU brief | 1 |
| 4/8/2019 | Luke Goodrich | review and craft response to ACLU MSJ opposition | 1.5 |
| 4/9/2019 | Joseph Davis | Prepared for and participated in telephone conference regarding reply in support of motion for summary judgment. | 1.5 |
| 4/9/2019 | Mark Rienzi | Review ACLU brief | 0.5 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 4/9/2019 | Mark Rienzi | Confer with team re strategy | 0.8 |
| 4/9/2019 | Luke Goodrich | research re MSJ reply | 0.6 |
| 4/9/2019 | Luke Goodrich | call w M Rienzi, E Rassbach, L Windham, D Verm, S Barclay, and J Davis re MSJ strategy | 0.7 |
| 4/10/2019 | Luke Goodrich | research and draft MSJ reply | 3.5 |
| 4/11/2019 | Luke Goodrich | draft memo to clients re MSJ | 0.4 |
| 4/12/2019 | Luke Goodrich | finalize and email memo to client re MSJ | 0.4 |
| 4/12/2019 | Luke Goodrich | revise MSJ reply outline | 0.1 |
| 4/15/2019 | Luke Goodrich | call w J Davis to plan reply drafting | 0.1 |
| 4/15/2019 | Luke Goodrich | draft MSJ reply | 0.4 |
| 4/16/2019 | Luke Goodrich | research and draft MSJ reply | 5.4 |
| 4/17/2019 | Luke Goodrich | research and draft MSJ reply | 4 |
| 4/18/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 9.4 |
| 4/18/2019 | Luke Goodrich | draft MSJ reply | 2.7 |
| 4/19/2019 | Joseph Davis | Performed research regarding standing section of reply in support of summary judgment and drafted that section. | 0.8 |
| 4/22/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 4 |
| 4/23/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 4.8 |
| 4/23/2019 | Luke Goodrich | draft and revise MSJ reply | 5.8 |
| 4/24/2019 | Luke Goodrich | call w J Davis re MSJ reply | 0.1 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 4/24/2019 | Luke Goodrich | research and revise reply | 2.8 |
| 4/25/2019 | Luke Goodrich | revise MSJ reply | 0.5 |
| 4/26/2019 | Joseph Davis | Performed research for and revised reply in support of summary judgment in light of comments from Luke Goodrich. | 3.5 |
| 4/29/2019 | Joseph Davis | Performed research for and drafted Free Exercise portion of reply in support of motion for summary judgment. | 1.8 |
| 4/29/2019 | Luke Goodrich | revise MSJ reply | 1.1 |
| 4/30/2019 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion for summary judgment. | 5.7 |
| 4/30/2019 | Luke Goodrich | revise MSJ reply | 3.4 |
| 4/30/2019 | Mark Rienzi | Review and comment on reply brief | 1.5 |
| 5/1/2019 | Joseph Davis | Performed research for, revised, and drafted reply in support of motion for summary judgment in light of comments from Luke Goodrich. | 3 |
| 5/1/2019 | Joseph Davis | Performed research regarding interpretation of termination-of- pregnancy provision. | 3.1 |
| 5/1/2019 | Joseph Davis | Performed research regarding nationwide injunctions, for purposes of drafting reply in support of motion for summary judgment. | 1.4 |
| 5/1/2019 | Luke Goodrich | revise MSJ reply | 5.2 |
| 5/1/2019 | Luke Goodrich | call w J Davis re MSJ reply | 0.1 |
| 5/2/2019 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion for summary judgment. | 4.4 |
| 5/2/2019 | Megan Schilling | Cite check Reply in support of Motion for Summary Judgment | 4 |

12

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 5/2/2019 | Darlene Calandra | Cite check, proofread, format and edit Reply Brief; discuss with Goodrich and paralegals | 5 |
| 5/2/2019 | Jennifer Montazzoli | Cite checked reply in support of MSJ | 5.5 |
| 5/2/2019 | Luke Goodrich | revise msj reply | 1.1 |
| 5/3/2019 | Megan Schilling | Cite check Reply ISO Renewed Motion for SJ, run TOA, complete page check; prepare for filing | 3.5 |
| 5/3/2019 | Joseph Davis | Reviewed and revised draft reply in support of summary judgment in light of cite-check and additional comments from Luke Goodrich. | 2.4 |
| 5/3/2019 | Joseph Davis | Revised, proofread, and finalized for filing reply in support of motion for summary judgment. | 3.8 |
| 5/3/2019 | Darlene Calandra | Cite check, proofread, format and edit Reply Brief; discuss with Goodrich and paralegals | 1.5 |
| 5/3/2019 | Jennifer Montazzoli | Cite checked reply in support of MSJ | 2.5 |
| 5/3/2019 | Luke Goodrich | revise MSJ Reply | 1.2 |
| 5/10/2019 | Luke Goodrich | send reply brief to clients | 0.1 |
| 5/15/2019 | Mark Rienzi | Call with client re next steps | 0.2 |
| 8/7/2019 | Luke Goodrich | discuss w M Rienzi, research, and draft memo updating clients re supplemental brief | 1.5 |
| 8/7/2019 | Mark Rienzi | Review order, confer with team and co-counsel, confer with client re brief | 1 |
| 8/7/2019 | Joseph Davis | Prepared for and participated in phone call with Luke Goodrich and Lori Windham regarding supplemental-briefing order. | 0.2 |
| 8/7/2019 | Joseph Davis | Reviewed and performed research regarding supplemental briefing notice. | 0.6 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/7/2019 | Luke Goodrich | call w M Rienzi and co-counsel re supplemental brief | 0.3 |
| 8/7/2019 | Luke Goodrich | call w M Rienzi re briefing order | 0.4 |
| 8/7/2019 | Luke Goodrich | call w L Windham and J Davis re supplemental brief | 0.7 |
| 8/9/2019 | Joseph Davis | Performed research for and drafted brief regarding court's supplemental-briefing order and revised in light of comments from Luke Goodrich. | 5.2 |
| 8/9/2019 | Luke Goodrich | further revise supplemental brief | 0.8 |
| 8/9/2019 | Luke Goodrich | calls and research to revise supplemental brief | 2 |
| 8/9/2019 | Luke Goodrich | call w M Rienzi re supp br | 0.2 |
| 8/9/2019 | Mark Rienzi | Confer with team and client and review draft brief on standing | 0.8 |
| 8/12/2019 | Darlene Calandra | Cite check, proofread, format and edit Supplemental Brief on Standing; discuss with J. Montazzoli, J. Davis and L. Goodrich | 1 |
| 8/12/2019 | Jennifer Montazzoli | Cite check Supplemental Brief on Standing | 1 |
| 8/12/2019 | Joseph Davis | Reviewed and incorporated suggestions into supplemental brief regarding Town of Chester case. | 1.7 |
| 8/12/2019 | Joseph Davis | Finalized and prepared for filing supplemental brief ordered by court. | 3 |
| 8/12/2019 | Luke Goodrich | review and revise supp br | 0.3 |
| 8/12/2019 | Luke Goodrich | email clients re supp br | 0.4 |
| 9/10/2019 | Joseph Davis | Received and reviewed order setting hearing and corresponded with litigation team regarding the same. | 1.1 |

14

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 9/13/2019 | Darlene Calandra | Prepare Oral Argument binders; discuss with J. Davis and L. Goodrich; update electronic docket and Share Point files | 1.75 |
| 1/22/2020 | Joseph Davis | Corresponded with Mark Rienzi and Luke Goodrich regarding response to email from counsel for ACLU. | 0.3 |
| 1/22/2020 | Mark Rienzi | Discussions re strategy for responding to ACLU | 0.3 |
| 4/12/2021 | Joseph Davis | Received and reviewed ACLU's response to 28(j). | 0.2 |
| 4/12/2021 | Luke Goodrich | review ACLU 28(j) response | 0.1 |
| 6/7/2021 | Daniel Chen | Read government and ACLU briefs (1.0); research case law on issues (1.0) | 2 |
| **Total Hours:** | | | **462.3** |

# Exhibit A-3

**Entries Related to Plaintiffs' Motion to Set Deadline for Filing
Petition for Fees and Expenses**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/13/2020 | Joseph Davis | Performed research regarding due date for seeking attorneys' fees. | 4.1 |
| 1/13/2020 | Luke Goodrich | review and discuss w J Davis memo re atty's fees | 0.3 |
| 1/14/2020 | Joseph Davis | Performed research regarding due date for seeking attorney's fees. | 5.1 |
| 1/14/2020 | Luke Goodrich | Correspondence w J Davis re attorney's fees | 0.2 |
| 1/15/2020 | Joseph Davis | Performed research for and drafted motion to set deadline for motion for attorney's fees. | 7.5 |
| 1/16/2020 | Joseph Davis | Performed research for, drafted, and revised motion to set deadline for filing of fee petition in light of comments from Luke Goodrich. | 1.8 |
| 1/16/2020 | Joseph Davis | Performed research for and drafted background section of motion to set deadline for filing of fee petition. | 3.4 |
| 1/16/2020 | Joseph Davis | Corresponded with counsel for the defendants regarding motion to set deadline for filing of fee petition. | 0.6 |
| 1/16/2020 | Luke Goodrich | revise fee motion | 0.4 |
| 1/16/2020 | Luke Goodrich | correspondence re timing of fees and possible appeal | 0.5 |
| 1/16/2020 | Luke Goodrich | review and revise motion re timing of fees | 0.8 |
| 1/17/2020 | Darlene Calandra | Cite check, proofread, format and edit Motion to Set Deadlines for Fees; discuss with J. Davis and paralegals. | 2.5 |
| 1/17/2020 | Joseph Davis | Performed research for and drafted motion to set deadline for filing of fee petition in light of comments from Luke Goodrich. | 2.3 |
| 1/17/2020 | Joseph Davis | Revised, proofread, and finalized motion to set deadline for seeking attorneys' fees in preparation for filing. | 4.2 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 1/17/2020 | Luke Goodrich | research, revise, proof, and finalize motion to set deadline on fees | 4.1 |
| 2/7/2020 | Joseph Davis | Received and reviewed government's response to fee motion and corresponded with case team regarding the same. | 0.4 |
| 2/10/2020 | Luke Goodrich | review US response on motion re fees; outline reply | 1.5 |
| 2/13/2020 | Joseph Davis | Performed research for and drafted outline of reply in support of motion to set deadline for filing of motion seeking attorneys' fees. | 0.6 |
| 2/13/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition. | 0.9 |
| 2/13/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition. | 2.5 |
| 2/13/2020 | Luke Goodrich | research re fee reply and review fee reply outline | 0.3 |
| 2/14/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition. | 5.4 |
| 2/18/2020 | Luke Goodrich | research and revise reply re fees | 5.5 |
| 2/19/2020 | Joseph Davis | Performed research for and drafted reply in support of motion to set deadline for filing of fee petition in light of comments from Luke Goodrich. | 4.7 |
| 2/20/2020 | Joseph Davis | Corresponded with paralegals regarding cite check. | 0.1 |
| 2/20/2020 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion to set briefing schedule for fee petition in light of additional comments from Luke Goodrich. | 2.8 |
| 2/20/2020 | Luke Goodrich | revise reply re fees | 1.4 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 2/21/2020 | Darlene Calandra | Cite check, proofread, format and edit Reply in Support of Motion to Set Deadline for Fees and discuss with J. Davis and paralegals. | 2 |
| 2/21/2020 | Hilary Boerger | Review, cite check and proofread Reply brief | 3.5 |
| 2/21/2020 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion to set briefing schedule for fee petition. | 5.5 |
| 2/21/2020 | Luke Goodrich | revise, finalize, and file reply re fees | 1.3 |
| 4/21/2020 | Luke Goodrich | review order on motion to set deadline for attorneys' fees | 0.4 |
| **Total Hours:** | | | **76.6** |

**Exhibit A-4**

**Entries Related to Plaintiffs' Requests to Extend Deadlines**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 9/26/2016 | Luke Goodrich | research and revise motion for extension | 1 |
| 11/21/2016 | Chelise Fox | Make initial shell documents and drafts for opp to mot for time extension, mot to extend time and page limit in PI reply. | 1 |
| 11/22/2016 | Stephanie Barclay | Worked on preparing motion for additional time and page limits. | 0.8 |
| 11/28/2016 | Luke Goodrich | finalize PI extension motion | 0.2 |
| 4/13/2022 | Joseph Davis | Prepared request for Level 1 extension. | 0.2 |
| 4/14/2022 | Joseph Davis | Drafted request for Level 1 extension and corresponded with case team regarding the same. | 1 |
| 5/12/2022 | Megan Schilling | Create shell for motion for extension of time for CA5 | 0.3 |
| 5/13/2022 | Joseph Davis | Reviewed and revised draft extension motion prepared by Daniel Chen. | 1.1 |
| 5/16/2022 | Daniel Chen | Revise and edit motion for extension of time. | 1.3 |
| 5/16/2022 | Joseph Davis | Reviewed and revised extension motion prepared by Daniel Chen. | 0.5 |
| 5/16/2022 | Joseph Davis | Drafted email for opposing counsel regarding extension. | 0.5 |
| 5/16/2022 | Zachary Novak | Created shell draft for motion for extension of time, sent to attorneys for review. | 0.8 |
| 5/17/2022 | Joseph Davis | Finalized and filed extension motion for appellees' brief. | 2 |
| 3/16/2020 | Joseph Davis | Performed research regarding extension request. | 0.6 |
| 3/16/2020 | Mark Rienzi | Confer with team re extension request and calling court | 0.2 |

1

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/17/2020 | Hilary Boerger | Prepare shell of letter to file on the docket and revise with attorney changes | 1 |
| 3/17/2020 | Joseph Davis | Prepared extension request on opening brief. | 1.6 |
| 4/23/2020 | Joseph Davis | Performed research and prepared extension request. | 1.7 |
| 4/24/2020 | Darlene Calandra | Prepare shell document, revise, and cite check Motion to Extension and discuss with J. Davis. | 1.5 |
| 4/24/2020 | Joseph Davis | Performed research for, drafted, and filed motion for extension of time to file appellate brief. | 3.7 |
| **Total Hours:** | | | **21.0** |

# Exhibit A-5

**Block Billing Entries**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 9/23/2016 | Stephanie Barclay | Call with Amy to discuss strategy of letter; revised letter; | 1.5 |
| 9/27/2016 | Stephanie Barclay | Research and drafting of APA sections of summary judgment motion. | 5.5 |
| 10/6/2016 | Lori Windham | Work on RFRA section draft, discussion w/ LG on approach and strategy | 6.7 |
| 10/11/2016 | Lori Windham | Research and draft injunction sections and research for declarations | 6.2 |
| 10/14/2016 | Lori Windham | Email discussion re: complaint and declarations, review complaint, revise declarations | 6.2 |
| 10/17/2016 | Darlene Calandra | Conduct research re filing Motion for Summary Judgment and prepare and revise Appendix contents | 1.5 |
| 10/17/2016 | Stephanie Barclay | Worked on finalizing first amended complaint for filing and revising declarations. | 6.6 |
| 10/17/2016 | Lori Windham | Strategy discussion, client call, revise complaint and declarations, research | 3.2 |
| 10/17/2016 | Mark Rienzi | work on amended complaint and SJ briefing and confer with client and team re same | 7.5 |
| 10/18/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment. | 7.5 |
| 10/18/2016 | Stephanie Barclay | Reviewed revised declarations and discussed Franciscan medical views. | 2.1 |

1

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/18/2016 | Mark Rienzi | work on SJ papers and confer with client and team re same | 5.5 |
| 10/19/2016 | Chelise Fox | Motion for Summary Judgment (declarations, formatting, research, cite check). | 7 |
| 10/19/2016 | Mark Rienzi | work on SJ filings and confer with team re same | 5.5 |
| 10/20/2016 | Chelise Fox | Cite check, proof, and revise MSJ and supporting documents. | 8 |
| 10/20/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment; discuss with C. Fox, E. Dobak and S. Barclay; assist with preparation of Appendix documents | 1.75 |
| 10/20/2016 | Stephanie Barclay | Spoke with doctors and worked on CMDA declarations. | 9.5 |
| 10/20/2016 | Lori Windham | Work on proposed order, evidentiary work for SJ motion | 5.8 |
| 10/21/2016 | Chelise Fox | Cite check, proof, and revise MSJ and supporting documents. | 8.3 |
| 10/21/2016 | Darlene Calandra | Cite check, proofread, edit and format Brief in Support of Motion for Summary Judgment; discuss with C. Fox, E. Dobak, S. Barclay, L. Goodrich; assist with preparation of Appendix to Motion for Summary Judgment. | 7.25 |
| 11/7/2016 | Lori Windham | Research and draft motion, strategy discussion via email | 5.5 |
| 12/1/2016 | Elizabeth Dobak | Cite checked reply and helped with other projects related to filing | 8 |
| 12/2/2016 | Elizabeth Dobak | Cite checked reply, checked and edited and updated tables, answered comments, completed various tasks for filing | 7.5 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/2/2016 | Lori Windham | Revise declarations, review draft, revise, research and update standing argument | 4 |
| 12/2/2016 | Luke Goodrich | draft, revise, proof and file PI reply | 6.7 |
| 12/15/2016 | Lori Windham | Moot for oral argument, followup on admissions & OA | 3 |
| 2/10/2017 | Stephanie Barclay | Worked on motion to dismiss and discussed next steps with team. | 9 |
| 2/14/2017 | Stephanie Barclay | Reviewed TX motion for extension of time and ACLU motion to stay and began work on drafting response to ACLU. | 1.9 |
| 2/15/2017 | Elizabeth Dobak | Cite checked motion to dismiss, filled out appearance of counsel forms for Stephanie and Luke, retrieved ECF credentials for Stephanie, e-filed appearance forms for both attorneys | 3 |
| 2/27/2017 | Luke Goodrich | review and outline intervenors' response to MTD; research and outline reply | 1.9 |
| 3/1/2017 | Stephanie Barclay | Strategy call and follow-up review and revision of reply to ACLU's response. | 5.5 |
| 3/6/2017 | Darlene Calandra | Cite check, format, edit and proofread Reply in Support of Motion to Dismiss Appeal; discuss with E. Dobak, S Barclay, L. Goodrich | 3 |
| 3/13/2017 | Darlene Calandra | Prepare and edit revised Appendix for Motion for Summary Judgment; discuss with L. Goodrich, C. Fox and S. Barclay | 2.5 |
| 3/14/2017 | Stephanie Barclay | Researched admin law remedies and worked on finalizing renewed summary judgment motion. | 6 |
| 3/30/2017 | Lori Windham | Strategy call, followup discussion, research on DOJ positions | 2 |
| 4/10/2017 | Stephanie Barclay | Reviewed ACLU motion, researched applicable case law, and responded to Luke's legal question re the motion. | 1.8 |
| 1/22/2019 | Joseph Davis | Performed research for and drafted motion for summary judgment. | 4.3 |

3

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 1/23/2019 | Joseph Davis | Performed research for, drafted, and revised motion for summary judgment. | 4.4 |
| 1/24/2019 | Joseph Davis | Performed research for and drafted motion for summary judgment. | 3.2 |
| 1/24/2019 | Joseph Davis | Performed research for and drafted opposition to Defendants' motion to stay. | 2.2 |
| 1/31/2019 | Darlene Calandra | Prepare Rassbach Pro Hac application; sign up Rassbach for ECF; order COGS from DC; update Appendix for new Motion for Summary Judgment; discuss with Davis; review court rules | 1.75 |
| 2/1/2019 | Darlene Calandra | cite check, proofread, format and edit Brief in Support of Partial Summary Judgment; discuss with J. Davis, L. Goodrich and paralegals | 4 |
| 2/4/2019 | Darlene Calandra | Cite check, proofread, format and edit Brief in Support of Partial Summary Judgment; discuss with attorneys and paralegals; discuss Rassbach Pro Hac Motion with Rassbach and Davis; update Share Point files. | 3.75 |
| 4/18/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 9.4 |
| 4/22/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 4 |
| 4/23/2019 | Joseph Davis | Performed research for and drafted reply in support of motion for summary judgment. | 4.8 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 4/26/2019 | Joseph Davis | Performed research for and revised reply in support of summary judgment in light of comments from Luke Goodrich. | 3.5 |
| 4/29/2019 | Joseph Davis | Performed research for and drafted Free Exercise portion of reply in support of motion for summary judgment. | 1.8 |
| 4/30/2019 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion for summary judgment. | 5.7 |
| 5/1/2019 | Joseph Davis | Performed research for, revised, and drafted reply in support of motion for summary judgment in light of comments from Luke Goodrich. | 3 |
| 5/2/2019 | Joseph Davis | Performed research for, drafted, and revised reply in support of motion for summary judgment. | 4.4 |
| 5/3/2019 | Megan Schilling | Cite check Reply ISO Renewed Motion for SJ, run TOA, complete page check; prepare for filing | 3.5 |
| 6/5/2019 | Joseph Davis | Performed research for and drafted supplemental brief in support of motion for summary judgment. | 3.1 |
| 6/5/2019 | Luke Goodrich | research, draft, and revise supplemental brief | 3.2 |
| 8/7/2019 | Mark Rienzi | Review order, confer with team and co-counsel, confer with client re brief | 1 |
| 8/9/2019 | Joseph Davis | Performed research for and drafted brief regarding court's supplemental-briefing order and revised in light of comments from Luke Goodrich. | 5.2 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/17/2020 | Darlene Calandra | Cite check, proofread, format and edit Motion to Set Deadlines for Fees; discuss with J. Davis and paralegals. | 2.5 |
| 1/21/2020 | Joseph Davis | Performed research for, drafted, and finalized appeal initiation documents. | 3.5 |
| 9/21/2020 | Joseph Davis | Performed research for, drafted, revised, and finalized opening brief in light of cite check and additional round of comments from Luke Goodrich. | 8.5 |
| 12/2/2020 | Daniel Chen | Discuss reply brief with Joseph Davis, research case law on vacatur and remand for injunctions, and begin drafting reply brief | 4.7 |
| 12/10/2020 | Joseph Davis | Performed research for, drafted, and revised reply brief. | 4.9 |
| 12/11/2020 | Zachary Novak | Conducted cite check to legal brief and made suggested edits, conducted second-level review to address consistency issues; updated docket in SP with additional filings. | 4 |
| 12/11/2020 | Joseph Davis | Drafted, revised, proofread, and finalized reply brief in advance of filing. | 7.1 |
| 3/3/2021 | Daniel Chen | Prepare for oral argument; listen to oral argument; debrief with team. | 3.5 |
| 3/3/2021 | Joseph Davis | Prepared for and participated in oral argument at Fifth Circuit. | 4.8 |
| 5/14/2021 | Megan Schilling | Cite check Pls Supplemental Brief on Remand; Perform page check; Draft email to chambers for word version of Proposed Order | 3 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 8/10/2021 | Daniel Chen | Research questions regarding appellate jurisdiction and review district court opinion. | 3.8 |
| 3/30/2022 | Daniel Chen | Read HHS and ACLU briefing, research case law, and review record and prior briefing. | 2.9 |
| 3/31/2022 | Daniel Chen | Read briefing and record material, research caselaw, and outline responses to arguments. | 4.6 |
| 5/12/2022 | Daniel Chen | Draft motion for extension of time, review outline, and read defendants' briefing. | 2.5 |
| 7/25/2022 | Daniel Chen | Review new Section 1557 rule; review media and comms assets; discuss strategy with team. | 3.5 |
| **Total Hours:** | | | **324.4** |

# Exhibit A-6

**Entries Related to Motion for Award of Attorney's Fees and Expenses**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 9/12/2022 | Joseph Davis | Performed research regarding deadline for seeking attorneys fees and corresponded with Luke Goodrich regarding the same. | 1.00 |
| 9/15/2022 | Joseph Davis | Corresponded with Luke Goodrich regarding fee issues. | 0.60 |
| 9/16/2022 | Joseph Davis | Performed research for and drafted motion to clarify deadline for filing fee petition. | 1.90 |
| 9/16/2022 | Joseph Davis | Performed research regarding fee issues. | 0.70 |
| 10/11/2022 | Luke Goodrich | prep hours for fee petition | 0.40 |
| 10/13/2022 | Luke Goodrich | review time entries for fee petition | 0.60 |
| 10/13/2022 | Luke Goodrich | review 700+ time entries for fee petition | 2.90 |
| 10/14/2022 | Luke Goodrich | review time records for fee petition | 1.40 |
| 10/14/2022 | Luke Goodrich | review time entries for fee petition | 2.40 |
| 10/17/2022 | Daniel Chen | Research fee petition case law in N.D. Tex. | 2.30 |
| 10/17/2022 | Luke Goodrich | research for fee petition | 0.30 |
| 10/17/2022 | Luke Goodrich | research re fee petition rates and local practice | 0.60 |
| 10/18/2022 | Daniel Chen | Research case law for fee petition | 2.50 |
| 10/19/2022 | Daniel Chen | Draft and research fee petition. | 7.10 |
| 10/25/2022 | Daniel Chen | Research fee petition case law and draft fee petition. | 2.90 |
| 10/25/2022 | Joseph Davis | Reviewed hours for purposes of fee petition. | 0.50 |
| 10/25/2022 | Luke Goodrich | research for fee petition | 0.20 |
| 10/26/2022 | Daniel Chen | Research case law for fee petition. | 0.50 |
| 10/31/2022 | Daniel Chen | Draft and research case law for fee petition. | 0.60 |
| 11/1/2022 | Daniel Chen | Legal research for fee petition. | 0.40 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/2/2022 | Daniel Chen | Research case law to draft fee petition. | 2.10 |
| 11/4/2022 | Daniel Chen | Research cases for billing judgment and email with team regarding findings. | 1.00 |
| 11/4/2022 | Daniel Chen | Review billing records and entries for fee petition. | 1.50 |
| 11/4/2022 | Joseph Davis | Performed research regarding fee petition. | 3.40 |
| 11/4/2022 | Luke Goodrich | review time records to delete for billing judgment. | 1.30 |
| 11/4/2022 | Luke Goodrich | review hours and exercise billing judgment for fee petition | 1.00 |
| 11/7/2022 | Daniel Chen | Review paralegal hours for fee petition. | 1.80 |
| 11/7/2022 | Joseph Davis | Performed research regarding fee petition. | 0.90 |
| 11/8/2022 | Daniel Chen | Review and cut billing records for fee petition. | 3.50 |
| 11/8/2022 | Daniel Chen | Research case law on what fees are recoverable. | 0.40 |
| 11/8/2022 | Joseph Davis | Performed research regarding fee petition. | 5.30 |
| 11/9/2022 | Daniel Chen | Research case law and draft and revise fee petition. | 3.90 |
| 11/9/2022 | Joseph Davis | Performed research regarding fee petition. | 0.30 |
| 11/10/2022 | Joseph Davis | Reviewed and revised outline of fee petition. | 0.80 |
| 11/17/2022 | Daniel Chen | Research rates and draft requests for fee petition. | 2.90 |
| 11/17/2022 | Luke Goodrich | review memo on hourly rates | 0.50 |
| 11/18/2022 | Daniel Chen | Meeting with Robison to discuss fee petition and declaration. | 0.30 |
| 11/28/2022 | Daniel Chen | Review case law and draft fee petition supporting documents. | 5.10 |

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 11/28/2022 | Joseph Davis | Performed research regarding fee issues. | 0.10 |
| 11/29/2022 | Daniel Chen | Fee petition case law research and drafting. | 4.30 |
| 11/30/2022 | Daniel Chen | Research case law for fee demand letter. | 1.10 |
| 11/30/2022 | Luke Goodrich | draft fee demand to DOJ | 5.00 |
| 12/1/2022 | Joseph Davis | Reviewed draft fee demand letter. | 0.50 |
| 12/12/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 5.30 |
| 12/12/2022 | Joseph Davis | Reviewed and revised draft declarations in support of fee petition. | 0.60 |
| 12/13/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 6.70 |
| 12/14/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 6.50 |
| 12/14/2022 | Joseph Davis | Performed research regarding fee petition. | 0.30 |
| 12/15/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 7.10 |
| 12/15/2022 | Luke Goodrich | prepare fee petition | 0.60 |
| 12/16/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 2.70 |
| 12/16/2022 | Joseph Davis | Reviewed and revised draft fee petition. | 2.30 |
| 12/19/2022 | Daniel Chen | Draft and revise fee petition and accompanying documents. | 7.50 |
| 12/19/2022 | Joseph Davis | Reviewed and revised fee petition and supporting exhibits. | 2.30 |
| 12/19/2022 | Luke Goodrich | revise and prepare fee petition | 2.10 |
| 12/20/2022 | Daniel Chen | Revise and edit fee petition and accompanying documents. | 2.50 |
| 12/20/2022 | Joseph Davis | revised fee petition and supporting exhibits | 1.90 |
| 12/20/2022 | Luke Goodrich | review hours, revise fee petition | 1.10 |
| 12/20/2022 | Luke Goodrich | draft declaration for fee petition | 3.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/20/2022 | Luke Goodrich | revise fee petition and exhibits | 3.70 |
| 12/20/2022 | Luke Goodrich | revise fee docs | 2.00 |
| **Total Hours:** | | | **135.1** |

# Exhibit A-7

## Summary of Defendants' Calculation of Proposed Fee Award

Total hours billed, excluding "fees-on-fees" entries (*i.e.,* total hours for all entries except those included in Exhibit A-6): 3100.8 hours

Plaintiffs' total fee request, excluding "fees-on-fees" entries: $2,240,605.00

Defendants' proposed exclusions:

> Entries related to work opposing Intervenors: 462.3 hours

> Entries related to Plaintiffs' Motion to Set Deadline for Filing Petition for Fees and Expenses: 76.6 hours

> Entries related to Plaintiffs' requests to extend deadlines: 21.0

Total hours billed, excluding "fees-on-fees" entries and minus Defendants' proposed exclusions: 2540.9 hours (3100.8 – (462.3 + 76.6 + 21.0))

Total fees by timekeeper, excluding "fees-on-fees" entries, minus Defendants' proposed exclusions, and calculated at Defendants' proposed rates: $1,304,936.50

Value of Defendants' proposed 30 percent reduction of fees for APA claims: $391,480.95 ($1,315,766.00 *.3)

Value of Defendants' proposed 5 percent reduction of fees for block billing: $65,246.83 ($1,315,766.00 * .05)

Defendants' proposed total fee award, excluding "fees-on-fees" entries: $848,208.72 ($1,304,936.50 – ($391,480.95 + $65,246.83))

Defendants' proposed total fee award, excluding "fees-on-fees" entries, as a percentage of Plaintiffs' fee request: 37.86 percent ($848,208.72 / $2,240,605.00)

Total hours for "fees-on-fees" entries:  135.1

Plaintiffs' total fee request for "fees-on-fees" entries: $105,436

Defendants' proposed total fee award for "fees-on-fees" entries: $39,918.07 ($105,436 * 0.3786)

## DEFENDANTS' PROPOSED TOTAL FEE AWARD: $888,126.80[1]

---

[1] Defendants exported Plaintiffs' counsel's billing entries to a Microsoft Excel spreadsheet, which Defendants used to assist in the calculation of the above totals using the relevant billing rates by year.  If having a native file version of that spreadsheet would assist in the Court's evaluation of Plaintiffs' fee request and Defendants' arguments in response, Defendants would be willing to provide it to the Court upon request.